IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:15-cr-00496-L |
| USPLABS, LLC (1)<br>JACOBO GEISSLER (2)<br>JONATHAN DOYLE (3)<br>MATTHEW HEBERT (4) | |

## AGREED ORDER

Before the Court is the motion the above-referenced Defendants brought under 18 U.S.C. §§ 3142(c)(3) and 3145(a)(2), entitled, *Defendants USPLabs, LLC, Jacobo Geissler, Jonathan Doyle, and Matthew Hebert's Joint Emergency Motion to Modify the Court's Orders Setting Conditions of Release* (Document 65).

The Court grants the Motion in part as follows:

The Owner Defendants may have contact with and communication with all employees, vendors, and customers of USPLabs about ongoing business only and may not discuss anything related to the charges in the Indictment.

The Owner Defendants may not have any contact related to any matter whatsoever with the following individuals: (1) Lonnie Clark; (2) Adam Schwinghammer; (3) Chad Cosby; and (4) George Wilson.

IT IS THEREFORE ORDERED that Paragraph 7(t) of the Owner Defendants' Conditions of Release (Document 22 for Geissler, Document 26 for Hebert, Document 36 for Doyle) is amended to read as follows:

1

"The Owner Defendants may have contact with and communication with all employees, vendors, and customers of USPLabs about ongoing business only and may not discuss anything related to the charges in the Indictment.

The Owner Defendants may not have any contact related to any matter whatsoever with the following individuals: (1) Lonnie Clark; (2) Adam Schwinghammer; (3) Chad Cosby; and (4) George Wilson."

SIGNED THIS THE / 7 DAY OF December, 2015

HONORABLE PAUL STICKNEY
UNITED STATES MAGISTRATE JUDGE

AGREED:

/S/: MICHAEL P. GIBSON
MICHAEL P. GIBSON
Texas Bar No. 07871500
BURLESON, PATE & GIBSON, LLP
900 Jackson Street, Suite 330
Dallas, TX 75202
Tel: (214) 871-4900
Fax: (214) 871-7543
Email: mgibson@bp-g.com

**ATTORNEY FOR DEFENDANT**
**JACOBO GEISSLER**

/S/: ERRIN MARTIN
Texas Bar No. 24032572
Assistant United States Attorney
Northern District of Texas
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242
Tel: (214) 659-8600
Email: errin.martin@usdoj.gov

**ATTORNEY FOR THE**
**UNITED STATES OF AMERICA**

2