# Exhibit E

**To:** Jacob[jacob@usplabsdirect.com]
**From:** Jon Doyle
**Sent:** Sat 7/13/2013 10:28:38 PM
**Subject:** Re: Cynanchum Auriculatum

Cool

On Jul 13, 2013, at 6:28 PM, "Jacob" <jacob@usplabsdirect.com> wrote:

> Its still an extract. Washed with water to remove fibers and shit

-------- Original message --------
From: Jon Doyle <jon@usplabsdirect.com>
Date: 07/13/2013 6:25 PM (GMT-06:00)
To: Jacob <jacob@usplabsdirect.com>
Subject: Re: Cynanchum Auriculatum

We list as an extract does that need to be changed next label run?

On Jul 13, 2013, at 6:21 PM, "Jacob" <jacob@usplabsdirect.com> wrote:

-------- Original message --------
From: erik usplabs <erik@usplabsdirect.com>
Date: 07/13/2013 6:17 PM (GMT-06:00)
To: Jacob <jacob@usplabsdirect.com>
Subject: Re: Cynanchum Auriculatum

Oh that amount is fine then. As far as removing down the road, that amount is perfectly fine but it may not be a bad idea to remove it down the road if people find and start talking about that study and also connect it with the appetite study. They'll be able to argue that either you may have an underdosed product or its potentially harmful.

----- Reply message -----
From: "Jacob" <jacob@usplabsdirect.com>
To: "erik usplabs" <erik@usplabsdirect.com>
Subject: Cynanchum Auriculatum
Date: Sat, Jul 13, 2013 4:26 pm

60mgs a cap so most is 180mgs. Shoukd we remove it down the road?

-------- Original message --------
From: erik usplabs <erik@usplabsdirect.com>
Date: 07/13/2013 4:09 PM (GMT-06:00)
To: Jacob <jacob@usplabsdirect.com>
Subject: Re: Cynanchum Auriculatum

Oh great, that's much better.

In that case, I think we are good with around 2 grams per day for a 60 kg person.

----- Reply message -----
From: "Jacob" <jacob@usplabsdirect.com>
To: "erik usplabs" <erik@usplabsdirect.com>
Subject: Cynanchum Auriculatum
Date: Sat, Jul 13, 2013 3:28 pm


Right now we are not using an extract just the grounded roots..make a difference?


-------- Original message --------
From: erik usplabs <erik@usplabsdirect.com>
Date: 07/13/2013 12:50 PM (GMT-06:00)
To: Jacob <jacob@usplabsdirect.com>
Subject: RE: Cynanchum Auriculatum

> I think we'll be ok, but the dose will have to be much lower. Not that it mattered since it was just for label purposes. It's so hard to know for sure, but I think I know now why the Chinese were selling a water and methanol extract as opposed to ethanol as I think the ethanol extract will pull out more of the compounds that you don't want. The main issues are feeling sleepy and more importantly, liver toxicity.
>
> **From:** Jacob
> **Sent:** Saturday, July 13, 2013 12:22 PM
> **To:** erik usplabs; vincentzhou.pku@gmail.com
> **Subject:** Re: Cynanchum Auriculatum
>
> Erik should we have the entire paper translated?

-------- Original message --------
From: erik usplabs <erik@usplabsdirect.com>
Date: 07/13/2013 10:43 AM (GMT-06:00)
To: "Vincent Zhou, (vincentzhou.pku@gmail.com)" <vincentzhou.pku@gmail.com>
Cc: Jacob <jacob@usplabsdirect.com>
Subject: Re: Cynanchum Auriculatum


> Thank you Vincent. Unfortunately, I can't read the Chinese script as I don't know the language. Can you tell me what part of the plant they used and what they mean by 1/10 part?
>
> ----- Reply message -----
From: "Vincent Zhou" <vincentzhou.pku@gmail.com>
To: "erik usplabs" <erik@usplabsdirect.com>
Cc: "Jacob" <jacob@usplabsdirect.com>
Subject: Cynanchum Auriculatum
Date: Sat, Jul 13, 2013 9:01 am


> Dear Erik,

The full paper of
http://www.shvoong.com/medicine-and-health/1615119-toxicicological-study-food-safety-baishouwu/
is attached.

Best Regards
Vincent

---

发件人：Vincent Zhou
发送时间：2013-07-12 22:31:17
收件人：erik usplabs
抄送：Jacob
主题：Re: RE: Cynanchum Auriculatum

Dear Erik,

>I've read that the root of the plant is eaten as a food in some parts of China and has also been used as a medicine.
Me too. Cynanchum Auriculatum root is a traditional Chinese medicine.

>However, I found one abstract that seemed to suggest that only small amounts of the plant can be eaten as it was shown to be toxic in mice. I was wondering if you could give me any information as to how commonly the roots are eaten there and if you are aware of any significant toxicity data in China.
We read in BAIDEBAIKE (BAIDEBAIKE in China is like Wiki in the world) that some ingredients in the Cynanchum Auriculatum Root have toxicity such as cynanchotoxin. We cannot find any sigificant toxicity data now.

>Is there any way you can find the full-text version of this paper? The authors leave out a great deal of information and their toxicity calculation isn't correct:
>http://www.shvoong.com/medicine-and-health/1615119-toxicicological-study-food-safety-baishouwu/
We will send the full text to you no later than next Monday.

Best Regards
Vincent

---

发件人：erik usplabs
发送时间：2013-07-12 21:51:11
收件人：Vincent Zhou
抄送：Jacob
主题：RE: Cynanchum Auriculatum

Hello again Vincent,

Is there any way you can find the full-text version of this paper? The authors leave out a great deal of information and their toxicity calculation isn't correct:

http://www.shvoong.com/medicine-and-health/1615119-toxicicological-study-food-safety-baishouwu/

---

**From:** erik usplabs
**Sent:** Thursday, July 11, 2013 6:03 PM
**To:** 'Vincent Zhou'
**Cc:** 'Jacob Giessler'
**Subject:** Cynanchum Auriculatum

Hello Vincent,

I've read that the root of the plant is eaten as a food in some parts of China and has also been used as a medicine. However, I found one abstract that seemed to suggest that only small amounts of the plant can be eaten as it was shown to be toxic in mice. I was wondering if you could give me any information as to how commonly the roots are eaten there and if you are aware of any significant toxicity data in China.