# Exhibit F

**Directions for Use:** Consult with your physician before using this product. As a dietary supplement begin by taking 1 capsule on an empty stomach 15-30 minutes before breakfast. An additional 1 capsule may be taken 5-6 hours later. Once the above steps have been taken and tolerance has been assessed, an additional capsule may be added in the morning. **UNDER NO CIRCUMSTANCES SHOULD INITIAL SERVING SIZE BE EXCEEDED OR THE WARNINGS ON THIS BOTTLE IGNORED. DO NOT USE PRODUCT FOR LONGER THAN 8 WEEKS FOLLOWED BY A SUBSEQUENT 4 WEEK BREAK. DO NOT USE MORE THAN 3 CAPSULES IN ANY 24 HOUR PERIOD.** Exceeding the recommended amounts or not following directions may lead to unwanted effects. Consume at least 125 fl. oz. of liquid per day for men and 91 fl. oz. of liquid per day for women while taking this product. Store in cool dry place. Discard after expiration date.

**WARNING: DO NOT USE IN COMBINATION WITH CAFFEINE OR ANY STIMULANTS FROM OTHER SOURCES WHATSOEVER, INCLUDING BUT NOT LIMITED TO, COFFEE, TEA, SODA AND OTHER DIETARY SUPPLEMENTS OR MEDICATIONS. DO NOT USE UNDER EXTREME CONDITIONS OF HEAT, SLEEP DEPRIVATION OR DEHYDRATION. DO NOT COMBINE WITH ALCOHOL.** This product is only intended to be consumed by healthy adults 18 years of age or older. **Consult with your Physician before using this product,** especially if you are using any prescription or over the counter medication or if you have any pre-existing medical condition including but not limited to high or low blood pressure, cardiac arrhythmia, stroke, heart, liver, kidney or thyroid disease, seizure disorder, psychiatric disease, diabetes, difficulty urinating due to prostate enlargement or if you are taking a MAOI (Monoamine Oxidase Inhibitor) or any other medication. This product contains caffeine and should not be taken by individuals wishing to eliminate this ingredient from their diet. Discontinue use 2 weeks prior to surgery. Discontinue use and consult with your health care professional if you experience any adverse reaction to this product. Do not exceed recommended serving. Do not use if safety seal is broken or missing. KEEP OUT OF REACH OF CHILDREN.

These statements have not been evaluated by the Food and Drug Administration. This product is not intended to treat, diagnose, cure or prevent any disease.



PHARMACIST FORMULATED

USPlabs®

New Formula

# OxyELITE Pro®
## Super Thermo™

Scientifically Reviewed

**WARNING: Physician Clearance Mandatory Before Use.** Use this only as set forth in the **DIRECTIONS FOR USE and STRICT USE PROTOCOLS.**



**DIETARY SUPPLEMENT   21 Capsules**

## Supplement Facts

Serving Size 1 Capsule

| | Amount per Serving | % Daily Value |
|---|---|---|
| Proprietary Blend | 140 mg | * |
| Bauhinia Purpurea L (Leaf and Pod) Extract, Aegeline, Norcoclaurine HCl, Hemerocallis Fulva (Flower) Heat Concentrated Extract, Yohimbe (Pausinystalia Johimbe) (Bark) Extract (AlphaShred™) | | |
| Caffeine | 135 mg | * |

* Daily value not established

OTHER INGREDIENTS: GELATIN, MODIFIED STARCH, VEGETABLE STEARATE, SILICON DIOXIDE, RED 3, BLUE 1, RED 40, TITANIUM DIOXIDE COLOR.

Manufactured for USPlabs, LLC (Dallas, TX 75220) Questions, comments or concerns can be directed to our forums at **www.usplabsdirect.com** or by phone at: **1-800-890-3067** (9-5 EST Mon-Fri)



COPY