IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>USPLABS, LLC, A TEXAS LIMITED LIABILITY COMPANY;<br>JACOBO GEISSLER (a.k.a. JACOB GEISSLER);<br>JONATHAN DOYLE;<br>MATTHEW HEBERT;<br>KENNETH MILES;<br>S. K. LABORATORIES, INC., A CALIFORNIA CORPORATION;<br>SITESH PATEL; and<br>CYRIL WILLSON (a.k.a. ERIK WHITE). | NO. 3:15-cr-00496-L |

## ORDER

Before the Court is the motion of the Defendants USPlabs, LLC, Jacobo Geissler, Jonathan Doyle, Matthew Hebert, Kenneth Miles, S.K. Laboratories, Inc., and Sitesh Patel (collectively, "Defendants"), requesting that the Court dismissed Count 10 of the Superseding Indictment (ECF #95, at 10), for failure to state an offense as required by FED. R. CRIM. P. 7(c)(1) and the U.S. CONST. AMEND. V. (ECF #220)  The Court GRANTS the motion for the reasons stated in the Defendants' Motion.

It is the ORDER of the Court that Count 10 of the superseding indictment is hereby DISMISSED.

Dated this ___ day of ___, 2017.


_____
SAM A. LINDSAY
UNITED STATES DISTRICT JUDGE