# Exhibit B

| | |
|---|---|
| **From:** | Unspecified Sender |
| **Sent:** | |
| **To:** | Brewer, Vickery A <Vickery.Brewer@fda.hhs.gov> |
| **Subject:** | RE: HHE to assign- DS aegeline 68391 |

Vickery,

I am uncomfortable with the health hazard language currently in the draft because we really don't know what caused the liver disease experienced by cases involved in the OxyElite Pro incident. Speculation, of course, is that aegeline was involved, but we really do not know.

**From:** Brewer, Vickery A
**Sent:** Tuesday, June 24, 2014 12:12 PM
**To:** Klontz, Karl C
**Subject:** RE: HHE to assign- DS aegeline 68391

Hello Karl,

Here is the draft of the HHE for aegeline in DS products which are related to the OEP issue. I have also attached sup docs and the OEP HHE.
Please let me know if you have any questions,.
Thank you,


Vickery

**From:** Klontz, Karl C
**Sent:** Monday, June 23, 2014 9:11 PM
**To:** Brewer, Vickery A
**Subject:** RE: HHE to assign- DS aegeline 68391

Vickery,

Is this the OxyElite Pro recall that's driving this HHE? If so, I was definitely involved in that investigation.

If it's another product, I'd suggest we bring Bob Mozersky into this HHE process, particularly if it's a dietary supplement that's involved.

As I understand it, we have no information at all about the health hazards associated with aegeline. The key is that it is not GRAS and is not approved for use as a dietary ingredient.

Let me know the answers to the above questions and we can go from there.

Karl

**From:** Brewer, Vickery A
**Sent:** Monday, June 23, 2014 6:42 PM
**To:** Klontz, Karl C
**Subject:** HHE to assign- DS aegeline 68391

Hello Karl,

I Have a new HHE to complete.
Res #68391 – Dietary Supp – Contains aegeline

FYI -  you were contributing MO on the HHE for OxyElite Pro products which contained aegeline.

Thank you,


Vickery

GOV-01552637