Exhibit 1

# OCI CERTIFIED INVENTORY OF EVIDENCE

159579

| | | | |
|---|---|---|---|
| **2. EVIDENCE OBTAINED FROM**<br><br>USP LABS LLC<br>10761 KING WILLIAM DRIVE<br>DALLAS, TX 75220 | | **6. OCI CASE NUMBER**<br>2014-DAT-723-0028 | |
| | | **7. TITLE**<br>Oxyelite | |
| | | **8. OTHER AGENCY NUMBER** | |
| **3. EVIDENCE INVENTORIED BY**<br><br>SA Chad Medaris | | **9. OCI FIELD OFFICE**<br>Dallas Resident Office | |
| | | **10. DATE OF INVENTORY**<br>11/07/2013 | |
| **4.** SPECIAL AGENT | | | |

| | | | |
|---|---|---|---|
| **SIGNATURE** | **DATE**<br>11/7/13 | **11.**<br>PAGE 1 OF 1 PAGES | |
| **5.** WITNESS | | **12.** OCI REVIEWING SUPERVISOR | |
| **SIGNATURE** | **DATE**<br>11/7/13 | **SIGNATURE** | **DATE**<br>11/07/2013 |

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | ESTIMATED VALUE (Rounded To Nearest Dollar) |
|---|---|---|---|---|
| 1 | 11/06/2013 (SEIZED) | 1 | SEE ATTACHED SW INVENTORY SHEET. | N/V |
| | | | | |

LAB

| | | |
|---|---|---|
| | **TOTAL** ☞ | N/V |

FORM FDA 3400 (2/06)

# CHAIN OF CUSTODY LOG

If this inventory consists of more than one page, document the Chain of Custody Log on the reverse of the **FINAL CONTINUATION SHEET**.

| ITEM NO. | DATE | ACTION | REGISTRY NUMBER(S) | SIGNATURE |
|---|---|---|---|---|
| 1 | 11/7/13 | Items in the custody of SA Medows Sr. | | ZBeck |
| (135) | 11/20/13 | Item returned to ATNP Mike Uhl see ltr. | | ZBeck |
| 28,34 36,38 40,41,42 44,54,67 69,80,94 93,94,95 99,104, 110,133,134 | 2014 | Items sent to the Document Center | see attached | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FORM FDA 3400 (BACK)
(2/06)

# OCI CERTIFIED INVENTORY OF EVIDENCE

159579

| 2. EVIDENCE OBTAINED FROM | 6. OCI CASE NUMBER |
|---|---|
| USP LABS LLC<br>10761 KING WILLIAM DRIVE<br>DALLAS, TX 75220 | 2014-DAT-723-0028 |

**7. TITLE**
Oxyelite

**8. OTHER AGENCY NUMBER**

| 3. EVIDENCE INVENTORIED BY | 9. OCI FIELD OFFICE |
|---|---|
| SA Chad Medaris | Dallas Resident Office |

**10. DATE OF INVENTORY**
11/07/2013

| 4. SPECIAL AGENT | | 11. |
|---|---|---|
| SIGNATURE | DATE | PAGE ___1___ OF ___1___ PAGES |

| 5. WITNESS | | 12. OCI REVIEWING SUPERVISOR | |
|---|---|---|---|
| SIGNATURE | DATE | SIGNATURE | DATE |

| ITEM NO. | DATE RECEIVED | QUANTITY | DESCRIPTION OF EVIDENCE | ESTIMATED VALUE (Rounded To Nearest Dollar) |
|---|---|---|---|---|
| 1 | 11/06/2013 (SEIZED) | 1 | SEE ATTACHED SW INVENTORY SHEET. | N/V |

EVD

| | TOTAL | N/V |
|---|---|---|

FORM FDA 3400 (2/06)

# CHAIN OF CUSTODY LOG

If this inventory consists of more than one page, document the Chain of Custody Log on the reverse of the **FINAL CONTINUATION SHEET**.

| ITEM NO. | DATE | ACTION | REGISTRY NUMBER(S) | SIGNATURE |
|---|---|---|---|---|
| 1 | 11/7/13 | Items in the custody of SA Williams S.U. | | Speek |
| 1 (135) | 11/20/13 | Item returned to ATNY: Mike Uhl see ltr. | | KBell |
| 28,34 1) 36, 38 40, 41, 42 44, 54, 59 64, 80, 84 73, 94, 95 99, 109 110, 133, 134 | | Items sent to the Document Center | See attached | |
| | | | | |

# Inventory Listing of All Items Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** | **Investigation Number:** | **Report Date:** |
| USP LABS LLC | | Wednesday, November 06, 2013 |
| 10761 KING WILLIAM DRIVE | **Starting Date and Time:** | |
| DALLAS, TEXAS 75220 | | |
| | 11/06/2013 09:30 AM | |
| | **Ending Date and Time:** | |
| | 11/06/2013 08:10 PM | |

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 1 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | SE CORNER FILE CABINET | | |
| **Description:** | Seized Per Warrant   PACKING/SHIPPING/RECEIVING RETURN DOCS. | | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 1 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | SE CORNER FILE DESK | | |
| **Description:** | Seized Per Warrant   SYSTEM USER NAME AND PASSWORD | | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 2 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | SE CORNER FILE CABINET | | |
| **Description:** | Seized Per Warrant   PACKING SLIPS/SHIPPING/RETURN DOCS FROM TOP AND BOTTOM DRAWERS. | | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 3 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | SE CORNER QUARANTINE AREA | | |
| **Description:** | Seized Per Warrant   PRODUCTS IN THE :RETURN" BIN CONTAINING APPROX (20) OXYPRO PRODUCTS PILLS AND POWDERS, | | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 4 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | SE CORNER | | |
| **Description:** | Seized Per Warrant   LOCKED GREY SHRED BIN | | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 6 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | WAREHOUSE PALLET ROWS | | |
| **Description:** | Seized Per Warrant   ROW K OXYELITE PRO ADVANCED PALLET #9 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 7 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | WAREHOUSE PALLET ROWS | | |
| **Description:** | Seized Per Warrant   ROW K OXYELITE PRO ADVANCED PALLET #10 | | |

