Exhibit 2

# Attorney Search Warrant
USAM 9-13.420

Policy and Statutory Enforcement Unit
Office of Enforcement Operations
Criminal Division
U.S. Department of Justice
E-mail: PSEU@usdoj.gov
Phone: (202) 305-4023

Please check the box to certify
that you have read USAM 9-13.420: ☐

Last updated: 7/2016

**Date of submission:** [ ]

**Date response requested (allow at least two weeks):** [ ]

**If requested response date is in *less than two weeks*, provide an explanation for what unforeseen emergency circumstances justify your request taking precedence over previously submitted requests.**

*If required in less than 48 Hours, call PSEU before submitting this request.

| | | | |
|---|---|---|---|
| **AUSA/Contact Name:** | [ ] | **Phone:** | [ ] |
| **District:** | SELECT DISTRICT, DOJ DIVISION, OR CRM SECTION | **Email:** | [ ] |

The following information is requested in order for the PSEU to draft a memorandum
to the Office of the Assistant Attorney General of the Criminal Division,
advising the OAAG as to whether your office has satisfied the consultation requirement.

Attorney/Firm Name: [ ]

Anticipated search date: [ ]

Please indicate if this matter concerns:   ☐ OCDETF   or   ☐ Forfeiture

Statute(s) violated or under investigation (include name of offense and statute citation, e.g., 18 U.S.C. § 1343):
*(box will expand to fit text)*

[ ]

Detailed description of the matter or case, including:
   dates of events (e.g., dates of offenses),
   nature of the evidence,
   names of witnesses, targets/defendants, etc., and
   description of the proposed search.
*(box will expand to fit text)*

[ ]

Premises to Be Searched:

___ Law Firm    ___ Residence    ___ Business/Corporation    ___ Email Account    ___ Computer/Electronic Device

___ Other: _____

Records, Information, and/or Objects of the Search:

___ Client Files    ___ Attorney Business Records    ___ Client Financial or Business Records    ___ Physical Objects

___ Computer/Electronic Device    ___ Audio or Video Tapes    ___ Email    ___ Text Messages

___ Other: _____

Is the information or material sought through the search available from any other source(s)?
*(box will expand to fit text)*

[ ]

Explain why less intrusive means (e.g., subpoena) cannot be used.
*(box will expand to fit text)*

[ ]

Explain the strong need for the information or material sought.
*(box will expand to fit text)*

[ ]

Summarize the probable cause for the search warrant.
*(box will expand to fit text)*

[ ]

With your request, you must submit the following documents:
- a copy of the search warrant affidavit (draft is permissible)
- attachments to the search warrant affidavit, including list of items to be seized
- taint or filter team procedures (may be included within the affidavit or in a document to be given to the taint team) --
    - if electronic media will be searched, the procedures must describe, in detail, how the taint team procedures will apply to the search of the electronic media (e.g., servers, computers, cell phones)

Prior submission(s) to PSEU or to the Criminal Division on the same matter/investigation/case (if any).
*(box will expand to fit text)*

[ ]

**Type the Name of the Authorizing U.S. Attorney, Supervisor, or Criminal Division Section Chief**
*In submitting this form/request to PSEU, the responsible federal prosecutor is certifying that the United States Attorney, Criminal Division Section Chief, or other appropriate supervisor authorized this request.

*Please attach copies of the draft search warrant affidavit, attachments to the affidavit, and taint or filter team procedures.

[Submit by E-mail]  [Print Form]