Exhibit 3

**United States District Court, Northern District of Texas**
**United States of America v. USPlabs, LLC et al. (15 CR 496)**

**List of MailStore Path and Source Folder Path Metadata**
**Associated with Defendants' Motion Exhibits 15-19**

- Exhibit 15 (DOJ_ID00159750)
    - MailStore Path: "Forensic Images\USP Labs Search Warrants and Email Service Provider\Western Digital Actual HD1\ceo.usplabsdirect.com.pst\PST_2.pst"
    - Source Folder Path: "Ceo\Top of Outlook data file\Inbox"

- Exhibit 16 (DOJ_ID00131569)
    - MailStore Path: "Forensic Images\USP Labs Search Warrants and Email Service Provider\Western Digital Actual HD1\ceo.usplabsdirect.com.pst\PST_1.pst"
    - Source Folder Path: "Ceo\Top of Outlook data file\Deleted Items"

- Exhibit 17 (DOJ_ID00139231)
    - MailStore Path: "Forensic Images\USP Labs Search Warrants and Email Service Provider\Western Digital Actual HD1\ceo.usplabsdirect.com.pst\PST_1.pst"
    - Source Folder Path: "Ceo\Top of Outlook data file\Deleted Items"

- Exhibit 18 (DOJ_ID00193907)
    - "Forensic Images\USP Labs Search Warrants and Email Service Provider\Western Digital Actual HD1\ceo.usplabsdirect.com.pst\PST_3.pst"
    - Source Folder Path: "Ceo\Top of Outlook data file\Deleted Items"

- Exhibit 19 (DOJ_ID00508441)
    - MailStore Path: "Jon\Top of Outlook data file\Top of Outlook data file\Inbox"
    - Source Folder Path: "Forensic Images\USP Labs Search Warrants and Email Service Provider\Western Digital Actual HD1\jon.usplabsdirect.com.pst\PST_10.pst"
        2.   The Disclosure of Documents/Information to Plaintiffs' Lawyers