Exhibit 4

# ANDREWS THORNTON

Attorneys At Law, A Law Corporation

2 Corporate Park, Suite 110
Irvine, California 92606
Telephone: 949.748.1000
Facsimile: 949.315.3540
www.andrewsthornton.com

Anne Andrews
aa@andrewsthornton.com
John C. Thornton
jct@andrewsthornton.com
Sean T. Higgins
shiggins@andrewsthornton.com
Lila Razmara
lr@andrewsthornton.com

July 15, 2015

**VIA PRIORITY U.S. MAIL and EMAIL**

James M. Kovakas
Freedom of Information/Privacy Act Office
Civil Division
Room 8020
1100L Street, N.W.
Department of Justice
Washington, DC 20530
OFFICE: (202) 514-3319

### RE: FOIA REQUEST WITHDRAWAL

To Mr. Kovakas:

On July 14, 2015, this office made a formal request for information pursuant to the Freedom of Information Act of 199 relating to pending civil litigation against USPLabs, LLC.

The following was requested:

1. Copies of the documents seized by FDA and listed in Exhibit A, a return of the Search Warrant filed by FDA in Case 3:13-mj-00750-BK, including:
   a. Control # 18
   b. Control # 19
   c. Control # 20
   d. Control # 21
   e. Control # 22
   f. Control # 27
   g. Control # 30
   h. Control # 31 (excluding accounts payable)
   i. Control # 33
   j. Control # 42
   k. Control # 43
   l. Control # 44
   m. Control # 45
   n. Control # 46
   o. Control # 47
   p. Control # 55
   q. Control # 56 (excluding production information other than for Jack3d, Versa-1 or any of the OxyElite Pro products)
   r. Control # 58
   s. Control # 59 (excluding financial documents)

t. Control # 60
u. Control # 61
v. Control # 62
w. Control # 63
x. Control # 64
y. Control # 65
z. Control # 66
aa. Control # 67
bb. Control # 68
cc. Control # 69
dd. Control # 78
ee. Control # 79
ff. Control # 80
gg. Control # 81 (excluding financial stats, tax returns, bank account records, and bank statements)
hh. Control # 82 (excluding Budget Q4 2013 file)
ii. Control # 83
jj. Control # 84 (excluding production specs other than for Jack3d, Versa-1 or any of the OxyElite Pro products)
kk. Control # 86
ll. Control # 88
mm. Control # 89
nn. Control # 90
oo. Control # 91
pp. Control # 93
qq. Control # 94
rr. Control # 95
ss. Control # 96
tt. Control # 97 (excluding everything but OxyElite records, emails sales orders and international orders)
uu. Control # 98
vv. Control # 99
ww. Control # 100
xx. Control # 101
yy. Control # 105 (excluding sample packs and bottles)
zz. Control # 108
aaa. Control # 109
bbb. Control # 110
ccc. Control # 111
ddd. Control # 112
eee. Control # 115
fff. Control # 116
ggg. Control # 128
hhh. Control # 129
iii. Control # 133
jjj. Control # 135

GOV-01557302
GOV-01557301

2. Copies of all imaged ESI (electronically stored information) taken from USPLabs pursuant to the above warrant, specifically including but not limited to images of all emails and all deleted portions of any hard drives or servers.

We understand that the Department of Justice has agreed to produce all responsive documents to the Article III Judge, Judge Kobayashi, in the District of Hawaii in lieu of producing this evidence directly to the Plaintiffs (the requesting parties). We understand the federal government does not have the resources to review and redact these voluminous documents. We therefore appreciate the Department's need to turn over this evidence directly to the Court in order to fulfill the government's duty to protect certain confidential and potentially privileged documents. In accordance with the Department's agreement to produce all documents to the Judge we formally withdraw this FOIA request. We will request the Court appoint a Special Master to review the documents for privilege. The parties already have a confidentiality order that will safeguard any other confidential documents. We will then request the Special Master turn over the remaining documents to the Plaintiffs.

We applaud and appreciate the Department's efforts to provide these victims access to material evidence which was destroyed or otherwise not produced in this case.

If you have any remaining concerns or questions please feel free to call me.

Yours truly,

SEAN THOMAS HIGGINS, ESQ.

3