Exhibit 7



**ANDREWS THORNTON**

Attorneys At Law, A Law Corporation

2 Corporate Park, Suite 110
Irvine, California 92606
Telephone: 949.748.1000
Facsimile: 949.315.3540
www.andrewsthornton.com

Anne Andrews
aa@andrewsthornton.com
John C. Thornton
jct@andrewsthornton.com
Sean T. Higgins
shiggins@andrewsthornton.com
Lila Razmara
lr@andrewsthornton.com

June 15, 2015

**VIA FAX AND PRIORITY U.S. MAIL**

Food and Drug Administration
Division of Freedom of Information
Office of the Executive Secretariat, OC
5630 Fishers Lane, Room 1035
Rockville, MD 20857
Fax: (301) 827-9267.

Office of Information Policy (OIP)
U.S. Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, D.C. 20530
Fax: (202) 514-1009
E-mail: OIP.ComplianceInquiry@usdoj.gov

**RE: FOIA REQUEST**

To whom it may concern:

This is a formal request for information pursuant to the Freedom of Information Act of 1996. The following is requested:

Copies of the documents seized by FDA and listed in Exhibit A, a return of the Search Warrant filed by FDA in Case 3:13-mj-00750-BK, including:

 a. Control # 18
 b. Control # 19
 c. Control # 20
 d. Control # 21
 e. Control # 22
 f. Control # 27
 g. Control # 30
 h. Control # 31 (excluding accounts payable)
 i. Control # 33
 j. Control # 42
 k. Control # 43
 l. Control # 44
 m. Control # 45
 n. Control # 46
 o. Control # 47
 p. Control # 55

GOV-01557305

q.  Control # 56 (excluding production information other than for Jack3d, Versa-1 or any of the OxyElite Pro products)
r.  Control # 58
s.  Control # 59 (excluding financial documents)
t.  Control # 60
u.  Control # 61
v.  Control # 62
w.  Control # 63
x.  Control # 64
y.  Control # 65
z.  Control # 66
aa. Control # 67
bb. Control # 68
cc. Control # 69
dd. Control # 78
ee. Control # 79
ff. Control # 80
gg. Control # 81 (excluding financial stats, tax returns, bank account records, and bank statements)
hh. Control # 82 (excluding Budget Q4 2013 file)
ii.  Control # 83
jj.  Control # 84 (excluding production specs other than for Jack3d, Versa-1 or any of the OxyElite Pro products)
kk. Control # 86
ll.  Control # 88
mm.      Control # 89
nn. Control # 90
oo. Control # 91
pp. Control # 93
qq. Control # 94
rr.  Control # 95
ss. Control # 96
tt.  Control # 97 (excluding everything but OxyElite records, emails sales orders and international orders)
uu. Control # 98
vv. Control # 99
ww.      Control # 100
xx. Control # 101
yy. Control # 105 (excluding sample packs and bottles)
zz. Control # 108
aaa.      Control # 109
bbb.      Control # 110
ccc.      Control # 111
ddd.      Control # 112
eee.      Control # 115
fff. Control # 116

2

GOV-01557306

    ggg.    Control # 128
    hhh.    Control # 129
    iii.  Control # 133
    jjj.  Control # 135

In order to avoid unnecessary delays in the processing of this request we are prepared to explain why we are entitled to the above documents. As you know, "[u]nder the FOIA . . . all documents in the possession of government agencies are available to members of the public, unless the documents are specifically exempted." *Department of Justice v. Julian*, 486 U.S. 1, 8, 108 S.Ct. 1606, 1610, 100 L.Ed.2d 1 (1988). We are aware the DOJ and the FDA have come into possession of the above documents by virtue of a warrant issued in Case 3:13-mj-00750-BK. Thus, unless an exemption applies we are entitled to the documents seized.

Of the exemptions listed in 5 U.S.C.A. § 552 (b), only three are potentially relevant:

**Exemption 3**
"(3) specifically exempted from disclosure by statute." 5 U.S.C.A. § 552(b)(3).

While exemption 3 incorporates Fed. R. Crim. Proced 6(e), providing for secrecy of grand jury proceedings, "'[T]here is no *per se* rule against disclosure of any and all information which has reached the grand jury chambers,' *Lopez*, 393 F.3d at 1349, let alone any and all information which 'could' reach the grand jury, *see* **132 *1101 *In re Sealed Case*, 192 F.3d 995, 1001–03 (D.C.Cir.1999) (per curiam); *Wash. Post Co. v. Dep't of Justice*, 863 F.2d 96, 100 (D.C.Cir.1988); *see also Stolt–Nielsen Transp. Grp. Ltd.*, 534 F.3d at 732 ('[T]he government may not bring information into the protection of Rule 6(e) and thereby into the protection afforded by Exemption 3, simply by submitting it as a grand jury exhibit.')." Citizens for Responsibility & Ethics in Washington v. U.S. Dep't of Justice, 746 F.3d 1082, 1100-01 (D.C. Cir. 2014)

The aforementioned documents would not reveal any protected or secret aspect of any pending grand jury investigation since the documents above were obtained from USPLabs, LLC pursuant to a warrant. They do not reveal testimony of witnesses, identities of witnesses, the strategy of the DOJ in prosecuting any action or the deliberation or questions from jurors. Citizens for Responsibility & Ethics in Washington v. U.S. Dep't of Justice, 746 F.3d 1082, 1100 (D.C. Cir. 2014) citing Hodge v. FBI, 703 F.3d 575, 580 (D.C.Cir.2013). In fact, the documents themselves would not even reveal the existence of any pending grand jury proceeding. They were obtained pursuant to a warrant that was filed publicly. Because the documents speak for themselves, were generated by a third party and exist independently of any grand jury proceeding Fed. R. Crim. Proced. 6(e) and in turn exemption 3 to FOIA do not prevent disclosure.

**Exemption 4**
"(4) trade secrets and commercial or financial information obtained from a person and privileged or confidential." 5 U.S.C.A. § 552 (b)(4).

We are mindful that some of the documents obtained pursuant to the warrant may contain confidential information or trade secrets. We have removed from the list clearly protected financial information such as bank account information, taxes, etc. As to any remaining confidential information or trade

3

GOV-01557307

secrets, we have entered into a confidentially agreement entered by a federal judge in the District of Hawaii. (Exhibit B.) We agree to designate and treat all documents produced pursuant to this FOIA request as confidential pursuant to the terms of our confidentiality agreement. They will be used for purposes of trial in these civil actions and will not be disclosed to any non-parties. We will not file them openly on any docket or otherwise make them available to the public. In the event you believe this is not sufficient to alleviate confidentiality concerns we would permit confidential portions of the above documents to be redacted, although given the existence of the confidentiality order we would prefer they be produced without redactions.

At any rate, we believe any product information about either the DMAA products (Jack3d or OxyElite Pro) or the aegeline products (OxyElite Pro Super Thermo, OxyElite Pro Super Thermo Powder, OxyElite Pro Ultra Intense Thermo and Versa-1) are not confidential or trade secrets since those products were recalled and are no longer marketed. USPLabs cannot have a protected interest in products no longer being marketed. Moreover, although it is not possible to tell in the abstract, it seems probable that much of what was seized may have already been disclosed in this litigation. Elec. Frontier Found. v. Dep't of Commerce, 58 F. Supp. 3d 1008, 1017 (N.D. Cal. 2013).

As to privilege, we understand all documents have been run through a TAINT panel and so this should not be an issue.

Thus, while we believe most if not all of the documents requested are not subject to exemption 4 we believe the entered confidentiality order will alleviate any residual concerns, and if that is insufficient, we would ask confidential portions be redacted.

## Exemption 7

"(7) records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of a record or information compiled by criminal law enforcement authority in the course of a criminal investigation or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual." 5 U.S.C.A. § 552 (b)(7) (emphasis added.)

In the interest of thoroughness we will discuss each in turn.

