Exhibits to Government's Response to Defendants' Motion to Exclude Drs. Gurley, Koturbash, and Boerma