Case 3:15-cr-00496-L Document 292 Filed 05/03/17 Page 1 of 83 PageID 42194

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:15-cr-00496-L |
| | § | |
| USPLABS, LLC | (1) § | |
| JACOBO GEISSLER | (2) § | |
| JONATHAN DOYLE | (3) § | |
| MATTHEW HEBERT | (4) § | |
| KENNETH MILES | (5) § | |
| S.K. LABORATORIES | (6) § | |
| SITESH PATEL | (7) § | |
| CYRIL WILLSON | (8) § | |

## DEFENDANTS' NOTICE OF EXPERT TESTIMONY

To the Honorable Sam A. Lindsay:

Pursuant to the Court's order of March 27, 2017, Defendants USPlabs, LLC, Jacobo Geissler, Jonathan Doyle, Matthew Hebert, Kenneth Miles, S.K. Laboratories, Inc. ("S.K. Labs"), Sitesh Patel, and Cyril Willson (collectively, "Defendants") file the following Notice of Expert Testimony and would respectfully show the Court as follows:

## INTRODUCTORY STATEMENT

Count 10 of the First Superseding Indictment ("Indictment") charges Defendants USPlabs, Geissler, Doyle, Hebert, Miles, S.K. Labs, and Patel with the introduction into interstate commerce of an adulterated dietary supplement, namely OxyElite Pro "New Formula" ("OEP NF"), on or around February 21, 2013, under 21 U.S.C. §§ 331 and 342(f)(1)(A)(i). Although the factual allegations supporting this charge are sparse, the theory on which these Defendants were charged under Count 10 is clear: OEP NF was

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 1

adulterated due to Defendants' addition to the OEP formula of an ingredient called

aegeline. In particular, the Indictment offers the following narrative:

- After Defendants removed DMAA-containing products from the market, Mr. Geissler decided in 2012 to use aegeline as a replacement for DMAA in OxyElite Pro. *See* Indictment ¶¶ 26, 28. OEP NF, the first aegeline-containing version of OxyElite Pro, went on sale in or around December 2012. *See id.* ¶ 29. The composition of OEP NF remained unchanged until August 2013, after the alleged adulterated shipment in February 2013 as charged in Count 10. *See id.* ¶¶ 29, 32.

- In Fall 2013, "an outbreak of liver injuries was associated with USPlabs' products ***containing aegeline***. Numerous consumers experienced jaundice and other liver-related symptoms, and several consumers needed liver transplants in order to save their lives." *Id.* ¶ 33 (emphasis added).

- During the alleged outbreak, "Geissler instructed that … ***aegeline*** be removed from the product formula going forward." *Id.* ¶ 35 (emphasis added).

Although there are allegations in the Indictment relating alleged misrepresentations about

two other ingredients, DMAA and cynanchum auriculatum ("Cynanchum"), OEP NF did

not contain either of these ingredients, and the Government has not alleged that any

DMAA- or Cynanchum-containing USPlabs product was adulterated.

That aegeline was the cause of the alleged "outbreak" of liver injuries among

OEP NF users has also been the FDA's public position. In November 2013, Dr. Daniel

Fabricant, then Director of the FDA's Division of Dietary Supplement Programs, in

addressing the FDA's role in securing the removal of OEP NF from the market, stated:

> The illnesses were linked to certain OxyElite Pro dietary supplement products made by Texas-based USPLabs. Certain OxyElite Pro products and a second product, VERSA-1, contain a new dietary ingredient that has not been shown to be safe for use by consumers. **This ingredient, aegeline**, is a synthetic version of an alkaloid

that exists, in natural form, in a tree that grows in parts of
Asia.

Daniel Fabricant, Ph.D., *FDA Uses New Authorities To Get OxyElite Pro Off The Market*,
FDA Voice (Nov. 18, 2013), at  www.blogs.fda.gov/fdavoice/index.php/2013/11/fda-
uses-new-authorities-to-get-oxyelite-pro-off-the-market/  (last visited May 5, 2017)
(emphasis added).  *See also* FDA Press Release, *FDA Investigation Summary: Acute
Hepatitis Illnesses Linked To Certain OxyElite Pro Products* (July 30, 2014), at
www.fda.gov/food/recallsoutbreaksemergencies/outbreaks/ucm370849.htm  (last visited
May 5, 2017).

The Government's recently-filed Notice of Testimony Under Federal Rules of
Evidence 702, 703 and 705 ("Government's Notice"), however, presents an altogether
different theory of Defendants' liability under Count 10.  Based on the disclosures for at
least two of their designated experts, Drs. Herbert Bonkovsky and Bill Gurley, it appears
that the Government intends to present evidence in support of Count 10 that it was not
aegeline (or any other individual ingredient for that matter) that rendered OEP NF
adulterated, but an alleged "synergistic" effect created by a combination of either some or
all (it is unclear which) of OEP NF's ingredients.  Indeed, Dr. Bonkovsky is expected to
testify that:

> **[T]he specific individual toxic agents contained in OEP-**
> **NF and that were responsible for the acute liver injury**
> **remain uncertain based on the current published, peer-**
> **reviewed research. ...** [G]iven the fact that the product is a
> mixture of a number of biologically-active substances,
> definitively identifying the specific liver toxicant or
> toxicants in OEP-NF that affect humans would require
> research that would be largely either unethical or nearly
> impossible, given prevailing practices in the field of
> hepatology.  Because chemically synthesized aegeline was
> the major new ingredient, it has been suggested that

> aegeline is the hepatotoxicant.  However, perhaps, there
> were other ingredients or contaminants; perhaps the
> toxicity was related to aegeline in combination with other
> components.

Gov. Notice, at 10 (emphasis added).  *See also id.* at 30 (Dr. Gurley) ("'[T]he fact that

the ingredients of OEP-NF may not be specifically toxic when administered separately

has little, if anything, to say about the toxicity of the multi-ingredient compound.").

In an effort to support its new "multi-ingredient" theory, the Government has also

designated three individuals, Drs. Bill Gurley, Igor Katurbash, and Marjan Boerma, as

experts whom it expects will testify regarding a mouse study ("Mouse Study") they

initiated in July 2016 – *over 2½ years after the alleged outbreak and over 18 months*

*after a grand jury issued its indictment of Defendant* – and (presumably) completed in

April 2017, one month before the deadline for submitting their expert disclosures.

Defendants were not informed of any such study being conducted by the Government

until the submission of the Government's Notice last week.  Although it appears that the

Government has now provided Defendants with at least some of the documents relating

to the Mouse Study, it will obviously take Defendants more than one week to develop

expert testimony addressing the reliability of Drs. Gurley, Koturbash and Boerma's

assumptions, methodology, results and conclusions relating to the Mouse Study.

The Government has also designated experts expected to testify as to the safety of

DMAA and Cynanchum.  *See, e.g.*, Gov. Notice at 27 (Drs. Gurley, Koturbash and

Boerma); 69-70, 73 (Dr. Oberlies).  However, the Indictment does not charge Defendants

with any crime to which the safety of these ingredients are relevant.  Rather, Defendants

are charged with misrepresenting to customers and/or law enforcement (1) the origin of

DMAA (Counts 1-4, 7), and (2) the form of Cynanchum contained in in its products

(extract vs. "pulverized root") (Counts 5, 7-9). None of these Counts requires any proof as to the safety of DMAA or Cynanchum, let alone any expert testimony on these subjects.

Moreover, the Government's disclosure of the expected testimony of Dr. Mahmoud ElSohly includes a summary of testimony regarding the "questionable" nature of three other ingredients in OEP NF: *Bauhinia purpurea*, *Hemerocallis fulva*, and Yohimbe, and his conclusion that their descriptions on OEP NF's label are not consistent with the actual form they take in the product. Gov. Notice at 18. However, there is no allegation of any misrepresentations or mislabeling as to any of these ingredients in the Indictment.

Finally, although Dr. Bonkovsky is expected to testify in reliance upon the medical records of "several" patients with acute liver injury, *see* Gov. Notice at 5, 13, the Government's Notice does not disclose the identity of those patients. Moreover, the Government has refused to identify those patients despite Defendants' request that it do so. *See* Exhibit 1. Although Defendants intend to call an expert witness that will analyze those patients' records and medical history (Dr. Robert Gish, as discussed *infra*), it cannot summarize that expected testimony with patient-specific detail without the names of those patients and time to review their relevant records.

In sum, the Government's Notice raises a host of new issues not covered in or relevant to the charges in the Indictment, which will require Defendants to further explore the need for expert testimony it did not anticipate. Defendants have done their best herein to designate experts and disclose expert testimony that addresses these newly raised issues. However, and in light of the foregoing, Defendants' Notice of Expert

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 5

Testimony ("Defendants' Notice"), reserves the right to present additional expert testimony, and to designate additional experts to address the anticipated testimony of Government's designated experts regarding (1) the "multi-ingredient" theory of adulteration, (2) the methodology, results and conclusions of the mouse study conducted by Drs. Gurley, Koturbash and Boerma; (3) the safety of DMAA and Cynanchum; (4) the accuracy of OEP NF's labeling as relates to *Bauhinia purpurea*, *Hemerocallis fulva* and Yohimbe; and (5) the profiles and diagnoses of patients purportedly harmed by OEP NF upon which Dr. Bonkovsky's expert conclusions rely.[1]

Defendants designate the following expert witnesses who may testify at the trial of this case:

**1. Christopher J. Borgert, Ph.D.**
Gainesville, FL

Dr. Borgert is a pharmacologist and toxicologist. A copy of his *curriculum vitae* is attached as **Exhibit 2**. Dr. Borgert has a Ph.D. Medical Sciences in Pharmacology from the University of Florida, and a Bachelor's Degree in Biology from Kenyon College. Dr. Borgert is President and Principal Scientist at Applied Pharmacology and Toxicology, Inc. At the invitation of CFSAN/FDA, he presented "*Causality Assessment of Herbal-Drug Interactions: Scientific Data vs. Diagnostic Scales,*" and at the invitation of the National Institutes of Health Office on Dietary Supplements, he presented "*Synergism, Antagonism, or Additivity of Dietary Supplements with Hemostasis and Antithrombotic Therapies.*" Dr. Borgert is also Courtesy Assistant Scientist at the

---

[1]    Defendants also reserve the right to amend or supplement its designations on other matters addressed herein. Moreover, by submitting these designations, Defendants reserve the right to contest the relevance and admissibility of any subject matter covered by these designations. Defendants also reserve the right to cross-examine and, to the extent appropriate, cross-designate those of the Government's designated experts that testify at trial.

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 6

University of Florida, College of Veterinary Medicine's Department of Physiological Sciences, Center for Environmental and Human Toxicology.

Dr. Borgert's anticipated testimony in this case will be based on his expertise, experience, and on the relevant medical scientific literature. Dr. Borgert may testify regarding the principles of scientific causation analysis in pharmacology and toxicology and review scientific methodologies to evaluate causation. Scientific determinations of causation evaluating the role of chemical substances in producing disease or injury require scientific evidence and are distinguishable from clinical judgments about causation that are made even when adequate science is unavailable. This distinction is critical in the area of drug-induced liver injury, which Dr. Borgert will testify, lacks objective methodologies for assessing causality.

Dr. Borgert will also testify that clinical diagnostic scoring methods, including those employed within the U.S. Drug-Induced Liver Injury Network (DILIN), are generally agreed to be subjective and inadequate. Because of their subjective nature, clinical diagnostic scales provide no scientific basis for assessing causation. Dr. Borgert will testify that such scales are inherently untestable by medical scientific methodology and, consequently, the error rate of conclusions based on these methodologies is unknown and unknowable.

Additionally, Dr. Borgert may testify regarding the pharmacological and toxicological properties of OEP NF and its components, including aegeline. He may testify regarding the lack of scientific literature demonstrating that aegeline causes liver injury. Rather, there is evidence to show that aegeline has beneficial effects that would tend to ameliorate liver damage that might be caused by drugs, chemicals, or other life-

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 7

style factors. Dr. Borgert's anticipated testimony may also include discussions regarding the safety of OEP NF and whether scientific data and literature show that it has any unreasonable risk of causing or contributing to liver injury. Dr. Borgert may testify as to his opinion that general causation for adverse hepatic effects of aegeline-containing products, specifically OEP NF, cannot be established--that is--the pharmacological and toxicological scientific evidence has not identified any specific doses, blood levels, or conditions under which OEP or aegeline-containing products can be demonstrated to cause adverse effects on the liver.

Dr. Borgert may also identify challenges in assessing idiosyncratic liver injury. Such injuries are neither predictable nor reproducible because they are dependent on host factors. Even de-challenge/re-challenge does not demonstrate causation definitively in the context of idiosyncratic injury because an individual's physiological and immunological status varies over time, such that it is nearly impossible to achieve controlled conditions that allow for objective testing. Thus, the cause of an idiosyncratic liver injury is extremely difficult, if not impossible, to identify. Dr. Borgert may also testify that, given that use of OEP NF was widespread in the United States and is not unique to those individuals who alleged to have suffered injury in Hawai'i, the clustering of cases in Hawai'i should have led to the conclusion that the consumption of OEP NF was an **_unlikely_** cause.

Dr. Borgert is also expected to testify regarding the requirements for valid study design, analysis, and interpretation of interaction studies involving the pharmacological and toxicological effects of mixtures of chemicals and ingredients. His testimony is expected to address the role of potency and mechanistic information in determining the

veracity of claims regarding toxicological or pharmacological interactions, including those that may arise from ingestion of the combination of ingredients in OEP NF.

It is also anticipated that Dr. Borgert will testify as to the conclusions of his review and analysis of patient claims of alleged injury due to OEP New Formula from the perspective of verifiable measurements, data, and other scientific analyses.

Additionally, Dr. Borgert may respond to testimony by any witness called by the Government in this case.

Materials on which Dr. Borgert's expected testimony will rely:

- Abraham, P.M., Kuruvilla, K.P., Mathew, J., Malat, A., Joy, S., and Paulose, C.S. (2010a). Alterations in hippocampal serotonergic and INSR function in streptozotocin induced diabetic rats exposed to stress: neuroprotective role of pyridoxine and Aegle marmelose. J Biomed Sci 17, 78.
- Abraham, P.M., Paul, J., and Paulose, C.S. (2010b). Down regulation of cerebellar serotonergic receptors in streptozotocin induced diabetic rats: Effect of pyridoxine and Aegle marmelose. Brain Res Bull 82, 87-94.
- Aithal, G.P., Rawlins, M.D., and Day, C.P. (1999). Accuracy of hepatic adverse drug reaction reporting in one English health region. BMJ 319, 1541.
- Al Sharif, M., Alov, P., Vitcheva, V., Pajeva, I., and Tsakovska, I. (2014). Modes-of-Action Related to Repeated Dose Toxicity: Tissue-Specific Biological Roles of PPAR γ Ligand-Dependent Dysregulation in Nonalcoholic Fatty Liver Disease. PPAR Res 2014, 432647.
- Baliga, M.S., Thilakchand, K.R., Rai, M.P., Rao, S., and Venkatesh, P. (2013). Aegle marmelos (L.) Correa (Bael) and its phytochemicals in the treatment and prevention of cancer. Integr Cancer Ther 12, 187-196.
- Bansal, Y., and Bansal, G. (2011). Analytical methods for standardization of Aegle marmelos: A review. J Pharm Educ Res 2, 37-44.
- Bantel, H., and Schulze-Osthoff, K. (2012). Mechanisms of cell death in acute liver failure. Front Physiol 3, 79.
- Berry MD. 2004. Mammalian central nervous system trace amines. Pharmacologic amphetamines, physiologic neuromodulators. J Neurochem. 90:257-271.
- Bhatti, R., Sharma, S., Singh, J., and Ishar, M.P. (2011). Ameliorative effect of Aegle marmelos leaf extract on early stage alloxan-induced diabetic cardiomyopathy in rats. Pharm Biol 49, 1137-143.
- Bhatti, R., Sharma, S., Singh, J., Singh, A., and Ishar, M.P. (2013a). Effect of Aegle marmelos (L.) Correa on alloxan induced early stage diabetic nephropathy in rats. Indian J Exp Biol 51, 464-69.
- Bhatti, R., Singh, J., Nepali, K., and Ishar, M.P. (2013b). Possible involvement of PPAR-γ in the anticonvulsant effect of Aegle marmelos (L.) Correa. Neurochem Res

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 9

38, 1624-631.

- Borgert, C.J., Mihaich, E.M., Ortego, L.S., Bentley, K.S., Holmes, C.M., Levine, S.L., and Becker, R.A. (2011). Hypothesis-driven weight of evidence framework for evaluating data within the US EPA's Endocrine Disruptor Screening Program. Regul Toxicol Pharmacol *61*, 185-191.

- Borgert, C J, B Price, C S Wells, and G S Simon. "Evaluating Chemical Interaction Studies for Mixture Risk Assessment." *Human and Ecological Risk Assessment: An International Journal* 7.2 (2001): 259-306. *Google Scholar.* Web. n.d.

- Borgert, Christopher J, Susan A Borgert, and Kathleen C Findley. "Synergism, Antagonism, or Additivity of Dietary Supplements: Application of Theory to Case Studies." *Thromb Res* 117.1-2 (2005): 123-32; discussion 145-51. Print.

- Borgert, CJ, KC Findley, S Ulloa, and G Casella. "Dietary Supplements and Drug Interactions: Should Flawed Study Designs and Biased Adverse Event Reporting Affect Regulation and Medical Causation?" *HarrisMartins Columns - Drugs & Supplements* July (2006): 1-5. Print.

- Borgert, C J, E V Sargent, G Casella, D R Dietrich, L S McCarty, and R J Golden. "The Human Relevant Potency Threshold: Reducing Uncertainty by Human Calibration of Cumulative Risk Assessments." *Regul Toxicol Pharmacol* 62.2 (March, 2012): 313-28. Print.

- Borgert, Christopher J, Stephen P Baker, and John C Matthews. "Potency Matters: Thresholds Govern Endocrine Activity." *Regul Toxicol Pharmacol* 67.0 (July 6, 2013): 83-88. *ScienceDirect.* Web. n.d. <http://www.sciencedirect.com/science/article/pii/S0273230013001025>.

- Borgert CJ, Wise K, Becker RA. 2015. Modernizing problem formulation for risk assessment necessitates articulation of mode of action. *Regul Toxicol Pharmacol. 72*:538-551.

- Burchett SA, Hicks TP. 2006. The mysterious trace amines: Protean neuromodulators of synaptic transmission in mammalian brain. Prog Neurobiol. 79:223-246.

- Carvalho, M., Carmo, H., Costa V.M., Capela, J.P., Pontes, H. Remiao, F. and de Lourdes Bastos, M. 2012. Toxicity of amphetamines: an update. Arch. Toxicol. 1167-1231.

- Carvalho, M., Carvalho, F., Remiao, F., de Lourdes Pereira, M., Pires-das-Neves, R. and de Lourdes Bastos, M. 2002. Effect of 3,4-methlenedioxyamphetamine ("ecstasy") on body temperature and liver antioxidant status in mice: influence of ambient temperature. Arch. Toxicol. 76: 166-172.

- Carvalho, F.D., Bastos Mde, L. and Timbrell, J.A. 1993. Depletion of total non-protein sulphydryl groups in mouse tissues after administration of d-amphetamine. Toxicology 83: 31-40.

- CDC (Centers for Disease Control and Prevention) (2013a). Notes from the field: acute hepatitis and liver failure following the use of a dietary supplement intended for weight loss or muscle building--May-October 2013. MMWR Morb Mortal Wkly Rep 62, 817-19.

- CDC (Centers for Disease Control and Prevention) (2013b). Acute hepatitis and liver failure of unknown etiology in Hawaii - 2013; Report of a cluster investigation. Health Studies Branch, Division of Environmental Hazards and Health Effects, National Center for Environmental Health (NCEA).

- Chatham-Stephens, K., Taylor, E., Chang, A., Peterson, A., Daniel, J., Martin, C., et al. (2017). Hepatotoxicity associated with weight loss or sports dietary supplements, including oxyelite pro™ - united states, 2013. *Drug Testing and Analysis*, *9*(1), 68-74.

- Chauhan, A., Agarwal, M., Kushwaha, S., and Mutreja, A. (2007). Suppression of fertility in male albino rats following the administration of 50% ethanolic extract of Aegle marmelos. Contraception 76, 474-481.

- Chauhan, A., and Agarwal, M. (2008). Reversible changes in the antifertility induced by Aegle marmelos in male albino rats. Syst Biol Reprod Med 54, 240-46.

- Chauhan, A., and Agarwal, M. (2009). Assessment of the contraceptive efficacy of the aqueous extract of Aegle marmelos Corr. leaves in male albino rats. Hum Fertil (Camb) 12, 107-118.

- Clintox Bioservices. 90-day repeated dose toxicity study of Aegeline administered by oral gavage in New Zealand White rabbits with recovery period of 14 days. Study Code: CB-ULD-SCTAEGN-01.

- Clintox Bioservices. 90-day repeated dose toxicity study of Aegeline administered by oral gavage in Wistar rats with recovery period of 14 days. Study Code: CB-ULD-SCTAEGW-01.

- Danan, G., and Benichou, C. (1993). Causality assessment of adverse reactions to drugs--I. A novel method based on the conclusions of international consensus meetings: application to drug-induced liver injuries. J Clin Epidemiol *46*, 1323-330.

- Danan, G. & Teschke, R. (2015). RUCAM in drug and herb induced liver injury: The update. *International Journal of Molecular Sciences*, *17*(1).

- de la Torre R, Farré M, Roset PN, et al. 2004. Human pharmacology of MDMA: Pharmacokinetics, metabolism, and disposition. Ther Drug Monit. 26:137-144.

- Dias da Silva, D., Silva, E., Carvalho, F. and Carmo, H. 2014. Mixtures of 3,4-methylenedioxymethamphetamine (ecstasy) and its major human metabolites act additively to induce significant toxicity to liver cells when combined at low, non-cytotoxic concentrations. J. Appl. Toxicol. 34: 618-627.

- EFSA (European Food Safety Authority). 2013. Scientific Opinion on the evaluation of the safety in use of Yohimbe (Pausinystalia yohimbe (K. Schum.) Pierre ex Beille). EFSA Panel on Food Additives and Nutrient Sources Added to Food. EFSA Journal 11(7):3302.

- Fadeel, B., Fornara, A., Toprak, M.S., and Bhattacharya, K. (2015). Keeping it real: the importance of material characterization in nanotoxicology. Biochemical and Biophysical Research Communications, http://dx.doi.org/10.1016/j.bbrc.2015.06.178

- Frenzel, C. & Teschke, R. (2016). Herbal hepatotoxicity: Clinical characteristics and listing compilation. *International Journal of Molecular Sciences*, *17*(5).

- Gandhi, G.R., Ignacimuthu, S., and Paulraj, M.G. (2012). Hypoglycemic and β-cells regenerative effects of Aegle marmelos (L.) Corr. bark extract in streptozotocin-induced diabetic rats. Food Chem Toxicol 50, 1667-674.

- Grandy DK. 2007. Trace amine-associated receptor 1-family archetype or iconoclast? Pharmacol Ther. 116:355-390.

- García-Cortés, M., Stephens, C., Lucena, M.I., Fernández-Castañer, A., Andrade, R.J., and Spanish Group for the Study of Drug-Induced Liver Disease (Grupo de

Estudio para las Hepatopatías Asociadas a Medicamentos GEHAM) (2011). Causality assessment methods in drug induced liver injury: strengths and weaknesses. J Hepatol 55, 683-691.

- Gautam, S., Ishrat, N., Singh, R., Narender, T., and Srivastava, A.K. (2015). Aegeline from Aegle marmelos stimulates glucose transport via Akt and Rac1 signaling, and contributes to a cytoskeletal rearrangement through PI3K/Rac1. Eur J Pharmacol 762, 419-429.

