# THE COMPLETE GERMAN COMMISSION E MONOGRAPHS

## THERAPEUTIC GUIDE TO HERBAL MEDICINES

*Developed by a Special Expert Committee of the German Federal Institute for Drugs and Medical Devices*

❖

*Senior Editor*
Mark Blumenthal
Founder and Executive Director
American Botanical Council

*Associate Editors*
Werner R. Busse, Ph.D., Alicia Goldberg, Joerg Gruenwald, Ph.D.,
Tara Hall, Chance W. Riggins, Robert S. Rister

*Primary Translator*
Sigrid Klein, Ph.D.

*Associate Translator*
Robert S. Rister

*With a Foreword by*
Varro E. Tyler, Ph.D., Sc.D.
Dean and Distinguished Professor of Pharmacognosy Emeritus
School of Pharmacy and Pharmacal Sciences, Purdue University



American Botanical Council
Austin, Texas

Published in cooperation with
Integrative Medicine Communications
Boston, Massachusetts
1998

© 1998 American Botanical Council
Published in cooperation with Integrative Medicine Communications.
All Rights Reserved. Neither this book nor any part may be stored, reproduced, or transmitted in any form or by any means, mechanical or electronic, without prior permission from Permissions Department, American Botanical Council at 6200 Manor Rd., Austin, Texas 78723, or e-mail address: abc@herbalgram.org.

First edition 1998
Printed in the United States of America
5 4 3

ISBN 0-9655555-0-X

Library of Congress Catalog Card Number: 96-78896
Reprinted May 1999
Reprinted September 1999


♾ The paper used in this publication is acid-free and meets the minimum requirements of the American National Standard for Information Sciences — Permanence of Paper for Printed Library Materials, ANSI Z39. 48-1984.

*Design by Drew Patterson*                    *Electronic production by Bonnie Glendinning*

Case 3:15-cr-00496-L  Document 290-13  Filed 07/01/17  Page 3 of 4  PageID 11372

# White Dead Nettle herb

Lamii albi herba
*Weißes Taubnesselkraut*
Published July 14, 1993

**Name of Drug**
Lamii albi herba, white dead nettle herb.

**Composition of Drug**
White dead nettle herb consists of the dried above-ground parts of *Lamium album* L. [Fam. Lamiaceae], gathered during flowering season, as well as preparations thereof.

**Pharmacological Properties, Pharmacokinetics, Toxicology**
Not known.

*Clinical Data*

**1. Uses**
Preparations of white dead nettle herb are used as supporting treatment for gastrointestinal discomforts, such as irritation of the gastric mucosa, feeling of fullness, flatulence, and for strengthening the intestines.

In combinations, preparations of white dead nettle herb are used for nervousness, nervous unrest and irritation, for sleep disorders, as a tonic, for relaxation and stimulation, during menopause, for all kinds of female ailments, menstrual disorders, "blood purification," metabolic stimulation, support of gallbladder and liver function, tendency to gallbladder gravel, as an appetite stimulant, for neutralization of gastric hyperacidity, stimulation of digestion, flatulence, stimulation of pancreatic function, regulation of the blood lipid level, irrigation therapy for inflammatory and spastic bladder trouble, functioning capacity of the prostate, stimulation of cardiovascular system and blood circulation, dizziness, flickering of the eyes, tinnitus, increased blood supply to the heart, increased heart capacity, improvement of lymph flow and stimulation of lymph production, strengthening of the respiratory tract, dissolution of mucus, improvement in vitality and general weakness, especially after diseases and surgery.

**2. Risks**
None known.

**Evaluation**
Since the effectiveness for the claimed uses is not documented, a therapeutic application cannot be recommended.

# Yohimbe bark

Yohimbehe cortex
*Yohimbeherinde*
Published October 15, 1987; Revised February 1, 1990

**Name of Drug**
Yohimbehe cortex, yohimbe bark.

**Composition of Drug**
Yohimbe bark consists of the dried bark of the trunk and/or branches of *Pausinystalia yohimbe* (K. Schumann) Pierre ex Beille

[syn. *Corynanthe yohimbi* Schumann] [Fam. Rubiaceae], as well as preparations thereof.

The bark contains alkaloids. The main alkaloid is yohimbine.

### Uses
Yohimbe bark is used for sexual disorders, as an aphrodisiac, and for feebleness and exhaustion.

The effectiveness of this herb and its preparations for the claimed applications is not documented.

### Risks
Therapeutic administration of yohimbine can cause nervous excitation, tremor, sleeplessness, anxiety, increased blood pressure, and tachycardia, as well as nausea and vomiting. In case of existing liver and kidney diseases, yohimbe preparations should not be used.

Interactions with psychopharmacological herbs have been reported. Corresponding observations for preparations are not documented.

### Evaluation
The therapeutic administration of yohimbe bark and its preparations is not recommended because of insufficient proof of efficacy and the unforeseeable correlation between risk and benefit.

# Zedoary rhizome
Zedoariae rhizoma
*Zitwerwurzelstock*
Published July 6, 1988

### Name of Drug
Zedoariae rhizoma, zedoary rhizome.

### Composition of Drug
Zedoary rhizome consists of the dried rhizome of *Curcuma zedoaria* (Christmann) Roscoe [Fam. Zingiberaceae], as well as preparations thereof.

### Uses
Zedoary rhizome is used as a stomachic for digestive debility, colic and spasms.

The effectiveness for the claimed applications is not documented.

### Risks
None known.

### Evaluation
Since the effectiveness for the claimed applications is not documented, a therapeutic use of this herb cannot be recommended.