| Control #: | 8 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | WAREHOUSE PALLET ROWS | | |
| Description: | Seized Per Warrant   ROW K OXYELITE PRO ADVANCED PALLET #11 | | |

| Control #: | 9 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | WAREHOUSE PALLET ROWS | | |
| Description: | Seized Per Warrant   ROW K OXYELITE PRO ADVANCED PALLET #12 | | |

| Control #: | 10 | Evidence Box: | 10 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | STAGING AREA | | |
| Description: | Seized Per Warrant   WRAPPED PALLET OF 2700 BOTTLES LABELED OXYELITE PRO PT | | |

| Control #: | 11 | Evidence Box: | 11 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | STAGING AREA | | |
| Description: | Seized Per Warrant   WRAPPED PALLET OF 2700 BOTTLES LABELED OXYELITE PRO PT | | |

| Control #: | 12 | Evidence Box: | 12 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | STAGING AREA | | |
| Description: | Seized Per Warrant   WRAPPED PALLET OF 2700 BOTTLES LABELED OXYELITE PRO PT | | |

| Control #: | 13 | Evidence Box: | 13 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | WAREHOUSE PALLET ROWS | | |
| Description: | Seized Per Warrant   WRAPPED PALLET OF 2700 BOTTLES LABELED OXYELITE PRO PT | | |

| Control #: | 14 | Evidence Box: | 14 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | STAGING AREA | | |
| Description: | Seized Per Warrant   WRAPPED PALLET OF 2700 BOTTLES LABELED OXYELITE PRO PT | | |

| Control #: | 15 | Evidence Box: | 15 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | QUARANTINE AREA | | |
| Description: | Seized Per Warrant   WRAPPED PALLET OF 2040 BOTTLES LABELED OXYELITE POWDER | | |

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | 16 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | QUARANTINE AREA | | |
| **Description:** | Seized Per Warrant   WRAPPED PALLET OF 2040 BOTTLES LABELED OXYELITE POWDER | | |

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 17 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | QUARANTINE AREA | | |
| **Description:** | Seized Per Warrant   WRAPPED PALLET BOTTLES OXYELITE PRO PILLS 90 PER BOX, APPROX 864 BOTTLES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 1 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | ROOM Y STAGING | | |
| **Description:** | Seized Per Warrant   CLIPBOARD "DIANA" WITH EMAIL RECORDS INVENTORY SHEETS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 19 | **Evidence Box:** | 1 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | ROOM Y FILE CABINET BOTTOM DRW | | |
| **Description:** | Seized Per Warrant   INVENTORY LOG BOOKS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 20 | **Evidence Box:** | 1 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | ROOM Y OUTBOUND SHIPPING AREA | | |
| **Description:** | Seized Per Warrant   INVENTORY CONTROL CARD WITH LOT NOTEBOOKS. | | |

| | | | |
|---|---|---|---|
| **Control #:** | 21 | **Evidence Box:** | 1 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | ROOM Y OUTBOUND SHIPPING AREA | | |
| **Description:** | Seized Per Warrant   RETUN/REJECTED PRODUCT LOG | | |

| | | | |
|---|---|---|---|
| **Control #:** | 22 | **Evidence Box:** | 1 |
| **Location:** | CUBICLE | **Locator Code:** | AA |
| **Found:** | FILE CABINET UNDER DESK | | |
| **Description:** | Seized Per Warrant   ACCOUTING ENTITY STRUCTURE | | |

| | | | |
|---|---|---|---|
| **Control #:** | 23 | **Evidence Box:** | 1 |
| **Location:** | CUBICLE | **Locator Code:** | CC |
| **Found:** | CUBICLE | | |
| **Description:** | Seized Per Warrant   INVENTORY REPORTS ACCOUNTING LEDGER RECORDS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 24 | **Evidence Box:** | 1 |
| **Location:** | NICHOLAS BOURDELOT | **Locator Code:** | II |
| **Found:** | DESK | | |
| **Description:** | Seized Per Warrant   INVOICES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 25 | **Evidence Box:** | 1 |
| **Location:** | NICHOLAS BOURDELOT | **Locator Code:** | II |
| **Found:** | OFFICE | | |
| **Description:** | Seized Per Warrant   1 BOTTLE OXYELITE PRO POWDER AND 1 BOTTLE OXYELITE PRO PILLS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 26 | **Evidence Box:** | 18 |
| **Location:** | UPSTAIRS CABINET | **Locator Code:** | VV |
| **Found:** | SAMPLE CABINET | | |
| **Description:** | Seized Per Warrant   OXYELITE 2 WITH AEGELINE CAPSULES, OXYELITE PRO, NEW OXY, OXYELITE POWDER | | |

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | 1 |
| **Location:** | CUBICLES | **Locator Code:** | U |
| **Found:** | CUBICLE IN WAREHOUSE | | |
| **Description:** | Seized Per Warrant   DOCUMENTS RELATED TO OXYELITE PRO | | |

| | | | |
|---|---|---|---|
| **Control #:** | 28 | **Evidence Box:** | 1 |
| **Location:** | OFFICE UPSTAIRS | **Locator Code:** | GG |
| **Found:** | OFFICE | | |
| **Description:** | Seized Per Warrant   MISCELLANEOUS PAPERS/ACCOUNTING INFORMATION | | |

| | | | |
|---|---|---|---|
| **Control #:** | 29 | **Evidence Box:** | 1 |
| **Location:** | CABINET | **Locator Code:** | HH |
| **Found:** | BOX ON GROUND | | |
| **Description:** | Seized Per Warrant   OXYELITE STATE TAX RECORDS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 30 | **Evidence Box:** | 1 |
| **Location:** | COPIER AREA | **Locator Code:** | EE |
| **Found:** | FLOOR BY COPIER | | |
| **Description:** | Seized Per Warrant   PAPER WORK WITH OXYELITE AND VERSA DOCUMENT INFORMATION | | |

| | | | |
|---|---|---|---|
| **Control #:** | 31 | **Evidence Box:** | 1 |
| **Location:** | CUBICLES | **Locator Code:** | T |
| **Found:** | ON DESK | | |
| **Description:** | Seized Per Warrant   USP LAB INVOICES, PURCHSE ORDERS, ACCOUNTS PAYABLE, FREIGHT BILLS, STATEMENT OF ORIGIN | | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | 1 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | WAREHOUSE AREA | | |
| **Description:** | Seized Per Warrant | INVENTORY CONTROL LOG AND INCOMING MATERIAL LOG | |