### Exemption 7(A)
Since the documents sought exist independently of any grand jury or ongoing criminal investigation, in that they were documents created by USP and do not involve strategies of the DOJ, names or testimony of grand jury witnesses, their disclosure could not impact any enforcement proceeding.

4

GOV-01557308

Exemption 7(B)

It is difficult to imagine how disclosure of USP's own documents would deprive them of a fair trial should one ever be initiated. However, as above, we will agree to keep all documents confidential pursuant to our confidentiality order.

Exemption 7 (C)

As far as we know no personal information is contained in the documents. If such information is present we ask it be redacted.

Exemption 7 (D)

Since these are documents seized from USPLabs itself there are no confidential source issues.

Exemption 7 (E)

Since these are documents seized from USPLabs itself there are no law enforcement procedures or techniques at issue.

Exemption 7 (F)

Since these are business documents seized from USPLabs itself there is no likelihood that disclosure could reasonably be expected to endanger anyone's life or safety.

We are open to a dialogue to safeguard any other concerns you may have. And, of course, this office is happy to pay all reasonable fees incurred in fulfilling this request, including limitations. If you have any questions or concerns, please do not hesitate to contact our office.

Yours truly,

SEAN THOMAS HIGGINS, ESQ.

5

GOV-01557309

# EXHIBIT A

GOV-01557310

# United States District Court

|  |  |
|---|---|
| **NORTHERN** **DISTRICT OF** **TEXAS** | |

**In the Matter of the Search of**
(Name, address or Brief description of person, property or premises to be searched)

USP Labs LLC
10761 King William Drive
Dallas, TX 75220

**SEARCH WARRANT**

**CASE NUMBER:** 3:13-MJ- 750 - BK

To:  **Special Agent, Chad Medaris, Food and Drug Administration (FDA), Office of Criminal Investigations (OCI)**  and any Authorized Officer of the United States

Affidavit(s) having been made before me by  **Special Agent Chad Medaris**  has reason to believe that on the person of or **XX** on the property or premises known as (name, description and/or location)

(SEE ATTACHMENT A).

in the  **NORTHERN**  District of  **TEXAS**  there is now concealed a certain person or property, namely (describe the person or property to be seized)

(SEE ATTACHMENT B).

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _November 15, 2013_

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to  RENÉE HARRIS TOLIVER, United States Magistrate Judge  as required by law.

November 1, 2013 _at 10:00 a.m._          at          Dallas, Texas
**Date and Time Issued**                                 **City and State**

**RENÉE HARRIS TOLIVER**
**United States Magistrate Judge**
**Name and Title of Judicial Officer**                   Signature of Judicial Officer

GOV-01557311

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 11-1-2013 | 11-6-2013 | Mike Uhl - Company Attny - |

INVENTORY MADE IN THE PRESENCE OF

SA Wade Moon FDA-OCI

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See Attached

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

NOV - 7 2013

CLERK, U.S. DISTRICT COURT
by _____
             Deputy

### CERTIFICATION

I Swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____
                                    Affiant

Subscribed, sworn to, and returned before me this date.

_____          11-7-2013
        U.S. Magistrate Judge                              Date

GOV-01557312

Case 3:15-cr-00496-L   Document 242-7   Filed 05/22/17   Page 10 of 35   PageID 5928
Case 3:15-cr-00496-L   Document 211-14   SEALED   Filed 04/18/17   Page 101 of 251   PageID 3195

Case 3:13-mj-00750-BK   Document 5   Filed 11/07/13   Page 3 of 18   PageID 38

## Inventory Listing of All Items Seized at Search Warrant Site

| | |
|---|---|
| **Site Name:** | **Investigation Number:** | **Report Date:** |

Site Name:
USP LABS LLC
10761 KING WILLIAM DRIVE
DALLAS, TEXAS 75220

Investigation Number:

**Starting Date and Time:**
11/06/2013 09:30 AM
**Ending Date and Time:**
11/06/2013 08:10 PM

Report Date:
Thursday, November 07, 2013

---

| **Control #:** | 1 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | SE CORNER FILE CABINET | | |
| **Description:** | Seized Per Warrant   PACKING/SHIPPING/RECEIVING RETURN DOCS. | | |

---

| **Control #:** | 2 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | SE CORNER FILE DESK | | |
| **Description:** | Seized Per Warrant   SYSTEM USER NAME AND PASSWORD | | |

---

| **Control #:** | 3 | **Evidence Box:** | 2 |
|---|---|---|---|
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | SE CORNER FILE CABINET | | |
| **Description:** | Seized Per Warrant   PACKING SLIPS/SHIPPING/RETURN DOCS FROM TOP AND BOTTOM DRAWERS. | | |

---

| **Control #:** | 4 | **Evidence Box:** | 3 |
|---|---|---|---|
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | SE CORNER QUARANTINE AREA | | |
| **Description:** | Seized Per Warrant   PRODUCTS IN THE :RETURN" BIN CONTAINING APPROX (20) OXYPRO PRODUCTS PILLS AND POWDERS, | | |

---

| **Control #:** | 5 | **Evidence Box:** | 4 |
|---|---|---|---|
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | SE CORNER | | |
| **Description:** | Seized Per Warrant   LOCKED GREY SHRED BIN | | |

---

| **Control #:** | 6 | **Evidence Box:** | 6 |
|---|---|---|---|
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | WAREHOUSE PALLET ROWS | | |
| **Description:** | Seized Per Warrant   ROW K OXYELITE PRO ADVANCED PALLET #9 | | |

---

| **Control #:** | 7 | **Evidence Box:** | 7 |
|---|---|---|---|
| **Location:** | WAREHOUSE | **Locator Code:** | R |
| **Found:** | WAREHOUSE PALLET ROWS | | |
| **Description:** | Seized Per Warrant   ROW K OXYELITE PRO ADVANCED PALLET #10 | | |

Page 1 of 18

GOV-01557313

Case 3:15-cr-00496-L   Document 242-7   Filed 05/22/17   Page 11 of 35   PageID 5929
Case 3:15-cr-00496-L   Document 211-14   SEALED   Filed 04/18/17   Page 102 of 291   PageID 3196

Case 3:13-mj-00750-BK   Document 5   Filed 11/07/13   Page 4 of 18   PageID 39

| Control #: | 8 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | WAREHOUSE PALLET ROWS | | |
| Description: | Seized Per Warrant   ROW K OXYELITE PRO ADVANCED PALLET #11 | | |

| Control #: | 9 | Evidence Box: | 9 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | WAREHOUSE PALLET ROWS | | |
| Description: | Seized Per Warrant   ROW K OXYELITE PRO ADVANCED PALLET #12 | | |

| Control #: | 10 | Evidence Box: | 10 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | STAGING AREA | | |
| Description: | Seized Per Warrant   WRAPPED PALLET OF 2700 BOTTLES LABELED OXYELITE PRO PT | | |

| Control #: | 11 | Evidence Box: | 11 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | STAGING AREA | | |
| Description: | Seized Per Warrant   WRAPPED PALLET OF 2700 BOTTLES LABELED OXYELITE PRO PT | | |

| Control #: | 12 | Evidence Box: | 12 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | STAGING AREA | | |
| Description: | Seized Per Warrant   WRAPPED PALLET OF 2700 BOTTLES LABELED OXYELITE PRO PT | | |

| Control #: | 13 | Evidence Box: | 13 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | WAREHOUSE PALLET ROWS | | |
| Description: | Seized Per Warrant   WRAPPED PALLET OF 2700 BOTTLES LABELED OXYELITE PRO PT | | |

| Control #: | 14 | Evidence Box: | 14 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | STAGING AREA | | |
| Description: | Seized Per Warrant   WRAPPED PALLET OF 2700 BOTTLES LABELED OXYELITE PRO PT | | |

| Control #: | 15 | Evidence Box: | 15 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | QUARANTINE AREA | | |
| Description: | Seized Per Warrant   WRAPPED PALLET OF 2040 BOTTLES LABELED OXYELITE POWDER | | |