- Gireesh, G., Reas, S.K., Jobin, M., and Paulose, C.S. (2008). Decreased muscarinic M1 receptor gene expression in the cerebral cortex of streptozotocin-induced diabetic rats and Aegle marmelose leaf extract's therapeutic function. J Ethnopharmacol 116, 296-304.

- Grattagliano, I., Portincasa, P., Palmieri, V.O., and Palasciano, G. (2002). Overview on the mechanisms of drug-induced liver cell death. Ann Hepatol 1, 162-68.

- Green AR, Mechan AO, Elliott JM, O'Shea E, Colado MI. 2003. The pharmacology and clinical pharmacology of 3,4-methylenedioxymethamphetamine (MDMA, "ecstasy"). Pharmacol Rev. 55:463-508.

- Hall, A.P., Elcombe, C.R., Foster, J.R., Harada, T., Kaufmann, W., Knippel, A., Küttler, K., Malarkey, D.E., Maronpot, R.R., et al. (2012). Liver hypertrophy: a review of adaptive (adverse and non-adverse) changes--conclusions from the 3rd International ESTP Expert Workshop. Toxicol Pathol 40, 971-994.

- Hassankhani, R., Esmaeillou, M., Tehrani, A.A., Nasirzadeh, K., Khadir, F., and Maadi, H. (2015). In vivo toxicity of orally administrated silicon dioxide nanoparticles in healthy adult mice. Environ Sci Pollut Res Int 22, 1127-132.

- Heal DJ, Smith SL, Gosden J, Nutt DJ. 2013. Amphetamine, past and present--a pharmacological and clinical perspective. J Psychopharmacol. 27:479-496.

- Hill, A B. "The Environment and Disease: Association or Causation?" Proc R Soc Med 58 (1965): 295-300.

- Isoda, K., Tetsuka, E., Shimizu, Y., Saitoh, K., Ishida, I., and Tezuka, M. (2013). Liver injury induced by thirty- and fifty-nanometer-diameter silica nanoparticles. Biol Pharm Bull 36, 370-75.

- James, R. C., Schiefer, M. A., Roberts, S. M., & Harbison, R. D. (1987). Antagonism of cocaine-induced hepatotoxicity by the alpha adrenergic antagonists phentolamine and yohimbine. *The Journal of Pharmacology and Experimental Therapeutics*, *242*(2), 726-31.

- Jayachandra, K., and Sivaraman, T. (2011). Hepatoprotective effect of Aegle marmelos (L.) Corr. leaf powder (crude) against carbon tetrachloride-induced hepatic damage in albino rats. Journal of Pharmaceutical Sciences and Research 3, 1360-63.

- Jones, A.L. and Simpson, K.J. 1999. Review article: mechanisms and management of hepatotoxicity in ecstasy (MDMA) and amphetamine intoxications. Aliment. Pharmacol. Ther. 13: 129-133.

- Kamalakkannan, N., and Prince, P.S. (2005). The effect of Aegle marmelos fruit extract in streptozotocin diabetes: a histopathological study. J Herb Pharmacother 5, 87-96.

- Kaplowitz, N. (2001). Causality assessment versus guilt-by-association in drug hepatotoxicity. Hepatology 33, 308-310.

- Karmase, A., Birari, R., and Bhutani, K.K. (2013a). Evaluation of anti-obesity effect

of Aegle marmelos leaves. Phytomedicine 20, 805-812.

- Karmase, A., Jagtap, S., and Bhutani, K.K. (2013b). Anti adipogenic activity of Aegle marmelos Correa. Phytomedicine 20, 1267-271.

- Karmase, A., Prasanna, K., Rasabattula, S., and Bhutani, K.K. (2014). Quantification and comparison of extraction methods for alkaloids in Aegle marmelos leaves by HPLC. Nat Prod Commun 9, 981-83.

- Khan, T.H., and Sultana, S. (2009). Antioxidant and hepatoprotective potential of Aegle marmelos Correa. against CCl4-induced oxidative stress and early tumor events. J Enzyme Inhib Med Chem 24, 320-27.

- Khan, T.H., and Sultana, S. (2011). Effect of Aegle marmelos on DEN initiated and 2-AAF promoted hepatocarcinogenesis: a chemopreventive study. Toxicol Mech Methods 21, 453-462.

- Kothari, S., Minda, M., and Tonpay, S.D. (2010). Anxiolytic and antidepressant activities of methanol extract of Aegle marmelos leaves in mice. Indian J Physiol Pharmacol 54, 318-328.

- Kuehn, B.M. (2013). Dietary supplement linked to cases of acute hepatitis. JAMA 310, 1784.Kumar, S., Mahaseth, R.K., Tiwari, M., Sehgal, R., Rajora, P., and Mathur, R. (2015). Interaction of aqueous leaf extract of Aegle marmelos (L.) Corr. with cholinergic, serotonergic and adrenergic receptors: an ex vivo study. Indian J Pharmacol 47, 109-113.

- Kumar, S., Mahaseth, R.K., Tiwari, M., Sehgal, R., Rajora, P., and Mathur, R. (2015). Interaction of aqueous leaf extract of Aegle marmelos (L.) Corr. with cholinergic, serotonergic and adrenergic receptors: an ex vivo study. Indian J Pharmacol *47*, 109-113.

- Kumar, V., Ahmed, D., Verma, A., Anwar, F., Ali, M., and Mujeeb, M. (2013). Umbelliferone β-D-galactopyranoside from Aegle marmelos (L.) corr. an ethnomedicinal plant with antidiabetic, antihyperlipidemic and antioxidative activity. BMC Complement Altern Med 13, 273.

- Lewis, J.H. (2015). The art and science of diagnosing and managing drug-induced liver injury in 2015 and beyond. Clin Gastroenterol Hepatol. pii: S1542-3565(15)00841-1. doi: 10.1016/j.cgh.2015.06.017. [Epub ahead of print]

- Lim, T.K. (2012). Aegle marmelos. Edible Medicinal and Non-Medicinal Plants: Volume 4, Fruits. Springer Science+Business Media B.V.

- Lucena, M.I., García-Cortés, M., Cueto, R., Lopez-Duran, J., and Andrade, R.J. (2008). Assessment of drug-induced liver injury in clinical practice. Fundam Clin Pharmacol 22, 141-158.

- Maity, P., Hansda, D., Bandyopadhyay, U., and Mishra, D.K. (2009). Biological activities of crude extracts and chemical constituents of Bael, Aegle marmelos (L.) Corr. Indian J Exp Biol 47, 849-861.

- Maurer HH, Kraemer T, Springer D, Staack RF. 2004. Chemistry, pharmacology, toxicology, and hepatic metabolism of designer drugs of the amphetamine (ecstasy), piperazine, and pyrrolidinophenone types: A synopsis. Ther Drug Monit. 26:127-131.

- Modi, H., Patel, V., and Patel, K. (2012). Hepatoprotective activity of Aegle marrmelos against ethanol induced hepatotoxicity in rats. Asian Journal of Pharmaceutical and Clinical Research 5, 164-67.

- Montiel-Duarte, C., Varela-Rey, M., Oses-Prieto, J.A., Lopez-Zabalza, M.J., Beitia,

G., Cenarruzabeitia, E. and Iraburu, M.J. 2002. 3,4-Methylenedioxyamphetamine ("Ecstasy") induces apoptosis of cultured rat liver cells. Biochimica et Biophysica Acta 1588, 26-32.

- Nallamuthu, I., Tamatam, A., and Khanum, F. (2014). Effect of hydroalcoholic extract of Aegle marmelos fruit on radical scavenging activity and exercise-endurance capacity in mice. Pharm Biol 52, 551-59.

- Narender, T., Rajendar, K., Sarkar, S., Singh, V.K., Chaturvedi, U., Khanna, A.K., and Bhatia, G. (2011). Synthesis of novel N-(2-hydroxy-2-p-tolylethyl)-amide and N-(2-oxo-2-p-tolylethyl)-amide derivatives and their antidyslipidemic and antioxidant activity. Bioorg Med Chem Lett 21, 6393-97.

- Narender, T., Shweta, S., Tiwari, P., Papi Reddy, K., Khaliq, T., Prathipati, P., Puri, A., Srivastava, A.K., Chander, R., et al. (2007). Antihyperglycemic and antidyslipidemic agent from Aegle marmelos. Bioorg Med Chem Lett 17, 1808-811.

- Navarro, V.J., Barnhart, H., Bonkovsky, H.L., Davern, T., Fontana, R.J., Grant, L., Reddy, K.R., Seeff, L.B., Serrano, J., et al. (2014). Liver injury from herbals and dietary supplements in the U.S. Drug-Induced Liver Injury Network. Hepatology 60, 1399-1408.

- Narendhirakannan, R.T., and Subramanian, S. (2010). Biochemical evaluation of the protective effect of Aegle marmelos (L.), Corr. leaf extract on tissue antioxidant defense system and histological changes of pancreatic beta-cells in streptozotocin-induced diabetic rats. Drug Chem Toxicol 33, 120-130.

- National Institutes of Health. U.S. Department of Health and Human Services, LiverTox, n.d. Web. 03 May 2017

- Nishimori, H., Kondoh, M., Isoda, K., Tsunoda, S., Tsutsumi, Y., and Yagi, K. (2009). Silica nanoparticles as hepatotoxicants. Eur J Pharm Biopharm 72, 496-501.

- Nugroho, A.E., Agistia, D.D., Tegar, M., and Purnomo, H. (2013). Interaction of active compounds from Aegle marmelos CORREA with histamine-1 receptor. Bioinformation 9, 383-87.

- Panaskar, S.N., Joglekar, M.M., Taklikar, S.S., Haldavnekar, V.S., and Arvindekar, A.U. (2013). Aegle marmelos Correa leaf extract prevents secondary complications in streptozotocin-induced diabetic rats and demonstration of limonene as a potent antiglycating agent. J Pharm Pharmacol 65, 884-894.

- Panda, S., and Kar, A. (2006). Evaluation of the antithyroid, antioxidative and antihyperglycemic activity of scopoletin from Aegle marmelos leaves in hyperthyroid rats. Phytother Res 20, 1103-05.

- Perez DM. The Adrenergic Receptors: In the 21st Century. Totowa, NJ: Humana Press; 2006.

- Phuwapraisirisan, P., Puksasook, T., Jong-Aramruang, J., and Kokpol, U. (2008). Phenylethyl cinnamides: a new series of alpha-glucosidase inhibitors from the leaves of Aegle marmelos. Bioorg Med Chem Lett 18, 4956-58.

- Rajasekaran, C., Kalaivani, T., Ramya, S., and Jayakumararaj, R. (2009). Studies on hepatoprotective activity of ethanolic extracts of fruit pulp of Aegle marmelos (L.) Corr. Journal of Pharmacy Research 2, 1419-423.

- Regev, A. (2014). Drug-induced liver injury and drug development: industry perspective. Semin Liver Dis 34, 227-239.

- Rochon, J., Protiva, P., Seeff, L.B., Fontana, R.J., Liangpunsakul, S., Watkins, P.B.,

Davern, T., McHutchison, J.G., and Drug-Induced Liver Injury Network (DILIN) (2008). Reliability of the Roussel Uclaf Causality Assessment Method for assessing causality in drug-induced liver injury. Hepatology *48*, 1175-183.

- Rockey, D.C., Seeff, L.B., Rochon, J., Freston, J., Chalasani, N., Bonacini, M., Fontana, R.J., Hayashi, P.H., and US Drug-Induced Liver Injury Network (2010). Causality assessment in drug-induced liver injury using a structured expert opinion process: comparison to the Roussel-Uclaf causality assessment method. Hepatology 51, 2117-126.

- Rojin TS, Shetty S, Holla R. 2015. Hepatoprotective effect of mussaenda erythrophylla and aegle marelos in ethanol induced rat hepatotoxicity model. International Journal of Applied Biology and Pharmaceutical Chemistry. 6:223-228.

- Roytman, M.M., Pörzgen, P., Lee, C.L., Huddleston, L., Kuo, T.T., Bryant-Greenwood, P., Wong, L.L., and Tsai, N. (2014). Outbreak of severe hepatitis linked to weight-loss supplement OxyELITE Pro. Am J Gastroenterol 109, 1296-98.

- Sabu, M.C., and Kuttan, R. (2004). Antidiabetic activity of Aegle marmelos and its relationship with its antioxidant properties. Indian J Physiol Pharmacol 48, 81-88.

- Saha, S., and Verma, R. (2012). Inhibitory potential of traditional herbs on α-amylase activity. Pharm Biol *50*, 326-331.

- Sankeshi, V., Kumar, P.A., Naik, R.R., Sridhar, G., Kumar, M.P., Gopal, V.V., and Raju, T.N. (2013). Inhibition of aldose reductase by Aegle marmelos and its protective role in diabetic cataract. J Ethnopharmacol 149, 215-221.

- Sarkar, S., Sonkar, R., Bhatia, G., and Tadigoppula, N. (2014). Synthesis of new N-acryl-1-amino-2-phenylethanol and N-acyl-1-amino-3-aryloxypropanols and evaluation of their antihyperlipidemic, LDL-oxidation and antioxidant activity. Eur J Med Chem 80, 135-144.

- Schulz C, Eisenhofer G, Lehnert H. 2004. Principles of catecholamine biosynthesis, metabolism and release. Front Horm Res. 31:1-25.

- Scientific Opinion on the Evaluation of the Safety in Use of Yohimbe (Pausinystalia Yohimbe (K. Schum.) Pierre Ex Beille). (2013). *EFSA Journal*, *11*(7), 3302.

- Shapiro, M.A., and Lewis, J.H. (2007). Causality assessment of drug-induced hepatotoxicity: promises and pitfalls. Clin Liver Dis *11*, 477-505.

- Sharma, A.K., Bharti, S., Goyal, S., Arora, S., Nepal, S., Kishore, K., Joshi, S., Kumari, S., and Arya, D.S. (2011). Upregulation of PPARγ by Aegle marmelos ameliorates insulin resistance and β-cell dysfunction in high fat diet fed-streptozotocin induced type 2 diabetic rats. Phytother Res 25, 1457-465.

- Singanan, V., Singanan, M., and Begum, H. (2007). The hepatoprotective effect of bael leaves (Aegle marmelos) in alcohol induced liver injury in albino rats. International Journal of Science & Technology *2*, 83-92.

- Solvay USA, Inc. (2014). Tixosil® 68 Safety Data Sheets.

- Soni MG, Burdock GA, Christian MS, Bitler CM, Crea R. 2006. Safety assessment of aqueous olive pulp extract as an antioxidant or antimicrobial agent in foods. Food Chem Toxicol. 44:903-915.

- Teschke, R., Schulze, J., Eickhoff, A., Albrecht, W., & Frenzel, C. (2015). Mysterious hawaii liver disease case - naproxen overdose as cause rather than oxyelite pro? *Journal of Liver and Clinical Research*, *2*(2), 1013.

- Teschke, R., Schwarzenboeck, A., Eickhoff, A., Frenzel, C., Wolff, A., and Schulze, J. (2013). Clinical and causality assessment in herbal hepatotoxicity. Expert Opin Drug Saf *12*, 339-366.
- Teschke, R., Schwarzenboeck, A., Frenzel, C., Schulze, J., Eickhoff, A., & Wolff, A. (2016). The mystery of the hawaii liver disease cluster in summer 2013: A pragmatic and clinical approach to solve the problem. *Annals of Hepatology*, *15*(1), 91-109.
- Teschke, R., Wolff, A., Frenzel, C., Schwarzenboeck, A., Schulze, J., and Eickhoff, A. (2014). Drug and herb induced liver injury: Council for International Organizations of Medical Sciences scale for causality assessment. World J Hepatol *6*, 17-32.
- Turnbull, D., and Setser, J.J. (2015 - under journal review). A 90-day oral (gavage) toxicity study of Aegeline in Sprague Dawley rats.
- Veerappan, A., Miyazaki, S., Kadarkaraisamy, M., and Ranganathan, D. (2007). Acute and subacute toxicity studies of Aegle marmelos Corr., an Indian medicinal plant. Phytomedicine 14, 209-215.
- Vijaya, C., Ramanathan, M., and Suresh, B. (2009). Lipid lowering activity of ethanolic extract of leaves of Aegle marmelos (Linn.) in hyperlipidaemic models of Wistar albino rats. Indian J Exp Biol *47*, 182-85.
- Westfall, T.C. and Westfall, D.P. in The Pharmacological Basis of Therapeutics, 12th Edition (eds Brunton, L.L., Chabner, B.A. and Knollman, B.C.) 277-333 (McGraw Hill), 2011.
- Yahya, F., Mamat, S.S., Kamarolzaman, M.F., Seyedan, A.A., Jakius, K.F., Mahmood, N.D., Shahril, M.S., Suhaili, Z., Mohtarrudin, N., et al. (2013). Hepatoprotective Activity of Methanolic Extract of Bauhinia purpurea Leaves against Paracetamol-Induced Hepatic Damage in Rats. Evid Based Complement Alternat Med *2013*, 636580.
- Yu, Y., Li, Y., Wang, W., Jin, M., Du, Z., Li, Y., Duan, J., Yu, Y., and Sun, Z. (2013). Acute toxicity of amorphous silica nanoparticles in intravenously exposed ICR mice. PLoS One *8*, e61346.
- Quality Review of Batch Records for OxyElite Pro
- FDA Response with Attachments
- OxyElite Pro; Label
- Clintox Bioservices. Report on determination of maximum tolerated dose (MTD) of aegeline in Wistar rats.
- Clintox Bioservices. Report on determination of maximum tolerated dose (MTD) of aegeline in New Zealand white rabbits.
- CDC Report – Acute hepatitis & liver failure of unknown etiology in Hawaii 2013 Complaint
- Label Information for OxyElite Pro Super Thermo
- Patient Medical Records from the Queen's Medical Center
- Expert Reports from *Waikiki v. USPlabs*
- OxyElite Pro Finished Product Specification

2. **Hartmut Jaeschke, Ph.D., ATS**
   Kansas City, KS

Dr. Jaeschke is a professor with extensive experience in pharmacology and toxicology. A copy of his *curriculum vitae* is attached as **Exhibit 3**. He has a Ph.D. in Toxicology and an M.S. in Biochemistry from the University of Tubingen in Germany. Dr. Jaeschke has served as a principal investigator in studies funded by the National Institutes of Health regarding drug-induced liver injury. He is Chairman and a Professor in the Department of Pharmacology, Toxicology and Therapeutics at the University of Kansas College of Medicine.

Dr. Jaeschke's anticipated testimony in this case will be based on his expertise and experience. Dr. Jaeschke may assess whether specific ingredients in OEP NF have a potential for hepatotoxic effects based on the scientifically established pharmacology and peer-reviewed scientific literature about the effects of these ingredients. Dr. Jaeschke is also expected to opine on the safety of OEP NF and potential benefits associated with components therein. Dr. Jaeschke has reviewed the scientific literature and found no evidence for any hepatotoxicity of aegeline or extracts of the Bael tree (*A. marmelos*). Instead, the literature shows these extracts to be beneficial against a variety of diseases.

Dr. Jaeschke may also testify regarding his review of pre-clinical toxicity studies performed on animals and a limited human pilot study involving aegeline, none of which showed any evidence for relevant adverse effects or liver injury in animals or humans, even at high doses and chronic treatment. In fact, the exposure in the animal studies ranged from 10-30 times higher than a human would be exposed to when using OEP NF or other dietary supplements. These data are consistent with the lack of any reports in the

literature that aegeline may cause liver injury and that there is no evidence that aegeline at the doses used in OEP NF can cause liver injury.

Finally, Dr. Jaeschke may respond to testimony by any witness called by the Government in this case, including rebutting the new hypotheses regarding the synergistic role of ingredient introduced by Drs. Bill J. Gurley, Igor Katurbash, and Marjan Boerma, (*see* Gov. Notice at 25) as well as their findings from their recent pre-clinical study employing three separate mouse strains as outlined in their disclosures.

In addition to scientific literature on aegeline and bael fruit extracts, the case-specific materials on which Dr. Jaeschke's expected testimony will rely are:

- OxyElite Pro Label
- OxyElite Pro Finished Product Specification Sheet
- Clintox Bioservices. 90-day repeated dose toxicity study of Aegeline administered by oral gavage in New Zealand White rabbits with recovery period of 14 days. Study Code: CB-ULD-SCTAEGN-01
- Clintox Bioservices. 90-day repeated dose toxicity study of Aegeline administered by oral gavage in Wistar rats with recovery period, of 14 days. Study Code: CB-ULD-SCTAEGW-Ol
- Clintox Bioservices. Report on determination of maximum tolerated dose (MTD) of aegeline in Wistar rats
- Clintox Bioservices. Report on determination of maximum tolerated dose (MTD) of aegeline in New Zealand white rabbits
- FDA Final Rule Declaring Dietary Supplements Containing Ephedrine Alkaloids Adulterated. Because They Present an Unreasonable Risk, 69 Fed. Reg. 6,788, 6,788 (Feb. 11, 2004)

**3. M. Eric Gershwin, M.D.**
   Davis, CA

Dr. Gershwin is a Distinguished Professor of Medicine and Chief of the Division of Rheumatology, Allergy and Clinical Immunology at the University of California at Davis School of Medicine. A copy of his *curriculum vitae* is attached as **Exhibit 4**. He has been a consultant and lectured to the Office of Dietary Supplements at the National Institutes of Health and the FDA. He has an M.D. from Stanford University and a B.A.

in Zoology and Mathematics from Syracuse University.  Dr. Gershwin has lectured to the Office of Dietary Supplements at the National Institutes of Health, the Food and Drug Administration, and the Nehisw York Academy of Sciences, and has published three editions of a textbook on liver immunology.  Dr. Gershwin is listed in the top 1% of all published authors in immunology in the world.

Dr. Gershwin's anticipated testimony in this case will be based on his expertise and experience, his publications, his review of reports alleging liver injury caused by OEP NF in 2013, and his review of available safety data on the ingredients of variants of OxyElite Pro alleged to have caused liver injury, including the individual ingredients including caffeine, aegeline, bauhinia extract, higenamine, hemerocallis fulva, yohimbe, maltodextrin, silicon dioxide, and magnesium stearate.  He may also offer testimony regarding any potential interactions of these materials.

Dr. Gershwin is expected to testify that the ingredients in OEP NF do not produce acute liver failure.  Rather, Dr. Gershwin may testify to chemical properties of those ingredients that suggest a different conclusion.  Specifically, Dr. Gershwin may testify that the ingredients of OEP NF are water-soluble with no evidence that they accumulate in the body, and that no evidence exists that any ingredient elicits an immunological response towards the liver.  One of OEP NF's ingredients, Yohimbine, has been suggested to be hepatoprotective.

Relating to the 2013 liver injury outbreak in Hawai'i, Dr. Gershwin may testify that although attention appeared to focus on aegeline, no common toxicity theme appeared between individual patients.  Dr. Gershwin may testify that there are no data suggesting that aegeline uncouples oxidation or other metabolic pathways.  Similarly,

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 19

there are no data suggesting the chemical similarity of aegeline on drug metabolic pathways or inhibition of a specific cytochrome pathway, or that aegeline alters electrolyte balance or any ion channel.

Dr. Gershwin is also expected to testify as to the absence of a complete statistical and epidemiological methodology, and the resulting statistical pitfalls apparent in the alleged correlation between the consumption of OEP NF and liver injury. His expected testimony will also address data analysis errors that are commonly encountered in medicine, in which data becomes confounding and leads to incorrect interpretations. These errors are of particular concern when making a correlation, such as the alleged correlation between consumption of OxyElite Pro and liver failure. These errors may improperly suggest an association when no controls are used.