| | | | |
|---|---|---|---|
| **Control #:** | 33 | **Evidence Box:** | 1 |
| **Location:** | NATOYA GREATHOUSE | **Locator Code:** | SS |
| **Found:** | OFFICE AREA | | |
| **Description:** | Seized Per Warrant | OXYELITE PRO SALES RECORDS AND AN EMAIL | |

| | | | |
|---|---|---|---|
| **Control #:** | 34 | **Evidence Box:** | 19 |
| **Location:** | WORK AREA | **Locator Code:** | Y |
| **Found:** | WORK AREA | | |
| **Description:** | Seized Per Warrant | TEN BOXES CONTAINING EMPTY BOTTLES OF OXYELITE PRO | |

| | | | |
|---|---|---|---|
| **Control #:** | 35 | **Evidence Box:** | 1 |
| **Location:** | KATRINA GIVENS | **Locator Code:** | FF |
| **Found:** | ON DESK | | |
| **Description:** | Seized Per Warrant | MISC DOCUMENTS INCLUDING, BANK ACOUNT NUMBERS AND LOG IN INFORMATION, INVOICES AND PURCHASES, INCOME STATEMENT, SALES TAX BILLS, SALES AND PROFITS, STOCK STATUS, VARIOUS EMAILS AND FINANCIAL DOCUMENTS | |

| | | | |
|---|---|---|---|
| **Control #:** | 36 | **Evidence Box:** | 1 |
| **Location:** | IRENE BERNSTEIN | **Locator Code:** | PP |
| **Found:** | DESK AREA | | |
| **Description:** | Seized Per Warrant | DOCUMNETS (INVOICES, FINANCIAL) | |

| | | | |
|---|---|---|---|
| **Control #:** | 37 | **Evidence Box:** | 20 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | REJECT AREA | | |
| **Description:** | Seized Per Warrant | 47 BOTTLES OF OXYELITE PRO | |

| | | | |
|---|---|---|---|
| **Control #:** | 38 | **Evidence Box:** | 21 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | REJECT AREA | | |
| **Description:** | Seized Per Warrant | 264 COUNT OXYELITE PRO BOTTLES | |

| | | | |
|---|---|---|---|
| **Control #:** | 39 | **Evidence Box:** | 22 |
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | REJECT AREA | | |
| **Description:** | Seized Per Warrant | 213 BOTTLES OF OXYELITE PRO | |

| Control #: | 40 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | HEATHER HALL | Locator Code: | RR |
| Found: | DESK AREA | | |
| Description: | Seized Per Warrant  PAPERWORK - STOCK, STATUS AND PRODUCT INFORMATION | | |

| Control #: | 41 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | HEATHER HALL | Locator Code: | RR |
| Found: | SHRED BOX | | |
| Description: | Seized Per Warrant  OXYELITE ORDERS, FORMS INVOICES/PACKING LISTS INVENTORIES, PRODUCT PLANNING REPORTS | | |

| Control #: | 42 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | GEORGE WILSON | Locator Code: | W |
| Found: | DESK TOP | | |
| Description: | Seized Per Warrant  OXYELITE PRO SALES AFTER OCT 8, 2013 | | |

| Control #: | 43 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | GEORGE WILSON | Locator Code: | W |
| Found: | ONTOP OF OVERHEAD STORAGE | | |
| Description: | Seized Per Warrant  OEP PRODUCT INVOICES | | |

| Control #: | 44 | Evidence Box: | 23 |
|---|---|---|---|
| Location: | GEORGE WILSON | Locator Code: | W |
| Found: | OVERHEAD STORAGE | | |
| Description: | Seized Per Warrant  PRODUCT LABLES AND USP LABS SHIPPING PROTOCAL | | |

| Control #: | 45 | Evidence Box: | 23 |
|---|---|---|---|
| Location: | GEORGE WILSON | Locator Code: | W |
| Found: | TOP OF FILE CABINET | | |
| Description: | Seized Per Warrant  OXYELITE BATCH RECORDS | | |

| Control #: | 46 | Evidence Box: | 23 |
|---|---|---|---|
| Location: | GEORGE WILSON | Locator Code: | W |
| Found: | TOP OF FILE CABINET | | |
| Description: | Seized Per Warrant  AEGELINE PURCHASE ORDERS | | |

| Control #: | 47 | Evidence Box: | 23 |
|---|---|---|---|
| Location: | GEORGE WILSON | Locator Code: | W |
| Found: | FILE DRAWER | | |
| Description: | Seized Per Warrant  DMAA OXYELITE AEGELINE DOCUMENTS | | |

| Control #: | 48 | | Evidence Box: | 23 |
|---|---|---|---|---|
| Location: | CUBICLES | | Locator Code: | V |
| | CUBICLES | | | |
| Found: | CUBICLE AREA | | | |
| Description: | Seized Per Warrant | SALES INVOICES FOR OXYELITE PRO | | |

| Control #: | 49 | | Evidence Box: | 23 |
|---|---|---|---|---|
| Location: | CUBICLES | | Locator Code: | T |
| Found: | BOTTOM 2 DRAWERS OF FILE CABINET | | | |
| Description: | Seized Per Warrant | 1. OXYELITE PRO POWDER (4.6 OZ) 2.VERSA-1 (30 DAY CYCLE) 3.OXYELITE PRO SUPER THERMO (180 CAPSULES) 4. 31 OXYELITE PRO PACKETS (2 CAPSULES EACH) 5. ONE BOX OF 12 BOTTLES OXYELITE PRO  ULTRA INTENSE THERMO (90 CAPSULES) | | |

| Control #: | 50 | | Evidence Box: | 23 |
|---|---|---|---|---|
| Location: | CUBICLES | | Locator Code: | V |
| | CUBICLES | | | |
| Found: | CUBICLE ARE | | | |
| Description: | Seized Per Warrant | SALES INVOICES FOR OXYELITE PRO | | |