GOV-01557314

Case 3:15-cr-00496-L   Document 242-7   Filed 05/22/17   Page 12 of 35   PageID 5930
Case 3:15-cr-00496-L   Document 211-14   SEALED   Filed 04/18/17   Page 103 of 291   PageID 3197

Case 3:13-mj-00750-BK   Document 5   Filed 11/07/13   Page 5 of 18   PageID 40

| Control #: | 16 | | Evidence Box: | 16 |
|---|---|---|---|---|
| Location: | WAREHOUSE | | Locator Code: | R |
| Found: | QUARANTINE AREA | | | |
| Description: | Seized Per Warrant | WRAPPED PALLET OF 2040 BOTTLES LABELED OXYELITE POWDER | | |

| Control #: | 17 | | Evidence Box: | 17 |
|---|---|---|---|---|
| Location: | WAREHOUSE | | Locator Code: | R |
| Found: | QUARANTINE AREA | | | |
| Description: | Seized Per Warrant | WRAPPED PALLET BOTTLES OXYELITE PRO PILLS 90 PER BOX, APPROX 864 BOTTLES | | |

| Control #: | 18 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | WAREHOUSE | | Locator Code: | R |
| Found: | ROOM Y STAGING | | | |
| Description: | Seized Per Warrant | CLIPBOARD "DIANA" WITH EMAIL RECORDS INVENTORY SHEETS . | | |

| Control #: | 19 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | WAREHOUSE | | Locator Code: | R |
| Found: | ROOM Y FILE CABINET BOTTOM DRW | | | |
| Description: | Seized Per Warrant | INVENTORY LOG BOOKS | | |

| Control #: | 20 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | WAREHOUSE | | Locator Code: | R |
| Found: | ROOM Y OUTBOUND SHIPPING AREA | | | |
| Description: | Seized Per Warrant | INVENTORY CONTROL CARD WITH LOT NOTEBOOKS. | | |

| Control #: | 21 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | WAREHOUSE | | Locator Code: | R |
| Found: | ROOM Y OUTBOUND SHIPPING AREA | | | |
| Description: | Seized Per Warrant | RETUN/REJECTED PRODUCT LOG | | |

| Control #: | 22 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | CUBICLE | | Locator Code: | AA |
| Found: | FILE CABINET UNDER DESK | | | |
| Description: | Seized Per Warrant | ACCOUTING ENTITY STRUCTURE | | |

| Control #: | 23 | | Evidence Box: | 1 |
|---|---|---|---|---|
| Location: | CUBICLE | | Locator Code: | CC |
| Found: | CUBICLE | | | |
| Description: | Seized Per Warrant | INVENTORY REPORTS ACCOUNTING LEDGER RECORDS | | |

GOV-01557315

| Control #: | 24 | | Evidence Box: | 1 |
| Location: | NICHOLAS BOURDELOT | | Locator Code: | II |
| Found: | DESK | | | |
| Description: | Seized Per Warrant | INVOICES | | |

| Control #: | 25 | | Evidence Box: | 1 |
| Location: | NICHOLAS BOURDELOT | | Locator Code: | II |
| Found: | OFFICE | | | |
| Description: | Seized Per Warrant | 1 BOTTLE OXYELITE PRO POWDER AND 1 BOTTLE OXYELITE PRO PILLS | | |

| Control #: | 26 | | Evidence Box: | 18 |
| Location: | UPSTAIRS CABINET | | Locator Code: | VV |
| Found: | SAMPLE CABINET | | | |
| Description: | Seized Per Warrant | OXYELITE 2 WITH AEGELINE CAPSULES, OXYELITE PRO, NEW OXY, OXYELITE POWDER | | |

| Control #: | 27 | | Evidence Box: | 1 |
| Location: | CUBICLES | | Locator Code: | U |
| Found: | CUBICLE IN WAREHOUSE | | | |
| Description: | Seized Per Warrant | DOCUMENTS RELATED TO OXYELITE PRO | | |

| Control #: | 28 | | Evidence Box: | 1 |
| Location: | OFFICE UPSTAIRS | | Locator Code: | GG |
| Found: | OFFICE | | | |
| Description: | Seized Per Warrant | MISCELLANEOUS PAPERS/ACCOUNTING INFORMATION | | |

| Control #: | 29 | | Evidence Box: | 1 |
| Location: | CABINET | | Locator Code: | HH |
| Found: | BOX ON GROUND | | | |
| Description: | Seized Per Warrant | OXYELITE STATE TAX RECORDS | | |

| Control #: | 30 | | Evidence Box: | 1 |
| Location: | COPIER AREA | | Locator Code: | EE |
| Found: | FLOOR BY COPIER | | | |
| Description: | Seized Per Warrant | PAPER WORK WITH OXYELITE AND VERSA DOCUMENT INFORMATION | | |

| Control #: | 31 | | Evidence Box: | 1 |
| Location: | CUBICLES | | Locator Code: | T |
| Found: | ON DESK | | | |
| Description: | Seized Per Warrant | USP LAB INVOICES, PURCHSE ORDERS, ACCOUNTS PAYABLE, FREIGHT BILLS, STATEMENT OF ORIGIN | | |

GOV-01557316

Case 3:15-cr-00496-L   Document 242-7   Filed 05/22/17   Page 14 of 35   PageID 5932
Case 3:15-cr-00496-L   Document 211-14 *SEALED*   Filed 04/18/17   Page 105 of 291   PageID 3199

Case 3:13-mj-00750-BK   Document 5   Filed 11/07/13   Page 7 of 18   PageID 42

| Control #: | 32 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | WAREHOUSE AREA | | |
| Description: | Seized Per Warrant   INVENTORY CONTROL LOG AND INCOMING MATERIAL LOG | | |

| Control #: | 33 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | NATOYA GREATHOUSE | Locator Code: | SS |
| Found: | OFFICE AREA | | |
| Description: | Seized Per Warrant   OXYELITE PRO SALES RECORDS AND AN EMAIL | | |

| Control #: | 34 | Evidence Box: | 19 |
|---|---|---|---|
| Location: | WORK AREA | Locator Code: | Y |
| Found: | WORK AREA | | |
| Description: | Seized Per Warrant   TEN BOXES CONTAINING EMPTY BOTTLES OF OXYELITE PRO | | |

| Control #: | 35 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | KATRINA GIVENS | Locator Code: | FF |
| Found: | ON DESK | | |
| Description: | Seized Per Warrant   MISC DOCUMENTS INCLUDING, BANK ACOUNT NUMBERS AND LOG IN INFORMATION, INVOICES AND PURCHASES, INCOME STATEMENT, SALES TAX BILLS, SALES AND PROFITS, STOCK STATUS, VARIOUS EMAILS AND FINANCIAL DOCUMENTS | | |

| Control #: | 36 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | IRENE BERNSTEIN | Locator Code: | PP |
| Found: | DESK AREA | | |
| Description: | Seized Per Warrant   DOCUMNETS (INVOICES, FINANCIAL) | | |

| Control #: | 37 | Evidence Box: | 20 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | REJECT AREA | | |
| Description: | Seized Per Warrant   47 BOTTLES OF OXYELITE PRO | | |

| Control #: | 38 | Evidence Box: | 21 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | REJECT AREA | | |
| Description: | Seized Per Warrant   264 COUNT OXYELITE PRO BOTTLES | | |

| Control #: | 39 | Evidence Box: | 22 |
|---|---|---|---|
| Location: | WAREHOUSE | Locator Code: | R |
| Found: | REJECT AREA | | |
| Description: | Seized Per Warrant   213 BOTTLES OF OXYELITE PRO | | |