There were at least four errors present in the data analysis done regarding the correlation of OEP NF and liver injury. *First*, the analysis suffered from selection bias, which occurs when some individuals are chosen for a study above others, thus leading to discrimination or bias. Here, Dr. Gershwin is anticipated to testify that no attempt was made to look at the incidence of acute liver failure in similar populations in Hawai'i. *Second*, it suffered from exclusion bias, which occurred when patients with acute liver failure, but who did not take OEP NF, were excluded from the study parameters. *Third*, it suffered from observer bias, which occurs when scientists or doctors continue to use the same diagnosis as originally proposed without independent evaluation of the underlying data, and which occurred with data in the Hawai'i outbreak. *Fourth*, it suffered from detection bias, which occurred when evaluators examined individuals who consumed OxyElite Pro with liver failure, but did not examine individuals who consumed

OxyElite Pro, but who did not have liver failure. Dr. Gershwin is expected to testify that these statistical errors may lead to incorrect interpretations of data.

Dr. Gershwin is also expected to testify on other inconsistencies in the data of individuals with reported liver injury from the Hawai'i "outbreak." First, there was a lack of temporal association between symptom onset and consumption of OEP NF. In some patients, other substances had greater temporal association than did OEP NF. There was also an absence of consistency within case reports; that is, patients had different presentations in their symptoms. There was also an absence of plausibility within case reports, which refers to the absence of a mechanism of action, or logic, between the individuals with liver injury, and the alleged cause of the liver injury, here OEP NF.

Finally, Dr. Gershwin may discuss the absence of careful and complete consideration of alternative etiologies for the liver injury purportedly suffered by the Hawai'i patients, and the absence of appropriate medical, experimental, or animal data to support the conclusion that consumption of OEP NF was associated, directly or indirectly, with liver failure.

Materials on which Dr. Gershwin's expected testimony will rely:

1. 2004. Dangerous supplements: still at large. Consum Rep 69:12-17.
2. 2008. Risky pills: supplements to avoid. Consum Rep 73:46-47.
3. 2010. Dangerous supplements: what you don't know about these 12 ingredients could hurt you. Consum Rep 75:16-20.
4. 2015. Anti-Aging Treatment Claims: the Promises vs. the Science. Consum Rep 80:15-17.
5. (CDC), C. f. D. C. a. P. Acute hepatitis and liver failure of unknown etiology in Hawaii - 2013: Report of a cluster investigation.
6. (CDC), C. f. D. C. a. P. 2015. Trichinellosis surveillance - United States, 2008-2012. Morbidity and Mortality Weekly Report.

7.    Abbatangelo-Gray, J., C. Byrd-Bredbenner, and S. B. Austin. 2008. Health and nutrient content claims in food advertisements on Hispanic and mainstream prime-time television. J Nutr Educ Behav 40:348-354.

8.    Abebe, W. 2003. An overview of herbal supplement utilization with particular emphasis on possible interactions with dental drugs and oral manifestations. J Dent Hyg 77:37-46.

9.    Adimoelja, A. 2000. Phytochemicals and the breakthrough of traditional herbs in the management of sexual dysfunctions. Int J Androl 23 Suppl 2:82-84.

10.   Ahmed, A., I. A. Ali, H. Ghazal, J. Fazili, and S. Nusrat. 2015. Mystery of hepatitis e virus: recent advances in its diagnosis and management. Int J Hepatol 2015:872431.

11.   Ajayi, A. A., M. Newaz, H. Hercule, M. Saleh, C. O. Bode, and A. O. Oyekan. 2003. Endothelin-like action of Pausinystalia yohimbe aqueous extract on vascular and renal regional hemodynamics in Sprague Dawley rats. Methods Find Exp Clin Pharmacol 25:817-822.

12.   Al-Majed, A. A., A. A. Al-Yahya, A. M. Al-Bekairi, O. A. Al-Shabanah, and S. Qureshi. 2006. Reproductive, cytological and biochemical toxicity of Yohimbe in male Swiss albino mice. Asian J Androl 8:469-476.

13.   Allan, G. M., and B. Arroll. 2014. Prevention and treatment of the common cold: making sense of the evidence. CMAJ 186:190-199.

14.   Anandkumar, J., and B. Mandal. 2009. Removal of Cr(VI) from aqueous solution using Bael fruit (Aegle marmelos correa) shell as an adsorbent. J Hazard Mater 168:633-640.

15.   Andrews, J. C. 2011. Waring and Disclosures. In Communicating Risks and Benefits: An Evidence-Based User's Guide. B. Fischhoff, N. T. Brewer, and J. S. Downs, eds. U.S. Food and Drug Administration, Silver Spring, MD. 149-161.

16.   Annunziata, A., A. Mariani, and R. Vecchio. 2014. Consumer understanding and use of health claims: the case of functional foods. Recent Pat Food Nutr Agric 6:113-126.

17.   Ares, G., A. Gimenez, and A. Gambaro. 2009. Consumer perceived healthiness and willingness to try functional milk desserts. Influence of ingredient, ingredient name and health claim. Food Quality and Preference 20:50-56.

18.   Aschemann-Witzel, J., and K. G. Grunert. 2015. Influence of 'soft' versus 'scientific' health information framing and contradictory information on consumers' health inferences and attitudes towards a food supplement. Food Quality and Preference 42:90-99.

19.   Ashar, B. H., R. G. Miller, C. P. Pichard, R. Levine, and S. M. Wright. 2008. Patients' understanding of the regulation of dietary supplements. J Community Health 33:22-30.

20.   Avula, B., A. G. Chittiboyina, Y. H. Wang, S. Sagi, V. Raman, M. Wang, and I. A. Khan. 2016. Simultaneous Determination of Aegeline and Six Coumarins from Different Parts of the Plant Aegle marmelos Using UHPLC-PDA-MS and Chiral Separation of Aegeline Enantiomers Using HPLC-ToF-MS. Planta Med 82:580-588.

21. Badr, J. M. 2013. A validated high performance thin layer chromatography method for determination of yohimbine hydrochloride in pharmaceutical preparations. Pharmacogn Mag 9:4-8.

22. Bailey, R. L., J. J. Gahche, C. V. Lentino, J. T. Dwyer, J. S. Engel, P. R. Thomas, J. M. Betz, C. T. Sempos, and M. F. Picciano. 2011. Dietary supplement use in the United States, 2003-2006. J Nutr 141:261-266.

23. Balakumar, S., S. Rajan, T. Thirunalasundari, and S. Jeeva. 2011. Antifungal activity of Aegle marmelos (L.) Correa (Rutaceae) leaf extract on dermatophytes. Asian Pac J Trop Biomed 1:309-312.

24. Baliga, M. S., H. P. Bhat, M. M. Pereira, N. Mathias, and P. Venkatesh. 2010. Radioprotective effects of Aegle marmelos (L.) Correa (Bael): a concise review. J Altern Complement Med 16:1109-1116.

25. Baliga, M. S., K. R. Thilakchand, M. P. Rai, S. Rao, and P. Venkatesh. 2013. Aegle marmelos (L.) Correa (Bael) and its phytochemicals in the treatment and prevention of cancer. Integr Cancer Ther 12:187-196.

26. Balzac, J. M., and G. A. Burdock. 2014. In Pursuit of Claims: What Works, What Does Not, and Why. In Clinical Aspects of Functional Foods and Nutraceuticals. D. Ghosh, D. Bagchi, and T. Konishi, eds. CRC Press, Boca Raton, FL. 229-255.

27. Banerji, N., M. Maiti, S. Sem, and P. C. Datta. 1982. Pharmacognosy of Aegle marmelos (L) Correa. seed. A new protein source. Acta Pharm Hung 52:97-101.

28. Barrett, B., R. Brown, D. Rakel, M. Mundt, K. Bone, S. Barlow, and T. Ewers. 2010. Echinacea for treating the common cold: a randomized trial. Ann Intern Med 153:769-777.

29. Bell, R. A., D. Cassady, J. Culp, and R. Alcalay. 2009. Frequency and types of foods advertised on Saturday morning and weekday afternoon English and Spanish-Language American television programs. J Nutr Educ Behav 41:406-413.

30. Betz, J. M., K. D. White, and A. H. der Marderosian. 1995. Gas chromatographic determination of yohimbine in commercial yohimbe products. J AOAC Int 78:1189-1194.

31. Bhatti, R., S. Sharma, J. Singh, and M. P. Ishar. 2011. Ameliorative effect of Aegle marmelos leaf extract on early stage alloxan-induced diabetic cardiomyopathy in rats. Pharm Biol 49:1137-1143.

32. Bhatti, R., S. Sharma, J. Singh, A. Singh, and M. P. Ishar. 2013. Effect of Aegle marmelos (L.) Correa on alloxan induced early stage diabetic nephropathy in rats. Indian J Exp Biol 51:464-469.

33. Bhatti, R., J. Singh, K. Nepali, and M. P. Ishar. 2013. Possible involvement of PPAR-gamma in the anticonvulsant effect of Aegle marmelos (L.) Correa. Neurochem Res 38:1624-1631.

34. Bialkova, S., L. Sasse, and A. Fenko. 2016. The role of nutrition labels and advertising claims in altering consumers' evaluation and choice. Appetite 96:38-46.

35. Blendon, R. J., C. M. DesRoches, J. M. Benson, M. Brodie, and D. E. Altman. 2001. Americans' views on the use and regulation of dietary supplements. Arch Intern Med 161:805-810.

36. Bloomer, R., J. Schriefer, and T. Gunnels. 2015. Clinical safety assessment of oral higenamine supplementation in healthy, young men. Hum Exp Toxicol.

37. Bodakhe, S. H., and A. Ram. 2007. Hepatoprotective properties of Bauhinia variegata bark extract. Yakugaku Zasshi 127:1503-1507.

38. Brandt, M., J. Moss, and M. Ferguson. 2009. The 2006-2007 Food Label and Package Survey (FLAPS): Nutrition labeling, trans fat labeling. Journal of Food Composition and Analysis 22:S74-S77.

39. Brandt, M. B., J. Moss, K. Ellwood, M. Ferguson, and A. Asefa. 2010. Tracking label claims. Food Technology 64:34-40.

40. Brecher, S. J., M. M. Bender, V. L. Wilkening, N. M. McCabe, and E. M. Anderson. 2000. Status of nutrition labeling, health claims, and nutrient content claims for processed foods: 1997 Food Label and Package Survey. J Am Diet Assoc 100:1057-1062.

41. Brijesh, S., P. Daswani, P. Tetali, N. Antia, and T. Birdi. 2009. Studies on the antidiarrhoeal activity of Aegle marmelos unripe fruit: validating its traditional usage. BMC Complement Altern Med 9:47.

42. Bucci, L. R. 2000. Selected herbals and human exercise performance. Am J Clin Nutr 72:624S-636S.

43. Bureau of Consumer Protection, and F. T. Commission. 2001. Dietary Supplements: An Advertising Guide for Industry.

44. Byrd-Bredbenner, C., and D. Grasso. 2000. Health, medicine, and food messages in television commercials during 1992 and 1998. J Sch Health 70:61-65.

45. Caswell, J. A., N. Yumei, L. Fang, and E. M. Mojduszka. 2003. The impact of new labeling regulations on the use of voluntary nutrient-content and health claims by food manufacturers. J Public Policy & Market 22:147-158.

46. Center, H. P. R. What is aegeline and why is it a problem?

47. Chakravarti, R., and B. Dasgupta. 1958. The structure of Aegelin.

48. Chandon, P., and B. Wansink. 2007. The biasing health halos of fast-food restaurant health claims: Lower calorie estimates and higher side-dish consumption intentions. Journal of Consumer Research 34:301-314.

49. Chatterjee, A., and S. S. Mitra. 1949. On the constitution of the active principles isolated from the mature bark of Aegle marmelos, Correa. J Am Chem Soc 71:606-609.

50. Choi, H., and J. K. Springston. 2014. How to use health and nutrition-related claims correctly on food advertising: comparison of benefit-seeking, risk-avoidance, and taste appeals on different food categories. J Health Commun 19:1047-1063.

51. Choi, H., K. Yoo, T. H. Baek, L. N. Reid, and W. Macias. 2013. Presence and effects of health and nutrition-related (HNR) claims with benefit-seeking and risk-avoidance appeals in female-orientated magazine food advertisements. International Journal of Advertising 32:587-616.

52. Christou, L., and M. Kosmidou. 2013. Hepatitis E virus in the Western world--a pork-related zoonosis. Clin Microbiol Infect 19:600-604.

53. Chrysochou, P., and K. G. Grunert. 2014. Health-related ad information and health motivation effects on product evaluations. Journal of Business Research 67:1209-1217.

54.     Chung, E. P., H. J. Hwang, and M.-K. Kim. 2007. Evaluation of non-English dietary supplement advertisements in an ethnic minority community in America. Public Health Nutrition 10:834-837.

55.     Cohen, P. A., C. Bloszies, C. Yee, and R. Gerona. 2015. An amphetamine isomer whose efficacy and safety in humans has never been studied, beta-methylphenylethylamine (BMPEA), is found in multiple dietary supplements. Drug Test Anal.

56.     Cohen, P. A., G. Maller, R. DeSouza, and J. Neal-Kababick. 2014. Presence of banned drugs in dietary supplements following FDA recalls. JAMA 312:1691-1693.

57.     Coleman, K. L., E. M. Miah, G. A. Morris, and C. Morris. 2014. Impact of health claims in prebiotic-enriched breads on purchase intent, emotional response and product liking. Int J Food Sci Nutr 65:164-171.

58.     Cooper, M., and I. Kuszczak. 2014. Health, nutrition and food-related claims in magazine advertisements [abstr]. J Acad Nutr Dietetics 114 Suppl 2, A-20.

59.     Corp., E. I. Blood test indicators of liver, kidney, sex hormone, and thyroid health following Aegeline ingestion for 2 to 5 weeks.

60.     Das, A. V., P. S. Padayatti, and C. S. Paulose. 1996. Effect of leaf extract of Aegle marmelose (L.) Correa ex Roxb. on histological and ultrastructural changes in tissues of streptozotocin induced diabetic rats. Indian J Exp Biol 34:341-345.

61.     de Boer, A., and A. Bast. 2015. Stakeholders' perception of the nutrition and health claim regulation. Int J Food Sci Nutr 66:321-328.

62.     de Boer, A., E. Vos, and A. Bast. 2014. Implementation of the nutrition and health claim regulation - the case of antioxidants. Regul Toxicol Pharmacol 68:475-487.

63.     de la Hunty, A., M. Ashwell, U. Arens, S. Gibson, and M. Sadler. 2014. Authorised health claims may not help consumers to choose a healthy diet. Ann Nutr Metab 64:1-5.

64.     De Smet, P. A., and O. S. Smeets. 1994. Potential risks of health food products containing yohimbe extracts. BMJ 309:958.

65.     Dean, M., P. Lampila, R. Shepherd, A. Arvola, A. Saba, M. Vassallo, E. Claupein, M. Winkelmann, and L. Lahteenmaki. 2012. Perceived relevance and foods with health-related claims. Food Quality and Preference 24:129-135.

66.     DeLorme, D. E., J. Huh, L. N. Reid, and S. An. 2012. Dietary supplement advertising in the US A review and research agenda. International Journal of Advertising 31:547-577.

67.     Department of Health and Human Services. 1994. Food labeling: General requirements for health claims for dietary Supplements. Final rule. Fed Regist 59:accessed online version 1/14/16 at: http://www.gpo.gov.

68.     Derby, B. M., and A. S. Levy. 2005. Effects of Strength of Science Disclaimers on the Communication Impacts of Health Claims. Division of Social Sciences, Office of Regulations and Policy, Center for Food Safety and Applied Nutrition, and U. S. F. a. D. Administration, eds.

69.     Diba, V. C., and J. S. English. 2002. Contact allergy to green coffee bean dust in a coffee processing plant worker. Contact Dermatitis 47:56.

70. Dickinson, A., J. Blatman, N. El-Dash, and J. C. Franco. 2014. Consumer usage and reasons for using dietary supplements: report of a series of surveys. J Am Coll Nutr 33:176-182.

71. Dickinson, A., and D. MacKay. 2014. Health habits and other characteristics of dietary supplement users: a review. Nutr J 13:14.

72. Dodge, T., and A. Kaufman. 2007. What makes consumers think dietary supplements are safe and effective? The role of disclaimers and FDA approval. Health Psychol 26:513-517.

73. Dodge, T., D. Litt, and A. Kaufman. 2011. Influence of the Dietary Supplement Health and Education Act on consumer beliefs about the safety and effectiveness of dietary supplements. J Health Commun 16:230-244.

74. Elango, G., A. Bagavan, C. Kamaraj, A. Abduz Zahir, and A. Abdul Rahuman. 2009. Oviposition-deterrent, ovicidal, and repellent activities of indigenous plant extracts against Anopheles subpictus Grassi (Diptera: Culicidae). Parasitol Res 105:1567-1576.

75. Elango, G., and A. A. Rahuman. 2011. Evaluation of medicinal plant extracts against ticks and fluke. Parasitol Res 108:513-519.

76. Elango, G., A. A. Rahuman, A. Bagavan, C. Kamaraj, A. A. Zahir, and C. Venkatesan. 2009. Laboratory study on larvicidal activity of indigenous plant extracts against Anopheles subpictus and Culex tritaeniorhynchus. Parasitol Res 104:1381-1388.

77. Elango, G., A. A. Rahuman, C. Kamaraj, A. Bagavan, and A. A. Zahir. 2011. Efficacy of medicinal plant extracts against malarial vector, Anopheles subpictus Grassi. Parasitol Res 108:1437-1445.

78. Elango, G., A. A. Rahuman, C. Kamaraj, A. A. Zahir, and A. Bagavan. 2010. Studies on effects of indigenous plant extracts on filarial vector Culex tritaeniorhynchus Giles. Parasitol Res 107:167-176.

79. Elango, G., A. A. Rahuman, A. A. Zahir, C. Kamaraj, A. Bagavan, G. Rajakumar, C. Jayaseelan, T. Santhoshkumar, and S. Marimuthu. 2010. Evaluation of repellent properties of botanical extracts against Culex tritaeniorhynchus Giles (Diptera: Culicidae). Parasitol Res 107:577-584.

80. European Advisory Services (EAS). 2007. The use of substances with nutritional or physiological effect other than vitamins and minerals in food supplements. Study undertaken for DG Sanco, European Commission.

81. FDA. Health Claims Meeting Significant Scientific Agreement (SSA).Accessed 12/19/15 at: http://www.fda.gov/Food/IngredientsPackagingLabeling/LabelingNutrition/ucm2006876.htm.

82. FDA, and Department of Health and Human Services. 2000. Regulations on statements made for dietary supplements concerning the effect of the product on the structure or function of the body; partial stay of compliance. Final rule; partial stay of compliance. Fed Regist 65:58346-58350.

83. FDA, and Department of Health and Human Services. 2000. Regulations on statements made for dietary supplements concerning the effect of the product on the structure or function of the body. Final rule. Fed Regist 65:1000-1050.

84.     Fiol, N., C. Escudero, and I. Villaescusa. 2008. Chromium sorption and Cr(VI) reduction to Cr(III) by grape stalks and yohimbe bark. Bioresour Technol 99:5030-5036.

85.     France, K. R., and P. F. Bone. 2005. Policy makers' paradigms and evidence from consumer interpretations of dietary supplement labels. J Consumer Affairs 39:27-51.

86.     Frankos, V. H., D. A. Street, and R. K. O'Neill. 2010. FDA regulation of dietary supplements and requirements regarding adverse event reporting. Clin Pharmacol Ther 87:239-244.

87.     Frenzel, C., J. Koch, V. Lorenzen, T. Werner, A. W. Lohse, and U. W. Denzer. 2012. Complications and risk factors in 2731 diagnostic mini-laparoscopies in patients with liver disease. Liver Int 32:970-976.

88.     Fugh-Berman, A. 2000. Herb-drug interactions. Lancet 355:134-138.

89.     Gabriels, G., and M. Lambert. 2013. Nutritional supplement products: Does the label information influence purchasing decisions for the physically active? Nutr J 12:133.

90.     GAO (U.S. Government Accountability Office). 2000. Food Safety: Improvements Needed in Overseeing the Safety of Dietary Supplements and "Functional Foods".GAO-00-156.

91.     GAO (U.S. Government Accountability Office). 2008. Food Labeling: FDA Needs to Better Leverage Resources, Improve Oversight, and Effectively Use Available Data to Help Consumers Select Healthy Foods.GAO-08-597.

92.     GAO (U.S. Government Accountability Office). 2009. Dietary Supplements: FDA Should Take Further Actions to Improve Oversight and Consumer Understanding.GAO-09-250.

93.     GAO (U.S. Government Accountability Office). 2011. Food Labeling: FDA Needs to Reassess Its Approach to Protecting Consumers from False or Misleading Claims.GAO-11-102.

94.     Gautam, M. K., R. R. Ghatule, A. Singh, V. Purohit, M. Gangwar, M. Kumar, and R. K. Goel. 2013. Healing effects of Aegle marmelos (L.) Correa fruit extract on experimental colitis. Indian J Exp Biol 51:157-164.

95.     Gautam, S., N. Ishrat, R. Singh, T. Narender, and A. K. Srivastava. 2015. Aegeline from Aegle marmelos stimulates glucose transport via Akt and Rac1 signaling, and contributes to a cytoskeletal rearrangement through PI3K/Rac1. Eur J Pharmacol 762:419-429.

96.     George, S. K., R. Radhakrishnan, S. S. Kumar, T. T. Sreelekha, and P. Balaram. 2014. Chemopreventive efficacy of Aegle marmelos on murine transplantable tumors. Integr Cancer Ther 13:68-78.

97.     Gershwin, M. E., A. T. Borchers, C. L. Keen, S. Hendler, F. Hagie, and M. R. Greenwood. 2010. Public safety and dietary supplementation. Ann N Y Acad Sci 1190:104-117.

98.     Giampreti, A., D. Lonati, C. Locatelli, L. Rocchi, and M. T. Campailla. 2009. Acute neurotoxicity after yohimbine ingestion by a body builder. Clin Toxicol (Phila) 47:827-829.

99.     Goel, R. K., R. N. Maiti, M. Manickam, and A. B. Ray. 1997. Antiulcer activity of naturally occurring pyrano-coumarin and isocoumarins and their effect on

prostanoid synthesis using human colonic mucosa. Indian J Exp Biol 35:1080-1083.

100. Grunert, K. G., and L. Lähteenmäki. 2013. Consumer Reactions to Health Claims on Food Products.

101. Gyllenhaal, C., S. L. Merritt, S. D. Peterson, K. I. Block, and T. Gochenour. 2000. Efficacy and safety of herbal stimulants and sedatives in sleep disorders. Sleep Med Rev 4:229-251.

102. Haller, C., T. Kearney, S. Bent, R. Ko, N. Benowitz, and K. Olson. 2008. Dietary supplement adverse events: report of a one-year poison center surveillance project. J Med Toxicol 4:84-92.

103. Haller, C. A., I. B. Anderson, S. Y. Kim, and P. D. Blanc. 2002. An evaluation of selected herbal reference texts and comparison to published reports of adverse herbal events. Adverse Drug React Toxicol Rev 21:143-150.

104. Hasler, C. M. 2008. Health claims in the United States: an aid to the public or a source of confusion? J Nutr 138:1216S-1220S.

105. Hasler, C. M., and A. C. Brown. 2009. Position of the American Dietetic Association: functional foods. J Am Diet Assoc 109:735-746.

106. Hegefeld, H. A. 2000. Overview of Federal Regulation of Dietary Supplements: Past, Present and Future Trends.accessed 1/23/2016 at http://nrs.harvard.edu/urn-2013:HUL.InstRepos:8846738.

107. Heller, I. R. 2001. Functional foods: regulatory and marketing developments. Food Drug Law J 56:197-225.

108. Henderson, V. R., and B. Kelly. 2005. Food advertising in the age of obesity: content analysis of food advertising on general market and African American television. J Nutr Educ Behav 37:191-196.

109. Hickman, B. W., G. E. Gates, and R. P. Dowdy. 1993. Nutrition claims in advertising: a study of four women's magazines. J Nutr Edu 25:227-235.

110. Hooker, N. H., and R. Teratanavat. 2008. Dissecting qualified health claims: evidence from experimental studies. Crit Rev Food Sci Nutr 48:160-176.