| Control #: | 51 | | Evidence Box: | 23 |
|---|---|---|---|---|
| Location: | JON DOYLE | | Locator Code: | O |
| Found: | DESKTOP | | | |
| Description: | Seized Per Warrant | OXYELITE/PDT SALES INFO | | |

| Control #: | 52 | | Evidence Box: | 23 |
|---|---|---|---|---|
| Location: | CUBICLES | | Locator Code: | V |
| | CUBICLES | | | |
| Found: | CUBICLE AREA | | | |
| Description: | Seized Per Warrant | SALES INVOICES FOR OXYELITE PRO | | |

| Control #: | 53 | | Evidence Box: | 23 |
|---|---|---|---|---|
| Location: | CUBICLES | | Locator Code: | T |
| Found: | BOX FROM KAZAKHSTAN | | | |
| Description: | Seized Per Warrant | 3 BOTTLES OF 90 CAPSULES OXYELITE PRO, THREE PACKAGES OXYELITE PRO ADVANCED POWDER | | |

| Control #: | 54 | | Evidence Box: | 23 |
|---|---|---|---|---|
| Location: | JON DOYLE | | Locator Code: | O |
| Found: | STORAGE STAND | | | |
| Description: | Seized Per Warrant | 2 BAGS OF PURPLE COLORED CAPSULES, ONE BOTTLE OXYELITE PRO ADVANCED FORMULA, ONE BOTTLE OXYELITE PRO | | |

| Control #: | 55 | Evidence Box: | 23 |
|---|---|---|---|
| Location: | JOSEPH RAPHAEL | Locator Code: | X |
| Found: | DESK | | |
| Description: | Seized Per Warrant | FILE FOLDERS CONTAINING MISC BUSINESS PRODUCT INFORMATION | |

| Control #: | 56 | Evidence Box: | 23 |
|---|---|---|---|
| Location: | JOSEPH RAPHAEL | Locator Code: | X |
| Found: | DESK | | |
| Description: | Seized Per Warrant | BUSINESS/PRODUCT INFORMATION, SHIPPING INFORMATION, FDA INFORMATION RE:DMAA | |

| Control #: | 57 | Evidence Box: | 24 |
|---|---|---|---|
| Location: | JOSEPH RAPHAEL | Locator Code: | X |
| Found: | TOP DESK DRAWER | | |
| Description: | Seized Per Warrant | ONE OPENED BOTTLE OXYELITE PRO, ONE SEALED BOTTLE OXYELITE PRO NEW FORMULA, ONE SEALED PACKET OXYELITE PRO NEW FORMULA | |

| Control #: | 58 | Evidence Box: | 24 |
|---|---|---|---|
| Location: | JOSEPH RAPHAEL | Locator Code: | X |
| Found: | DESK/CREDENZA | | |
| Description: | Seized Per Warrant | MISC BUSINESS DOCUMENTS, SHIPPING INFORMATION, OXYELITE PRODUCT INFORMATION ETC... | |

| Control #: | 59 | Evidence Box: | 24 |
|---|---|---|---|
| Location: | COPIER AREA | Locator Code: | EE |
| Found: | BY COPIER IN BOX WITH "SHRED ONLY" ON IT | | |
| Description: | Seized Per Warrant | DOCUMENTS PERTAINING TO OXYELEITE ORDERS, COMPLAINTS, INVENTORIES, SALES, ETC... AND FINANCIAL DOCUMENTS | |

| Control #: | 60 | Evidence Box: | 24 |
|---|---|---|---|
| Location: | CUBICLES CUBICLES | Locator Code: | V |
| Found: | CUBICLE AREA | | |
| Description: | Seized Per Warrant | DOCUMENTS RELATED TO OXYELITE DISTRIBUTION | |

| Control #: | 61 | Evidence Box: | 25 |
|---|---|---|---|
| Location: | CUBICLE | Locator Code: | QQ |
| Found: | DESK | | |
| Description: | Seized Per Warrant | OXYELITE DOCUMENTATION | |

| Control #: | 62 | | Evidence Box: | 26 |
|---|---|---|---|---|
| Location: | CUBICLE | | Locator Code: | QQ |
| Found: | DESK | | | |
| Description: | Seized Per Warrant | OXYELITE DOCUMENTATION | | |

| Control #: | 63 | | Evidence Box: | 27 |
|---|---|---|---|---|
| Location: | CUBICLES | | Locator Code: | |
| | CUBICLES | | | |
| Found: | CUBICLE | | | |
| Description: | Seized Per Warrant | DOCUMENTS RELATED TO VERSA AND OXYELITE PRO | | |

| Control #: | 64 | | Evidence Box: | 28 |
|---|---|---|---|---|
| Location: | CABINET AREA | | Locator Code: | TT |
| Found: | CABINETS | | | |
| Description: | Seized Per Warrant | OXY DOCS - QA | | |

| Control #: | 65 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | JACOB GEISSLER | | Locator Code: | N |
| Found: | DESKTOP | | | |
| Description: | Seized Per Warrant | 1. OPEN AR<br>2. GNC RETURNS OXYELITE<br>3. VITAMIN SHOPPE OXYELITE RETURNS | | |

| Control #: | 66 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | STORAGE UPSTAIRS | | Locator Code: | UU |
| Found: | STORAGE AREA | | | |
| Description: | Seized Per Warrant | 2012-BILLING BOX INVOICES | | |

| Control #: | 67 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | STORAGE UPSTAIRS | | Locator Code: | UU |
| Found: | IN BOX | | | |
| Description: | Seized Per Warrant | IN BOX MARKED "CUST INU EUROPA JAN-SEPT 2012" | | |

| Control #: | 68 | | Evidence Box: | 24 |
|---|---|---|---|---|
| Location: | CHAD CROSBY | | Locator Code: | P |
| Found: | DESKTOP | | | |
| Description: | Seized Per Warrant | SALES ORDERS OXYELITE, INVOICES, OPEN ORDERS,<br>BACKLOG REPORTS OXYELITE | | |

| Control #: | 69 | | Evidence Box: | 29 |
|---|---|---|---|---|
| Location: | CABINET AREA | | Locator Code: | TT |
| Found: | CABINET | | | |
| Description: | Seized Per Warrant | OXY QA DOCS | | |