GOV-01557317

| Control #: | 40 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | HEATHER HALL | Locator Code: | RR |
| Found: | DESK AREA | | |
| Description: | Seized Per Warrant   PAPERWORK - STOCK, STATUS AND PRODUCT INFORMATION | | |

| Control #: | 41 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | HEATHER HALL | Locator Code: | RR |
| Found: | SHRED BOX | | |
| Description: | Seized Per Warrant   OXYELITE ORDERS, FORMS INVOICES/PACKING LISTS INVENTORIES, PRODUCT PLANNING REPORTS | | |

| Control #: | 42 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | GEORGE WILSON | Locator Code: | W |
| Found: | DESK TOP | | |
| Description: | Seized Per Warrant   OXYELITE PRO SALES AFTER OCT 8, 2013 | | |

| Control #: | 43 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | GEORGE WILSON | Locator Code: | W |
| Found: | ONTOP OF OVERHEAD STORAGE | | |
| Description: | Seized Per Warrant   OEP PRODUCT INVOICES | | |

| Control #: | 44 | Evidence Box: | 23 |
|---|---|---|---|
| Location: | GEORGE WILSON | Locator Code: | W |
| Found: | OVERHEAD STORAGE | | |
| Description: | Seized Per Warrant   PRODUCT LABLES AND USP LABS SHIPPING PROTOCAL | | |

| Control #: | 45 | Evidence Box: | 23 |
|---|---|---|---|
| Location: | GEORGE WILSON | Locator Code: | W |
| Found: | TOP OF FILE CABINET | | |
| Description: | Seized Per Warrant   OXYELITE BATCH RECORDS | | |

| Control #: | 46 | Evidence Box: | 23 |
|---|---|---|---|
| Location: | GEORGE WILSON | Locator Code: | W |
| Found: | TOP OF FILE CABINET | | |
| Description: | Seized Per Warrant   AEGELINE PURCHASE ORDERS | | |

| Control #: | 47 | Evidence Box: | 23 |
|---|---|---|---|
| Location: | GEORGE WILSON | Locator Code: | W |
| Found: | FILE DRAWER | | |
| Description: | Seized Per Warrant   DMAA OXYELITE AEGELINE DOCUMENTS | | |

GOV-01557318

| Control #: | 55 | Evidence Box: | 23 |
| Location: | JOSEPH RAPHAEL | Locator Code: | X |
| Found: | DESK | | |
| Description: | Seized Per Warrant | FILE FOLDERS CONTAINING MISC BUSINESS PRODUCT INFORMATION | |

| Control #: | 56 | Evidence Box: | 23 |
| Location: | JOSEPH RAPHAEL | Locator Code: | X |
| Found: | DESK | | |
| Description: | Seized Per Warrant | BUSINESS/PRODUCT INFORMATION, SHIPPING INFORMATION, FDA INFORMATION RE:DMAA | |

| Control #: | 57 | Evidence Box: | 24 |
| Location: | JOSEPH RAPHAEL | Locator Code: | X |
| Found: | TOP DESK DRAWER | | |
| Description: | Seized Per Warrant | ONE OPENED BOTTLE OXYELITE PRO, ONE SEALED BOTTLE OXYELITE PRO NEW FORMULA, ONE SEALED PACKET OXYELITE PRO NEW FORMULA | |

| Control #: | 58 | Evidence Box: | 24 |
| Location: | JOSEPH RAPHAEL | Locator Code: | X |
| Found: | DESK/CREDENZA | | |
| Description: | Seized Per Warrant | MISC BUSINESS DOCUMENTS, SHIPPING INFORMATION, OXYELITE PRODUCT INFORMATION ETC... | |

| Control #: | 59 | Evidence Box: | 24 |
| Location: | COPIER AREA | Locator Code: | EE |
| Found: | BY COPIER IN BOX WITH "SHRED ONLY" ON IT | | |
| Description: | Seized Per Warrant | DOCUMENTS PERTAINING TO OXYELEITE ORDERS, COMPLAINTS, INVENTORIES, SALES, ETC... AND FINANCIAL DOCUMENTS | |

| Control #: | 60 | Evidence Box: | 24 |
| Location: | CUBICLES CUBICLES | Locator Code: | V |
| Found: | CUBICLE AREA | | |
| Description: | Seized Per Warrant | DOCUMENTS RELATED TO OXYELITE DISTRIBUTION | |

| Control #: | 61 | Evidence Box: | 25 |
| Location: | CUBICLE | Locator Code: | QQ |
| Found: | DESK | | |
| Description: | Seized Per Warrant | OXYELITE DOCUMENTATION | |

GOV-01557319

Case 3:15-cr-00496-L   Document 242-7   Filed 05/23/17   Page 17 of 35   PageID 5935
Case 3:15-cr-00496-L   Document 221-14   SEALED   Filed 04/18/17   Page 108 of 251   PageID 3202

Case 3:13-mj-00750-BK   Document 5   Filed 11/07/13   Page 10 of 18   PageID 45

| Control #: | 62 | Evidence Box: | 26 |
|---|---|---|---|
| Location: | CUBICLE | Locator Code: | QQ |
| Found: | DESK | | |
| Description: | Seized Per Warrant   OXYELITE DOCUMENTATION | | |

| Control #: | 63 | Evidence Box: | 27 |
|---|---|---|---|
| Location: | CUBICLES | Locator Code: | |
| | CUBICLES | | |
| Found: | CUBICLE | | |
| Description: | Seized Per Warrant   DOCUMENTS RELATED TO VERSA AND OXYELITE PRO | | |

| Control #: | 64 | Evidence Box: | 28 |
|---|---|---|---|
| Location: | CABINET AREA | Locator Code: | TT |
| Found: | CABINETS | | |
| Description: | Seized Per Warrant   OXY DOCS - QA | | |

| Control #: | 65 | Evidence Box: | 24 |
|---|---|---|---|
| Location: | JACOB GEISSLER | Locator Code: | N |
| Found: | DESKTOP | | |
| Description: | Seized Per Warrant   1. OPEN AR | | |
| | 2. GNC RETURNS OXYELITE | | |
| | 3. VITAMIN SHOPPE OXYELITE RETURNS | | |

| Control #: | 66 | Evidence Box: | 24 |
|---|---|---|---|
| Location: | STORAGE UPSTAIRS | Locator Code: | UU |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant   2012-BILLING BOX INVOICES | | |

| Control #: | 67 | Evidence Box: | 24 |
|---|---|---|---|
| Location: | STORAGE UPSTAIRS | Locator Code: | UU |
| Found: | IN BOX | | |
| Description: | Seized Per Warrant   IN BOX MARKED "CUST INU EUROPA JAN-SEPT 2012" | | |

| Control #: | 68 | Evidence Box: | 24 |
|---|---|---|---|
| Location: | CHAD CROSBY | Locator Code: | P |
| Found: | DESKTOP | | |
| Description: | Seized Per Warrant   SALES ORDERS OXYELITE, INVOICES, OPEN ORDERS, BACKLOG REPORTS OXYELITE | | |

| Control #: | 69 | Evidence Box: | 29 |
|---|---|---|---|
| Location: | CABINET AREA | Locator Code: | TT |
| Found: | CABINET | | |
| Description: | Seized Per Warrant   OXY QA DOCS | | |

GOV-01557320

Case 3:15-cr-00496-L   Document 242-7   Filed 05/22/17   Page 18 of 35   PageID 5936
Case 3:15-cr-00496-L   Document 211-14 *SEALED*   Filed 04/18/17   Page 109 of 291   PageID 3203