111. Hudson, J. B. 2012. Applications of the phytomedicine Echinacea purpurea (Purple Coneflower) in infectious diseases. J Biomed Biotechnol 2012:769896.

112. Hutt, P. B. 2005. FDA statutory authority to regulate the safety of dietary supplements. Am J Law Med 31:155-174.

113. Ikebuaso, A. D., O. E. Yama, F. I. Duru, and S. A. Oyebadejo. 2012. Experimental Testicular Torsion in a Rat Model: Effects of Treatment with Pausinystalia macroceras on Testis Functions. J Reprod Infertil 13:218-224.

114. Ippolito, P. M., and J. K. Pappalardo. September 2002. Advertising Nutrition & Health. Evidence from Food Advertising 1977-1997. Federal Trade Commission,, Washington, D.C.

115. Jabbar, S., M. T. Khan, M. S. Choudhuri, and B. K. Sil. 2004. Bioactivity studies of the individual ingredients of the Dashamularishta. Pak J Pharm Sci 17:9-17.

116. Jagetia, G. C., and P. Venkatesh. 2005. Radioprotection by oral administration of Aegle marmelos (L.) Correa in vivo. J Environ Pathol Toxicol Oncol 24:315-332.

117. Jagetia, G. C., and P. Venkatesh. 2007. Inhibition of radiation-induced clastogenicity by Aegle marmelos (L.) correa in mice bone marrow exposed to different doses of gamma-radiation. Hum Exp Toxicol 26:111-124.

118. Jagetia, G. C., P. Venkatesh, P. Archana, B. R. Krishnanand, and M. S. Baliga. 2006. Effects of Aegle marmelos (L.) Correa on the peripheral blood and small intestine of mice exposed to gamma radiation. J Environ Pathol Toxicol Oncol 25:611-624.

119. Jagetia, G. C., P. Venkatesh, and M. S. Baliga. 2003. Evaluation of the radioprotective effect of Aegle marmelos (L.) Correa in cultured human peripheral blood lymphocytes exposed to different doses of gamma-radiation: a micronucleus study. Mutagenesis 18:387-393.

120. Jagetia, G. C., P. Venkatesh, and M. S. Baliga. 2005. Aegle marmelos (L.) Correa inhibits the proliferation of transplanted Ehrlich ascites carcinoma in mice. Biol Pharm Bull 28:58-64.

121. Jain, R., U. Saxena, K. Rathore, and S. C. Jain. 2008. Bioactivities of polyphenolics from the roots of Bauhinia racemosa. Arch Pharm Res 31:1525-1529.

122. Kabrane-Lazizi, Y., J. B. Fine, J. Elm, G. E. Glass, H. Higa, A. Diwan, C. J. Gibbs, Jr., X. J. Meng, S. U. Emerson, and R. H. Purcell. 1999. Evidence for widespread infection of wild rats with hepatitis E virus in the United States. Am J Trop Med Hyg 61:331-335.

123. Kaewamatawong, R., M. Kitajima, N. Kogure, and H. Takayama. 2008. Flavonols from Bauhinia malabarica. J Nat Med 62:364-365.

124. Kamalakkannan, N., and P. S. Prince. 2005. The effect of Aegle marmelos fruit extract in streptozotocin diabetes: a histopathological study. J Herb Pharmacother 5:87-96.

125. Kamalakkannan, N., and P. Stanely Mainzen Prince. 2003. Effect of Aegle marmelos Correa. (Bael) fruit extract on tissue antioxidants in streptozotocin diabetic rats. Indian J Exp Biol 41:1285-1288.

126. Kanai, Y., S. Miyasaka, S. Uyama, S. Kawami, Y. Kato-Mori, M. Tsujikawa, M. Yunoki, S. Nishiyama, K. Ikuta, and K. Hagiwara. 2012. Hepatitis E virus in Norway rats (Rattus norvegicus) captured around a pig farm. BMC Res Notes 5:4.

127. Kannan, N., R. E. Renitta, and C. Guruvayoorappan. 2010. Bauhinia tomentosa stimulates the immune system and scavenges free radical generation in vitro. J Basic Clin Physiol Pharmacol 21:157-168.

128. Kapsak, W. R., D. Schmidt, N. M. Childs, J. Meunier, and C. White. 2008. Consumer perceptions of graded, graphic and text label presentations for qualified health claims. Crit Rev Food Sci Nutr 48:248-256.

129. Karmase, A., S. Jagtap, and K. K. Bhutani. 2013. Anti adipogenic activity of Aegle marmelos Correa. Phytomedicine 20:1267-1271.

130. Karsch-Volk, M., B. Barrett, D. Kiefer, R. Bauer, K. Ardjomand-Woelkart, and K. Linde. 2014. Echinacea for preventing and treating the common cold. Cochrane Database Syst Rev 2:CD000530.

131. Kaur, A., P. Scarborough, A. Matthews, S. Payne, A. Mizdrak, and M. Rayner. 2015. How many foods in the UK carry health and nutrition claims, and are they healthier than those that do not? Public Health Nutr:1-10.

132. Kesselheim, A. S., J. Connolly, J. Rogers, and J. Avorn. 2015. Mandatory disclaimers on dietary supplements do not reliably communicate the intended issues. Health Aff (Millwood) 34:438-446.

133. Khalil, N. M., M. T. Pepato, and I. L. Brunetti. 2008. Free radical scavenging profile and myeloperoxidase inhibition of extracts from antidiabetic plants: Bauhinia forficata and Cissus sicyoides. Biol Res 41:165-171.

134. Khan, T. H., and S. Sultana. 2009. Antioxidant and hepatoprotective potential of Aegle marmelos Correa. against CCl4-induced oxidative stress and early tumor events. J Enzyme Inhib Med Chem 24:320-327.

135. Khuroo, M. S. 2011. Discovery of hepatitis E: the epidemic non-A, non-B hepatitis 30 years down the memory lane. Virus Res 161:3-14.

136. Kim, K., Y. Cheong, and L. Zheng. 2009. The current practices in food advertising: the usage and effectiveness of different advertising claims. Int J Advert 28:527-553.

137. Klontz, K. C., H. J. DeBeck, P. LeBlanc, K. M. Mogen, B. J. Wolpert, J. L. Sabo, M. Salter, S. L. Seelman, S. E. Lance, C. Monahan, D. S. Steigman, and K. Gensheimer. 2015. The Role of Adverse Event Reporting in the FDA Response to a Multistate Outbreak of Liver Disease Associated with a Dietary Supplement. Public Health Rep 130:526-532.

138. Klutts, J. S., B. A. Ford, N. R. Perez, and A. M. Gronowski. 2009. Evidence-based approach for interpretation of Epstein-Barr virus serological patterns. J Clin Microbiol 47:3204-3210.

139. Kozup, J. C., E. H. Creyer, and S. Burton. 2003. Making healthful food choices: The influence of health claims and nutrition information on consumers' evaluations of packaged food products and restaurant menu items. Journal of Marketing 67:19-34.

140. Kumar, V., D. Ahmed, A. Verma, F. Anwar, M. Ali, and M. Mujeeb. 2013. Umbelliferone beta-D-galactopyranoside from Aegle marmelos (L.) corr. an ethnomedicinal plant with antidiabetic, antihyperlipidemic and antioxidative activity. BMC Complement Altern Med 13:273.

141. L'Abbe, M. R., L. Dumais, E. Chao, and B. Junkins. 2008. Health claims on foods in Canada. J Nutr 138:1221S-1227S.

142. Lähteenmäki, L. 2013. Claiming health in food products. Food Quality and Preference 27:196-201.

143. Lähteenmäki, L., P. Lampila, K. G. Gruner, Y. Boztug, Ø. Ueland, A. Åström, and E. Martinsdóttir. 2010. Impact of health-realted claims on the perception of other product attributes. Food Policy 35:230-239.

144. Lampronti, I., D. Martello, N. Bianchi, M. Borgatti, E. Lambertini, R. Piva, S. Jabbar, M. S. Choudhuri, M. T. Khan, and R. Gambari. 2003. In vitro antiproliferative effects on human tumor cell lines of extracts from the Bangladeshi medicinal plant Aegle marmelos Correa. Phytomedicine 10:300-308.

145. Lawee, D. 2007. Mild infectious mononucleosis presenting with transient mixed liver disease: case report with a literature review. Can Fam Physician 53:1314-1316.

146. Leboef, M., A. Cave, P. Mangeney, and A. Bouquet. 1981. [Alkaloids of Pausinystalia macroceras]. Planta Med 41:374-378.

147. Lee, S. R., J. M. Schriefer, T. A. Gunnels, I. C. Harvey, and R. J. Bloomer. 2013. Acute oral intake of a higenamine-based dietary supplement increases circulating

free fatty acids and energy expenditure in human subjects. Lipids Health Dis 12:148.

148. Legault, L., M. B. Brandt, N. McCabe, C. Adler, A. M. Brown, and S. Brecher. 2004. 2000-2001 food label and package survey: an update on prevalence of nutrition labeling and claims on processed, packaged foods. J Am Diet Assoc 104:952-958.

149. Lehrer, S. B., R. M. Karr, and J. E. Salvaggio. 1981. Analysis of green coffee bean and castor bean allergens using RAST inhibition. Clin Allergy 11:357-366.

150. Levine, K. E., M. A. Levine, F. X. Weber, Y. Hu, J. Perlmutter, and P. M. Grohse. 2005. Determination of mercury in an assortment of dietary supplements using an inexpensive combustion atomic absorption spectrometry technique. J Autom Methods Manag Chem 2005:211-216.

151. Lin, M., W. Gong, Q. Chen, L. Sun, Y. Wang, and X. Fan. 2013. Evaluation of the potential sensitization of chlorogenic Acid: a meta-analysis. Evid Based Complement Alternat Med 2013:208467.

152. Lohr, C. A., C. A. Lepczyk, and E. D. Johnson. 2014. The islands are different: human perceptions of game species in Hawaii. Environ Manage 54:814-827.

153. Ltd, C. B. P. Report on determination of maximum tolerated dose (MTD) of aegeline in Wistar rats., Genome Valley, Hyderabad, India.

154. Ltd, C. B. P. Report on 90-day repeated dose toxicity study on aegelin administered by oral gavage in New Zealand white rabbits with recovery period of 14 days.

155. Ltd, C. P. Report on determination of maximum tolerated dose (MTD) of aegeline in New Zealand white rabbits., Genome Valley, Hyderabad, India.

156. Lucas, D., J. Neal-Kababick, and J. Zweigenbaum. 2015. Characterization and quantitation of yohimbine and its analogs in botanicals and dietary supplements using LC/QTOF-MS and LC/QQQ-MS for determination of the presence of bark extract and yohimbine adulteration. J AOAC Int 98:330-335.

157. Luth, S., J. Herkel, S. Kanzler, C. Frenzel, P. R. Galle, H. P. Dienes, C. Schramm, and A. W. Lohse. 2008. Serologic markers compared with liver biopsy for monitoring disease activity in autoimmune hepatitis. J Clin Gastroenterol 42:926-930.

158. Manda, V. K., B. Avula, A. G. Chittiboyina, I. A. Khan, L. A. Walker, and S. I. Khan. 2016. Inhibition of CYP3A4 and CYP1A2 by Aegle marmelos and its constituents. Xenobiotica 46:117-125.

159. Martinez, S. W. February 2013. Introduction of New Food Products With Voluntary Health- and Nutrition-Related Claims, 1989-2010, EIB-108. U.S. Department of Agriculture, Economic Research Service.

160. Mason, M. J., and D. L. Scammon. 2011. Unintended consequences of health supplement information regulations: the importance of recognizing consumer motivations. J Consumer Affairs 45:201-223.

161. Mason, M. J., D. L. Scammon, and X. Fang. 2007. The impact of warnings, disclaimers, and product experience on consumers' perception of dietary supplements. J Consumer Affairs 41:74-99.

162. Mazumder, R., S. Bhattacharya, A. Mazumder, A. K. Pattnaik, P. M. Tiwary, and S. Chaudhary. 2006. Antidiarrhoeal evaluation of Aegle Marmelos (Correa) Linn. root extract. Phytother Res 20:82-84.

163. McCann, M. A. 2005. Dietary supplement labeling: cognitive biases, market manipulation & consumer choice. Am J Law Med 31:215-268.

164. McNamara, S. H., and A. W. Siegner, Jr. 2002. FDA has substantial and sufficient authority to regulate dietary supplements. Food Drug Law J 57:15-24.

165. Meer, M., S. Misner, and R. Meer. 2004. Labeling of dietary supplements: consumer awareness and industry compliance. Journal of Nutraceuticals, Functional & Medical Foods 4:29-44.

166. Meng, X. J. 2011. From barnyard to food table: the omnipresence of hepatitis E virus and risk for zoonotic infection and food safety. Virus Res 161:23-30.

167. Miller, C. K., and T. Russell. 2004. Knowledge of dietary supplement label information among female supplement users. Patient Educ Couns 52:291-296.

168. Mishra, B. B., N. Kishore, V. K. Tiwari, D. D. Singh, and V. Tripathi. 2010. A novel antifungal anthraquinone from seeds of Aegle marmelos Correa (family Rutaceae). Fitoterapia 81:104-107.

169. Mishra, B. B., D. D. Singh, N. Kishore, V. K. Tiwari, and V. Tripathi. 2010. Antifungal constituents isolated from the seeds of Aegle marmelos. Phytochemistry 71:230-234.

170. Morris, C. A., and J. Avorn. 2003. Internet marketing of herbal products. JAMA 290:1505-1509.

171. Murphy, R. D., and FTC. 2005. Consumer Perceptions of Qualified Health Claims in Advertising. In Working Paper No. 277, Washington, DC.

172. Muth, M. K., D. W. Anderson, J. L. Domanico, J. B. Smith, and B. Wendling. 1999. Economic Characterization of the Dietary Supplement Industry. Prepared for Clark Nardinelli, DHHS/Food and Drug Administration. Center for Economics Research, Research Triangle Institute, Research Triangle Park, NC.

173. Myers, A., and F. Barrueto, Jr. 2009. Refractory priapism associated with ingestion of yohimbe extract. J Med Toxicol 5:223-225.

174. Nan, X., R. Briones, H. Shen, H. Jiang, and A. Zhang. 2013. A current appraisal of health- and nutrition-related claims in magazine food advertisements. J Health Commun 18:263-277.

175. Narender, T., K. Rajendar, S. Sarkar, V. K. Singh, U. Chaturvedi, A. K. Khanna, and G. Bhatia. 2011. Synthesis of novel N-(2-hydroxy-2-p-tolylethyl)-amide and N-(2-oxo-2-p-tolylethyl)-amide derivatives and their antidyslipidemic and antioxidant activity. Bioorg Med Chem Lett 21:6393-6397.

176. Narender, T., S. Shweta, P. Tiwari, K. Papi Reddy, T. Khaliq, P. Prathipati, A. Puri, A. K. Srivastava, R. Chander, S. C. Agarwal, and K. Raj. 2007. Antihyperglycemic and antidyslipidemic agent from Aegle marmelos. Bioorg Med Chem Lett 17:1808-1811.

177. Nichter, M., and J. J. Thompson. 2006. For my wellness, not just my illness: North Americans' use of dietary supplements. Cult Med Psychiatry 30:175-222.

178. Njoku, D. B. 2014. Drug-induced hepatotoxicity: metabolic, genetic and immunological basis. Int J Mol Sci 15:6990-7003.

179. Nugroho, A. E., D. D. Agistia, M. Tegar, and H. Purnomo. 2013. Interaction of active compounds from Aegle marmelos CORREA with histamine-1 receptor. Bioinformation 9:383-387.

180. Nugroho, A. E., Y. Anas, P. N. Arsito, J. T. Wibowo, S. Riyanto, and M. A. Sukari. 2011. Effects of marmin, a compound isolated from Aegle marmelos Correa, on contraction of the guinea pig-isolated trachea. Pak J Pharm Sci 24:427-433.

181. Nugroho, A. E., S. Riyanto, M. A. Sukari, and K. Maeyama. 2011. Effects of aegeline, a main alkaloid of Aegle Marmelos Correa leaves, on the histamine release from mast cells. Pak J Pharm Sci 24:359-367.

182. Nutrition Business Journal. 2015. NBJ's Supplement Business Report 2015. Penton Media, Inc.

183. Office of Inspector General, and Department of Health and Human Services. 2003. Dietary Supplement Labels: an Assessment.   March 2003:OEI-01-01-00121.

184. Office of Inspector General, and Department of Health and Human Services. 2012. Dietary Supplements: Structure/Function Claims Fail to Meet Federal Requirements.  October 2012:OEI-01-11-00210.

185. Orquin, J. L., and J. Scholderer. 2015. Consumer judgments of explicit and implied health claims on foods: Misguided but not misled. Food Policy 51:144-157.

186. Paek, H.-J., H. J. Yoon, and T. Hove. 2011. Not all nutrition claims are perceived equal: anchoring effects and moderating mechanisms in food advertising. Health Communication 26:159-170.

187. Panaskar, S. N., M. M. Joglekar, S. S. Taklikar, V. S. Haldavnekar, and A. U. Arvindekar. 2013. Aegle marmelos Correa leaf extract prevents secondary complications in streptozotocin-induced diabetic rats and demonstration of limonene as a potent antiglycating agent. J Pharm Pharmacol 65:884-894.

188. Parker, B. J. 2003. Food for health: the use of nutrient content, health, and structure/function claims in food advertising. J Advert 32:47-55.

189. Perumal Samy, R., J. Manikandan, and M. Al Qahtani. 2013. Evaluation of aromatic plants and compounds used to fight multidrug resistant infections. Evid Based Complement Alternat Med 2013:525613.

190. Phan, J. A., A. M. Landau, D. F. Wong, S. Jakobsen, A. Nahimi, D. J. Doudet, and A. Gjedde. 2015. Quantification of [(11)C]yohimbine binding to alpha2 adrenoceptors in rat brain in vivo. J Cereb Blood Flow Metab 35:501-511.

191. Pillitteri, J. L., S. Shiffman, J. M. Rohay, A. M. Harkins, S. L. Burton, and T. A. Wadden. 2008. Use of dietary supplements for weight loss in the United States: results of a national survey. Obesity (Silver Spring) 16:790-796.

192. Pitt, W. C., M. Higashi, and T. M. Primus. 2011. The effect of cooking on diphacinone residues related to human consumption of feral pig tissues. Food Chem Toxicol 49:2030-2034.

193. Pittler, M. H., and E. Ernst. 2004. Dietary supplements for body-weight reduction: a systematic review. Am J Clin Nutr 79:529-536.

194. Pittler, M. H., K. Schmidt, and E. Ernst. 2005. Adverse events of herbal food supplements for body weight reduction: systematic review. Obes Rev 6:93-111.

195. Pomeranz, J. L. 2013. A comprehensive strategy to overhaul FDA authority for misleading food labels. Am J Law Med 39:617-647.

196. Popelak, A., and G. Lettenbauer. 1962. [Rauwolfia alkaloids. IX. On the etherification of Yohimbe alkaloids with diazomethane]. Arch Pharm 295/67:427-430.

197. Pothoulaki, M., and G. Chryssochoidis. 2009. Health claims: Consumers' matters. Journal of Functional Foods 1:222-228.

198. Raman, V., B. Avula, A. M. Galal, Y. H. Wang, and I. A. Khan. 2013. Microscopic and UPLC-UV-MS analyses of authentic and commercial yohimbe (Pausinystalia johimbe) bark samples. J Nat Med 67:42-50.

199. Ramesh, B., and K. V. Pugalendi. 2007. Influence of umbelliferone on membrane-bound ATPases in streptozotocin-induced diabetic rats. Pharmacol Rep 59:339-348.

200. Ramesh, B., and K. V. Pugalendi. 2007. Effect of umbelliferone on tail tendon collagen and haemostatic function in streptozotocin-diabetic rats. Basic Clin Pharmacol Toxicol 101:73-77.

201. Ramesh, B., and K. V. Pugalendi. 2007. Influence of umbelliferone on glycoprotein components in diabetic rats. Toxicol Mech Methods 17:153-159.

202. Rana, B. K., U. P. Singh, and V. Taneja. 1997. Antifungal activity and kinetics of inhibition by essential oil isolated from leaves of Aegle marmelos. J Ethnopharmacol 57:29-34.

203. Razafimandimbison, S. G., and B. Bremer. 2002. Phylogeny and classification of Naucleeae s.l. (Rubiaceae) inferred from molecular (ITS, rBCL, and tRNT-F) and morphological data. Am J Bot 89:1027-1041.

204. Reports, C. 2004. Dangerous supplements still at large. 12-17.

205. Reports, C. 2008. Risky pills: Supplements to avoid. 46-47.

206. Resmi, M. S., P. Verma, R. S. Gokhale, and E. V. Soniya. 2013. Identification and characterization of a type III polyketide synthase involved in quinolone alkaloid biosynthesis from Aegle marmelos Correa. J Biol Chem 288:7271-7281.

207. Riley, A. J. 1994. Yohimbine in the treatment of erectile disorder. Br J Clin Pract 48:133-136.

208. Roe, B., A. S. Levy, and B. M. Derby. 1999. The impact of health claims on consumer search and product evaluation outcomes: Results from FDA experimental data. Journal of Public Policy & Marketing 18:89-105.

209. Roytman, M. M. 2015. Can a dietary supplement induce autoimmune hepatitis? In American Association for the Study of Liver Diseases. LiverLearning, United States. 1/2.

210. Roytman, M. M., P. Porzgen, C. L. Lee, L. Huddleston, T. T. Kuo, P. Bryant-Greenwood, L. L. Wong, and N. Tsai. 2014. Outbreak of severe hepatitis linked to weight-loss supplement OxyELITE Pro. Am J Gastroenterol 109:1296-1298.

211. Rutkow, L., J. S. Vernick, D. M. Edwards, S. O. Rodman, and C. L. Barry. 2015. Legal action against health claims on foods and beverages marketed to youth. Am J Public Health 105:450-456.

212. Saba, A., M. Vassallo, R. Shepherd, P. Lampila, A. Arvola, M. Dean, M. Winkelmann, E. Claupein, and L. Lahteenmaki. 2010. Country-wise differences

in perception of health-related messages in cereal-based food products. Food Quality and Preference 21:385-393.

213. Salnikova, E., J. L. Stanton, and N. Hooker. 2014. A comparison of front-of-pack nutrition claims between the US and EU. British Food Journal 116:337-352.

214. Samarasekera, J. K., B. P. Khambay, and K. P. Hemalal. 2004. A new insecticidal protolimonoid from Aegle marmelos. Nat Prod Res 18:117-122.

215. Sandler, B., and P. Aronson. 1993. Yohimbine-induced cutaneous drug eruption, progressive renal failure, and lupus-like syndrome. Urology 41:343-345.

216. Sarkar, S., R. Sonkar, G. Bhatia, and N. Tadigoppula. 2014. Synthesis of new N-acryl-1-amino-2-phenylethanol and N-acyl-1-amino-3-aryloxypropanols and evaluation of their antihyperlipidemic, LDL-oxidation and antioxidant activity. Eur J Med Chem 80:135-144.

217. Sayed, I., A.-S. Vercouter, S. Abdelwahab, K. Vercauteren, and P. Meuleman. 2015. Is HEV an emerging problem in industrialized countries?

218. Schermel, A., T. E. Emrich, J. Arcand, C. L. Wong, and M. R. L'Abbe. 2013. Nutrition marketing on processed food packages in Canada: 2010 Food Label Information Program. Applied Physiology Nutrition and Metabolism-Physiologie Appliquee Nutrition Et Metabolisme 38:666-672.

219. Seema, P. V., B. Sudha, P. S. Padayatti, A. Abraham, K. G. Raghu, and C. S. Paulose. 1996. Kinetic studies of purified malate dehydrogenase in liver of streptozotocin-diabetic rats and the effect of leaf extract of Aegle marmelose (L.) Correa ex Roxb. Indian J Exp Biol 34:600-602.