| Control #: | 70 | | Evidence Box: | 30 |
|---|---|---|---|---|
| Location: | CHAD CROSBY | | Locator Code: | P |
| Found: | DESKCABINET | | | |
| Description: | Seized Per Warrant | 2 BOTTLES OXYELITE PRO | | |

| Control #: | 71 | | Evidence Box: | 30 |
|---|---|---|---|---|
| Location: | CHAD CROSBY | | Locator Code: | P |
| Found: | DESK DRAWER | | | |
| Description: | Seized Per Warrant | FACEBOOK MGMT REPROT OXYELITE PRO, VERSA-1 EXECUTIVE SUMMARIES - LEAD PRODUCTS FOR MONTH | | |

| Control #: | 72 | | Evidence Box: | 30 |
|---|---|---|---|---|
| Location: | MATT HEBERT | | Locator Code: | H |
| Found: | DESK | | | |
| Description: | Seized Per Warrant | DOCUMENTS RELATED TO OXYELITE PRO FINANCIAL DOCUMENTS | | |

| Control #: | 73 | | Evidence Box: | 30 |
|---|---|---|---|---|
| Location: | KATRINA GIVENS | | Locator Code: | FF |
| Found: | CABINET ABOVE DESK | | | |
| Description: | Seized Per Warrant | INVOICES AND EMAILS - OXYELITE | | |

| Control #: | 74 | | Evidence Box: | 30 |
|---|---|---|---|---|
| Location: | LORENA MACIAS | | Locator Code: | K |
| Found: | OFFICE AREA | | | |
| Description: | Seized Per Warrant | COSTOMER COMPLAINTS, PACKING SLIPS, PRODUCT ORDERS, AEGELINE ESSAYS | | |

| Control #: | 75 | | Evidence Box: | 30 |
|---|---|---|---|---|
| Location: | STORAGE UPSTAIRS | | Locator Code: | UU |
| Found: | BOX | | | |
| Description: | Seized Per Warrant | HAS 2011 GNC DOCS | | |

| Control #: | 76 | | Evidence Box: | 30 |
|---|---|---|---|---|
| Location: | MATT HEBERT | | Locator Code: | H |
| Found: | OFFICE | | | |
| Description: | Seized Per Warrant | 1. 8 BOTTLES OF OXYELITE PRO 2. 1 BOTTLE NO LABEL 3.2 CONTAINERS OF OXYELITE PRO 4. 2 SMALL PACKAGES | | |

| Control #: | 77 | | Evidence Box: | 31 |
|---|---|---|---|---|
| Location: | CABINET AREA | | Locator Code: | TT |
| Found: | CABINET | | | |
| Description: | Seized Per Warrant | OXY DOCS - QA | | |

| | | | |
|---|---|---|---|
| **Control #:** | 78 | **Evidence Box:** | 32 |
| **Location:** | CABINET AREA | **Locator Code:** | TT |
| **Found:** | CABINET | | |
| **Description:** | Seized Per Warrant | OXY Q&A FILES, CUSTOMER COMPLAINT FILES, AEGELINE INFO FILES | |

| | | | |
|---|---|---|---|
| **Control #:** | 79 | **Evidence Box:** | 33 |
| **Location:** | STORAGE UPSTAIRS | **Locator Code:** | UU |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant | BOX LABELED INTERNET ORDERS AND CS COMPS 2012 | |

| | | | |
|---|---|---|---|
| **Control #:** | 80 | **Evidence Box:** | 34 |
| **Location:** | STORAGE UPSTAIRS | **Locator Code:** | UU |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant | COMPS AND COMPLAINTS MAR 13- JUN 13 | |

| | | | |
|---|---|---|---|
| **Control #:** | 81 | **Evidence Box:** | 35 |
| **Location:** | LONNIE CLARK | **Locator Code:** | LL |
| **Found:** | OFFICE AREA | | |
| **Description:** | Seized Per Warrant | FINANCIAL STATS, TAX RETURNS, BANK ACCOUNT RECORDS, BANK STATMENTS, OXYELITE PROMOTIONAL MATERIAL, PRODUCT RETURNS, OXYELITE SALES DATA, AEGELINE PURCHASE RECORDS, ADVERTISING INFO, PRODUCT COST REPORTS<br><br>ITEMS LOCATED IN 3 BANKER BOXES | |

| | | | |
|---|---|---|---|
| **Control #:** | 82 | **Evidence Box:** | 36 |
| **Location:** | ADAM SCHWINGHAMMER | **Locator Code:** | M |
| **Found:** | OFFICE | | |
| **Description:** | Seized Per Warrant | USP LABS RESEARCH<br>CREDIT REFERENCE INFO<br>VITATECH FOLDER<br>BUDGET Q4 2013 FILE<br>PACKING LIST SHIPNET - PANAMA<br>RAW MATERIAL SPECIFICATION BOOK<br>1. OXYELITE PRO, ULTRA-INTENSE (90 CAPSULES) 2 BOTTLES<br>2. OXYELITE PRO, SUPER THERMO POWDER (4.8OZ) | |

| | | | |
|---|---|---|---|
| **Control #:** | 83 | **Evidence Box:** | 37 |
| **Location:** | CUBICLE | **Locator Code:** | E |
| **Found:** | FILE CABINET | | |
| **Description:** | Seized Per Warrant | MULTI OXYELITE BATCH RECORD DOCS | |

| Control #: | 84 | | Evidence Box: | 38 |
| Location: | LORENA MACIAS | | Locator Code: | K |
| Found: | ON BOOKSHELF | | | |
| Description: | Seized Per Warrant | PRODUCT SPECIFICATIONS AND INSPECTION CHECKLIST | | |

| Control #: | 85 | | Evidence Box: | 30 |
| Location: | JACOB GEISSLER | | Locator Code: | N |
| Found: | DESKTOP IN BOX | | | |
| Description: | Seized Per Warrant | 2 BOTTLES OXYELITE PRO | | |

| Control #: | 86 | | Evidence Box: | 30 |
| Location: | CUBICLES CUBICLES | | Locator Code: | V |
| Found: | FILE CABINET | | | |
| Description: | Seized Per Warrant | OXYELITE LOGS/INFORMATION | | |