Case 3:13-mj-00750-BK   Document 5   Filed 11/07/13   Page 11 of 18   PageID 46

| | | | |
|---|---|---|---|
| Control #: | 78 | Evidence Box: | 32 |
| Location: | CABINET AREA | Locator Code: | TT |
| Found: | CABINET | | |
| Description: | Seized Per Warrant | OXY Q&A FILES, CUSTOMER COMPLAINT FILES, AEGELINE INFO FILES | |

| | | | |
|---|---|---|---|
| Control #: | 79 | Evidence Box: | 33 |
| Location: | STORAGE UPSTAIRS | Locator Code: | UU |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant | BOX LABELED INTERNET ORDERS AND CS COMPS 2012 | |

| | | | |
|---|---|---|---|
| Control #: | 80 | Evidence Box: | 34 |
| Location: | STORAGE UPSTAIRS | Locator Code: | UU |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant | COMPS AND COMPLAINTS MAR 13- JUN 13 | |

| | | | |
|---|---|---|---|
| Control #: | 81 | Evidence Box: | 35 |
| Location: | LONNIE CLARK | Locator Code: | LL |
| Found: | OFFICE AREA | | |
| Description: | Seized Per Warrant | FINANCIAL STATS, TAX RETURNS, BANK ACCOUNT RECORDS, BANK STATMENTS, OXYELITE PROMOTIONAL MATERIAL, PRODUCT RETURNS, OXYELITE SALES DATA, AEGELINE PURCHASE RECORDS, ADVERTISING INFO, PRODUCT COST REPORTS  ITEMS LOCATED IN 3 BANKER BOXES | |

| | | | |
|---|---|---|---|
| Control #: | 82 | Evidence Box: | 36 |
| Location: | ADAM SCHWINGHAMMER | Locator Code: | M |
| Found: | OFFICE | | |
| Description: | Seized Per Warrant | USP LABS RESEARCH CREDIT REFERENCE INFO VITATECH FOLDER BUDGET Q4 2013 FILE PACKING LIST SHIPNET - PANAMA RAW MATERIAL SPECIFICATION BOOK 1. OXYELITE PRO, ULTRA-INTENSE (90 CAPSULES) 2 BOTTLES 2. OXYELITE PRO, SUPER THERMO POWDER (4.8OZ) | |

| | | | |
|---|---|---|---|
| Control #: | 83 | Evidence Box: | 37 |
| Location: | CUBICLE | Locator Code: | E |
| Found: | FILE CABINET | | |
| Description: | Seized Per Warrant | MULTI OXYELITE BATCH RECORD DOCS | |

GOV-01557321

| | | | |
|---|---|---|---|
| **Control #:** | 84 | **Evidence Box:** | 38 |
| **Location:** | LORENA MACIAS | **Locator Code:** | K |
| **Found:** | ON BOOKSHELF | | |
| **Description:** | Seized Per Warrant | PRODUCT SPECIFICATIONS AND INSPECTION CHECKLIST | |

| | | | |
|---|---|---|---|
| **Control #:** | 85 | **Evidence Box:** | 30 |
| **Location:** | JACOB GEISSLER | **Locator Code:** | N |
| **Found:** | DESKTOP IN BOX | | |
| **Description:** | Seized Per Warrant | 2 BOTTLES OXYELITE PRO | |

| | | | |
|---|---|---|---|
| **Control #:** | 86 | **Evidence Box:** | 30 |
| **Location:** | CUBICLES CUBICLES | **Locator Code:** | V |
| **Found:** | FILE CABINET | | |
| **Description:** | Seized Per Warrant | OXYELITE LOGS/INFORMATION | |

| | | | |
|---|---|---|---|
| **Control #:** | 87 | **Evidence Box:** | 30 |
| **Location:** | BARNEY VELASQUEZ | **Locator Code:** | F |
| **Found:** | DESK | | |
| **Description:** | Seized Per Warrant | 2 BOTTLES OXYELITE PRO 3 PACKETS OXYELITE PRO POWDER | |

| | | | |
|---|---|---|---|
| **Control #:** | 88 | **Evidence Box:** | 30 |
| **Location:** | BARNEY VELASQUEZ | **Locator Code:** | F |
| **Found:** | DESK | | |
| **Description:** | Seized Per Warrant | OXYELITE PRO DOCUMENTS, COMPLAINTS, ADVERSE EVENTS CHART, FDA INSPECTION NOTES | |

| | | | |
|---|---|---|---|
| **Control #:** | 89 | **Evidence Box:** | 30 |
| **Location:** | BARNEY VELASQUEZ | **Locator Code:** | F |
| **Found:** | DESK | | |
| **Description:** | Seized Per Warrant | OXYELITE PRO FILES/LAB REPORTS | |

| | | | |
|---|---|---|---|
| **Control #:** | 90 | **Evidence Box:** | 30 |
| **Location:** | BARNEY VELASQUEZ | **Locator Code:** | F |
| **Found:** | DESK | | |
| **Description:** | Seized Per Warrant | DMAA/OXYELITE DOCUMENTS/LAB INFO- LABORATORY NOTEBOOK | |

| | | | |
|---|---|---|---|
| **Control #:** | 91 | **Evidence Box:** | 30 |
| **Location:** | BARNEY VELASQUEZ | **Locator Code:** | F |
| **Found:** | DESK | | |
| **Description:** | Seized Per Warrant | OXYELITE PRO FILES/DOCUMENTS/LABELS/LABELING INFORMATION | |

GOV-01557322

| Control #: | 92 | Evidence Box: | 39 |
|---|---|---|---|
| Location: | STORAGE ROOM | Locator Code: | S |
| Found: | STORAGE ROOM | | |
| Description: | Seized Per Warrant   146 BOTTLES OXYELITE PRO 90 CAPSULES | | |

| Control #: | 93 | Evidence Box: | 40 |
|---|---|---|---|
| Location: | BARNEY VELASQUEZ | Locator Code: | F |
| Found: | CUBICLEDESKTOP | | |
| Description: | Seized Per Warrant   FILE FOLDERS WITH OCYELITE PRO INFORMATION - LAB TESTS - COMPLAINTS | | |

| Control #: | 94 | Evidence Box: | 41 |
|---|---|---|---|
| Location: | STORAGE UPSTAIRS | Locator Code: | UU |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant   DOMESTIC ORDERS APR-JUNE2013 A-G | | |

| Control #: | 95 | Evidence Box: | 42 |
|---|---|---|---|
| Location: | CUBICLES | Locator Code: | V |
| | CUBICLES | | |
| Found: | FLOOR NEXT TO CUBICLE | | |
| Description: | Seized Per Warrant   DOCUMENTS PERTAINING TO OXYELITE | | |

| Control #: | 96 | Evidence Box: | 43 |
|---|---|---|---|
| Location: | KATRINA GIVENS | Locator Code: | FF |
| Found: | TOP FILE CABINET | | |
| Description: | Seized Per Warrant   1. GNC 2013 PM PROGRAM REQUEST FORM 2. CREDIT MEMO - OXY | | |

| Control #: | 97 | Evidence Box: | 43 |
|---|---|---|---|
| Location: | KATRINA GIVENS | Locator Code: | FF |
| Found: | UNDER DESK | | |
| Description: | Seized Per Warrant   1. OXYELITE RECORDS: EMAILS SALES ORDERS, INTERNATIONAL ORDERS, STATE SALES TAX, FINANCIALS, CHASE WIRE TRANSFER REQUESTS, PURCHASING RECEIVED LOG, A/P AGING, OWRKD ORDER, CREDIT MEMOS 2. CHASE BANK STATEMENTS, FIRST DATA CREDIT CARD STATEMENTS | | |

| Control #: | 98 | Evidence Box: | 43 |
|---|---|---|---|
| Location: | LORENA MACIAS | Locator Code: | K |
| Found: | OFFICE | | |
| Description: | Seized Per Warrant   ADVERSE EVENTS FILES RELATED TO OXYELITE PRO/CUSTOMER COMPLAINTS | | |

GOV-01557323

Case 3:15-cr-00496-L   Document 242-7   Filed 05/23/17   Page 21 of 35   PageID 5932
Case 3:15-cr-00496-L   Document 212-14   SEALED   Filed 04/18/17   Page 12 of 25   PageID 3206