220. Shang, X. Y., S. Li, S. J. Wang, Y. C. Yang, and J. G. Shi. 2012. Chemical constituents of Bauhinia aurea. J Asian Nat Prod Res 14:966-972.

221. Shaw, P., V. Zhang, and E. Metallinos-Katsaras. 2009. A content analysis of the quantity and accuracy of dietary supplement information found in magazines with high adolescent readership. Journal of Alternative and Complementary Medicine 15:159-164.

222. Shimakawa, T., and M. Ferguson. 2015. Prevalence of Structure Function Claims: 2006-2007 Food Label and Package Survey. 38th National Nutrient Databank Conference. Procedia Food Science 4:133-137.

223. Sims, L. S. 1999. Federal Trade Commission study on food health claims in advertising implications for nutrition education and policy. J Nutr Edu 31:355-359.

224. Singh, P., A. Kumar, N. K. Dubey, and R. Gupta. 2009. Essential oil of Aegle marmelos as a safe plant-based antimicrobial against postharvest microbial infestations and aflatoxin contamination of food commodities. J Food Sci 74:M302-307.

225. Skaaby, T., L. L. Husemoen, B. H. Thuesen, L. Hammer-Helmich, and A. Linneberg. 2014. Atopy and cause-specific mortality. Clin Exp Allergy 44:1361-1370.

226. Smith, D. F., S. Dyve, L. Minuzzi, S. Jakobsen, O. L. Munk, K. Marthi, and P. Cumming. 2006. Inhibition of [11C]mirtazapine binding by alpha2-adrenoceptor antagonists studied by positron emission tomography in living porcine brain. Synapse 59:463-471.

227.  Soller, R. W., L. G. Rice, and P. J. Ambrose. 2007. Disclaimers in dietary supplement print advertising: the bodybuilding category as a model case for change. Food Drug Law J 62:375-386.

228.  Springer, J. 2013. The success of the citizen suit: protecting consumers from inaccurate food labeling by amending the Federal Food, Drug, and Cosmetic Act. Food Drug Law J 68:401-422, i-ii.

229.  Starr, R. R. 2015. Too little, too late: ineffective regulation of dietary supplements in the United States. Am J Public Health 105:478-485.

230.  Stephenson, R. J., B. R. Trible, Y. Wang, M. A. Kerrigan, S. M. Goldstein, and R. R. Rowland. 2015. Multiplex serology for common viral infections in feral pigs (Sus scrofa) in Hawaii between 2007 and 2010. J Wildl Dis 51:239-243.

231.  Story, M., and P. Faulkner. 1990. The prime time diet: a content analysis of eating behavior and food messages in television program content and commercials. Am J Public Health 80:738-740.

232.  Sun, J., and P. Chen. 2012. Chromatographic fingerprint analysis of yohimbe bark and related dietary supplements using UHPLC/UV/MS. J Pharm Biomed Anal 61:142-149.

233.  Sylvetsky, A. C., and W. H. Dietz. 2014. Nutrient-content claims--guidance or cause for confusion? N Engl J Med 371:195-198.

234.  Taylor, C. L., and V. L. Wilkening. 2008. How the nutrition food label was developed, Part 2: the purpose and promise of nutrition claims. J Am Diet Assoc 108:618-623.

235.  Taylor, C. L., and V. L. Wilkening. 2008. How the nutrition food label was developed, part 1: the Nutrition Facts panel. J Am Diet Assoc 108:437-442.

236.  Teschke, R., J. Schulze, A. Eickhoff, A. Wolff, and C. Frenzel. 2015. Mysterious Hawaii liver disease case - Naproxen overdose as cause rather than oxyelite pro? Journal of Liver and Clinical Research 2:1-13.

237.  Tsai, H. H., H. W. Lin, A. Simon Pickard, H. Y. Tsai, and G. B. Mahady. 2012. Evaluation of documented drug interactions and contraindications associated with herbs and dietary supplements: a systematic literature review. Int J Clin Pract 66:1056-1078.

238.  U.S. Department of Health and Human Services, and FDA. 2000. Regulations on statements made for dietary supplements concerning the effect of the product on the structure or function of the body; partial stay of compliance. Food and Drug Administration, HHS. Final rule; partial stay of compliance. Fed Regist 65:58346-58350.

239.  U.S. Department of Health and Human Services, and FDA. 2000. Regulations on statements made for dietary supplements concerning the effect of the product on the structure or function of the body. Food and Drug Administration, HHS. Final rule. Fed Regist 65:1000-1050.

240.  U.S. Department of Health and Human Services, and Food and Drug Administration. 2002. Guidance for Industry: Structure/Function Claims, Small Entity Compliance Guide.Accessed 12/13/2015 at: http://www.fda.gov/food/guidanceregulation/guidancedocumentsregulatoryinformation/ucm103340.htm.

241.  U.S. Department of Health and Human Services, and Food and Drug Administration. 2003. Guidance for Industry: Interim Procedures for Qualified Health Claims in the Labeling of Conventional Human Food and Human Dietary Supplements.Accessed 1/23/2016 at: http://www.fda.gov/food/guidanceregulation/guidancedocumentsregulatoryinformation/ucm053832.htm.

242.  U.S. Department of Health and Human Services, and Food and Drug Administration. 2003. Guidance for Industry: Interim Evidence-Based Ranking System for Scientific Data Accessed 12/13/2015 at: http://www.fda.gov/ohrms/dockets/dockets/2004q0072/2004q-0072-pdn0001-2005-FDA-vol2015.pdf.

243.  U.S. Department of Health and Human Services, and Food and Drug Administration. 2006. Guidance for Industry: FDA's Implementation of "Qualified Health Claims": Questions and Answers. Final Guidance.Accessed 12/13/2015 at: http://www.fda.gov/food/guidanceregulation/guidancedocumentsregulatoryinformation/ucm053843.htm.

244.  U.S. Department of Health and Human Services, and Food and Drug Administration. 2008. Guidance for Industry: Substantiation for Dietary Supplement Claims Made Under Section 403(r) (6) of the Federal Food, Drug, and Cosmetic Act.Accessed 12/13/2015 at: http://www.fda.gov/food/guidanceregulation/guidancedocumentsregulatoryinformation/ucm073200.htm.

245.  U.S. Department of Health and Human Services, and Food and Drug Administration. 2009. Guidance for Industry: Evidence-Based Review System for the Scientific Evaluation of Health Claims - Final.Accessed 12/13/2015 at http://www.fda.gov/food/guidanceregulation/guidancedocumentsregulatoryinformation/ucm073332.htm.

246.  U.S. Department of Health and Human Services, and Food and Drug Administration. 2010. Guidance for Industry: Current Good Manufacturing Practice in Manufacturing, Packaging, Labeling, or Holding Operations for Dietary Supplements; Small Entity Compliance Guide.Accessed 12/13/2015 at: http://www.fda.gov/Food/GuidanceRegulation/GuidanceDocumentsRegulatoryInformation/ucm238182.htm.

247.  U.S. Department of Health and Human Services, and Food and Drug Administration. 2013. A Food Labeling Guide. Guidance for Industry Accessed 12/13/2015 at: http://www.fda.gov/food/guidanceregulation/guidancedocumentsregulatoryinformation/labelingnutrition/ucm2006828.htm.

248.  U.S. Food and Drug Administration, and Center for Food Safety and Applied Nutrition. 2007. Experimental Study of Health Claims on Food Packages, preliminary topline frequency report Accessed 1/16/16 at: http://www.fda.gov/Food/FoodScienceResearch/ConsumerBehaviorResearch/ucm275985.htm.

249.  USPlabs. 2013. Warning Letter No. 413065 (October 11, 2013). Q. Tien, ed, Dallas, TX.

250. van Kleef, E., H. C. van Trijp, and P. Luning. 2005. Functional foods: health claim-food product compatibility and the impact of health claim framing on consumer evaluation. Appetite 44:299-308.

251. van Trijp, H. C., and I. A. van der Lans. 2007. Consumer perceptions of nutrition and health claims. Appetite 48:305-324.

252. Venkatesh, P., G. C. Jagetia, K. Rao, B. Shantala, and M. S. Baliga. 2006. REMOVED: Inhibition of doxorubicin-induced clastogenic effect by Aegle marmelos (L.) correa in cultured V79 cells. Toxicol In Vitro.

253. Verbeke, W., J. Scholderer, and L. Lahteenmaki. 2009. Consumer appeal of nutrition and health claims in three existing product concepts. Appetite 52:684-692.

254. Verma, S., T. Bahorun, R. K. Singh, O. I. Aruoma, and A. Kumar. 2013. Effect of Aegle marmelos leaf extract on N-methyl N-nitrosourea-induced hepatocarcinogensis in Balb/c mice. Pharm Biol 51:1272-1281.

255. Villafranco, J. E., and K. Bond. 2009. Dietary supplement labeling and advertising claims: are clinical studies on the full product required? Food Drug Law J 64:43-67.

256. Villafranco, J. E., and A. B. Lustigman. 2007. Regulation of dietary supplement advertising: current claims of interest to the Federal Trade Commission, Food and Drug Administration and National Advertising Division. Food Drug Law J 62:709-725.

257. Wallace, T. C. 2015. Twenty Years of the Dietary Supplement Health and Education Act--How Should Dietary Supplements Be Regulated? J Nutr 145:1683-1686.

258. Wansink, B., and P. Chandon. 2006. Can "Low-Fat" nutrition labels lead to obesity? Journal of Marketing Research 43:605-617.

259. Wansink, B., S. T. Sonka, and C. M. Hasler. 2004. Front-label health claims: when less is more. Food Policy 29:659-667.

260. Wicks, J. L., R. Warren, I. Fosu, and R. H. Wicks. 2009. Dual-modality disclaimers, emotional appeals, and production techniques in food advertising airing during programs rater for children: is there a good balance?

261. Williams, P. 2005. Consumer understanding and use of health claims for foods. Nutrition Reviews 63:256-264.

262. Wollschlaeger, B. 2003. The Dietary Supplement and Health Education Act and supplements: dietary and nutritional supplements need no more regulations. Int J Toxicol 22:387-390.

263. Wong, C. L., J. Arcand, J. Mendoza, S. J. Henson, Y. Qi, W. Lou, and M. R. L'Abbe. 2013. Consumer attitudes and understanding of low-sodium claims on food: an analysis of healthy and hypertensive individuals. Am J Clin Nutr 97:1288-1298.

264. Woolf, A. D., W. A. Watson, S. Smolinske, and T. Litovitz. 2005. The severity of toxic reactions to ephedra: comparisons to other botanical products and national trends from 1993-2002. Clin Toxicol (Phila) 43:347-355.

265. Xie, C., D. Zhong, and X. Chen. 2012. Identification of the ortho-benzoquinone intermediate of 5-O-caffeoylquinic acid in vitro and in vivo: comparison of

bioactivation under normal and pathological situations. Drug Metab Dispos 40:1628-1640.

266. Yadav, S. K., A. K. Jain, S. N. Tripathi, and J. P. Gupta. 1989. Irritable bowel syndrome: therapeutic evaluation of indigenous drugs. Indian J Med Res 90:496-503.

267. Yahya, F., S. S. Mamat, M. F. Kamarolzaman, A. A. Seyedan, K. F. Jakius, N. D. Mahmood, M. S. Shahril, Z. Suhaili, N. Mohtarrudin, D. Susanti, M. N. Somchit, L. K. Teh, M. Z. Salleh, and Z. A. Zakaria. 2013. Hepatoprotective Activity of Methanolic Extract of Bauhinia purpurea Leaves against Paracetamol-Induced Hepatic Damage in Rats. Evid Based Complement Alternat Med 2013:636580.

268. Yong, J. J., I. U. Scott, and P. B. Greenberg. 2015. Ocular nutritional supplements: are their ingredients and manufacturers' claims evidence-based? Ophthalmology 122:595-599.

269. Yoon, H. J., H.-J. Paek, H. Ahn, and H. Choi. 2009. Are food ads healthy? Examination of television food advertising on health claims and persuasion strategies. Health Communication Res 1:65-90.

270. Zanolari, B., K. Ndjoko, J. R. Ioset, A. Marston, and K. Hostettmann. 2003. Qualitative and quantitative determination of yohimbine in authentic yohimbe bark and in commercial aphrodisiacs by HPLC-UV-API/ MS methods. Phytochem Anal 14:193-201.

271. Zwier, S. 2009. Medicalisation of food advertising. Nutrition and health claims in magazine food advertisements 1990-2008. Appetite 53:109-113.

## 4. Robert D. Gibbons, Ph.D.
Chicago, IL

Dr. Gibbons is a statistician with extensive experience in the design and analysis of randomized clinical trials and observation studies. A copy of his *curriculum vitae* is attached as **Exhibit 5**. Dr. Gibbons is the Blum-Riese Professor of Biostatistics in the Departments of Public Health Sciences, Medicine, and Psychiatry, at the University of Chicago, where he also directs the Center for Health Statistics. Dr. Gibbons is an elected member of the National Academy of Medicine of the National Academy of Sciences (formerly the Institute of Medicine) and served on the Institute of Medicine Committee on U.S. Drug Safety. He has a Ph.D. in Statistics and Psychometrics from the University of Chicago.

Dr. Gibbons' anticipated testimony in this case will be based on his expertise and experience. Dr. Gibbons reviewed the published literature on the alleged outbreak of acute hepatitis and liver failure cases in Hawai'i. He has also reviewed private and public medical claims data for the United States population as well as USPlabs sales data. Based on his review of certain material, Dr. Gibbons is expected to provide a statistical analysis of the frequency of liver injury before and after the introduction of aegeline to OxyElite Pro (*i.e.*, OEP New Formula), and to opine on the probability of a causal link between the alleged outbreak of liver injury in Hawai'i and the consumption of OEP New Formula. He is also expected to testify regarding whether there was any association between OEP New Formula per capita sales and the rate of acute hepatitis and liver failure.

Additionally, Dr. Gibbons' testimony is anticipated to include an analysis of the use of the FDA MedWatch system to assess the presence or absence of a causal link between OEP New Formula and liver injury. Dr. Gibbons is also expected to testify to his conclusion that the outbreak of acute hepatitis and liver failure observed in Hawai'i was not due to the inclusion of aegeline in OEP NF. A copy of Dr. Gibbons' published article examining the alleged association between OEP NF and liver injury suggested by the data in Hawai'i and a small number of spontaneous adverse reports in the mainland United States titled "*OxyELITE Pro and liver disease: Statistical assessment of an apparent association*" is attached as **Exhibit 6**.

Materials on which Dr. Gibbons' expected testimony will rely:

- CDC. Acute hepatitis and liver failure of unknown etiology in Hawaii – 2013: Report of a cluster investigation. Health Studies Branch, Division of Environmental Hazards and Health Effects, National Center for Environmental Health (NCEH), Centers for Disease Control and Prevention (CDC), 2014.

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 40

- Gibbons, R. D., and A. Amatya. 2015. Statistical methods for drug safety. London, UK: Chapman and Hall.
- Hedeker D, Gibbons RD. *Longitudinal Data Analysis*, Wiley, New York, 2006.
- Johnston, D. I., A. Chang, M. Viray, K. Chatham-Stephens, H. He, E. Taylor, L. L. Wong, J. Schier, C. Martin, D. Fabricant, M. Salter, L. Lewis, and S. Y. Park. 2016. Hepatotoxicity associated with the dietary supplement OxyELITE Pro™ — Hawaii, 2013. Drug Testing and Analysis 8:319–327. doi:10.1002/dta.1894.
- Klontz KC, DeBeck HJ, LeBlanc P, Mogen KM, Wolpert BJ, Sabo JL, Salter M, Seelman SL, Lance SE, Monahan C, Steigman DS. The role of adverse event reporting in the FDA response to a multistate outbreak of liver disease associated with a dietary supplement. Public Health Reports. 2015 Sep;130(5):526-32.
- Institute of Medicine, *Halcion*: *An Independent Assessment of Safety and Efficacy Data*. National Academy Press, 1997.
- Park SY, Viray M, Johnston D. et.al. Acute hepatitis and liver failure following the use of dietary supplement intended for weight loss or muscle building – May-October 2013, *CDC MMWR*, 62, October 11, 2013.
- Roytman, M. M., P. Porzgen, C. L. Lee, L. Huddleston, T. T. Kuo, P. Bryant-Greenwood, L. L. Wong, and N. Tsai. 2014. Outbreak of severe hepatitis linked to weight-loss supplement OxyELITE Pro. American Journal of Gastroenterology 109 (8):1296–98. doi:10.1038/ajg.2014.159.

**5. Robert G. Gish, M.D.**
San Diego, CA

Dr. Gish is a medical clinician specializing in transplant hepatology, hepatology and gastroenterology. A copy of Dr. Gish's *curriculum vitae* is attached as **Exhibit 7**. Dr. Gish holds an M.D. from the University of Kansas and completed a fellowship in gastroenterology and hepatology as well as transplant medicine at the University of California, Los Angeles. During his tenure at UCLA he received the Physician Scientist Award from the National Institute of Health in toxicology. He has over 28 years of experience as a clinician and a clinical investigator in the realm of liver injury, liver disease, liver transplant and liver cancer, and had additional training in toxicology in pharmacy school at the University of Kansas and in an externship with a clinical toxicologist. Dr. Gish is a Medical Doctor and is a Consulting Clinical Professor of

Medicine at Stanford University, as well as a Clinical Professor (Adjunct) at the University of Nevada in Las Vegas.

Dr. Gish's anticipated testimony in this case will be based on his expertise and experience. Dr. Gish has analyzed medical records, treatment, and the medical history of a number of patients alleged to have been harmed by OEP NF. Dr. Gish has reviewed certain documents produced by state and federal agencies as well as medical and scientific literature and clinical studies. He has also reviewed product specification sheets and product labels for OEP NF. Dr. Gish is expected to testify, based on his review of certain documents and his expertise and experience, regarding the safety of OEP NF, including whether certain of its components produce hepatotoxic effects in animals or humans. Dr. Gish is also expected to explain the bases of his opinions as well as provide case evaluation tools and a framework of the differential diagnosis process for hepatitis of unknown etiology. Dr. Gish may also testify regarding an investigation and report by the Centers for Disease Control and Prevention regarding acute hepatitis and liver failure of unknown etiology in Hawai'i in 2013 and may also offer alternative etiologies to explain the alleged injuries in Hawai'i patients claiming to have consumed OxyElite Pro. Dr. Gish will also be responding to Dr. Herbert L. Bonkovsky's expected testimony, including any testimony regarding the appropriateness of methodologies used to assess causality and HEV antibody testing.

Dr. Gish's expected testimony will rely largely upon the medical records of patients on which the Government's case-in-chief on Count 10, including Dr. Bonkovsky's expert testimony, will be based. Those patients have not yet been identified for Defendants.

6. **Judith K. Jones, M.D., Ph.D.**
   Fairfax, VA

Dr. Jones is an expert in pharmacovigilance and has extensive experience in drug safety, spontaneous reporting, regulatory and safety compliance, and epidemiology. A copy of her *curriculum vitae* is attached as **Exhibit 8**. Dr. Jones has an M.D. from Baylor College of Medicine and a Ph.D. in Pharmacology from the University of California, San Francisco. Dr. Jones previously worked at the U.S. Food and Drug Administration (FDA), serving as the Director of what is now the Office of Safety & Epidemiology for five years. Among her teaching experiences, Dr. Jones taught clinical pharmacology and medicine at Georgetown University Medical Center and Pharmacoepidemiology at the University of Michigan School of Public Health, the Tufts University Medical School, and Université Claude Bernard Lyon, Eudipharm, in Lyon, France. She is currently the President of the Degge Group, which is part of the Pharmalex Group, a drug, device, and biologic safety research and information company that offers worldwide consulting related to adverse drug and dietary supplement reactions and pharmacoepidemiology.

Dr. Jones' anticipated testimony in this case will be based on her expertise and experience. Dr. Jones may testify about the difficulty in determining the cause of acute liver failure in the United States generally, due in part to the myriad potential contributing factors, such as alcohol consumption, various infections and diseases, environmental hazards, and various common foods and supplements.

Dr. Jones has reviewed peer-reviewed scientific literature about the effects of aegeline, case reports of adverse events, and adverse events reported that have occurred in individuals using OEP NF. Dr. Jones may testify, based on her review of these

documents and her expertise and experience, regarding the FDA's adverse events surveillance program.

Dr. Jones' testimony may also include an analysis of federal and state action following a spontaneous report regarding patients from Hawai'i alleging liver injury caused by OEP NF in 2013. In particular, Dr. Jones may testify about the use of the spontaneous reports database by the FDA and other regulators to assess causation between OEP NF and reports of liver injury. Dr. Jones may testify as to the rigor of data collection and information in spontaneous reports, the availability of data on exposure to other common causal factors in liver injury, and the availability of other explanatory data relating to the adverse event, such as its onset, characteristics, or time course. Dr. Jones' testimony may also include discussion of the relationship between the spontaneous reporting of liver injury involving OEP NF and the publicity surrounding OEP NF contemporaneous to that reporting.

Dr. Jones is anticipated to testify to her opinion that the FDA and other regulators performed their investigation of OEP NF by beginning with the assumption that OEP NF was hepatotoxic, and that the searches of the spontaneous reports database sought evidence of hepatotoxicity with OEP NF specifically, rather than examining all cases of hepatotoxicity and looking for a potential cause. Dr. Jones may testify that investigators' work was thus intrinsically biased by their assumption that OEP NF is hepatotoxic.

Finally, Dr. Jones is anticipated to provide an appropriate methodology to assess potential causes of liver injury from a pharmacovigilance perspective.

Materials on which Dr. Jones' expected testimony will rely:

**Relevant Medical Literature authored/co-authored by Judith K. Jones:**

1. Jones JK. Suspected drug-induced hepatic reactions reported to the FDA's adverse reaction system: an overview. Semin Liver Dis. 1981 May;1(2):157-67.

2. Jones JK. Adverse drug reactions in the community health setting: approaches to recognizing, counseling and reporting. *Fam Community Health* 1982 Aug; 5(2):58-67.

3. Jones JK. Criteria for journal reports of suspected adverse drug reactions. *Clinical Pharmacy* Vol 1 Nov-Dec 1982.

4. Jones JK. Epidemiologic perspective on causality assessment for drug associated events. *Drug Inf J* 1986; 20:413-421.

5. Kramer MS, Hutchinson TA, Lane DA, Jones JK, Naranjo C. A Bayesian approach to causality assessment for adverse drug reactions: analysis of a case of exfoliative dermatitis. *Drug Inf J* 1986; 20:523-533.

6. Jones JK. Discussion panel: the future of causality assessment: is it wise: will it help? what effect could it have on the analysis of clinical trial data or in pharmacoepidemiology. *Drug Inf J* 1986; 20:551-562.

7. Jones JK. A Bayesian approach to causality assessment. *Psychopharmacol Bull* 1987; 23(3):395-399.

8. Jones JK. Causality Assessment of Suspected Adverse Drug Reactions: a Transatlantic View. *Pharmacoepidemiol Drug Saf* 1992; 1:251-260.

9. Miwa LJ, Jones JK, Pathiyal A, Hatoum H. Value of epidemiologic studies in determining the true incidence of adverse events. The nonsteroidal anti-inflammatory drug story. *Arch Intern Med* 1997 Oct; 157(18):2129-2136.

10. Slough CL, Miday RK, Zorich NL, Jones JK. Postmarketing surveillance of new food ingredients: design and implementation of the program for the fat replacer olestra. *Regul Toxicol Pharmacol* 2001; 33:218-223.

11. Jones JK. Spontaneous reports cannot serve as a basis for comparison of two drugs. *Am J Cardiol* 2003 Nov 1; 92(9):1141-1142.

12. Kelly WN, Arellano FM, Barnes J, Bergman U, Edwards IR, Fernandez AM, Freedman SB, Goldsmith DI, Huang K, Jones JK, McLeay R, Moore N, Stather RH, Trenque T, Troutman WG, Van Puijenbroek E, Williams, Wise RP. Guidelines for submitting adverse event reports for publication. *Pharmacoepidemiol Drug Safety* 2007;16:581-587.