| Control #: | 87 | | Evidence Box: | 30 |
| Location: | BARNEY VELASQUEZ | | Locator Code: | F |
| Found: | DESK | | | |
| Description: | Seized Per Warrant | 2 BOTTLES OXYELITE PRO 3 PACKETS OXYELITE PRO POWDER | | |

| Control #: | 88 | | Evidence Box: | 30 |
| Location: | BARNEY VELASQUEZ | | Locator Code: | F |
| Found: | DESK | | | |
| Description: | Seized Per Warrant | OXYELITE PRO DOCUMENTS, COMPLAINTS, ADVERSE EVENTS CHART, FDA INSPECTION NOTES | | |

| Control #: | 89 | | Evidence Box: | 30 |
| Location: | BARNEY VELASQUEZ | | Locator Code: | F |
| Found: | DESK | | | |
| Description: | Seized Per Warrant | OXYELITE PRO FILES/LAB REPORTS | | |

| Control #: | 90 | | Evidence Box: | 30 |
| Location: | BARNEY VELASQUEZ | | Locator Code: | F |
| Found: | DESK | | | |
| Description: | Seized Per Warrant | DMAA/OXYELITE DOCUMENTS/LAB INFO- LABORATORY NOTEBOOK | | |

| Control #: | 91 | | Evidence Box: | 30 |
| Location: | BARNEY VELASQUEZ | | Locator Code: | F |
| Found: | DESK | | | |
| Description: | Seized Per Warrant | OXYELITE PRO FILES/DOCUMENTS/LABELS/LABELING INFORMATION | | |

| | | | |
|---|---|---|---|
| **Control #:** | 92 | **Evidence Box:** | 39 |
| **Location:** | STORAGE ROOM | **Locator Code:** | S |
| **Found:** | STORAGE ROOM | | |
| **Description:** | Seized Per Warrant | 146 BOTTLES OXYELITE PRO 90 CAPSULES | |

| | | | |
|---|---|---|---|
| **Control #:** | 93 | **Evidence Box:** | 40 |
| **Location:** | BARNEY VELASQUEZ | **Locator Code:** | F |
| **Found:** | CUBICLEDESKTOP | | |
| **Description:** | Seized Per Warrant | FILE FOLDERS WITH OCYELITE PRO INFORMATION - LAB TESTS - COMPLAINTS | |

| | | | |
|---|---|---|---|
| **Control #:** | 94 | **Evidence Box:** | 41 |
| **Location:** | STORAGE UPSTAIRS | **Locator Code:** | UU |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant | DOMESTIC ORDERS APR-JUNE2013 A-G | |

| | | | |
|---|---|---|---|
| **Control #:** | 95 | **Evidence Box:** | 42 |
| **Location:** | CUBICLES CUBICLES | **Locator Code:** | V |
| **Found:** | FLOOR NEXT TO CUBICLE | | |
| **Description:** | Seized Per Warrant | DOCUMENTS PERTAINING TO OXYELITE | |

| | | | |
|---|---|---|---|
| **Control #:** | 96 | **Evidence Box:** | 43 |
| **Location:** | KATRINA GIVENS | **Locator Code:** | FF |
| **Found:** | TOP FILE CABINET | | |
| **Description:** | Seized Per Warrant | 1. GNC 2013 PM PROGRAM REQUEST FORM 2. CREDIT MEMO - OXY | |

| | | | |
|---|---|---|---|
| **Control #:** | 97 | **Evidence Box:** | 43 |
| **Location:** | KATRINA GIVENS | **Locator Code:** | FF |
| **Found:** | UNDER DESK | | |
| **Description:** | Seized Per Warrant | 1. OXYELITE RECORDS: EMAILS SALES ORDERS, INTERNATIONAL ORDERS, STATE SALES TAX, FINANCIALS, CHASE WIRE TRANSFER REQUESTS, PURCHASING RECEIVED LOG, A/P AGING, OWRKD ORDER, CREDIT MEMOS 2. CHASE BANK STATEMENTS, FIRST DATA CREDIT CARD STATEMENTS | |

| | | | |
|---|---|---|---|
| **Control #:** | 98 | **Evidence Box:** | 43 |
| **Location:** | LORENA MACIAS | **Locator Code:** | K |
| **Found:** | OFFICE | | |
| **Description:** | Seized Per Warrant | ADVERSE EVENTS FILES RELATED TO OXYELITE PRO/CUSTOMER COMPLAINTS | |

| | | | |
|---|---|---|---|
| **Control #:** | 99 | **Evidence Box:** | 44 |
| **Location:** | STORAGE UPSTAIRS | **Locator Code:** | UU |
| **Found:** | OFFICE | | |
| **Description:** | Seized Per Warrant | BOX LABELED 2013 JAN-MAR DOMESTIC ORDERS H-Z AND INTERNATIONAL ORDERS, A-Z UPS SHIPPING LOGS | |

| | | | |
|---|---|---|---|
| **Control #:** | 100 | **Evidence Box:** | 45 |
| **Location:** | STORAGE UPSTAIRS | **Locator Code:** | UU |
| **Found:** | OFFICE | | |
| **Description:** | Seized Per Warrant | BOX OF DOMESTIC ORDERS 2013 JAN-MAR A-G | |

| | | | |
|---|---|---|---|
| **Control #:** | 101 | **Evidence Box:** | 46 |
| **Location:** | STORAGE UPSTAIRS | **Locator Code:** | UU |
| **Found:** | OFFICE | | |
| **Description:** | Seized Per Warrant | BOX LABELED "COMPS AND COMPLAINTS AND UPS LOG 2013-2013 | |

| | | | |
|---|---|---|---|
| **Control #:** | 102 | **Evidence Box:** | 47 |
| **Location:** | STORAGE ROOM | **Locator Code:** | S |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant | 94 BOTTLES OXYELITE PRO 90 CAPSULES | |

| | | | |
|---|---|---|---|
| **Control #:** | 103 | **Evidence Box:** | 48 |
| **Location:** | STORAGE ROOM | **Locator Code:** | S |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant | 47 BOTTLES OXYELITE PRO CLEAR WRAP 180 CASPULE BOTTLES | |

| | | | |
|---|---|---|---|
| **Control #:** | 104 | **Evidence Box:** | 49 |
| **Location:** | STORAGE ROOM | **Locator Code:** | S |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant | 50 OXYELITE PRO POWDER 130 G CONTAINERS | |