Case 3:13-mj-00750-BK   Document 5   Filed 11/07/13   Page 14 of 18   PageID 49

| Control #: | 99 | | Evidence Box: | 44 |
|---|---|---|---|---|
| Location: | STORAGE UPSTAIRS | | Locator Code: | UU |
| Found: | OFFICE | | | |
| Description: | Seized Per Warrant | BOX LABELED 2013 JAN-MAR DOMESTIC ORDERS H-Z AND INTERNATIONAL ORDERS, A-Z UPS SHIPPING LOGS | | |

| Control #: | 100 | | Evidence Box: | 45 |
|---|---|---|---|---|
| Location: | STORAGE UPSTAIRS | | Locator Code: | UU |
| Found: | OFFICE | | | |
| Description: | Seized Per Warrant | BOX OF DOMESTIC ORDERS 2013 JAN-MAR A-G | | |

| Control #: | 101 | | Evidence Box: | 46 |
|---|---|---|---|---|
| Location: | STORAGE UPSTAIRS | | Locator Code: | UU |
| Found: | OFFICE | | | |
| Description: | Seized Per Warrant | BOX LABELED "COMPS AND COMPLAINTS AND UPS LOG 2013-2013 | | |

| Control #: | 102 | | Evidence Box: | 47 |
|---|---|---|---|---|
| Location: | STORAGE ROOM | | Locator Code: | S |
| Found: | STORAGE AREA | | | |
| Description: | Seized Per Warrant | 94 BOTTLES OXYELITE PRO 90 CAPSULES | | |

| Control #: | 103 | | Evidence Box: | 48 |
|---|---|---|---|---|
| Location: | STORAGE ROOM | | Locator Code: | S |
| Found: | STORAGE AREA | | | |
| Description: | Seized Per Warrant | 47 BOTTLES OXYELITE PRO CLEAR WRAP 180 CASPULE BOTTLES | | |

| Control #: | 104 | | Evidence Box: | 49 |
|---|---|---|---|---|
| Location: | STORAGE ROOM | | Locator Code: | S |
| Found: | STORAGE AREA | | | |
| Description: | Seized Per Warrant | 50 OXYELITE PRO POWDER 130 G CONTAINERS | | |

| Control #: | 105 | | Evidence Box: | 50 |
|---|---|---|---|---|
| Location: | OFFICE | | Locator Code: | B |
| Found: | OFFICE | | | |
| Description: | Seized Per Warrant | OXYELITE PRO SAMPLE PACKS, OXYELITE PRO SAMPLE BOTTLES, OXYELITE PRO PROMOTIONAL MATERIALS, SALES REP SALES RECORDS | | |

| Control #: | 106 | | Evidence Box: | 51 |
|---|---|---|---|---|
| Location: | CABINET AREA | | Locator Code: | TT |
| Found: | NEXT TO FILE CABINETS | | | |
| Description: | Seized Per Warrant | BOX OF OXYELITE PILLS/POWDERS | | |

GOV-01557324

Case 3:15-cr-00496-L Document 242-7 Filed 05/22/17 Page 22 of 35 PageID 5940
Case 3:15-cr-00496-L Document 211-14 SEALED Filed 04/18/17 Page 113 of 251 PageID 4207

Case 3:13-mj-00750-BK Document 5 Filed 11/07/13 Page 15 of 18 PageID 50

| Control #: | 107 | | Evidence Box: | 52 |
|---|---|---|---|---|
| Location: | CABINET | | Locator Code: | HH |
| Found: | CABINET | | | |
| Description: | Seized Per Warrant | FINANCIAL DOCS/TAX DOCS | | |

| Control #: | 108 | | Evidence Box: | 53 |
|---|---|---|---|---|
| Location: | KATRINA GIVENS | | Locator Code: | FF |
| Found: | FILE CABINET | | | |
| Description: | Seized Per Warrant | GNC AND OTHER COMPANIES DOCUMENTS RELATED TO OXY PRODUCTS | | |

| Control #: | 109 | | Evidence Box: | 54 |
|---|---|---|---|---|
| Location: | KENNETH MILES | | Locator Code: | L |
| Found: | DESK | | | |
| Description: | Seized Per Warrant | RAW MATERIALS FOLDER<br>PRO-TECH NUTRACEUTICAL FOLDER<br>PCI FOLDER<br>2012 COMPLAINTS<br>2013 COMPLAINTS<br>DOCS RELATED TO COA<br>DOCS RELATED TO STABILITY STUDY<br>DOCS RELATED TO NHP CONSULTING<br>MEDWATCH REPROT FOLDER<br>OEP FOLDER WITH EMAILS | | |

| Control #: | 110 | | Evidence Box: | 55 |
|---|---|---|---|---|
| Location: | STORAGE UPSTAIRS | | Locator Code: | UU |
| Found: | STORAGE AREA | | | |
| Description: | Seized Per Warrant | USP LAB INVOICES INVOLVING OXYELITE PRO AND VERSA | | |

| Control #: | 111 | | Evidence Box: | 43 |
|---|---|---|---|---|
| Location: | RECEPTION | | Locator Code: | C |
| Found: | OFFICE | | | |
| Description: | Seized Per Warrant | INVOICE FROM PEGASUS LOGISTICS FOR AEGELINE | | |

| Control #: | 112 | | Evidence Box: | 43 |
|---|---|---|---|---|
| Location: | OFFICE | | Locator Code: | A |
| Found: | OFFICE | | | |
| Description: | Seized Per Warrant | MISC DOCS INVOICES, SALES DATA, ARTICLES, ADVERTISEMENTS | | |

| Control #: | 113 | | Evidence Box: | 43 |
|---|---|---|---|---|
| Location: | KATRINA GIVENS | | Locator Code: | FF |
| Found: | BIN | | | |
| Description: | Seized Per Warrant | BIN ABOVE FILING CABINET BEHIND DESK ADVANCE REMITTANCE'S - OXY PRODUCTS | | |

GOV-01557325

| Control #: | 114 | Evidence Box: | 43 |
|---|---|---|---|
| Location: | KATRINA GIVENS | Locator Code: | FF |
| Found: | FILE CABINET | | |
| Description: | Seized Per Warrant | SALES AND USE TAX LICENSES AND TAX RETURNS FOR OXYELITE, ADVANCE REMITTANCES, EMAILS RE: CREDITS AND VARIOUS STATES RETURNS OF OXYELITE | |

| Control #: | 115 | Evidence Box: | 43 |
|---|---|---|---|
| Location: | KATRINA GIVENS | Locator Code: | FF |
| Found: | BOX UNDER DESK | | |
| Description: | Seized Per Warrant | VARIOUS OXY RECORDS - INVOICES, PACKING SLIPS, ACCOUNTING REPORTS, ADVANCE REMITTANCES, EMAILS, PROMOTIONS CHASE BANK STATEMENTS FOR USP LABS LLC 7/2013, 8/2013, 9/2013 | |

| Control #: | 116 | Evidence Box: | 43 |
|---|---|---|---|
| Location: | CUBICLE | Locator Code: | D |
| Found: | CUBICLE | | |
| Description: | Seized Per Warrant | DOCUMENTS RELATED TO OXYELITE PRO | |

| Control #: | 117 | Evidence Box: | 43 |
|---|---|---|---|
| Location: | STORAGE ROOM | Locator Code: | S |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant | 3 TWENTY-ONE CAPUSLES BOTTLES OF OXYELITE PRO | |

| Control #: | 118 | Evidence Box: | 43 |
|---|---|---|---|
| Location: | STORAGE ROOM | Locator Code: | S |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant | 1 TEN CAPSULE OXYELITE PRO BOTTLE | |

| Control #: | 119 | Evidence Box: | 56 |
|---|---|---|---|
| Location: | STORAGE ROOM | Locator Code: | S |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant | 45 OXYELITE PRO POWDER PACKETS 4.34G | |

| Control #: | 120 | Evidence Box: | 56 |
|---|---|---|---|
| Location: | STORAGE ROOM | Locator Code: | S |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant | 41 TWO CAPSULE OXYELITE PRO PACKETS | |

| Control #: | 121 | Evidence Box: | 56 |
|---|---|---|---|
| Location: | STORAGE ROOM | Locator Code: | S |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant | 43 TWO PACKET CAPSULES OF OXYELITE PRO | |