**Relevant Book Chapters authored/co-authored by Judith K. Jones:**

1. Jones JK. Determining Causation From Case Reports. In: Strom BL, ed. *Pharmacoepidemiology*. New York, NY: Churchill Livingstone; 1989:275-288.

2. Jones JK. Determining causation from case reports. In Strom BL, ed. *Pharmacoepidemiology,* 2nd edition.. Chichester, UK, J. Wiley & Sons, 1994;365-378.

3. Jones JK. Determining Causation from Case Reports. In Strom BL ed. *Pharmacoepidemiology*, 3rd ed., Chichester, England: J. Wiley & Sons; 2000:525-538.

4. Jones JK. Determining Causation from Case Reports. In Strom BL ed. *Pharmacoepidemiology*, 4th ed., Chichester, England: J. Wiley & Sons; 2005.

5. Jones JK. Determining Causation from Case Reports. In Strom BL and Kimmel SE, eds. *Textbook of Pharmacoepidemiology,* Chichester, England, J. Wiley & Sons; 2006

6. Jones JK. Chapter 33. Assessing Causality of Case Reports of Suspected Adverse Events, In: Strom BL, editor. *Pharmacoepidemiology*. Fifth Edition ed. Chichester: J. Wiley & Sons; 2012: 583-600.

7. Jones JK. Determining Causation from Case Reports. In Strom BL and Kimmel SE, eds. *Textbook of Pharmacoepidemiology, 2nd Edition,* Chichester, England, J. Wiley & Sons; 2013.

8. Jones JK, Kingery E. Chapter 19. How We Assess Causality. In Andrews EB and Moore N, eds. *Mann's Pharmacovigilance, 3rd Edition*, West Sussex, UK, John Wiley & Sons, Ltd.; 2014:319-330.

**Case Specific Medical Literature:**

1. Editorial: Paracetamol hepatotoxicity. *Lancet* 2(7946):1189-1191, 1975.

2. Lewis JH. Drug-induced liver disease. Curr Opin Gastroenterol. 2002 May;18(3):307-13.

3. Khashab M, Tector AJ, and Kwo PY. Epidemiology of acute liver failure. *Curr Gastroenterol Rep* 9(1):66-73, 2007.

4. Sood, et al., Acute Liver Failure, 2008.

5. Bernal W and Wendon J. Acute liver failure. *N Engl J Med* 369(26):2525-2534, 2013.

6. Roytman MM, Pörzgen P, Lee CL, Huddleston L, Kuo TT, Bryant-Greenwood P, Wong LL, Tsai N. Outbreak of severe hepatitis linked to weight-loss supplement OxyELITE Pro. Am J Gastroenterol. 2014 Aug;109(8):1296-8. doi: 10.1038/ajg.2014.159.

7. Foley S, Butlin E, Shields W, Lacey B. Experience with OxyELITE pro and acute liver injury in active duty service members. Dig Dis Sci. 2014 Dec;59(12):3117-21. doi: 10.1007/s10620-014-3221-4. Epub 2014 Jun 12.

8. Klontz KC, DeBeck HJ, LeBlanc P, Mogen KM, Wolpert BJ, Sabo JL, Salter M, Seelman SL, Lance SE, Monahan C, Steigman DS, Gensheimer K. The Role of Adverse Event Reporting in the FDA Response to a Multistate Outbreak of Liver Disease Associated with a Dietary Supplement. Public Health Rep. 2015 Sep-Oct;130(5):526-32.

9. Zheng EX, Navarro VJ. Liver Injury from Herbal, Dietary, and Weight Loss Supplements: a Review. J Clin Transl Hepatol. 2015 Jun 28;3(2):93-8. doi: 10.14218/JCTH.2015.00006. Epub 2015 Jun 15.

10. García-Cortés M, Robles-Díaz M, Ortega-Alonso A, Medina-Caliz I, Andrade RJ. Hepatotoxicity by Dietary Supplements: A Tabular Listing and Clinical Characteristics. Int J Mol Sci. 2016 Apr 9;17(4):537. doi: 10.3390/ijms17040537.

11. Woo HJ, Kim HY, Choi ES, Cho YH, Kim Y, Lee JH, Jang E. Drug-induced liver injury: A 2-year retrospective study of 1169 hospitalized patients in a single medical center. Phytomedicine. 2015 Dec 1;22(13):1201-5. doi:10.1016/j.phymed.2015.10.002. Epub 2015 Oct 20.

12. Sood, et al., Acute Liver Failure, 2016. http://emedicine.medscape.com/article/177354-overview#a6

13. Teschke R, Schwarzenboeck A, Frenzel C, Schulze J, Eickhoff A, Wolff A. The mystery of the Hawaii liver disease cluster in summer 2013: A pragmatic and clinical approach to solve the problem. Ann Hepatol. 2016 Jan-Feb;15(1):91-109.

14. Teschke R, Eickhoff A. The Honolulu Liver Disease Cluster at the Medical Center: Its Mysteries and Challenges. Int J Mol Sci. 2016 Mar 31;17(4):476. doi: 10.3390/ijms17040476. Review.

15. Pantano F, Tittarelli R, Mannocchi G, Zaami S, Ricci S, Giorgetti R, Terranova D, Busardò FP, Marinelli E. Hepatotoxicity Induced by "the 3Ks": Kava, Kratom and Khat. Int J Mol Sci. 2016 Apr 16;17(4):580. doi: 10.3390/ijms17040580.

16. Zheng EX, Rossi S, Fontana RJ, Vuppalanchi R, Hoofnagle JH, Khan I, Navarro VJ. Risk of Liver Injury Associated with Green Tea Extract in SLIMQUICK(®)

Weight Loss Products: Results from the DILIN Prospective Study. Drug Saf. 2016 Aug;39(8):749-54. doi: 10.1007/s40264-016-0428-7.

17. Heidemann LA, Navarro VJ, Ahmad J, Hayashi PH, Stolz A, Kleiner DE, Fontana RJ. Severe Acute Hepatocellular Injury Attributed to OxyELITE Pro: A Case Series. Dig Dis Sci. 2016 Sep;61(9):2741-8. doi: 10.1007/s10620-016-4181-7. Epub 2016 May 3. Erratum in: Dig Dis Sci. 2016 Oct 6

18. Chatham-Stephens K, Taylor E, Chang A, Peterson A, Daniel J, Martin C, Deuster P, Noe R, Kieszak S, Schier J, Klontz K, Lewis L. Hepatotoxicity associated with weight loss or sports dietary supplements, including OxyELITE Pro™ - United States, 2013. Drug Test Anal. 2017 Jan;9(1):68-74. doi: 10.1002/dta.2036. Epub 2016 Aug 4. PubMed PMID: 27367536.

19. Teschke R, Eickhoff A. Suspected Liver Injury and the Dilemma of Causality. Dig Dis Sci. 2017 Apr;62(4):1095-1098. doi: 10.1007/s10620-016-4442-5. Epub 2017 Feb 16.

20. Mmongoyo JA, Wu F, Linz JE, Nair MG, Mugula JK, Tempelman RJ, Strasburg GM. Aflatoxin levels in sunflower seeds and cakes collected from micro- and small-scale sunflower oil processors in Tanzania. PLoS One. 2017 Apr 18;12(4):e0175801. doi: 10.1371/journal.pone.0175801. eCollection 2017.

**Regulatory Health Alerts**

1. FDA Health Alert, OxyElite Pro: Health Advisory - Acute Hepatitis Illness Cases Linked To Product Use, October 8, 2013. (http://www.fda.gov/safety/medwatch/safetyinformation/safetyalertsforhumanmedicalproducts/ucm370857.htm).

2. Hawaii Department of Health Requests Voluntary Removal of OxyElite Pro Supplement from Sale. October 8, 2013 (http://health.hawaii.gov/docd/files/2013/10/DOH-Issues-Voluntary-Removal-of-OxyElite-Pro-From-Sale.pdf)

3. CDC Morbidity and Mortality Weekly Report (MMWAR) Notes from the Field: Acute Hepatitis and Liver Failure Following the Use of a Dietary Supplement Intended for Weight Loss or Muscle Building – May-October 2013. (http://www.cdc.gov/mmwr/preview/mmwrhtml/mm6240a1.htm)

4. FDA News Release: USPlabs LLC recalls OxyElite Pro dietary supplements; products linked to liver illnesses, November 10, 2013, (http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm374395.htm).

**Case-specific Documents**

First Superseding Indictment and exhibits (1/5/16).

Government's Motion to Modifiy Conditions of Release for Defendants Sitesh Patel and S.K. Laboratories, Inc. and Memorandum in Support (August 12, 2016).

Government's Notice of Testimony under Federal Rules of Evidence 702, 703, and 705 and exhibits (May 1, 2017).

**Regulatory Information:**

> 21 CFR § 110
> 21 CFR § 111
> Current Good Manufacturing Practice In Manufacturing, Packaging, Labeling, Or Holding Operations For Dietary Supplements, 21 C.F.R. § 111 (2016)

**Other information/websites:**

United States General Accounting Office, Report to the Chairman and Ranking Minority Member, Committee on Science, House of Representatives. *DIETARY SUPPLEMENTS. Uncertainties in Analyses Underlying FDA's Proposed Rule on Ephedrine Alkaloids,* July 1999.

The Dietary Supplement and Nonprescription Drug Consumer Protection Act (PL 109-462 (Dec 22, 2006)).

https://www.nlm.nih.gov/nativevoices/exhibition/healing-ways/medicine-ways/healing-plants.html

http://plantfueledlife.com/hawaiian-weight-loss/.

http://livertox.nlm.nih.gov/GreenTea.htm

http://livertox.nlm.nih.gov/KavaKava.htm

https://umm.edu/health/medical/altmed/herb/comfrey

http://livertox.nlm.nih.gov/Skullcap.htm

http://livertox.nih.gov/Chaparral.htm

http://plantfueledlife.com/hawaiian-weight-loss/

https://www.nlm.nih.gov/nativevoices/exhibition/healing-ways/medicine-ways/healing-plants.html

### 7. **Haavi Morreim, Ph.D., J.D.**
Memphis, TN

Dr. Morreim is a professor with extensive experience in medical ethics. A copy of her *curriculum vitae* is attached as **Exhibit 9**. Dr. Morreim has a Ph.D. in Philosophy (aos: Philosophy of Law) from the University of Virginia and a J.D. from the University of Memphis School of Law. She currently serves as a Professor at the University of Tennessee Health Sciences Center, College of Medicine's Department of Internal Medicine and as an Adjunct Professor at the University of Memphis' Cecil C. Humphreys School of Law. She also has more than 14 years of experience as a member of the Institutional Review Board at the University of Tennessee Health Science Center, and serves on the board of several journals related to ethics and accountability in scientific research.

Dr. Morreim's anticipated testimony in this case will be based on the above-stated experience, her related expertise, relevant legal and scientific literature, and documentation relating to research and scientific analysis conducted in connection the alleged outbreak of liver injury in Hawai'i. Dr. Morreim is expected to testify on two general topics. First, she will testify about the generally applicable ethical standards of scientific research, the principles of scientific integrity, and federally identified procedures for addressing research misconduct. Second, she will discuss how those principles and processes apply to the research conducted by certain physician-researchers working at the Queen's Medical Center (the "QMC Research Team") in Honolulu, Hawai'i, who claimed to have determined that OEP NF was the cause of an alleged outbreak of acute liver injuries in 2013.

Regarding the first topic, Dr. Morreim is expected to testify on the definition of "scientific research," concluding that the QMC Research Team was engaged in scientific research, hence can appropriately evaluated according to the standards of scientific integrity in research. She will then describe those standards and how they have emerged over time in response to crises of accountability in science. Although research integrity standards emanate from the scientific community, they have also been codified by the federal government, which requires compliance by entities receiving federal research funding. One such entity is the University of Hawai'i (UH), which has both adopted and supplemented the federal standards governing research integrity. Because members of the QMC Research Team are employed by or associated with UH, the University's more exacting standards are applicable to them. UH's standards encompass related codes of research conduct promulgated by professional associations, including the American Medical Association and the American College of Physicians.

Dr. Morreim may also testify generally about the process that research institutions follow in order to determine whether a given course of conduct violates the ethical standards of scientific research. This testimony will include discussion of the kinds of harm that may arise from such violations and the kinds of sanctions and/or remedies that may be applied when there has been a finding of misconduct. Dr. Morreim's expected testimony in this area will also explain why the relevant research integrity standards apply to all the various methods by which covered scientific research is disseminated to the public, including, but not limited to (1) communications with the general news media, and (2) publication in peer-reviewed scientific journals.

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 51

Regarding the second topic, Dr. Morreim is expected to testify that the QMC Research Team appear to have violated the applicable standards of scientific integrity promulgated by the federal government and by UF in at least four distinct ways. First, Dr. Morreim may testify about the marked discrepancies between the case report forms ("CRFs") created by the QMC Research Team and the underlying medical data purportedly used to populate those documents, and how those discrepancies support a conclusion that the QMC Research Team engaged in scientific misconduct. Her testimony in this area will include, but not be limited to, discussion of (1) how the QMC Research Team may have directly fabricated data included in the CRFs, (2) how the CRFs omitted data from the medical records that, if properly included, would have directly contradicted the conclusions of the QMC Research Team, and (3) how the QMC Research Team failed to verify basic data points (such as whether a given patient actually purchased and ingested OEP) listed in the underlying medical records. Dr. Morreim is also expected to compare the QMC Research Team's CRF-related misconduct to a recent similar case in the state of Oregon, in which the federal government's Office of Research Integrity concluded that a researcher had committed misconduct by falsifying information in CRF forms.

Second, Dr. Morreim is expected to testify that the QMC Research Team misused of the Roussel-Uclaf Causality Assessment Method ("RUCAM") in order to improperly bolster the conclusion that OEP was the cause of an alleged outbreak of acute liver injury in 2013. Her testimony in this area will include, but not be limited to, discussion of (1) the fact that the QMC Research Team assigned Dr. Marina Roytman – the member with the least experience in hepatology – to conduct the RUCAM analysis, despite the fact that

conducting such an analysis requires substantial expertise and experience in hepatology, (2) that fact that Dr. Roytman rated several RUCAM factors as positive, despite lacking the data to support her action, and most importantly (3) the fact that Dr. Roytman, during the course of civil litigation, admitted to intentionally changing RUCAM causality scores because she "felt that several of them should have been higher." The factual basis of Dr. Morreim's discussion of this topic will be largely drawn from the published work of Dr. Rolf Teschke.

Third, Dr. Morreim is expected to testify regarding the QMC Research Team's premature efforts to promote to news media its hypothesis that OEP caused the alleged outbreak of acute liver injury in 2013, despite heavy internal and external concerns about the scientific soundness of the theory. Her testimony in this area will include, without limitation, (1) the concerns expressed by QMC's Chief Executive Officer about the QMC Research Team's communicating with the news media before proving its hypothesis, and (2) the concerns expressed by the Hawai'i Department of Health about publicly identifying a specific "etiological agent" based on the QMC Research Team's "biased selection" criteria. Relatedly, Dr. Morreim will also testify that the QMC Research Team's efforts to publicize their OEP hypothesis – prior to adequate verification – included incorrect reports in the news media that individuals suing USPlabs were "previously healthy," when, in fact, they were not.

Fourth, Dr. Morreim is expected to testify about the QMC Research Team's inappropriate attribution of authorship, e.g., to Dr. Naoky Tsai. Her testimony in this area will include, but not be limited to (1) explaining why it was inappropriate to identify Dr. Tsai as an author an article produced by the QMC Research Team, and (2) explaining

how Dr. Tsai – a Board-certified hepatologist – failed to provide adequate oversight for that article, and (3) how that failure may have exacerbated the problems caused by the articles' use of incorrect and perhaps fabricated data, as well as Dr. Roytman's misuse of the RUCAM system.

In addition to reviewing the integrity standards of scientific research and applying them to the misconduct of the QMC Research Team, Dr. Morreim is also expected to testify regarding another requirement for a finding of scientific misconduct: that the inappropriate activity be knowing, intentional, or reckless. Specifically, Dr. Morreim will testify that, for various reasons, it is more likely than not that the QMC Research Team's conduct can satisfy each of these criteria (although only one criterion need be met for a finding of misconduct). Some of the relevant indicators include: (1) the Team failed to follow guidelines in the field of liver disease for excluding potential alternative causes – guidelines that are well-established and with which they have acknowledged familiarity; (2) Team members falsely and publicly claimed to have conducted certain forms of testing, only to retract those claims when testifying under oath; (3) acnowledgment under oath that RUCAM scores had been changed to fit the investigators' expectations instead of matching the data; and (4) failure to preserve important research records so that they could be available for subsequent review.

Finally, Dr. Morreim is also expected to testify about the kinds of sanctions and/or remedies that the University of Hawai'i would be entitled to, and likely would impose on the QMC Research Team as a result of the research misconduct described above. Specifically, Dr. Morreim will testify that a finding of research misconduct – that is, violations of the ethical standards governing scientific research – would suffice to

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 54

move the University of Hawai'i to request retractions all of the published work of the QMC Research Team related to the alleged outbreak of acute liver injury in 2013. Dr. Morreim will also testify that these retractions would negatively impact the reliability of the published work of other researchers who relied on the findings of the QMC Research Team, and that further retractions, or in other cases erratum-statements by other research institutions, might be required as well.

Materials on which Dr. Morreim's expected testimony will rely:

**STATUTES AND REGULATIONS**

21 CFR 50.
45 CFR 46.
45 CFR 46.102(d).
70 Fed Reg. 28370 (2005)
Hawaii Revised Statutes HRS 304A

**CASE LAW**

Shadrick v. Coker, 963 S.W.2d 726, 735-36 (Tenn. 1998).

**ADMINISTRATIVE RULES**

University of Hawai'i: Administrative Rules, Board of Regents Policies, Executive Policies, Administrative Procedures: Procedure AP 12.211: "Procedure for Responding to Allegations of Research and Scholarly Misconduct" available at http://www.hawaii.edu/policy/?action=viewPolicy&policySection=ap&policyChapter=12&policyNumber=211.

University of Hawai'i: Procedure for Responding to Allegations of Research and Scholarly Misconduct," at II-G-2; available at http://www.hawaii.edu/policy/?action=viewPolicy&policySection=ap&policyChapter=12&policyNumber=211.

University of Hawaii; Executive Policy – Administration; October 2008; E5.211: "Policy for Responding to Allegations of Research and Research misconduct" available at https://manoa.hawaii.edu/ovcr/pdf/reseach_misconduct_policy.pdf

University of Iowa Researcher Handbook, "6g. Data Management:  Research Records"; available at http://researcherhandbook.research.uiowa.edu/6g-data-management-research-records.

**POSITION PAPERS**

AASLD Position Paper: The Management of Acute Liver Failure: Update 2011, at 60; available at
https://www.aasld.org/sites/default/files/guideline_documents/alfenhanced.pdf .

COPE/Committee on Publication Ethics, What to do if you suspect fabricated data  (b) Suspected  fabricated  data  in  a  published  manuscript;  available  at http://publicationethics.org/files/Suspected%20fabricated%20data%20in%20a%20published%20manuscript%20(1).pdf (last accessed 1/1/16).

The  COPE  Report  2000:  the  Committee  on  Publication  Ethics;  available  at http://publicationethics.org/files/u7141/COPE2000pdfcomplete.pdf;  last  accessed  April 29, 2016

Expert  Working  Group,  International  Conference  on  Harmonisation  of  Technical Requirements  for  Registration  of  Pharmaceuticals  for  Human  Use  (ICH).  U.S. DHHS, FDA,  CDER,  CBER.  Guidance  for  Industry:  E6  Good  Clinical  Practice:  Consolidated Guidance.          April          1996;          available          at http://www.fda.gov/downloads/Drugs/.../Guidances/ucm073122.pdf; at 1.52.

FDA  Subcommittee  on  Science  and  Technology.  FDA  science  and  mission  at  risk: Report  of  the  Subcommittee  on  Science  and  Technology;  November  2007,  at  6; available          at          http://www.fda.gov/ohrms/dockets/ac/07/briefing/2007-4329b_02_01_FDA%20Report%20on%20Science%20and%20Technology.pdf.

International  Committee  of  Medical  Journal  Editors,  Recommendations  for  the  Conduct, Reporting,  Editing,  and  Publication  of  Scholarly  Work  in  Medical  Journals  (Updated December  2015),  at  2;  available  at http://www.icmje.org/icmje-recommendations.pdf (last accessed December 24, 2015).

Office  of  Research  Integrity.  Managing  Allegations  of  Scientific  Misconduct:  A Guidance  Document  for  Editors.  January  2000,  at  3;  available  at https://ori.hhs.gov/images/ddblock/masm_2000.pdf (last accessed 12/27/15).

St.Germain D.  Development of Case Report Forms:  Introduction to the Principles and Practice  of  Clinical  Research;  NIH,  Division  of  Cancer  Prevention;  Feb.  12,  2013; available at https://ippcr.nihtraining.com/handouts/2012/St._Germain_02_12_13.pdf.

The  Liver  Meeting  2013:  American  Association  for  the  Study  of  Liver  Diseases (AASLD)  November  1  -  5,  2013;  Washington,  DC  ;  available  at http://www.medscape.com/viewcollection/32956.

The National Commission for the Protection of Human Subjects of Biomedical and Behavioral Research Office of the Secretary, Ethical Principles and Guidelines for the Protection of Human Subjects of Research, a.k.a. The Belmont Report; April 18, 1979; available at https://www.hhs.gov/ohrp/regulations-and-policy/belmont-report/

White House (staff), Impacts and Costs of the October 2013 Federal Government Shutdown , November 2013; available at https://www.whitehouse.gov/sites/default/files/omb/reports/impacts-and-costs-of-october-2013-federal-government-shutdown-report.pdf.EndFragment .

William M. Lee et al., "AASLD Position Paper: The Management of Acute Liver Failure: Update 2011, available at https://www.aasld.org/sites/default/files/guideline_documents/alfenhanced.pdf

**CODES OF ETHICS**

American College of Physicians Ethics, Professionalism, and Human Rights Committee. American College of Physicians Ethics Manual, Sixth Edition, Ann Intern Med. 2012;156:73-104, at 96.

American Medical Association Code of Ethics Opinion 2.07; available at http://www.ama-assn.org/ama/pub/physician-resources/medical-ethics/code-medical-ethics.page; and at http://journalofethics.ama-assn.org/2015/12/coet1-1512.html

American Medical Association Code of Ethics Opinion 8.031, "Managing Conflicts of Interest in the Conduct of Clinical Trials" (2001); available at http://journalofethics.ama-assn.org/2015/12/coet1-1512.html

American Medical Association Code of Ethics Opinion 8.0315.

American Medical Association Code of Ethics Opinion 7.1, "Physician Involvement in Research"; available at https://www.ama-assn.org/sites/default/files/media-browser/code-of-medical-ethics-chapter-7%20.pdf

American Medical Association's Code of Medical Ethics, available at http://www.ama-assn.org/ama/pub/physician-resources/medical-ethics/code-medical-ethics.page?.

**CASE REPORTS**

Acute hepatitis and liver failure following the use of a dietary supplement intended for weight loss or muscle building — May– October 2013. MMWR Morb Mortal Wkly Rep 2013;62:817-9, at 817; available at http://www.cdc.gov/mmwr/preview/mmwrhtml/mm6109a3.htm.

Asherin    Ryan    misconduct    findings;    ORI    Case    Summaries, http://ori.hhs.gov/content/case-summary-asherin-ryan

Bijan    Ahvazi    misconduct    findings;    ORI    Case    Summaries,    at http://ori.hhs.gov/content/case-summary-ahvazi-bijan (adding multiple data points, and then deleting outlier data points).