| | | | |
|---|---|---|---|
| **Control #:** | 105 | **Evidence Box:** | 50 |
| **Location:** | OFFICE | **Locator Code:** | B |
| **Found:** | OFFICE | | |
| **Description:** | Seized Per Warrant | OXYELITE PRO SAMPLE PACKS, OXYELITE PRO SAMPLE BOTTLES, OXYELITE PRO PROMOTIONAL MATERIALS, SALES REP SALES RECORDS | |

| | | | |
|---|---|---|---|
| **Control #:** | 106 | **Evidence Box:** | 51 |
| **Location:** | CABINET AREA | **Locator Code:** | TT |
| **Found:** | NEXT TO FILE CABINETS | | |
| **Description:** | Seized Per Warrant | BOX OF OXYELITE PILLS/POWDERS | |

| Control #: | 107 | | Evidence Box: | 52 |
|---|---|---|---|---|
| Location: | CABINET | | Locator Code: | HH |
| Found: | CABINET | | | |
| Description: | Seized Per Warrant | FINANCIAL DOCS/TAX DOCS | | |

| Control #: | 108 | | Evidence Box: | 53 |
|---|---|---|---|---|
| Location: | KATRINA GIVENS | | Locator Code: | FF |
| Found: | FILE CABINET | | | |
| Description: | Seized Per Warrant | GNC AND OTHER COMPANIES DOCUMENTS RELATED TO OXY PRODUCTS | | |

| Control #: | 109 | | Evidence Box: | 54 |
|---|---|---|---|---|
| Location: | KENNETH MILES | | Locator Code: | L |
| Found: | DESK | | | |
| Description: | Seized Per Warrant | RAW MATERIALS FOLDER<br>PRO-TECH NUTRACEUTICAL FOLDER<br>PCI FOLDER<br>2012 COMPLAINTS<br>2013 COMPLAINTS<br>DOCS RELATED TO COA<br>DOCS RELATED TO STABILITY STUDY<br>DOCS RELATED TO NHP CONSULTING<br>MEDWATCH REPROT FOLDER<br>OEP FOLDER WITH EMAILS | | |

| Control #: | 110 | | Evidence Box: | 55 |
|---|---|---|---|---|
| Location: | STORAGE UPSTAIRS | | Locator Code: | UU |
| Found: | STORAGE AREA | | | |
| Description: | Seized Per Warrant | USP LAB INVOICES INVOLVING OXYELITE PRO AND VERSA | | |

| Control #: | 111 | | Evidence Box: | 43 |
|---|---|---|---|---|
| Location: | RECEPTION | | Locator Code: | C |
| Found: | OFFICE | | | |
| Description: | Seized Per Warrant | INVOICE FROM PEGASUS LOGISTICS FOR AEGELINE | | |

| Control #: | 112 | | Evidence Box: | 43 |
|---|---|---|---|---|
| Location: | OFFICE | | Locator Code: | A |
| Found: | OFFICE | | | |
| Description: | Seized Per Warrant | MISC DOCS INVOICES, SALES DATA, ARTICLES, ADVERTISEMENTS | | |

| Control #: | 113 | | Evidence Box: | 43 |
|---|---|---|---|---|
| Location: | KATRINA GIVENS | | Locator Code: | FF |
| Found: | BIN | | | |
| Description: | Seized Per Warrant | BIN ABOVE FILING CABINET BEHIND DESK<br>ADVANCE REMITTANCE'S - OXY PRODUCTS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 114 | **Evidence Box:** | 43 |
| **Location:** | KATRINA GIVENS | **Locator Code:** | FF |
| **Found:** | FILE CABINET | | |
| **Description:** | Seized Per Warrant | SALES AND USE TAX LICENSES AND TAX RETURNS FOR OXYELITE, ADVANCE REMITTANCES, EMAILS RE: CREDITS AND VARIOUS STATES RETURNS OF OXYELITE | |

| | | | |
|---|---|---|---|
| **Control #:** | 115 | **Evidence Box:** | 43 |
| **Location:** | KATRINA GIVENS | **Locator Code:** | FF |
| **Found:** | BOX UNDER DESK | | |
| **Description:** | Seized Per Warrant | VARIOUS OXY RECORDS - INVOICES, PACKING SLIPS, ACCOUNTING REPORTS, ADVANCE REMITTANCES, EMAILS, PROMOTIONS CHASE BANK STATEMENTS FOR USP LABS LLC 7/2013, 8/2013, 9/2013 | |

| | | | |
|---|---|---|---|
| **Control #:** | 116 | **Evidence Box:** | 43 |
| **Location:** | CUBICLE | **Locator Code:** | D |
| **Found:** | CUBICLE | | |
| **Description:** | Seized Per Warrant | DOCUMENTS RELATED TO OXYELITE PRO | |

| | | | |
|---|---|---|---|
| **Control #:** | 117 | **Evidence Box:** | 43 |
| **Location:** | STORAGE ROOM | **Locator Code:** | S |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant | 3 TWENTY-ONE CAPSULES BOTTLES OF OXYELITE PRO | |

| | | | |
|---|---|---|---|
| **Control #:** | 118 | **Evidence Box:** | 43 |
| **Location:** | STORAGE ROOM | **Locator Code:** | S |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant | 1 TEN CAPSULE OXYELITE PRO BOTTTLE | |

| | | | |
|---|---|---|---|
| **Control #:** | 119 | **Evidence Box:** | 56 |
| **Location:** | STORAGE ROOM | **Locator Code:** | S |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant | 45 OXYELITE PRO POWDER PACKETS 4.34G | |

| | | | |
|---|---|---|---|
| **Control #:** | 120 | **Evidence Box:** | 56 |
| **Location:** | STORAGE ROOM | **Locator Code:** | S |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant | 41 TWO CAPSULE OXYELITE PRO PACKETS | |

| | | | |
|---|---|---|---|
| **Control #:** | 121 | **Evidence Box:** | 56 |
| **Location:** | STORAGE ROOM | **Locator Code:** | S |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant | 43 TWO PACKET CAPSULES OF OXYELITE PRO | |