GOV-01557326

Case 3:15-cr-00496-L   Document 242-7   Filed 05/22/17   Page 24 of 35   PageID 5942
Case 3:15-cr-00496-L   Document 211-14   SEALED   Filed 04/18/17   Page 115 of 251   PageID 5209

Case 3:13-mj-00750-BK   Document 5   Filed 11/07/13   Page 17 of 18   PageID 52

| Control #: | 122 | Evidence Box: | 56 |
|---|---|---|---|
| Location: | STORAGE ROOM | Locator Code: | S |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant   49 OXYELITE PRO POWDER PACKETS 4.34G | | |

| Control #: | 123 | Evidence Box: | 56 |
|---|---|---|---|
| Location: | STORAGE ROOM | Locator Code: | S |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant   3 SIXTY CAPSULE OXYELITE PRO BOTTLES | | |

| Control #: | 124 | Evidence Box: | 57 |
|---|---|---|---|
| Location: | BARNEY VELASQUEZ | Locator Code: | F |
| Found: | CUBICLE | | |
| Description: | Seized Per Warrant   11 SEALED BOTTLES OXYELITE PRO SUPER THERMO - ONE SEALED JAR OXYELITE PRO SUPER THERMO POWDER | | |

| Control #: | 125 | Evidence Box: | 57 |
|---|---|---|---|
| Location: | OFFICE | Locator Code: | A |
| Found: | OFFICE | | |
| Description: | Seized Per Warrant   OXYELITE PRO POWDERS, PILLS, SAMPLE PKGS/VERSA-1 PILLS | | |

| Control #: | 126 | Evidence Box: | 57 |
|---|---|---|---|
| Location: | BARNEY VELASQUEZ | Locator Code: | F |
| Found: | OPEN PKGS IN CUBICLE | | |
| Description: | Seized Per Warrant   7 RETURNED BOTTLES OF OXYELITE PRO SUPER THEROMOGENIC WITH PACKAGES | | |

| Control #: | 127 | Evidence Box: | 57 |
|---|---|---|---|
| Location: | BARNEY VELASQUEZ | Locator Code: | F |
| Found: | BOX IN CUBICLE | | |
| Description: | Seized Per Warrant   3 SEALED EMPTY BOTTLES OXYELITE PRO ULTRA-INTENSE THERMO 3 SEALED EMPTY BOTTLES OXYELITE PRO SUPER THERMO | | |

| Control #: | 128 | Evidence Box: | 57 |
|---|---|---|---|
| Location: | BARNEY VELASQUEZ | Locator Code: | F |
| Found: | TOP FILE DRAWERS | | |
| Description: | Seized Per Warrant   TOP OF FILE DRAWERS/FILE CADDY ON CUBICLE WALL - FDA DOCUMENTS OXYELITE INFO - AEGELINE INFO | | |

| Control #: | 129 | Evidence Box: | 57 |
|---|---|---|---|
| Location: | BARNEY VELASQUEZ | Locator Code: | F |
| Found: | FILE DRAWER | | |
| Description: | Seized Per Warrant   OXYELITE FILE FOLDERS - OPEN COMPLAINTS FOLDER | | |

GOV-01557327

Case 3:15-cr-00496-L Document 242-7 Filed 05/23/17 Page 25 of 35 PageID 5943
Case 3:15-cr-00496-L Document 211-14 SEALED Filed 04/18/17 Page 116 of 291 PageID 5210

Case 3:13-mj-00750-BK   Document 5   Filed 11/07/13   Page 18 of 18   PageID 53

| | | | |
|---|---|---|---|
| Control #: | 130 | Evidence Box: | 57 |
| Location: | BARNEY VELASQUEZ | Locator Code: | F |
| Found: | ABOVE SHELF | | |
| Description: | Seized Per Warrant | 16 BOTTLES OXYELITE PRO (1X180CT, 13 X 90 CT (EMPTY), 2 X 10 CT | |

| | | | |
|---|---|---|---|
| Control #: | 131 | Evidence Box: | 58 |
| Location: | KATRINA GIVENS | Locator Code: | FF |
| Found: | TOP OF DESK | | |
| Description: | Seized Per Warrant   TAINT | | |

| | | | |
|---|---|---|---|
| Control #: | 132 | Evidence Box: | 58 |
| Location: | ADAM SCHWINGHAMMER | Locator Code: | M |
| Found: | OFFICE | | |
| Description: | Seized Per Warrant   TAINT | | |

| | | | |
|---|---|---|---|
| Control #: | 133 | Evidence Box: | 59 |
| Location: | STORAGE UPSTAIRS | Locator Code: | UU |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant   1. BOX LABLED OCT-DEC 2012 BILLING 2. BOX LABLED INTERNATIONAL DOMESTIC 2011 ORDERS | | |

| | | | |
|---|---|---|---|
| Control #: | 134 | Evidence Box: | 59 |
| Location: | STORAGE UPSTAIRS | Locator Code: | UU |
| Found: | STORAGE AREA | | |
| Description: | Seized Per Warrant   BOX LABLED 2012 AP PAYABLES | | |

| | | | |
|---|---|---|---|
| Control #: | 135 | Evidence Box: | 60 |
| Location: | SERVER ROOM | Locator Code: | BB |
| Found: | SERVER | | |
| Description: | Seized Per Warrant   FORENSIC COMPUTER IMAGES FROM SERVERS ROOM K,O,L,LL | | |

GOV-01557328

# EXHIBIT B

GOV-01557329

Case 3:15-cv-00496-L   Document 242-7   Filed 05/22/17   Page 27 of 35   PageID 5945
Case 3:15-cr-00496-L   Document 21F-14   SEALED   Filed 04/18/17   Page 118 of 291   PageID 5212

Case 1:13-cv-00639-LEK-KSC   Document 63   Filed 08/19/14   Page 1 of 9   PageID #: 2778

# ORIGINAL

Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

MICHAEL W. GIBSON   1382-0
KEVIN W. HERRING   6722-0
MICHAEL R. VIEIRA   8186-0
1099 Alakea Street, Suite 1400
Honolulu, Hawai`i 96813
Telephone: (808) 539-0400
Facsimile: (808) 533-4945
E-mail:   mgibson@awlaw.com
            kherring@awlaw.com
            mvieira@awlaw.com
Attorneys for Defendants USPlabs, LLC,
Jonathan Vincent Doyle, Jacob Geissler,
USPlabs OxyElite, LLC, USPlabs OxyElite
PN, LLC, and GNC Corporation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 19 2014

at 10 o'clock and 5 min. A. M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NICHOLAS AKAU, | ) CIVIL NO. CV14-00029 LEK/KSC |
| | ) |
| Plaintiff, | ) ~~PROPOSED~~ STIPULATED |
| | ) PROTECTIVE ORDER |
| vs. | ) |
| | ) |
| USPLABS, LLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

1508118

GOV-01557330

| | | |
|---|---|---|
| MALISSA IGAFO, | ) | CIVIL NO. CV14-00030 LEK/KSC |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| USPLABS, LLC, et al. | ) | |
| | ) | |
|         Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| CALVIN ISHIHARA, | ) | CIVIL NO. CV14-00031 LEK/KSC |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| USPLABS, LLC, et al. | ) | |
| | ) | |
|         Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| GAY ANNE MATTSON, | ) | CIVIL NO. CV14-00032 LEK/KSC |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| USPLABS, LLC, et al. | ) | |
| | ) | |
|         Defendants. | ) | |
| | ) | |

1508118v3

2

GOV-01557331

| KENNETH WAIKIKI, | ) | CIVIL NO. CV13-00639 LEK/KSC |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| USPLABS, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ~~PROPOSED~~ STIPULATED PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the Parties executing this stipulation, by and through their respective counsel of record, that in order to facilitate the exchange of information and documents which may be subject to confidentiality limitations on disclosure due to federal laws, state laws, and privacy rights, the Parties stipulate as follows:

1.  **SCOPE:** This Order governs the handling of all documents, testimony and information produced, given or filed herein by any party and designated as "CONFIDENTIAL." A party designating such documents, testimony or information as "CONFIDENTIAL" is herein referred to as a DESIGNATING PARTY.