*Errata:* Vol. 61, No. 9;  MMWR Weekly, September 11, 2015 / 64(35);988;  available at http://www.cdc.gov/mmwr/preview/mmwrhtml/mm6435a10.htm?s_cid=mm6435a10_w.

Hawaii Department of Health, MEDICAL ADVISORY: ACUTE HEPATITIS AND LIVER FAILURE POTENTIALLY ASSOCIATED WITH INGESTION OF DIET ARY SUPPLEMENTS, September 25, 2013 (DOH 00425-00426).

http://ori.hhs.gov/case_summary.

Johnston DI et al. Hepatotoxicity associated with the dietary supplement OxyELITE Pro™ — Hawaii, 2013.  Drug Test. Analysis 2015

Klontz K et al., The role of adverse event reporting in the FDA response to a multistate outbreak of liver disease associated with a dietary supplement," Public Health Reports 2015; 130; 526 – 532

Park SY, Viray M, Johnston D, Taylor E, Chang A, Martin C, et al. Notes from the field: acute hepatitis and liver failure following the use of a dietary supplement intended for weight loss or muscle building, May–October 2013. MMWR Morb Mortal Wkly Rep 2013;62(40):817-9

M. Roytman & N. Tsai, "Trial and Error: Investigational Drug Induced Liver Injury, A Case Series Report," 72 Hawai'I J. Med. & Pub. Health 30 (Sept. 2013).

M. Roytman et al., "Cluster of severe hepatotoxicity linked to the new formulation of OxyElite Pro" AASLD Poster (Nov. 4, 2013).

Manda VK et al., Inhibition of CYP3A4 and CYP1A2 by Aegle marmelos and its constituents. Xenobiotica, Early Online 1-9 (Aug. 2015) (study was supported by a grant from FDA, grant number 1U01FD004246-04)

Marumoto A, Roytman M, Tsai N. Trial and error: Investigational drug induced liver injury, a case series report. 72 Hawai'I J. Med. & Pub. Health 30 (Sept. 2013 Supplement 4),    at    32;    available    at http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3764585/pdf/hjmph7209_S4_0030.pdf.

*Notice to Readers:* The Effect of Falsified *Clostridium difficile* Infections Surveillance Data on Results Reported in *MMWR Weekly,* September 11, 2015 / 64(35);987;  available at http://www.cdc.gov/mmwr/preview/mmwrhtml/mm6435a9.htm.

Office of Research Integrity; Case Summaries: Pertinent Extracts, 2010 – 2016; http://ori.hhs.gov/case_summary.

Parag Patel misconduct findings; ORI Case Summaries, at http://ori.hhs.gov/content/case-summary-patel-parag.

Park SY, Viray M, Johnston D, Taylor E, Chang A, Martin C, et al. Notes from the field: acute hepatitis and liver failure following the use of a dietary supplement intended for weight loss or muscle building, May–October 2013. MMWR Morb Mortal Wkly Rep 2013;62(40):817-9.

Peter Littlefield misconduct findings; ORI Case Summaries, at http://ori.hhs.gov/content/case-summary-littlefield-peter.

Roytman M et al., "Cluster of severe hepatotoxicity linked to the new formulation of OxyElite Pro" AASLD Poster (Nov. 4, 2013).

Ryousuke Fujita misconduct findings; ORI Case Summaries, at http://ori.hhs.gov/content/case-summary-fujita-ryousuke.

Vital Signs: Preventing *Clostridium difficile* Infections. MMWR March 9, 2012 / 61(09);157-162.

**DEPOSITIONS, LETTERS, OTHER DOCUMENTS FROM LITIGATION**

Biography of Marina Roytman, MD, available at http://doctors.healthgrove.com/l/221700/Marina-Roytman-in-Honolulu-Hawaii.

Biography of Naoki Tsai, MD, available at http://www.queenstransplantcenter.org/expert-team/dr-naoky-tsai.

Biography of Linda Wong, MD, available at http://www.queenstransplantcenter.org/expert-team/dr-linda-wong

Depositions from Straub, et al. v. USPlabs LLC et al: Kenneth Waikiki, Aukele Waikiki, Marina Roytman, MD, Linda Wong, MD, Naoki Tsai, MD, Keahi Canace Pavao

Emails (various, among parties) in evidence from Straub, et al. v. USPlabs LLC et al.

Expert reports provided for Straub, et al. v. USPlabs LLC et al.: by Christopher J. Borgert, PhD, Eric Gershwin, MD; Robert Gibbons, PhD, Robert Gish, MD, Helmut Jaeschke, PhD, Joseph Rodricks, PhD, and Noel Weiss, MD, DrPH.

Letter from Jennifer A. Thomas, Director, Division of Enforcement, Office of Compliance, FDA Center for Food Safety and applied Nutrition, to Jacob Geissler, CEO and Co-Owner, USPlabs, January 15, 2014.

Letter from Peter Barton Hutt and Matthew Jon Hegreness (Covington & Burling) to William Correll, Director of the Office of Compliance for the FDA's Center for Food Safety and Applied Nutrition, May 9, 2016

Letter to Kevin W. Herring, September 30, 2015, providing evidence for benefit from the fruit of the Aegle Marmelos tree, particularly in aiding digestion, and highlighting reasons why this fruit and its components are highly unlikely to cause liver injury

## NEWSPAPER AND PUBLIC MEDIA ARTICLES

Christopher Solomon, Deadly Substances are Lurking in Your Supplements; Outside December 22, 2015; available at http://www.outsideonline.com/2039071/deadly-substances-are-lurking-your-supplements.

Consillio K. Weight-loss pills may damage liver. Honolulu Star-Advertiser, September 5, 2013, p. B-5 (Business Section).

Emery M. Men's bodybuilding: A short history, January 2003; available at thttp://www.bodybuildingreviews.net/Bodybuilding.html.

Lynn Kawano, "More cases of liver failure linked to diet supplement," Hawaii News Now (Sept. 26, 2013, updated Oct. 3, 2013).

Morton Hunt, A Fraud that Shook the World of Science, New York Times, November 1, 1981; available at http://www.nytimes.com/1981/11/01/magazine/a-fraud-that-shook-the-world-of-science.html?pagewanted=all (last accessed 12/31/15).

Office of Research Integrity, Historical Background; available at https://ori.hhs.gov/historical-background (last accessed 12/31/15).

Queen's Liver Center; description of QLC available at http://queensmedicalcenter.org/the-queen-s-liver-center.

Thompson D. The transplant surgeon who went out on a limb: Getting a dangerous supplement off store shelves took urgent action by the FDA, the CDC—and one local liver transplant surgeon. Honolulu Magazine, June 25, 2014; available at http://www.honolulumagazine.com/Honolulu-Magazine/June-2014/5-Incredible-Hawaii-Medical-Stories/index.php?cparticle=3&siarticle=2#artanc.

John A. Burns School of Medicine: Partnerships; available at http://jabsom.hawaii.edu/uh-partnerships/partnerships/ (describing partner relationships between the School of Medicine and various hospitals in Honolulu and environs).

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 60

**TESTIMONY BEFORE THE HAWAI'I SENATE**

Senate Committee on Health, Testimony re S.B. 2067 (Jan. 27, 2014), at p. 1
http://www.capitol.hawaii.gov/Session2014/testimony/SB2067_Testimony_HTH_01-27-14_.pdf.

**BOOKS**

William Broad, Nicholas Wade, Betrayers of the Truth:  Fraud and Deceit in the Halls of Science.  New York: Simon and Schuster, 1982.

**SCHOLARLY ARTICLES**

Barbara Mishkin, Responding to research misconduct:  Due process and prevention. JAMA 1988; 260: 1932-1936.

Bellary S, Krishnankutty B, Latha MS.  Basics of case report form designing in clinical research.  Perspect Clin Res.  2014  5(4):  159–166;  available  at http://www.ncbi.nlm.nih.gov/pmc/articles/PMC4170533/.

Carol Ann Kochan, John Budd, The persistence of fraud in the literature:  The Darsee case, J. Amer. Soc. Information Science 1992; 43:488-493.

Cohen PA. Hazards of hindsight – monitoring the safety of nutritional supplements. NEJM 2014; 370: 1277-80.

David Resnik, International standards for research integrity:  an idea whose time has come?  Account Res. 2009: 16: 218-228.

Dresser R. Defining scientific misconduct: the relevance of mental state.  Smith R. Research misconduct:  the poisoning of the well.  J Royal Soc Med. 2006; 99: 232-37.

Dresser R. Defining scientific misconduct: the relevance of mental state. JAMA 1993; 269(7):895-897, at 896.

Drummond Rennie, C. Kristina Gunsalus, Research misconduct:  New definition, procedures and office – Perhaps a new leaf.  JAMA 1993; 269: 915-917, at 915-16.

Drummond Rennie, Veronica Yank, Linda Emanuel, When authorship fails:  a proposal to make contributors accountable.  JAMA 1997; 278: 579-585.

Eastwood S, Derish P, Leash E, Ordway S (1996) Ethical issues in biomedical research: Perceptions and practices of postdoctoral research fellows responding to a survey. Science and Engineering Ethics 2: 89–114.

Fanelli D.  Do pressures to publish increase scientists' bias?  An empirical support from US states [sic] data.  PLoS ONE 2010; 5(4): e10271.

Fanelli D.  How many scientists fabricate and falsify research?  Systematic review and meta-analysis of survey data.  PLoS ONE 2009; 4(5): e5738, 1-11.

Fiona Godlee, Jane Smith, Harvey Marcovitch, Wakefield's article linking MMR vaccine and autism was fraudulent.  British Medical Journal 2011; 342:c7452.

George Lundberg, Annette Flanagin, New Requirements for Authors:  Signed Statements of Authorship Responsibility and Financial Disclosure.  JAMA 1989; 262: 2003-04.

George Lundberg, Perspective from the Editor of JAMA, Bull.  Med Libr Assoc 1992; 80(2):  110-114.

Henry Beecher, Ethics and Clinical Research, 274 New Engl J Med 367 (1966)

Jeffrey Lacasse, Jonathan Leo, "Ghostwriting at Elite Academic Medical Centers in the United States," PLoSMed 7(2): e1000230. doi:10.1371/journal.pmed.1000230.

Julie Brice, John Bligh, Author misconduct:  not just the editors' responsibility.  Medical Education 2004; 39: 83-89.

Kalichman MW, Friedman PJ (1992) A pilot study of biomedical trainees' perceptions concerning research ethics. Academic Medicine 67: 769–775.

Krimsky S (2007) When conflict-of-interest is a factor in scientific misconduct. Medicine and Law 26: 447–463, at 453.

Martinson BC, Anderson MS, de Vries R. Scientists behaving badly. Nature 2005; 435: 737–738.

Michel Atlas, Retraction policies of high-impact biomedical journals.  J. Med Libr Assoc 2004; 92: 242-250.

Misra S.  Randomized double blind placebo control studies, the "Gold Standard" in intervention based studies.  Indian J Sex Transm Dis. 2012 Jul-Dec; 33(2): 131–134, at 131;  available at http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3505292/.

Mojon-Azzi SM, Mojon DS.  Scientific miscoduct:  from salami slicing to data fabrication.  Ophthalmologica 2004; 218: 1–3

Morreim EH, Webb GE, Gordon HL et al.  Innovation in human research protection:  The AbioCor artificial heart trial.  The American Journal of Bioethics 2006; 6(5):  W6-W16.

Morreim EH. Conflict of Interest. Encyclopedia of Bioethics, 4th Edition, Ed. Bruce Jennings. Vol. 2. 4th ed. Farmington Hills, MI: Macmillan Reference USA, 2014. p 676-683.

Morreim EH. The clinical investigator as fiduciary: Discarding a misguided idea. Journal of Law, Medicine & Ethics 2005; 33(3): 586-598

Nicholas H. Steneck, Research Universities and Research misconduct: History, Policies, and the Future. The Journal of Higher Education, Vol. 65, No. 3, Special Issue: Perspectives on Research Misconduct (May - Jun., 1994) ), pp. 310-330.

Patricia Woolf, Ensuring Integrity in Biomedical Publication. JAMA 1987; 258: 3424-3427

Paul J. Friedman, Correcting the literature following fraudulent publication. JAMA 1990;263:1416-1419.

Pryor ER, Habermann B, Broome ME. Scientific misconduct from the perspective of research coordinators: a national survey. J Med Ethics 2007; 33: 365-69.

Resnick DB. What is ethics in research & why is it important? National Institute of Environmental Sciences; Resources for Scientists; Bioethics; December 1, 2015, at 50; available at http://www.niehs.nih.gov/research/resources/bioethics/whatis/.

Richard Smith, Research Misconduct: the Poisoning of the Well; J Royal Society of Medicine 2006; 99: 232-237

Robert McNutt, Arthur Evans, Robert Fletcher, Suzanne Fletcher, The effects of blinding on the quality of peer review. JAMA 1990; 263: 1371-76

Rockey DC, Seeff LB, Rochon J, Freston J, Chalasani N, Bonacini M, et al. for the DILIN Network. Causality Assessment in drug-induced liver injury using a structured expert opinion process: Comparison to the Roussel- Uclaf Causality Assessment Method. Hepatology 2010;51:2117-2126.

Roytman MM, Pörzgen P, Lee CL, Huddleston L., Bryant-Greenwood PK, Kuo T, Wong L, Tsai N. Can a dietary supplement induce autoimmune hepatitis? Hawaii J Med & Public Health 2015; 74(9): 43.

Roytman MM, Pörzgen P, Lee CL, Huddleston L., Kuo TT, Bryant-Greenwood P, Wong LL., Tsai N. Letter to the Editor: Outbreak of severe hepatitis linked to weight-loss supplement OxyELITE Pro. Am. J. Gastroenterol. 2014; 109: 1296–1298.

Sibbad B. Understanding controlled trials: Why are randomised controlled trials important? BMJ 1998;316:201; available at http://www.bmj.com/content/316/7126/201.

Smith R.  Research misconduct:  the poisoning of the well.  J Royal Soc Med. 2006; 99: 232-37

Sox HC, Rennie D.  Research misconduct, retraction, and cleansing the medical literature:  lessons from the Poehlman case.  AnnInternMed 2006; 144: 609-613

Steen RG, Casadevall A, Fang FC.  Why has the number of scientific retractions increased?  PLoS ONE 2013;  8(7): e68397

Steen RG (2011) Retractions in the scientific literature: Do authors deliberately commit research fraud? J Med Ethics 37: 113–117

Teschke R, Eickhoff A.  The Honolulu liver disease cluster at the medical center:  Its mysteries and challenges.  Internat J Molecular Sciences 2016; 17: 476.

Teschke R, Schulze J et al.  Mysterious Hawaii Liver Disease Case – Naproxen Overdose as Cause Rather than Oxyelite Pro?  J Liver Clin Res 2015: 2(2): 1013.

Teschke R, Schwarzenboek A et al.  The mystery of the Hawaii liver disease cluster in summer 2013:  A pragmatic and clinical approach to solve the problem.  Ann. Hepatology 2016; 15(1): 91-118.

Weissman G. Science fraud:  From patchwork mouse to patchwork data.  The FASEB Journal 2006; 20: 587-90

Wislar J, Flanagin A, Fontanarosa PG, DeAngelis CD.  Prevalence of honorary and ghost authorship in 6 general medical journals;  http://www.ama-assn.org/public/peer/program_2009.html.

Wislar, Joseph; Annette Flanagin; Phil Fontanarosa; and Catherine DeAngelis. Honorary and ghost authorship in high impact biomedical journals: A cross sectional survey." *British Medical Journal* 2011; 343: d6128.  Available at http://www.bmj.com/content/343/bmj.d6128.pdf%2Bhtml (last accessed March 5, 2013)

8.  **Kirk L. Barnes**
    Atlanta, GA

Mr. Barnes is a consultant and the former Vice President of Business Development at TransPharMed, a consulting group focused on advancing sales solutions in the life sciences and healthcare IT markets.  His expert qualifications are described in his *curriculum vitae*, which is attached as **Exhibit 10**.  He has over 20 years in the life sciences, including 5 years as a solutions provider in the global anti-counterfeiting for

pharmaceutical and over-the-counter medicines. He is also a former board member of The International Authentication Association, providing guidance to industry and government agencies around the world regarding anti-counterfeiting strategies.

Mr. Barnes' anticipated testimony in this case will be based on his expertise and experience. Mr. Barnes is anticipated to testify regarding anti-counterfeiting solutions and strategies based on his experience and expertise. He is expected to testify regarding his opinion as to the likelihood of sales of counterfeit OEP NF in Hawai'i and elsewhere during the relevant time period. Mr. Barnes' testimony is also anticipated to include USPlabs' investigation of possible counterfeit product on the market, its subsequent reporting of these issues to federal and state officials, and the appropriateness of these officials' response to the reports.

### 9. Paul S. Simone, Jr., PhD.
Memphis, TN

Dr. Simone currently serves an associate professor of chemistry at the University of Memphis, and previously served as a tenure-track professor at The Citadel, The Military College of the South. His expert qualifications are described in his *curriculum vitae*, which is attached as **Exhibit 11**. Dr. Simone obtained a Bachelor of Science degree in Chemistry, as well as Master of Science and Ph.D. degrees in Analytical Chemistry, all from the University of Memphis. Dr. Simone has extensive experience in analytical chemistry and specializes in developing sample preparation, sample handling, and chemical analysis methods for compounds that are federally regulated in the United States at the 1-100 parts per billion ("ppb") level. Moreover, he has published an article in a peer-reviewed scientific journal applying the principles of analytical chemistry to the

analysis of extracts of the *pelargonium graveolens* plant, commonly known as rose geranium.

Dr. Simone's anticipated testimony in this case will be based on his expertise and experience in analytical chemistry, and will fall into three general areas. First, Dr. Simone may testify regarding the general principles of analytical chemistry, including how they can be used to determine whether a specific chemical compound is present in (or absent from) a given matrix. Second, Dr. Simone may testify regarding his published, peer-reviewed work that used principles of analytical chemistry to determine that 1,3-dimethylamylamine ("DMAA") is a naturally occurring constituent of the *pelargonium graveolens* plant, as well testify as the work of others on the same subject. Third, Dr. Simone may respond to the proposed expert testimony of Dr. Nicholas H. Oberlies – the Government's proposed expert on "the field of pharmacognosy" – related to the topic of chirality.

Regarding the first area, Dr. Simone will explain that analytical chemists have a variety of different methods to determine whether a given matrix contains a specific chemical compound, including, but not limited to, gas chromatography, tandem mass spectrometry, high-performance liquid chromatography, and nuclear magnetic resonance spectroscopy. His testimony in this area will include, without limitation, (1) explaining the strengths and weaknesses of these methods, and (2) describing how analytical chemists choose which method to use for a given task.

Dr. Simone will also testify about scientifically accepted measures that analytical chemists use to counteract so-called "matrix effects" – that is, the effect that background materials in a given sample may have on the ability of the analytical chemist to detect a

desired chemical compound. His testimony in this area will include, but not be limited to (1) a discussion of external calibration curves, and (2) a discussion of the "standard addition" method.

Regarding the second area of his expected testimony, Dr. Simone will testify about how his laboratory used the general principles of analytical chemistry – specifically, high-performance liquid chromatography with tandem mass spectrometry – to positively determine that DMAA existed in *pelargonium graveolens*, and was detectable at concentrations in the range of 94 ppb to 254 ppb. His testimony in this area will include discussions of (1) how his laboratory verified that the tested samples of *pelargonium graveolens* were uncontaminated during analysis, (2) the extraction method his laboratory used, and why careful extraction methods are important to the accurate detection of chemical compounds at low concentrations, (3) the work of other, independent laboratories that detected DMAA in *pelargonium graveolens*.

Dr. Simone will testify about the work of other analytical chemists – some of whom received funding from the U.S. Food and Drug Administration, the U.S. Anti-Doping Agency, and other public and quasi-public entities – who purportedly determined that DMAA was not present in *pelargonium graveolens*. This testimony will include, without limitation, discussions of (1) why the work of these analytical chemists does not mean that the work conducted in Dr. Simone's laboratory was incorrect, (2) how to resolve conflicting conclusions reached by separate well-designed and well-executed experiments, and (3) why the work of this group of analytical chemists is open to methodological criticism. This testimony will include discussion of evidence of potential detections of DMAA in *pelargonium graveolens* by researchers affiliated with Dr.

Mahmoud A. ElSohly (the Government's proposed expert in "the field of natural products analytical chemistry," *see* Gov. Notice at 14) that was not included in their published research, as well as discussion of problems with the sample preparation methods used by Dr. ElSohly and his team.

Regarding his third area of testimony, Dr. Simone will explain the principles of chirality and how they relate to the broader principles of analytical chemistry. Specifically, Dr. Simone may testify about (1) methods used to separate the different chiral forms (also known as stereoisomers) of a given molecule, and (2) the ratios of DMAA stereoisomers detected in *pelargonium graveolens* samples and in commercially-available synthetic standards of DMAA.  Based on these and other subjects, Dr. Simone will testify that the synthetically-derived DMAA used in dietary supplements designed and distributed by USPlabs was stereoisomerically equivalent to the DMAA that his laboratory detected in samples of *pelargonium graveolens*.

Dr. Simone may also offer rebuttal testimony to the proposed testimony of Dr. Oberlies "on the extraordinarily infinitesimal possibility that all four isomers [of DMAA] are made in a plant (if at all)."  Specifically, Dr. Simone will testify that preliminary results of experimental work in his laboratory detected all four isomers of DMAA in *pelargonium graveolens* using standard methods of analytical chemistry.

Finally, Dr. Simone may also testify that the tools of analytical chemistry cannot be used in isolation to determine whether different stereoisomer forms of a given molecule will exhibit different biological activity in humans.  For this and other reasons, Dr. Simone will testify that Dr. Oberlies' proposed testimony inappropriately implies that the anecdotal differences between the stereoisomers of certain molecules that USPlabs

**did not** include in its dietary supplements (i.e. carvone and thalidomide) can be used to draw specific conclusions about potential differences between the stereoisomers of molecules that USPlabs **did** use in its dietary supplements (i.e. DMAA and aegeline).

Materials on which Dr. Simone's expected testimony will rely:

- Akrong, J. et al. (2011) "Herbal Supplement Prepared from Geranium." Canadian Patent Application # 2734231, Filed May 25, 2011.
- Austin, K.G. et al. (2013) "Analysis of 1,3-dimethylamylamine concentrations in Geraniaceae, geranium oil and dietary supplements." *Drug Test. Anal.* DOI 10.1002/dta.1491
- ElSohly, M. A. et al. (2012) "Pelargonium Oil and Methyl Hexaneamine (MHA): Analytical Approaches Supporting the Absence of MHA in Authenticated *Pelargonium graveolens* Plant Material and Oil." *J. Anal. Toxicol.*, 36,457- 471 (DOI:10.1093/jat/bks055).
- Fleming, H.L. et al. (2012) "Analysis and Confirmation of 1,3-DMAA and l,4-DMAA in Geranium Plants Using High Performance Liquid Chromatography with Tandem Mass Spectrometry at ng/g Concentrations." *Anal. Chem. In.* 7,59-78 509 (DOI: 10.4137/ACI.S1 0445).
- Harris, D.C. (1999) Quantitative Chemical Analysis, 5th ed., Chapter 5.
- Khan, I.A. (2006) "Issues related to botanicals." *Life Sciences*, 78, 2033-2038 (DOI:10.1016/j.lfs.205.12.019).
- Li, J.S. and Z. C. Li (2012) "Identification and Quantification of Dimethylamylamine in Geranium by Liquid Chromatography Tandem Mass Spectrometry." *Anal. Chem. In.*, 7, 47-58 (DOI:10.4137/ACI.S9969).
- Lisi, A. et al. (2011) "Studies of methyl hexane amine in supplements and geranium oil." *Drug Test. Anal.*, 3, 873-876 (DOI:DOI 50210.1002/dta.392).
- Zhang, Y. et al. (2012) "1,3-Dimethylamylamine (DMAA) in supplements an geranium products: natural or synthetic?" *Drug Test. Anal.* 4,986-990 (DOI:10.1002/dta.1368)

**10. Joseph Rodricks, Ph.D., DABT**
    Arlington, VA

Dr. Rodricks is a consultant in toxicology and human health risk assessment and a founding Principal at Ramboll Environ US Corporation. He is also a Visiting Professor in toxicology and risk assessment at the Johns Hopkins Bloomberg School of Public Health. A copy of his *curriculum vitae* is attached as **Exhibit 12**. Dr. Rodricks has a Ph.D. in Biochemistry from the University of Maryland and was a post-doctoral scholar

at the Department of Biochemistry at the University of California at Berkeley. He also has a B.S. in Chemistry from the Massachusetts Institute of Technology.