| | | | |
|---|---|---|---|
| **Control #:** | 122 | **Evidence Box:** | 56 |
| **Location:** | STORAGE ROOM | **Locator Code:** | S |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant   49 OXYELITE PRO POWDER PACKETS 4.34G | | |

| | | | |
|---|---|---|---|
| **Control #:** | 123 | **Evidence Box:** | 56 |
| **Location:** | STORAGE ROOM | **Locator Code:** | S |
| **Found:** | STORAGE AREA | | |
| **Description:** | Seized Per Warrant   3 SIXTY CAPSULE OXYELITE PRO BOTTLES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 124 | **Evidence Box:** | 57 |
| **Location:** | BARNEY VELASQUEZ | **Locator Code:** | F |
| **Found:** | CUBICLE | | |
| **Description:** | Seized Per Warrant   11 SEALED BOTTLES OXYELITE PRO SUPER THERMO - ONE SEALED JAR OXYELITE PRO SUPER THERMO POWDER | | |

| | | | |
|---|---|---|---|
| **Control #:** | 125 | **Evidence Box:** | 57 |
| **Location:** | OFFICE | **Locator Code:** | A |
| **Found:** | OFFICE | | |
| **Description:** | Seized Per Warrant   OXYELITE PRO POWDERS, PILLS, SAMPLE PKGS/VERSA-1 PILLS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 126 | **Evidence Box:** | 57 |
| **Location:** | BARNEY VELASQUEZ | **Locator Code:** | F |
| **Found:** | OPEN PKGS IN CUBICLE | | |
| **Description:** | Seized Per Warrant   7 RETURNED BOTTLES OF OXYELITE PRO SUPER THEROMOGENIC WITH PACKAGES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 127 | **Evidence Box:** | 57 |
| **Location:** | BARNEY VELASQUEZ | **Locator Code:** | F |
| **Found:** | BOX IN CUBICLE | | |
| **Description:** | Seized Per Warrant   3 SEALED EMPTY BOTTLES OXYELITE PRO ULTRA-INTENSE THERMO 3 SEALED EMPTY BOTTLES OXYELITE PRO SUPER THERMO | | |

| | | | |
|---|---|---|---|
| **Control #:** | 128 | **Evidence Box:** | 57 |
| **Location:** | BARNEY VELASQUEZ | **Locator Code:** | F |
| **Found:** | TOP FILE DRAWERS | | |
| **Description:** | Seized Per Warrant   TOP OF FILE DRAWERS/FILE CADDY ON CUBICLE WALL - FDA DOCUMENTS OXYELITE INFO - AEGELINE INFO | | |

| | | | |
|---|---|---|---|
| **Control #:** | 129 | **Evidence Box:** | 57 |
| **Location:** | BARNEY VELASQUEZ | **Locator Code:** | F |
| **Found:** | FILE DRAWER | | |
| **Description:** | Seized Per Warrant   OXYELITE FILE FOLDERS - OPEN COMPLAINTS FOLDER | | |

| Control #: | 130 | | Evidence Box: | 57 |
| Location: | BARNEY VELASQUEZ | | Locator Code: | F |
| Found: | ABOVE SHELF | | | |
| Description: | Seized Per Warrant | 16 BOTTLES OXYELITE PRO (1X180CT, 13 X 90 CT (EMPTY), 2 X 10 CT | | |

| Control #: | 131 | | Evidence Box: | 58 |
| Location: | KATRINA GIVENS | | Locator Code: | FF |
| Found: | TOP OF DESK | | | |
| Description: | Seized Per Warrant | TAINT | *Not on inventory, taken to U.S.AO. 11/7/13* | |

| Control #: | 132 | | Evidence Box: | 58 |
| Location: | ADAM SCHWINGHAMMER | | Locator Code: | M |
| Found: | OFFICE | | | |
| Description: | Seized Per Warrant | TAINT | *Not on inventory, taken to U.S.AO. 11/7/13* | |

| Control #: | 133 | | Evidence Box: | 59 |
| Location: | STORAGE UPSTAIRS | | Locator Code: | UU |
| Found: | STORAGE AREA | | | |
| Description: | Seized Per Warrant | 1. BOX LABLED OCT-DEC 2012 BILLING 2. BOX LABLED INTERNATIONAL DOMESTIC 2011 ORDERS | | |

| Control #: | 134 | | Evidence Box: | 59 |
| Location: | STORAGE UPSTAIRS | | Locator Code: | UU |
| Found: | STORAGE AREA | | | |
| Description: | Seized Per Warrant | BOX LABLED 2012 AP PAYABLES | | |

| Control #: | 135 | | Evidence Box: | 60 |
| Location: | SERVER ROOM | | Locator Code: | BB |
| Found: | SERVER | | | |
| Description: | Seized Per Warrant | FORENSIC COMPUTER IMAGES FROM SERVERS ROOM K,O,L,LL | | |

*taken to Konsas City*
*will be returned*

## RECEIPT FOR PERSONAL PROPERTY

| TO: (Name, Title, Address, if applicable)<br><br>USP LABS | Case No.:<br>2014 DAT 723 0028 |
|---|---|
| | Case Title:<br>OXYELITE |
| | Date Received:<br>11/06/13 |

OCI Office: KCK

I hereby acknowledge receipt of the following described property or other item(s), which was given into my custody by the above named individual.

| Item Number | AMOUNT OR QUANTITY | DESCRIPTION OR ITEM(S) |
|---|---|---|
| S1RHC1 D1 + D2 | 2 HDD | 2TB WD SER... 4201, 500GB SN ..95 |
| S1RHC2 | 1 HDD | TOSHIBA USB SER ...TCS3 |
| S1RHC3 | 1 HDD | SAMSUNG HDD SN #..3132 |

| RECEIVED BY (Signature)<br>*[signature]* | NAME AND TITLE (Print or Type)<br>LEE ROEDIGER   SA | OFFICE<br>KCK |
|---|---|---|
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) | OFFICE |

RETURN OF PROPERTY

I acknowledge receipt of the above listed property with the following exceptions:

_____

_____

SIGNATURE OF PERSON RECEIVING PROPERTY

_____

DATE/TIME PROPERTY RECEIVED

| DATE: | TIME: |
|---|---|