2.  **CONFIDENTIAL INFORMATION:** A DESIGNATING PARTY may designate as "CONFIDENTIAL" any document, testimony or information the DESIGNATING PARTY believes in good faith to contain confidential, personal, business, financial, trade secret or other proprietary information by conspicuously writing, typing or stamping on the face of such document, answer or transcript the word "CONFIDENTIAL" or by otherwise notifying

GOV-01557332

all counsel in writing, and, in the case of deposition transcripts and exhibits, also the court reporter. Any documents, testimony or information designated as "CONFIDENTIAL" by a DESIGNATING PARTY is herein referred to as CONFIDENTIAL INFORMATION.

3. **CHALLENGES**:

  3.1 Should any party object to the designation of a document, testimony or information as "CONFIDENTIAL," such party may apply to the Court, after giving the DESIGNATING PARTY reasonable notice thereof and making good faith efforts to resolve the dispute informally, for a ruling that the CONFIDENTIAL INFORMATION shall not be so treated. Until this Court enters an Order, if any, changing the designation of the CONFIDENTIAL INFORMATION, such CONFIDENTIAL INFORMATION shall be treated by all parties in accordance with this Order.

  3.2 Except upon further Order of this Court or as required by law, CONFIDENTIAL INFORMATION shall be disclosed only to the Court, counsel of record for the parties (and their administrative staffs on a "need to know" basis), the parties, their insurance carriers and consulting or testifying experts retained by the parties (the "PERMITTED RECIPIENTS").

4. **USE**:

  4.1 All CONFIDENTIAL INFORMATION shall be used solely for the preparation for and use at the trial of this action and shall not be used or disclosed by any receiving person for any other purpose, including any commercial or business purpose.

  4.2 Counsel of record in this litigation receiving CONFIDENTIAL INFORMATION shall be allowed to disclose them or their contents to

1508118v3                                    4

GOV-01557333

any other person only upon order of the Court or upon receipt of written permission from opposing counsel granting such disclosure.

4.3    Counsel may permit expert(s) hired by any party in anticipation of litigation to review CONFIDENTIAL INFORMATION, but counsel must first obtain from each expert a written statement confirming the expert's agreement to comply with every element of this Protective Order.  Said expert shall agree that the CONFIDENTIAL INFORMATION shall not be disclosed to any other person and said documents shall not be photocopied or reproduced by any other means.

5.    **CLAW-BACK:**

5.1    The inadvertent production by any of the undersigned Parties or non-Parties to this action of any document, testimony or information during discovery in this action without a "CONFIDENTIAL" designation, shall be without prejudice to any claim that such item is "CONFIDENTIAL" and such Party shall not be held to have waived any rights by such inadvertent production.

5.2    In the event that any document, testimony or information that is subject to a "CONFIDENTIAL" designation is inadvertently produced without such designation, the Party that inadvertently produced the document shall give written notice of such inadvertent production within twenty (20) days of discovery of the inadvertent production, together with a further copy of the subject document, testimony or information designated as "CONFIDENTIAL" (the "INADVERTENT PRODUCTION NOTICE").  Upon receipt of such INADVERTENT PRODUCTION NOTICE, the Party that received the inadvertently produced document, testimony or information shall

GOV-01557334

      promptly destroy the inadvertently produced document, testimony or information and all copies thereof, or, at the expense of the producing Party, return such together with all copies of such document, testimony or information to counsel for the producing Party and shall retain only the designated CONFIDENTIAL MATERIAL.

  5.3    This provision is not intended to apply to any inadvertent production of any Information protected by attorney-client or work product privileges. In the event that this provision conflicts with any applicable law regarding waiver of confidentiality through the inadvertent production of documents, testimony or information, such law shall govern.

6.    **NON-WAIVER**:

  6.1    Notwithstanding the foregoing provisions, this Order shall be without prejudice to the right of any party to challenge the propriety of discovery on any grounds including, but not limited to, relevance, privilege and materiality.

  6.2    Notwithstanding the foregoing provision, this Order shall not restrict in any manner the right of any party to offer or use as evidence at the trial of this action any CONFIDENTIAL INFORMATION, and nothing contained herein shall be construed as a waiver of any objection which might be raised as to the admissibility at trial of any evidentiary material.

7.    **FILING**:

  7.1    No party or non-party shall file or submit for filing as part of the court record any documents under seal without first obtaining leave of court. Notwithstanding any agreement among the parties, the party

GOV-01557335

seeking to file a paper under seal bears the burden of overcoming the presumption in favor of public access to papers filed in court.

8.   **RETURN**:  All CONFIDENTIAL INFORMATION, and all copies of CONFIDENTIAL INFORMATION, shall be returned to counsel for the DESIGNATING PARTY, or destroyed, within thirty (30) days of the conclusion of this action, whether by dismissal, settlement or entry of judgment.  All CONFIDENTIAL INFORMATION so returned shall be accompanied by an affidavit of the returning counsel attesting to the fact that no copies have been retained and that any and all copies known to them have been destroyed.

9.   **MISCELLANEOUS:**

9.1   This Order may be modified by further order of this Court or by agreement of counsel for the parties, subject to the approval of the Court, provided that any such agreement be memorialized in the form of a stipulation that shall be filed with the Clerk and made a part of the record in the case.

9.2   If any person subject to this Order who has custody of any CONFIDENTIAL INFORMATION receives a subpoena or other process from any government or other person or entity demanding production of CONFIDENTIAL INFORMATION, the recipient of the subpoena shall promptly give notice of the same by electronic mail transmission, followed by either express mail or overnight delivery to counsel of record for the DESIGNATING PARTY, and shall furnish such counsel with a copy of the subpoena.  Upon receipt of this notice, the DESIGNATING PARTY may, in its sole discretion and at its own cost, move to quash or limit the subpoena, otherwise oppose production of the CONFIDENTIAL INFORMATION, and/or seek to

GOV-01557336

obtain confidential treatment of such CONFIDENTIAL INFORMATION from the subpoenaing person or entity to the fullest extent available under law. The recipient of the subpoena may not produce any CONFIDENTIAL INFORMATION pursuant to the subpoena prior to the date specified for production on the subpoena.

9.3     This Order shall continue to be binding after the conclusion of this action and all subsequent proceedings arising from this action, except that a Party may seek the written permission of the DESIGNATING PARTY or may move the Court for relief from the provisions of this Order. To the extent permitted by law, the Court shall retain jurisdiction to enforce, modify, or reconsider this Order, even after the action is terminated.

9.4     After this Order has been signed by counsel for all Parties, it shall be presented to the Court for entry.  Counsel agree to be bound by the

[Remainder of the page left blank]

GOV-01557337

terms set forth herein with regard to any CONFIDENTIAL

INFORMATION that has been produced before the Court signs this

Order.

SO STIPULATED AND AGREED:

ANDREWS & THORNTON

By: _____
    ANNE ANDREWS
    JOHN C. THORNTON
    SEAN T. HIGGINS

WAYNE PARSON LAW OFFICES

By: _____
    WAYNE D. PARSONS

Attorneys for Plaintiff

ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

By: _____
    MICHAEL W. GIBSON
    KEVIN W. HERRING
    MICHAEL R. VIEIRA
Attorneys for Defendants USPlabs, LLC,
Jonathan Vincent Doyle, Jacob Geissler,
USPlabs OxyElite, LLC, USPlabs
OxyElite PN, LLC, and GNC
Corporation

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

1508118v3

9

GOV-01557338