Before his work with Environ, Dr. Rodricks was an FDA laboratory scientist for 7 years, where he conducted research on toxic substances regulated by the FDA, a Reviewing Toxicologist and Risk Assessor in the FDA's Bureau of Foods, and later the FDA's Deputy Associate Commissioner for Science. In this latter position, Dr. Rodricks provided direct scientific advice to the FDA Commissioner on a wide variety of pharmaceutical, medical device, biological product, and food-related issues, and specialized in risk assessment and the use of toxicology studies to make safety and regulatory decisions.

Dr. Rodricks' expected testimony in this case will be based on his expertise and experience at the FDA and Environ, his review of scientific literature on USPlabs products and 1,3-dimethylamylamine ("DMAA"), and his work with Environ studying the effects of aegeline in human and animal models.

Dr. Rodricks is expected to testify to the safety of DMAA based on his experience, and his review of the available literature on DMAA. He has reviewed studies by Dr. Richard Bloomer at the University of Memphis, which examined DMAA alone, with caffeine, and in two DMAA-containing products produced by USPlabs, OEP and Jack3d, across eight different studies that evaluated both single exposure and longer-term exposures to DMAA or DMAA containing supplements.

Dr. Rodricks is expected to testify to studies that examined the effects of single exposures to DMAA, caffeine, DMAA and caffeine, or USPlabs products containing DMAA and caffeine. He is expected to testify regarding a study that investigated the

effect of DMAA and caffeine on resting hemodynamic properties and endogenous sympathetic catecholamine levels for up to two hours after dosing. Participants consumed 250 mg caffeine, 50 mg DMAA, 75 mg DMAA, or caffeine in combination with DMAA at the two dosage levels. After 60 minutes, systolic blood pressure increased in all treated groups, with DMAA intake alone at 50 mg resulting in a similar blood pressure increase to caffeine alone at 250 mg, while norepinephrine and epinephrine levels remained relatively unaffected. In this study, 75 mg DMAA or in combination with caffeine produced higher systolic values than caffeine alone. However, combining DMAA with caffeine resulted in similar increases in diastolic pressure to caffeine alone.

Dr. Rodricks is also expected to testify regarding a pharmacokinetic study on DMAA and caffeine's potential impact on exercise performance in a 10-kilometer run. Participants in that study ingested DMAA at 1 mg per kilogram, caffeine at 4 mg per kilogram, or caffeine and DMAA in combination at the same dosage. Blood samples taken before and after the run were analyzed for glycerol, free fatty acids, malondialdehyde, nitrate/nitrite, Trolox Equivalent Antioxidant Capacity, heart rate, perceived exertion, and vigor. A combination of DMAA at 1 mg per kilogram and caffeine at 4 mg per kilogram, a dose level approximately equivalent to the maximum label dose of USPlabs products, did not significantly change physical performance, level of exertion, subject mood or vigor, heart rate, or blood pressure endpoints in the study participants.

Dr. Rodricks is also expected to testify to a study that examined the effect of single doses of OEP on the hemodynamics of healthy adults up to two hours after

ingestion. At 60 minutes after ingestion, participants' heart rates increased by 8-11 beats per minute. Dr. Rodricks may also testify that systolic blood pressure increased by an amount similar to that of 250 mg of caffeine, or the equivalent of two 8-10 ounce cups of coffee.

Dr. Rodricks is expected to testify regarding a study that evaluated hemodynamic variables and forehead temperature of healthy male participants over a 24-hour period following a single 25 mg oral intake of DMAA. Although mean heat rate and mean temperature both significantly increased, they were well within normal values, and were explained by increases in normal daily activities by study participants. DMAA levels reached their peak at 3.6 hours following ingestion, with a mean half-life of 8.4 hours.

Dr. Rodricks is expected to testify that the single-exposure studies described above show transient increases in systolic blood pressure from 12% to 18% 30 to 120 minutes after ingestion. Those increases returned to baseline values after 30 to 90 minutes. Other clinical markers, such as blood plasma levels of epinephrine or norepinephrine, were not significantly different after ingestion of DMAA, caffeine, or DMAA and caffeine.

Dr. Rodricks is also expected to testify to studies that examined the effects of DMAA alone and with caffeine when ingested daily for longer-term periods. These studies evaluated a total of 123 healthy, young participants who consumed DMAA alone or in combination with caffeine daily for 2, 8, 10, or 12 weeks, in dosages between 0.3 and 0.8 mg per kilogram, and between 1.3 and 4.9 mg per kilogram, for DMAA and caffeine, respectively.

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 72

Dr. Rodricks is expected to testify regarding a study that investigated the hemodynamic, hematological, and clinical chemistry effects of OxyElite Pro after single and 14-day dosing. Participants consumed approximately 0.6 mg per kilogram of DMAA per day, and approximately 3 mg per kilogram of caffeine per day. The study found no significant differences in acute changes in systolic pressure, heart rate, diastolic pressure, or rate pressure between day 1 and day 14. Further, no significant changes in hemodynamic endpoints were reported between day 1 and day 14. A comparison of day 1 and day 14 found no effect on any measured blood test variable, including blood counts, lipid, and metabolic panels.

Dr. Rodricks is expected to further testify to a study that investigated the hemodynamic, hematological, and clinical chemistry effects of Jack3d after single and 14 day dosing. In that study, participants consumed the equivalent of two scoops of Jack3d each day for 14 days, or the equivalent of approximately 0.5 mg per kilogram of DMAA per day, and 3 mg per kilogram of caffeine each day. The study found no significant difference in acute changes in heart rate, diastolic pressure, or rate pressure product on days 1 or 14. Moreover, no significant changes were observed in hemodynamic endpoint measures or measured blood test variables, including blood counts, lipid, and metabolic panels.

Dr. Rodricks is also expected to testify regarding a study that examined the effect of daily 8-week exposure to OEP on hemodynamic, hematological, and clinical chemistry endpoints. Participants consumed between 0.3 to 0.5 mg per kilogram, and 1.3 to 2.6 mg per kilogram, of DMAA and caffeine, respectively. The study found no differences between treatment groups or pre- or post-study values for systolic or diastolic blood

pressure. Further, the study found no clinically relevant differences between treatment groups or across time in hematology, lipid, or metabolic panel endpoints.

Dr. Rodricks is expected to testify to a 10-week study in which groups of 12 or 13 healthy adult males consumed Jack3d daily prior to exercise approximately 4 days per week for 10 weeks. The dosage was approximately 0.3 to 0.8 mg per kilogram and 1.6 to 4.9 mg per kilogram of DMAA and caffeine, respectively. Consumption of Jack3d according to its directions for 10 weeks did not result in any clinically relevant differences between treatments groups or across time in systolic or diastolic blood pressure, hematology, lipid, or metabolic panel endpoints.

Dr. Rodricks is also expected to testify to a 12-week study in which 50 young, healthy men consumed 250 mg caffeine, 50 mg DMAA, or caffeine and DMAA together. Within groups and between groups, and as compared to the placebo group, the study found no significant change in any cardiorespiratory parameter or biomarker. The only significant change was that at week 6, urine pH was significantly lower than pre-study values, although at week 12, urine pH was equivalent to the baseline in the caffeine and DMAA group.

Dr. Rodricks is expected to testify that, across all longer-term studies, no clinically relevant differences were reported in resting heart rate or blood pressure. Many of the longer-term studies examined but did not find changes in clinical hematology, liver function, lipid panels, other cardiovascular effects, urinalysis, blood markers for oxidative stress, inflammation, cardiac muscle damage, or electrocardiography. The studies found no reported differences in required run time, perceived exertion, or self-reporting of mood and vigor.

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 74

Overall, Dr. Rodricks is expected to testify that (1) the single exposure and longer-term studies provide evidence of the safety of DMAA at intakes ranging from 25 mg to 50 mg as a single ingredient or in combination with caffeine and creatine, (2) the transient effects of DMAA and caffeine on blood pressure and heart rate were strikingly consistent, with no long-term changes observed, and (3) the variation in measured endpoints in all studies was quite low, thus adding confidence to the studies' findings despite the relatively small number of study subjects used.

Dr. Rodricks is also expected to testify regarding the safety of aegeline. He is expected to testify about a study by Environ in which Sprague-Dawley rats were administered doses of 0, 400, 800, or 1200 mg per kilogram of aegeline per day. The study found no aegeline-related deaths or clinical observations, no effects on food consumption, and only transient, and not dose-related, alterations in body weight gain. The study further found no aegeline-related alterations in hematology and coagulation parameters, other than an increased red cell distribution width in high dose males, and an increased hemoglobin distribution width in females. However, the increased red cell distribution width and hemoglobin distribution width changes were not accompanied by changes in any other related erythron parameters, and thus were not considered toxicologically relevant. The study found no aegeline-related effects on urinalysis parameters, and the only serum chemistry finding was a modest, nonadverse aegeline-related increase in serum albumin concentration in males, but not females.

Notably, the study found no effects on liver-related clinical chemistry findings. Absolute and relative liver weights increased by 15% to 25% in males, but not in females, and three high-dose animals were diagnosed as having grossly swollen livers,

DEFENDANTS' EXPERT DESIGNATIONS—PAGE 75

although the weights of these individuals' livers were not higher than the mean group weights. Dr. Rodricks is expected to testify that these liver weight effects were not accompanied by any histopathological or clinical chemistry findings indicative of liver toxicity. By consequence, these liver effects are considered reflective of a metabolic response rather than an indication of toxicity, and are thus considered nonadverse.

Dr. Rodricks is expected to testify that the study revealed no adverse effects in Sprague-Dawley rats up to the maximum studied dose of 1,200 mg per kilogram per day, where even the lowest studied dose was 10 times higher than the scaled human equivalent dose of aegeline from dietary supplements.

Dr. Rodricks is also expected to testify regarding the FDA's traditional ingredient-by-ingredient approach to the assessment of the safety of dietary supplements, and the difficulties inherent in evaluating complex mixtures or whole products, as compared to evaluating the constituent ingredients of a product as a method of evaluating the safety of the whole product.

Finally, Dr. Rodricks may testify to the validity and methodology of the pre-clinical mouse studies cited by the Government relating to the alleged toxicity of OEP NF.

Materials on which Dr. Rodricks' expected testimony will rely:

- 48 FR 51536. November 9, 1983. Withdrawal of Approval of New Drug Applications.
- American Medical Association, Division of Drugs & American Society for Clinical Pharmacology. 1977. AMA drug evaluations. Third ed. American Medical Association.
- Aviado Jr, DM. 1959. Cardiovascular effects of some commonly used pressor amines. Anesthesiology 20(1): 71-97.

- Bloomer RJ, IC Harvey, TM Farney, et al. 2011a. Effects of dimethylamine and caffeine alone or in combination on heart rate and blood pressure In healthy men and women. The Physician and Sports Med. 39: 111-120.
- Bloomer RJ, GC McCarthy, TM Farnay, et al. 2011 b. Effect of caffeine and 1,3-dlmethylamylamlne on exercise performance and blood markers of lipolysis and oxidative stress In trained men and women. J. Caffeine Res. 1: 1-9.
- Bloomer, RJ, TM Farney, I C Harvey, and R Alleman. 2013. Safety profile of caffeine and 1, 3-dlmethylamylamlne supplementation In healthy men. Human & Experimental Toxicology 32(11): 1126-1136.
- Del Coso, J, E Estevez, and R Mora-Rodriguez. 2009. Caffeine during exercise in the heat thermoregulation and fluid-electrolyte balance. Medicine and Science in Sports end Exercise 41(1): 164-173.
- Falk, B, R Burstein, J Rosenblum, Y Shapiro, E Zylber-Katz, and N Bashan. 1990. Effects of caffeine ingestion on body fluid balance and thermoregulation during exercise. Canadian Journal of Physiology and Pharmacology 68(7): 889-892.
- Farney TM, CG McCarthy, RE Canale, et al. 2012. Hemodynamic and hematologic profile of healthy adults Ingesting dietary supplements containing 1,3-dimethylamylamine and caffeine. Nutr Metab Insights 5: 1-12.
- Forthane. US Patent and Trademark Office. TESS (Trademark Electronic Search System). http://tsdr.uspto.gov//caseNumber=72382454&caseType=SERIAL NO&search Type=statusSearch. Published December 14, 1971. Accessed October 28, 2014.
- Hess, JJ, S, Saha, & G. Luber. 2014. Summertime acute heat Illness In US emergency departments from 2006 through 2010: Analysis of a nationally representative sample. Environ Health Perspect. Epub ahead of print.
- HSDB (Hazardous Substances Database). Amphetamine. National Library of Medicine. Available online at http://toxnet.nim.nih.gov/. Accessed September 24, 2014.
- HSDB (Hazardous Substances Database). 1,3-Dlmethylamylamlne. National Library of Medicine. Available online at http://toxnet.nim.nih.gov/. Accessed September 24, 2014.
- Lopez, RM, OJ Case, BP McDermott, MS Ganlo, LE Armstrong, and CM Maresh. 2009. Does creatine supplementation hinder exercise heat tolerance or hydration status? A systematic review with meta-analyses. Journal of Athletic Training 44(2): 215.
- Marsh OF, A Howard, DA Herring. 1951. The comparative pharmacology of the Isomeric nitrogen methyl substituted heptylamines. J Pharmacol Exp Therapeut. 103: 325-329.
- McCarthy CG, TM Farney: RE Canale, et al. 2012a. A finished dietary supplement stimulates lipolysis and metabolic rate In young men and women. Nutr Metab Insights 5: 23-31.
- McCarthy CG, RE Canale, RJ Alleman, et al. 2012b. Biochemical and anthropometric effects of a weight loss dietary supplement In healthy men and women. Nutr Metab Insights 5:13-22.
- Miya TS and LO Edwards. 1953. A pharmacological study of certain alkoxyalkylamines. J Am Pharm Assoc. 42: 107-110.

- NLM (National Library of Medicine). Amphetamine. RN 300-62-9. In ChemlDplus Advanced database. Available online at http://chem.sis.nim.nih.gov/chemidplus/. Accessed September 24, 2014.
- NLM (National Library of Medicine). 1,3 dimethylamyiamine. RN 105-41-14. In ChemlDplus Advanced database. Available online at http://chem.sis.nim.nih.gov/chemidplus/. Accessed September 24, 2014.
- Rohrman E and HA Shonle. 1927. Aminoalkanes as pressor substances. J Am Chem Soc. 66:1516-1520.
- Roti, MM, OJ Casa, AC Pumerantz. G Watson, OA Judelson, JC Dias, K Ruffin, and LE Armstrong. 2006. Thermoregulatory responses to exercise In the heat: chronic caffeine intake has no effect. Aviation, Space, and Environmental Medicine 77(2): 124-129.
- Schilling, BK., KG Hammond, RJ Bloomer, CS Presley, and CR Yates. 2013. Physiological and pharmacokinetic effects of oral 1, 3-dimethylamylamlne administration In men. BMC Pharmacology and Toxicology 14(1): 52.
- Swanson EE and KK Chen. 1946. Comparison of pressor action in aliphatic amines. J Pharmacol Exp Therapeut. 88: 10-13.
- U.S. Patent Office. 1944. Aminoalkanes. Patent No. 2,350,318. Submitted by Shonle HA and Rohrman E, assignors to Eli Lilly and Company. Patented May 30, 1944.
- Van der Schoot, J, EJ Aliens, J Van Rossum, and J A Hurkmans. 1962. Phenylisopropylamine derivatives, structure and action. Arzneimittel-Forschung 12: 902-907.
- Volek, J S, SA Mazzetti, WB Farquhar, BR Barnes, AL Gomez, and WJ Kraemer. 2001. Physiological responses to short-term exercise In the heat after creatine loading. Medicine and Science In Sports and exercise 33(7): 1101-1108.
- Watson WA 1998. Amphetamine. In Encyclopedia of Toxicology: Volume 1. Ed. Philip Wexler. New York: Academic Press.
- Watson, G, OJ Cass, KA Fiala, A Hile, MW Roti, J C Healey et al. 2006. Creatine use and exercise heat tolerance in dehydrated men. Journal of Athletic Training 41(1): 18-29.
- Whitehead, PN, BK Schilling, TM Farney, et al. 2012. Impact of a dietary supplement containing 1,3-dimethylamylamlne on blood pressure and bloodbone markers or health: a 1o-week intervention study. Nutr Metab Insights 5: 33-39.
- Wright, G A, PW Grandjean, and DD Pascoe. 2007. The effects of creatine loading on thermoregulation and intermittent sprint exercise performance In a hot humid environment. The Journal of Strength & Conditioning Research 21(3): 655-660.

### 11. William J. Brock, Ph.D. DABT, Fellow ATS
   Montgomery Village, MD

Dr. Brock has over 30 years of experience as a toxicologist, manager, and consultant for research and development in the pharmaceutical, consumer product, food, medical device, and chemical industries. His expert qualifications are described in his

*curriculum vitae*, which is attached as **Exhibit 13**. He has extensive experience in evaluating clinical and product safety data and designing, conducting, interpreting, and reporting on nonclinical safety program studies. He also has extensive experience in labeling and other regulatory and compliance issues and conducting risk and safety assessments. Dr. Brock received his Ph.D. in Toxicology from the University of Kentucky.

Dr. Brock's anticipated testimony in this case will be based on his expertise and experience. Dr. Brock is expected to testify regarding the appropriate methodology for designing, interpreting, and reporting nonclinical safety studies. He is anticipated to directly respond to the expected testimony of Drs. Gurley, Koturbash, and Boerma by evaluating the design and methodology of their pre-clinical mouse studies reported and by analyzing the results therefrom.

### 12. Stephen Scheets, CPA
Dallas, TX

Mr. Scheets is a Certified Public Accountant and a Certified Management Accountant. His expert qualifications are described in his *curriculum vitae*, which is attached as **Exhibit 14**. He obtained a Bachelor of Science degree in Accounting from the University of Missouri. Mr. Scheets was a Special Agent at the Internal Revenue Service Criminal Investigation Division for 20 years and currently works at an investigative firm specializing in forensic accounting.

Mr. Scheets' anticipated testimony in this case will be based on his expertise and experience. Mr. Scheets has reviewed relevant account and sales records for USPlabs, LLC ("USPlabs"). He will testify regarding his analysis of sales data, particularly as they relate to the total sale and gross profits of products containing DMAA, aegeline and

Cynanchum. His testimony may also include a review of sales distribution among various domestic customers. Mr. Scheets may also testify as to the amount and nature of transactions USPlabs and its principals made between 2008 through 2015 that are the subject of Count 11 of the First Superseding Indictment.

Additionally, Mr. Scheets may respond to any testimony given by Ms. Tucker in this case.

**13. James Lassiter**
Laguna Beach, CA

Mr. Lassiter is the founder and Chief Operating Officer of Ingredient Identity, a firm providing regulatory management consulting services to food, dietary supplement, cosmetic, and homeopathic companies. His expert qualifications are described in his *curriculum vitae*, which is attached as **Exhibit 15.** He obtained Bachelor of Science and Master of Science degrees in Chemistry and Biochemistry from the University of California at Berkeley, and a Master of Business Administration in General Operations from Pepperdine University. In addition to his consulting experience, he has served the Director of Technical and Regulatory Affairs for a dietary supplement company with over $1 billion in sales.

Mr. Lassiter's anticipated testimony in this case will be based on his education, research, and experience. He will testify regarding the evolution of standard operating procedures in the dietary supplement industry; in particular, changes to the regulatory landscape in the industry from 2007 to present.

DATED:      May 8, 2017

Respectfully submitted,

/S/ CHRISTOPHER NIEWOEHNER
Christopher Niewoehner (admitted *pro hac vice*)
Illinois Bar No. 6243575
Reid Weingarten (admitted *pro hac vice*)
Patrick F. Linehan (admitted *pro hac vice*)
David Fragale (admitted *pro hac vice*)

STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington, DC  20036
Phone: (202) 429-3000
Fax: (202) 429-3902
rweingarten@steptoe.com

Michael John Uhl
Texas Bar No. 20371050

FITZPATRICK HAGOOD SMITH & UHL
2515 McKinney Ave.
Dallas, TX 75201
Phone: (214) 237-0900
Fax: (214) 237-0901
muhl@fhsulaw.com

**ATTORNEYS FOR DEFENDANT
USPLABS, LLC**

/S/ RICHARD B. ROPER
Richard B. Roper
Texas Bar No. 01723370

THOMPSON & KNIGHT LLP
1722 Routh Street
Suite 1500
Dallas, TX 75201
Phone: (214) 969-1700
Fax: (214) 969-1751

**ATTORNEY FOR DEFENDANT
JONATHAN DOYLE**

/S/ S. CASS WEILAND
S. Cass Weiland
Texas Bar No. 21081300

SQUIRE PATTON BOGGS (US) LLP
2000 McKinney Ave.
Suite 1700
Dallas, TX 75201
Phone: (214) 758-1504
Fax: (214) 758-1550
Email: cass.weiland@squirepb.com

**ATTORNEY FOR DEFENDANT
MATTHEW HEBERT**

/S/ MICHAEL P. GIBSON
Michael P. Gibson
Texas Bar No. 07871500

BURLESON PATE & GIBSON LLP
900 Jackson Street
Suite 330
Dallas, TX 75202
Phone: (214) 871-4900
Fax: (214) 871-7543
Email: mgibson@bp-g.com

**ATTORNEY FOR DEFENDANT
JACOBO GEISLER**

/S/ JOSEPH L SHEARIN
Joseph L Shearin
Texas Bar No. 18172300

LAW OFFICES OF JOE SHEARIN
2515 McKinney Ave.
Suite 1400
Dallas, TX 75201
Phone: (214) 267-1000
Fax: (214) 237-0901
Email: Joeshearin@Shearinlaw.net

**ATTORNEY FOR DEFENDANT
KENNETH MILES**

/S/ PATRICK Q. HALL
Patrick Q. Hall (admitted pro hac vice)
Cal. Bar No. 97019

LAW OFFICES OF PATRICK Q. HALL
1350 Columbia Street
Suite 601
San Diego, CA 92101
Phone: (619) 268-4040
Fax: (619) 268-4041
Email: pat@pqh.com

**ATTORNEY FOR DEFENDANT
SITESH PATEL**

/S/ JOSEPH M. MCMULLEN
Joseph M. McMullen (admitted *pro hac vice*)
Cal. Bar No. 246757

LAW OFFICES OF JOSEPH M. MCMULLEN
225 Broadway
Suite 1460
San Diego, CA 92101
Phone: (619) 501-2000
Fax: (619) 615-2264
Email: Joe@Jmm-Legal.com

**ATTORNEY FOR DEFENDANT
S.K. LABORATORIES INC.**

/S/ ROBERT L WEBSTER
Robert L Webster
Texas Bar No. 21053375

LAW OFFICES OF ROBERT L WEBSTER
2515 McKinney Ave.
Suite 1400
Dallas, TX 75201
Phone: (214) 237-0900
Fax: (214) 237-0901
Email: Robert.Webster@Bobwebsterlaw.com

**ATTORNEY FOR DEFENDANT
CYRIL WILLSON**

## CERTIFICATE OF SERVICE

On May 8, 2017, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), and the probation officer assigned to the case.

/s/ Richard B. Roper
Richard B. Roper