Clinical Gastroenterology and Hepatology 2015;13:2173–2189

# The Art and Science of Diagnosing and Managing Drug-induced Liver Injury in 2015 and Beyond



## James H. Lewis

*Hepatology Section, Division of Gastroenterology, Georgetown University Hospital, Washington, District of Columbia*

**Drug-induced liver injury (DILI) remains a leading reason why new compounds are dropped from further study or are the subject of product warnings and regulatory actions. Hy's Law of drug-induced hepatocellular jaundice causing a case-fatality rate or need for transplant of 10% or higher has been validated in several large national registries, including the ongoing, prospective U.S. Drug-Induced Liver Injury Network. It serves as the basis for stopping rules in clinical trials and in clinical practice. Because DILI can mimic all known causes of acute and chronic liver disease, establishing causality can be difficult. Histopathologic findings are often nonspecific and rarely, if ever, considered pathognomonic. A daily drug dose >50–100 mg is more likely to be hepatotoxic than does <10 mg, especially if the compound is highly lipophilic or undergoes extensive hepatic metabolism. The quest for a predictive biomarker to replace alanine aminotransferase is ongoing. Markers of necrosis and apoptosis such as microRNA-122 and keratin 18 may prove useful in identifying patients at risk for severe injury when they initially present with a suspected acetaminophen overdose. Although a number of drugs causing idiosyncratic DILI have HLA associations that may allow for pre-prescription testing to prevent hepatotoxicity, the cost and relatively low frequency of injury among affected patients limit the current usefulness of such genome-wide association studies. Alanine aminotransferase monitoring is often recommended but has rarely been shown to be an effective method to prevent serious DILI. Guidelines on the diagnosis and management of DILI have recently been published, although specific therapies remain limited. The LiverTox Web site has been introduced as an interactive online virtual textbook that makes the latest information on more than 650 agents available to clinicians, regulators, and drug developers alike.**

*Keywords:* Drug-induced Liver Injury; DILI; Hepatotoxicity.

> *Art is science made clear*
>
> Wilson Mizner, 1836–1933

The pace of discovery for drug-induced liver injury (DILI) is at an all-time high. To illustrate just how fast the field is growing, one needs only to look at the number of new monographs, new editions of textbooks, single-topic conferences, and workshops specifically dedicated to DILI that continue to appear.[1–5] The explosion of publications relating to DILI is reflected in the more than 1500 citations in 2014 alone,[6] with >6000 found just under the specific search heading of "drug-induced liver injury" in PubMed in the past 5 years (2010 through 2014), a figure nearly equaling the number of articles on DILI found in the preceding decade (2000–2009).

Because of this large amount of new information, the thrust of this review will be limited largely to the key advances in the clinical diagnosis and management of idiosyncratic DILI (iDILI) during the past decade. In keeping with the theme of this special issue, an attempt will be made to describe the current state of the art of DILI balanced against new scientific findings, offering commentary on the areas of controversy that still remain and venturing beyond the current guidelines where it seems appropriate.

## History of Drug-induced Liver Injury

The identification of several prototypical hepatotoxins, such as iproniazid, cinchophen, and sulfonamides, paved the way for the clinical and histologic descriptions of the numerous agents that followed after World War II.[7] Hans Popper[8] was fond of saying that DILI represented a "penalty for progress," referring to the agents from this early era, such as halothane, isoniazid (INH), carbamazepine, phenytoin, and alpha methyldopa. Nearly 1000 drugs were listed as possible causes of hepatic injury by the mid-1980s.[9] The seminal observations of Zimmerman[7] did much to define the field for much of the latter half of the 20th century, providing us with many of the diagnostic, pathophysiologic, and mechanistic principles that are still in use today. However, DILI remains a significant diagnostic challenge,

**Abbreviations used in this paper: ALF,** acute liver failure; **ALT,** alanine aminotransferase; **AST,** aspartate aminotransferase; **CLD,** chronic liver disease; **DI-ALF,** drug-induced acute liver failure; **DILI,** drug-induced liver injury; **DILIN,** Drug-Induced Liver Injury Network; **FDA,** Food and Drug Administration; **HDS,** herbal compounds and dietary supplements; **iDILI,** idiosyncratic drug-induced liver injury; **INH,** isoniazid; **LAE,** liver-associated enzyme; **RUCAM,** Roussel Uclaf Causality Assessment Method; **ULN,** upper limit of normal.

Most current article

© 2015 by the AGA Institute
1542-3565/$36.00
http://dx.doi.org/10.1016/j.cgh.2015.06.017

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

because drugs can imitate all known causes of acute and chronic hepatic diseases[10] and act via multiple mechanisms of injury.[11-14]

Although severe DILI is a relatively rare clinical event, drugs have been the leading cause of acute liver failure (ALF) in the United States and other Westernized countries for several decades, with acetaminophen being responsible for 40%–50% of the cases and other drugs (including herbal compounds and dietary supplements [HDS]) being responsible for 11%–12%, a percentage equal to the frequency of ALF from acute viral hepatitis and greater than that seen with all other individually identified causes.[15,16] The prognosis for these patients with iDILI is often very poor, with a high case-fatality rate without urgent liver transplantation.[15,16] As a result, the concern for acute iDILI progressing to ALF has kept drug-induced hepatotoxicity a perennial target of regulatory actions and the ongoing focus of both pre-approval as well as post-marketing drug development safety efforts.[6,17-22]

The potential for a new chemical entity to cause serious liver injury has been among the leading reasons why novel compounds are halted in the early phases of testing, are not approved for use, or have been withdrawn in the post-marketing setting.[17,21,23] Because of the significant time and expense involved in bringing an innovative drug to market, it should not be surprising that substantial effort is aimed at identifying potentially program-ending toxicities as early as possible in the drug development process.[17] In silico modeling,[24] structural alerts,[25] and other preclinical methodologies are routinely used to avoid bringing forward molecules that are potentially hepatotoxic.[26-31] However, because not all compounds can be guaranteed to be free of liver injury in the preclinical stages, the past decade has also seen enormous strides made in the field of regulatory science to identify DILI in the clinical trial and post-approval phases of development, all directed at reducing the risk of severe hepatotoxicity in the population at large.[18-20] The introduction of the Evaluation of Drug-Induced Serious Hepatotoxicity plot,[32] the Rule-of-Two,[33,34] FDA Adverse Event Reporting System,[35] the Sentinel projects,[36] and Liver Toxicity Knowledge Base[37] has provided more powerful tools by which DILI can be detected and predicted. These advances in regulatory science parallel the many discoveries being made at the bedside, such as the description of new hepatotoxins such as ipilimumab,[38,39] dronedarone,[40] and tolvaptan,[22,41] updates of known hepatotoxins including telithromycin,[42] duloxetine,[43] fluoroquinolones,[44] statins,[45] azithromycin,[46] and tyrosine kinase inhibitors[47] among others.[6] In addition, enormous strides have been made in the exploration of novel mechanisms of injury,[12-14,31,48-53] the identification of risk factors and predictors of injury,[54-62] the refinement of causality assessment tools,[63-65] and new strategies to treat hepatotoxicity.[66-72]

Recently, the first guidelines on the diagnosis and management of DILI were offered by the Practice Parameters Committee of the American College of Gastroenterology,[73] which provide important summary statements and practical advice regarding all aspects of iDILI (Table 1). Much of the recent progress in defining updated clinical signatures, determining genetic risk factors and other circumstances of exposure, establishing causality, uncovering pnjuryotential biomarkers, etc, also parallels the establishment of the U.S. Drug-Induced Liver I Network (DILIN) in 2004.[74,75] The observations, associations, and other clinical discoveries that have been made from this prospective study during the past decade have helped to answer many questions regarding the natural history and prognosis of iDILI. The database currently contains >1200 patients with acute non-acetaminophen DILI attributable to nearly 200 different agents (including HDS).[76,77]

In addition to the data generated by the U.S. DILIN and other national registries during the past decade,[78-84] the recently launched LiverTox Web site (livertox.nih.gov) overseen by the National Institutes of Health and National Library of Medicine[85] provides the most

**Table 1.** Summary of American College of Gastroenterology DILI Guidelines

I.  Elements necessary for a diagnostic evaluation of DILI
    • Known duration of exposure
    • Concomitant medications and diseases
    • Response to dechallenge (and rechallenge if performed)
    • Presence or absence of symptoms, rash, eosinophilia
    • Performing sufficient exclusionary tests (viral serology, imaging, etc) to reflect the injury pattern and characteristics of liver function tests (eg, acute viral serology for A, B, and C and autoimmune hepatitis when presenting with acute hepatocellular injury; routine testing for hepatitis E virus not recommended because of the problems with current commercial assays; Epstein-Barr virus, cytomegalovirus, and other viral serology if lymphadenopathy, atypical lymphocytosis present)
    • Sufficient time to determine clinical outcome—did the event resolve or become chronic?

II. Use of liver biopsy
    • Often not required if the acute injury resolves
    • Helpful in confirming clinical suspicion of DILI but rarely pathognomonic
    • Useful to differentiate between DI-autoimmune hepatitis and idiopathic autoimmune hepatitis
    • Useful to rule out underlying chronic viral hepatitis, nonalcoholic fatty liver disease, alcoholic liver disease, or other CLD
    • Used to exclude DILI where re-exposure or ongoing use of an agent is expected

III. Rechallege: generally best avoided, unless there is no alternative treatment

IV. Use of Causality Assessment Methods
    • RUCAM is best considered an adjunct to expert opinion (it should not be the sole diagnostic method)
    • Consensus opinion
    • Expert consultation
    • For patients with chronic viral hepatitis, DILI requires a high index of suspicion, knowledge of a stable clinical course before the new medication, and monitoring of viral loads to rule out flares of the underlying disease
    • Assigning causality to HDS products can be especially difficult; requires knowledge of all ingredients and their purity

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

comprehensive, up-to-date, and interactive resource on more than 650 agents. Since its inception, millions of searches have been conducted on its contents, with projections that it will continue to expand in its role as the most up-to-date virtual textbook.

Although not a specific focus of this review, current research efforts into the mechanisms of DILI are being directed at the role of the intrinsic immune system,[86–88] mitochondrial injury,[48–50] the bile salt excretory pump,[31,89,90] as well as using the fields of metabolomics, transcriptomics, proteomics, etc.[91–96] For certain agents such as INH, the long-held mechanisms of injury are being redefined.[49,52] Although such efforts have brought us closer to understanding why DILI occurs, gaps in our knowledge base still remain.[2,4,17] Although pharmacogenomics is being actively pursued in an effort to uncover genetic risk factors predicting susceptibility to DILI,[54,55,97,98] how best to incorporate such new information into clinical practice and how to define its clinical utility remain to be determined.[99–104] To help arrive at these answers, workshops, conferences, and international consortia dedicated to DILI are actively attempting to bring clarity to the clinical and regulatory questions that remain. Through their collective efforts during the past 15 years, members of the Food and Drug Administration (FDA), academia, and industry have collaborated to collect and share resources on a global scale to better understand and predict hepatotoxicity.[4,5,17,20,105–110]

## Epidemiology of Drug-induced Liver Injury

Because of its wide spectrum of clinical presentations and histologic manifestations that can be mimicked by any number of other hepatic disorders, DILI can be difficult to distinguish from other causes. Several studies illustrate that is both under-recognized and under-reported.[111–114] Aithal et al[111] found that about 50% of suspected DILI cases were actually caused by other common disorders when assessed by experts. In France, Sgro et al[112] found that DILI was being underreported by a factor of 16 when based on spontaneous reports,

compared with when clinicians were properly trained to identify DILI cases.

Because acute DILI is, in fact, relatively rare, it should not be surprising that the exact incidence from individual agents, as well as from all causes, has been difficult to ascertain.[10,114] The most recent estimate of non-acetaminophen–related DILI comes from Iceland, with an incidence of 19.1 per 100,000 inhabitants,[82] which is similar to the incidence of 13.9 per 100,000 estimated by Sgro et al[112] a decade earlier. Estimates of DILI among hospitalized patients suggest that it is a very rare cause for admission (Table 2).[113,115,116]

It is thought that about 2000 cases of ALF occur annually in the United States, about half of which are due to DILI.[15,16] Most of these drug cases are due to acetaminophen toxicity (40% overall), with all non-acetaminophen cases representing about 11% (Table 3).[15,16] Although many clinicians will likely not have dealt with an individual case of drug-induced ALF (DI-ALF), defined as the abrupt onset of coagulopathy and encephalopathy in a patient without known liver disease, they will certainly be familiar with less severe DILI in the form of elevated liver-associated biochemistries, specifically aminotransferases (aspartate aminotransferase [AST] and alanine aminotransferase [ALT]). Most of these patients will be asymptomatic, and it is likely that many thousands of cases occur but are either not recognized as DILI or go unreported.

Despite the potential for DI-ALF among the thousands of new chemical entities that initially undergo development, DILI was responsible for only 11 of 77 drug withdrawals from more than 6000 compounds during a 32-year period.[118] In subsequent years, other drugs have had their indications restricted because of the risk of DILI (eg, trovafloxacin,[119] telithromycin[42]). Importantly, however, no approved prescription drug has been removed from the market for hepatotoxicity since the late 1990s[20]; the last withdrawals for DI-ALF were bromfenac[120] and troglitazone.[121] There have been relatively few drugs approved outside of the United States that failed to be approved in the United States because of hepatotoxicity,[17,23,122] although recent

**Table 2.** Incidence of DILI in Recent Studies

| Author | Year | Location | Incidence |
|---|---|---|---|
| Sgro[112] | 2003 | France | 13.9 cases per 100,000 |
| Galan[117] | 2005 | U.S. tertiary referral | 33% of patients presenting with acute hepatitis (0.8% of all consults) |
| Meier[113] | 2005 | Switzerland | 1.4% of inpatients, from among more than 4200 admissions |
| Andrade[78] | 2005 | Spain | 34.2 per 1,000,000 inhabitants/y 16.6 per 1,000,000 inhabitants/y serious life-threatening |
| Vuppalanchi[115] | 2007 | Hospitals in Indiana | <4% of cases with new onset jaundice (3% from acetaminophen, 0.7% from iDILI) |
| Carey[116] | 2008 | Mayo Clinic, Scottsdale | 0.048% of 83,000 hospital admissions 1998–2006 (2/3 due to acetaminophen) (0.0156% representing iDILI) |
| Devarbhavi[80] | 2010 | Bangalore, India | 2.46% of all hepatobiliary disease admissions 1997–2008 (58% due to antituberculosis DILI) |
| Suk[83] | 2012 | Korea | 12 per 100,000 (70% herbal and folk remedies) |
| Bjornsson[82] | 2013 | Iceland | 19.1 cases per 100,000 |

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

Case 3:15-cr-00496-L   Document 290-23   Filed 07/01/17   Page 4 of 25   PageID 11482

**Table 3.** Causes of ALF and Specific Drug-induced Causes in the U.S. Acute Liver Failure Study Group

| 2000 cases of ALF in USALFSG[15] Cause of ALF, no. of cases (%) | 133 Cases of iDILI[16] Drug class, no. of cases (%) |
|---|---|
| Acetaminophen, 916 (45.8) | Anti-tuberculosis drugs, 25 (18.8) |
| Idiosyncratic DILI, 220 (11) | Non-sulfa antibiotics, 19 (14.3) |
| Hepatitis B, 142 (7.1) | Sulfonamides, 12 (9.0) |
| Hepatitis A, 36 (1.8) | Antifungals, 6 (4.5) |
| Autoimmune, 137 (6.8) | HDS, 14 (10.5) |
| Ischemic, 112 (5.6) | Antiepileptics, 11 (8.3) |
| Wilson disease, 25 (1.25) | Psychotropics, 4 (3.0) |
| Budd-Chiari, 15 (0.75) | Antimetabolics, 11 (8.3) |
| Pregnancy, 18 (0.09) | Nonsteroidal anti-inflammatory drugs, 7 (5.3) |
| Other, 134 (6.7) | Statins, 6 (4.5) |
| Indeterminant, 245 (12.25) | Biologics 4 (3.0) |
| | Others, 8 (6.0) |

examples include ximelagatran[123,124] and lumiracoxib[125] (Table 4).

Hepatotoxicity due to HDS is being increasingly recognized and reported.[77,126–130] The DILIN registry currently lists HDS as causal in 16% of cases, second only to antimicrobials as the most common reason for all-cause DILI[76] (Table 5). Similarly, HDS is a significant cause of DI-ALF.[16] The increasing use of HDS, especially among patients with chronic liver disease (CLD),[126,127] has also been associated with an increase in safety alerts issued by the FDA as well as foreign regulatory bodies for several products,[6,77,128] most recently weight loss and muscle building compounds (eg, Herbalife,[131] OxyELITE Pro[132]). Significantly higher proportions of patients with DILI are due to HDS from series in Asia where complementary and alternative medicines represent a higher percentage of therapeutic options[83,133,134] (Table 5).

Although nearly 1000 drugs and chemicals have been described as being hepatotoxic during the past century,[7,9,85] most global registries list relatively few drugs as the cause of the majority of instances of DILI, many of which are well-known hepatotoxins. For example, in the latest DILIN registry of nearly 900 patients,[76] out of 190 agents, the top 5 accounted for 27% and the top 10 for more than one-third of all cases, indicating that most drugs causing DILI do so in relatively small numbers (Supplementary Table 1). A similar situation is seen in the United States Acute Liver Failure Study Group, where INH is the leading cause after acetaminophen[15,16] (Table 3). In India, where acetaminophen use is rare, antituberculous agents lead the list of severe and often fatal DILI.[80]

## Recognizing Drug-induced Liver Injury

DILI has been traditionally divided into 3 main biochemical injury patterns (hepatocellular, cholestatic, and mixed) on the basis of the ratio of ALT to alkaline phosphatase (R value)[135] (Supplementary Table 2). These patterns have important implications as to prognosis. Of interest is the fact that although bilirubin does not factor into the R value, it has major prognostic significance as part of the Model for End-Stage Liver Disease score calculation as well as defining Hy's Law.

Although ALT and AST have been the primary biochemical indicators of hepatocellular injury since the 1950s, they are far from being sensitive or specific for DILI.[136] Moreover, these biomarkers do not actually predict injury because they are elevated only after injury has occurred.[17,136,137]

As illustrated by Aithal et al,[111] knowledge of the many mimics of DILI is essential to accurately distinguish between drug and non-drug causes. The injury pattern and the absolute height of liver-associated enzymes (LAEs) play important roles in helping to rule in or rule

**Table 4.** Drugs Withdrawn, Abandoned, Not Approved, or Given Restrictions in the United States Because of Hepatotoxicity in the Modern Era

| Withdrawn | Abandoned | Not approved[a] | Restricted |
|---|---|---|---|
| Iproniazid | Chloroform | Benoxaprofen | Trovafloxacin |
| Ticrynafen | Cinchophen | Oxmetidine | Telithromycin |
| Ibufenac | Phenurone | Ebrotidine | Bosentan |
| Suprofen | Phenindione | Dilevalol | Felbamate |
| Zoxazolamine | Fenclozic acid | Ajmaline | Tolcapone |
| Chenodeoxy-cholic acid | Isoxepac | Ximelagatran | |
| Pemoline | Thorium dioxide | Clometacine | |
| Oxiphenisatin | Suprofen | Nimesulide | |
| Troglitazone | Carbutamide | Lumiracoxib | |
| Bromfenac | Metahexamide | | |
| | Halothane[b] | | |
| | Erythromycin estolate[b] | | |
| | Phenylbutazone | | |

[a]Available outside of the United States.
[b]Use is limited.

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

**Table 5.** Causes of DILI by Drug Class in Various Global Registries

| Drug class | Sweden,[79] n = 784 | Spain,[78] n = 461 | USA,[76] n = 899 | Korea,[83] n = 371 | Iceland,[82] n = 96 | India,[80] n = 313 |
|---|---|---|---|---|---|---|
| Antibiotics (%) | 27 | 32 | 45.4 | NS | 37 | 65 |
| Central nervous system (%) | 3 | 17 | 9.8 | NS | 7 | 12 |
| Hypolipidemic (%) | 1 | 5 | 3.7 | NS | 3.1 | 1.6 |
| Other drugs (%) | 69 | 44 | 25.7 | 29.5 | 37 | 20 |
| Herbals (%) | NS | 2 | 16.1 | 71.6 | 16 | 1.3 |

NS, not specified.

out possible DILI. Mean values for ALT were 825 IU (about 20× upper limit of normal [ULN]) overall, with mean peak ALT of 1510 for H-cell injury in the updated DILIN series.[76] Mean peak alkaline phosphatase for cholestatic DILI was 682 IU (5–6× ULN). Among Irish patients hospitalized with ALT >1000 IU, non-acetaminophen iDILI accounted for only 16 of 182 cases (8.8%), nearly half of which were due to antituberculous medications.[138] The most common cause for ALT in this range in this series was ischemic hepatitis (61%). Data on mean peak values for other DILI series are given in Supplementary Table 3.

The median peak values for ALT from idiosyncratic drugs causing ALF is in the range of 500 IU,[15] far lower than values seen with acetaminophen injury, which can be among the highest recorded, often in the range of shock liver.[7] Indeed, when ALT or AST is >7500, the differential diagnosis is essentially limited to shock liver, acetaminophen overdose, toxic mushroom, or other chemical poisoning.[7] Acute iDILI would not be expected to approach such towering elevations. Alcoholic liver disease follows a set of rules unlike any other cause: AST > ALT ratio of 2–3:1 with maximal values for AST <300 and ALT <100[7,139]; again, this is not typical of acute iDILI.

Although liver biopsy was once regarded as an important diagnostic tool to identify acute and chronic forms of DILI,[140] recent observations from 249 well-accepted cases of liver injury in the U.S. DILIN concluded that no histologic feature was pathognomonic for DILI.[141] At best, liver biopsy findings may be supportive (Supplementary Table 4) but are most helpful in excluding other possible causes.[73] Certain histologic features may offer prognostic importance.[141]

## Diagnosing/Assigning Causality

In the absence of a highly sensitive and specific biomarker, DILI fundamentally remains a diagnosis of exclusion.[59,142] During what I call the Zimmerman-Ishak era of clinicopathologic correlation, most instances of DILI were based on case reports and case series found in the literature as well as the personal knowledge and experience of these 2 seminal observers and thinkers[7,140,143] (Supplementary Tables 4 and 5). Such

clinical expertise served them well at the time, but in the current age of newly identified viral causes such as hepatitis E virus[144] and because of the sheer number of potential hepatotoxic agents and confounding causes including underlying liver disease, our ability to confidently diagnose DILI has actually become more difficult.[64,106,145,146]

## Roussel Uclaf Causality Assessment Method

An international meeting of hepatic experts, hosted by the French pharmaceutical company Roussel Uclaf, was convened more than a quarter century ago in what was the first formal attempt to create an objective causality assessment tool for DILI.[135] What resulted was a methodology that uses 7 main domains, including onset (latent period) and offset (dechallenge) and, importantly, the response to re-exposure (rechallenge), which served to validate the agents in the original scoring system[147] (Supplementary Table 6).

Although Roussel Uclaf Causality Assessment Method (RUCAM) remains in widespread clinical use (albeit mostly outside of the United States), it is not particularly user-friendly.[64] It was based on the expert consensus opinions of the panel, and scoring requires a fairly high level of expertise and contains numerous questionable elements, a number of omissions (such as not accounting for ultra-short or very long latency and not considering any liver histology), and other deficiencies that reduce its clinical utility[64,148,149] (Supplementary Tables 7 and 8). Because of the advances made in identifying and excluding other causes of acute liver disease in the past 25 years, RUCAM is overdue for reevaluation and revision[64] (Supplementary Table 9). Indeed, owing to its inherent pitfalls, RUCAM is not used as the sole causality assessment method in the DILIN[150] or by many other DILI experts.[64,65] The DILIN approach is to incorporate expert opinion (or what Senior[151] refers to as "medical reasoning") into the elements of RUCAM to arrive at a percentage of likelihood that the drug under question is responsible[150] (Supplementary Table 10).

As the saying goes, it is very difficult to prove a negative, and this was never truer than for establishing

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

causality for DILI. Lack of data to exclude other causes is a constant source of concern and consternation for both published case reports as well as submissions alleging possible DILI sent to the FDA (eg, MedWatch and FDA Adverse Event Reporting System). Agrawal et al[152] found that the majority of published reports lack many of the important elements that are otherwise needed. In the clinical trial setting, it is easier to regulate the type and number of tests that are performed compared with the office or hospital setting where a high index of suspicion is required.[64,65] In the clinical trial setting, sponsors who want to do everything possible to exonerate their drug under development may opt to obtain every test conceivable to exclude alternatives. In the office setting, however, clinicians often direct their evaluation on the basis of symptoms and the height of the liver tests along with the injury pattern to decide what diagnostic tests would be best, although causality often seems directly proportional to the number of exclusionary tests conducted. Diagnosing DILI in patients with underlying CLD[73,76,106] or in the setting of treating malignant disease[153] or patients with congestive heart failure[154] brings with it an additional set of difficulties, relying heavily on the clinical experience and expertise of the adjudicator. In such settings where the science is still inexact, when to consider a liver biopsy and when and how to exclude acute viral hepatitis or chronic disorders such as fatty liver will require more uniform and validated standards than currently exist.[64,73,105,106]

When it comes to causality of possible liver injury from HDS, the assessment is often made more difficult by the fact that compounds may be adulterated with hepatotoxic contaminants, or many of the ingredients are unclassified or unknown.[77,128,155,156] Perhaps with better manufacturing and regulatory controls in place for HDS and further research, causality will become more accurate.[128,157]

## Predicting Drug-induced Livery Injury

The classic host risk factors for DILI are age, gender, underlying liver disease, use of alcohol, and obesity[7,73,139] (Supplementary Table 11). The extent to which they remain independently related to DILI is undergoing reassessment.

### Gender

Zimmerman[7] noted that women were more likely to develop DILI compared with men. Whether there is a true gender difference is uncertain, because women tend to be prescribed hepatotoxic medications in higher numbers than men, including minocycline, methyldopa, diclofenac, and nitrofurantoin among others.[73] Nevertheless, most DILI series are predominated by women (Supplementary Table 12).

### Age

Although most patients with DILI are adults, children are certainly not immune.[158,159] Hunt et al[160] analyzed the World Health Organization Safety Report Database for age and found an age distribution that mimics clinical experience: 6% in those aged 0–17 years, 62% for those aged 18–64 years, and 32% for patients aged >65 years. Although the RUCAM scoring system awards an extra point for individuals older than the age of 55,[135] this age cutoff was probably arbitrary and is discounted by most experts.[64] In the Vigibase registry, only about one-third of DILI cases were reported for patients older than the age of 55.[84] Similarly, the mean age for DILI in many of the global registries is below that threshold age[161] (Supplementary Table 12). In the U.S. DILIN, only about 1 in 6 cases involved patients aged >65 years.[76] However, those older than the age of 65 had a higher proportion of cholestatic injury (36% versus 21%), although the severity of injury was lower among this older age group.[76] Similarly, older patients were more likely to present with cholestatic injury in the Spanish series,[162] which may be more a function of the drugs they received (ie, a higher proportion of antibiotics, which as a class are known to cause cholestasis) rather than any biological basis of age alone.[76]

Certain drugs do appear to have a propensity to cause injury in an age-dependent fashion, eg, INH, Augmentin, and nitrofurantoin.[7,161] In addition, although it is well-known that certain metabolic processes may be impaired with increasing age,[163] the risk of DILI for most agents does not appear to increase with age alone.[161]

### Pharmacologic Properties and Drug-induced Liver Injury

Among non-host–related risk factors for DILI, the daily dose, extent of hepatic metabolism, and degree of lipophilicity may be as or more important than age or gender.[164–166] Traditionally, DILI has been divided into those agents causing predictable (dose-dependent, intrinsic) hepatotoxicity and those that are unpredictable (dose-independent, idiosyncratic) hepatotoxins.[7] This has proved to be an oversimplification because it is now better understood that all DILI is the result of exposure to a minimal threshold dose. Uetrecht et al[87,88] make a strong case for this being at least 10 mg, and others have demonstrated that daily doses of 50–100 mg are responsible for the majority of instances of DILI.[167,168] The Spanish registry noted that >2/3 of drugs causing DILI were prescribed in doses above 50 mg.[167] A high degree of hepatic metabolism (>50%) also correlated with an increased risk of DILI, but not necessarily with greater severity.[165,168]

Taking the dose and degree of hepatic metabolism one step further, Chen et al[33] devised a "Rule-of-Two" that found drugs with high lipophilicity given in doses

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 27, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

exceeding 100 mg were more likely to be hepatotoxic. The Rule-of-Two accurately predicted the liver injury seen with 14 of 15 drugs that had been withdrawn for hepatotoxicity (with the remaining drug given a warning), and it was also able to predict the hepatotoxic component of multidrug regimens. Working with a set of 70 compounds with clear evidence of hepatotoxicity, Chen et al[34] showed that the accuracy of the Rule-of-Two in predicting DILI was increased by 10%, and the number of drugs requiring additional experimental assessment was reduced by approximately 20% compared with high-content screening methodologies alone. In an attempt to refine the relationship between hepatic metabolism and daily dose, Yu et al,[169] utilizing the Liver Toxicity Knowledge Base Benchmark Dataset of >250 drugs, evaluated the role of P450 enzymes and DILI. They found that the only combination of pharmacologic factors predicting a higher likelihood of DILI was an agent being a substrate of P450 metabolism and given in a high daily dose. Interestingly, high lipophilicity was not a significant factor in their multivariate logistic regression analysis, suggesting that the initial 'rule of two'[33] may have to be redefined.

## "Omics" and Drug-induced Liver Injury

The fields of pharmacogenomics, metabolomics, proteomics, and others have revolutionized the field of drug discovery and are making substantial progress into identifying new predictive biomarkers and genetic risk factors for DILI.[59,91,95,142,164,170]

### Biomarkers

By using banked sera collected from patients in the DILIN, Bell et al[60] found that proteomic profiling identified several compounds such as apolipoprotein E that hold potential promise as biomarkers, although none has yet come to fruition as a true predictor of individual agents causing iDILI.[59] In contrast, certain biomarkers of hepatocyte necrosis and apoptosis (such as microRNA-122, high mobility group box-1, and keratin 18) appear useful in identifying those adults with acute acetaminophen toxicity who present with normal liver biochemistries who may go on to develop more severe injury.[170–173] Similar findings have also been shown in children.[174] These particular biomarkers, alone or in combination, may become useful adjuncts to the acetaminophen toxicity nomogram to predict which individuals will require treatment,[172,175] although Senior[151] cautions that the ability of such biomarkers to establish causality remains an ongoing concern.

### Pharmacogenetics

The current excitement and enthusiasm for personalized medicine have also permeated the field of hepatotoxicity in the form of pre-prescription pharmacogenetic testing to predict DILI. Genome-wide association study analyses have identified HLA and cytochrome phenotypic alterations that can be associated with an increased risk of DILI.[54,55] However, to date, few drugs have had verified associations with risk alleles uncovered from HLA genotyping, and they appear to be largely drug-specific[99–101,104] (Supplementary Table 13). As a case in point, among a recent genome-wide association study conducted on 783 patients of European ancestry from the U.S. DILIN and 3 international registries representing more than 200 implicated drugs, no significant genome-wide associations were seen apart from those for flucloxacillin and amoxicillin-clavulanate.[99] Also, the current state of the science is tempered by the reality that such testing, while having a high negative predictive value, has a relatively low positive predictive value.[55,99,104]

Drugs causing hepatocellular injury did show a trend toward an association in the vicinity of STAT4 (signal transducer and activator), suggesting a causal role of the innate immune system.[100] However, with a risk of about 1 in 500 for individuals carrying the HLA-B*5701 genotype for flucloxacillin DILI, clinicians in practice have not yet embraced such testing, even with a negative predictive value of 88%.[55,100,104] To date, the only drug for which HLA testing is recommended by FDA before initiation of treatment is abacavir. For the 4%–5% of human immunodeficiency virus positive patients who harbor HLA-B*5701, withholding the drug has led to a reduction in the number of severe hypersensitivity skin reactions, some of which are associated with DILI.[176] For other drugs in which genetic predictors have been identified, no formal recommendations have emerged as to whether these medications should be withheld,[17,55,59,73,100] although a case can probably be made for adjusting the dose of antituberculous medications on the basis of acetylator status.[104,177]

### Chronic Liver Disease and Drug-induced Liver Injury

Many clinicians are appropriately reticent to prescribe medications that are potentially hepatotoxic to individuals with underlying liver disease. The only examples that appear to have a defined increased risk of DILI in CLD are the antituberculous medications and some antiretroviral medications in patients with chronic hepatitis B or C.[178] In addition, leflunomide, especially in combination with methotrexate, appears to be at higher risk of causing DILI.[179,180]

Zimmerman[7] remarked that CLD by itself was not a significant risk factor for the vast majority of drugs being taken but provided a caveat that if acute hepatic injury developed in a patient with significant CLD, the consequences could be dire. Although many medications carry recommendations to reduce the dose in patients with

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

Case 3:15-cr-00496-L   Document 290-23   Filed 07/01/17   Page 8 of 25   PageID 11486

hepatic impairment,[181,182] it is unclear whether that strategy is, in fact, protective against acute DILI.[183] The vast majority of medications can be taken safely by patients with cirrhosis without added risk of acute DILI.[178,183,184] It often comes as a surprise to many patients and clinicians alike that acetaminophen taken in doses ≤2 g a day is considered a relatively safe alternative to nonsteroidal anti-inflammatory drugs, even in the face of cirrhosis.[183,185,186] Nevertheless, a study by Watkins et al[187] is an important reminder that acetaminophen, taken in the maximum therapeutic dose of 4 g daily (with or without narcotic analgesics) for up to 14 days by healthy male and female volunteers, caused elevations in ALT >3× ULN in 39%, with 19% experiencing ALT >5× ULN. All rises in ALT were observed after at least 3 days of treatment, with the highest recorded ALT being 636 IU/L (16× ULN). Despite these marked elevations, all subjects remained asymptomatic, and the ALT values declined to <3× ULN within a median of 6.5 days. The combination of acetaminophen with a narcotic did not increase the risk of ALT elevations compared with acetaminophen alone. However, lower doses of acetaminophen were not studied, leaving open the risk of exceeding 2 or 3 g daily for 4 days or longer, especially in patients with CLD.

One of 10 patients in the DILIN registry had preexisting CLD (mostly nonalcoholic fatty liver disease or hepatitis C).[76] In general, they had similar clinical features and demographics to patients without CLD, and there were no significant differences in the classes of agents causing DILI, suggesting that CLD in general did not increase the risk of DILI. Among the 5 leading causes of injury in DILIN (antimicrobials, herbals, cardiovascular drugs, antineoplastic agents, and central nervous system–acting drugs) (Table 5, Supplementary Table 1), there were no significant differences between patients with and without CLD. The one exception was azithromycin, which was found to be a statistically higher cause of DILI in the CLD group (6.7% vs 1.5%).[76]

Three-hydroxy-3-methyl-glutaryl-CoA reductase inhibitors (statins) are one of the best studied drug classes in CLD and appear safe in this setting.[188] Both retrospective analyses and prospective clinical trials have demonstrated the hepatic safety of these agents in this setting.[189–191] In particular, a prospective, randomized, placebo-controlled trial of high-dose pravastatin was designed to assess safety and efficacy in 326 hypercholesterolemic patients with mostly nonalcoholic fatty liver disease or hepatitis C virus who had baseline elevations of ALT up to 5× ULN.[190] The safety end point of a doubling of the baseline ALT occurred less frequently in the pravastatin group compared with the placebo recipients at all time points, suggesting that lowering of lipids also had a salutatory effect on fatty liver and ALT values. These data, coupled with finding that statins may reduce the risk of hepatocellular carcinoma and other malignancies, have helped remove most concerns about prescribing statins in CLD.[188,189,192–194]

# Prognosis/Natural History of Drug-induced Liver Injury

## Hy's Law

The late Hyman Zimmerman was quoted as saying as early as 1978 that drugs causing acute hepatocellular injury with jaundice were associated with a case-fatality rate of 10% or higher.[23,124,137,195,196] The agents involved were many of the classic hepatotoxins of the times in an era largely predating ALT monitoring and liver transplantation.[7,124] Such cases often involved dramatic elevations in aminotransferases and bilirubin. Zimmerman recognized that this particular combination of liver injury biomarkers reflected a degree of hepatic functional impairment that could be life-threatening.[137] In what was later affectionately referred to as "Hy's Rule" and later "Hy's Law" by Robert Temple at FDA,[23,137,195,197] this relatively humble biochemical observation has evolved into one of the most important clinical measures of hepatic safety with significant regulatory implications.[20,23,198]

Focusing their attention on the drug development process and clinical trial testing, Robert Temple, along with John Senior and others at FDA, modified these biochemical parameters so that hepatotoxicity of drugs under study could be identified well before crossing the threshold of irreversible liver failure. The regulatory definition of this modified Hy's Law,[20,23,137,196] as it currently stands, consists of ALT/AST >3× ULN in combination with total bilirubin >2× ULN in the absence of cholestatic injury (alkaline phosphatase <2× ULN) and no other cause identified.[17,19,73,198] It can be represented graphically in an Evaluation of Drug-Induced Serious Hepatotoxicity plot (Supplementary Figure 1). This definition, which some refer to as "Hy's Law criteria," implying that causality assessment is still required,[196] is an essential part of the stopping rules as set forth in FDA guidance to industry on preventing hepatotoxicity in the preapproval development process.[199] Even a single patient adjudicated as a possible Hy's Law case can be grounds for suspending further clinical testing and even abandoning development of the drug in question entirely.[199]

Although Hy's Law was never specifically validated in a clinical trial during his lifetime,[137] the observation has stood the test of time. A number of studies have recorded a combined rate of death or need for liver transplant of approximately 10% (Table 6).[76,78,79,200] In India, where liver transplant was not available, mortality rates are even higher.[80,201] Among patients with CLD, the DILIN series reported higher mortality in this subgroup (16% versus 5.2%), verifying Zimmerman's axiom that if acute injury occurred in a patient with CLD, especially cirrhosis, the outcome would predictably be worse.[7,76]

By using a database of oncology trials, Parks et al[202] suggested that threshold elevations be raised to ALT

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

Case 3:15-cr-00496-L   Document 290-23   Filed 07/01/17   Page 9 of 25   PageID 11487

**Table 6.** Hy's Law in iDILI Cases in Global Registries

| Country | Sweden[79] | Spain[78] | USA[76] | India[80] |
|---|---|---|---|---|
| Years | 1970–2004 | 1994–2004 | 2004–2013 | 1997–2008 |
| No. of patients | 784 | 446 | 899 | 313 |
| Study type | National registry | Prospective 32 centers | Prospective 10 centers | Retrospective single center |
| Hepatocellular injury | 52 | 58 | 54 | NS |
| Mixed/cholestatic (%) | 22/26 | 22/20 | 23/23 | |
| Age (y) | 58 | 53 | 49 | 39.3 |
| Female (%) | 58 | 49 | 59 | 42 |
| Hospitalized (%) | NS | 53 | 59 | 100 |
| Overall death/LT (%) | 9.2 | 7.1 (5.4/1.7) | 10.2 (6.2/4) | 17.3[a] |
| Hepatocellular DILI (%) | 12.7 | 7/3 | 5.4/6.2 | Anti-TB drugs, 21.5 |
| Cholestatic DILI (%) | 7.8 | 5/1 | 2.9 | Other drugs, 11.4 |
| Mixed DILI (%) | 2.4 | 2/0 | 0 | |
| Chronic DILI (%) | NS | 10.3 | 16.6 | NS |

LT, liver transplant; NS, not stated; TB, tuberculosis.
[a]LT not available.

6.9× the baseline value and bilirubin 6.5× baseline to prevent premature discontinuation of a potential valuable therapy in patients with and without hepatic metastases. Robles-Diaz et al[203] proposed a new composite algorithm to predict ALF. By using AST >17.3× ULN, total bilirubin >6.6× ULN, and AST:ALT ratio >1.5, they found a specificity of 82% and a sensitivity of 80%. Two-thirds of these patients were jaundiced, and more than 50% were hospitalized, reflecting the advanced nature of the liver injury. Whether such revised definitions become part of clinical or regulatory practice is yet to be determined.[198]

Although Zimmerman downplayed cholestatic injury in his prognostic modeling, particularly as cholestatic hepatotoxins rarely caused acute liver failure in his experience,[7,204] the current DILI registries do suggest that cholestatic drugs can also be associated with significant morbidity and mortality (Table 6).[76,78,79,200]

### Acute Drug-induced Liver Injury Becoming Chronic

It has long been axiomatic that if a drug causing acute DILI is discontinued, the injury is expected to resolve.[205] Hepatocellular injury generally does so within several weeks, whereas cholestatic injury can take up to several months.[78,206] For a select number of drugs (many of which were antimicrobials causing acute cholestasis), injury persisted even after the drug was discontinued.[206] Many of these cases mimicked primary biliary cirrhosis, and in rare instances, vanishing bile duct syndrome led to biliary cirrhosis and portal hypertension.[207–209] In contrast, drugs given short-term and causing acute hepatocellular injury have only rarely been implicated in chronic DILI after the medication is stopped.[206] Drugs that are administered chronically (eg, nitrofurantoin, minocycline, methyldopa) may cause insidious injury (eg, autoimmune hepatitis), but it is usually self-limited, resolving after the drug is stopped

or after a course of immunosuppressive therapy.[210,211] Liver biopsy may be helpful in differentiating idiopathic from drug-induced autoimmune hepatitis in such instances (Supplementary Table 4).[212]

An important aspect of the prospective nature of the U.S. DILIN is the mandatory follow-up of patients to define which agents causing acute DILI may become chronic.[76,200] The definition of chronic DILI was arbitrarily set as persistent abnormalities 6 months after the acute event, and this may be too short a duration, because slow-to-resolve DILI may be confused with true chronic injury.[198] To this end, the U.S. DILIN is prospectively following acute DILI cases out to at least 24 months.[213] Current data indicate that nearly 19% of cases have persistently elevated LAEs at 6 months,[200] and about 75% are still elevated at 12 months.[213] The majority of these "persisters" are patients who took agents causing cholestatic injury, as has been the case historically.[206] Histologic findings in DILIN suggested that outcomes were worse in patients whose histology showed greater degrees of necrosis, microvesicular steatosis, higher stages of fibrosis, and ductular reactions. In contrast, milder injury was associated with the presence of granulomas and eosinophilic infiltrates.[141] Long-term follow-up in Sweden found that among 685 patients evaluated after a median time of 10 years, chronic injury was rare. Only 5 patients (0.73%) had cryptogenic cirrhosis for which DILI might have been responsible.[214]

## Preventing Drug-induced Liver Injury

Bjornson et al[181] note that for most drugs that can cause liver injury, product labels call for dose reduction if liver disease is present and often carry a warning that they should be used cautiously in the setting of CLD. However, there is little if any information to currently support the notion that a lower dose would in fact lead to a decreased risk of hepatic injury.[183]

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

Case 3:15-cr-00496-L   Document 290-23   Filed 07/01/17   Page 10 of 25   PageID.11488

## Liver-associated Biochemistry Monitoring

LAE monitoring was born out of the observation that if a drug is stopped before crossing the threshold of ALF, recovery can be expected.[7,205] Although dozens of drugs have had ALT monitoring recommended,[139] it remains largely unproven that the time, expense, and inconvenience of performing such monitoring is actually effective. Even in instances where a drug is known to cause life-threatening hepatotoxicity and under the threat of several regulatory actions to mandate monitoring, the recommendation has fallen short. Such was the case with troglitazone, where fewer than 5% of patients were still being monitored appropriately after 3 months.[215] One of the only examples where ALT monitoring has been considered to be effective is bosentan.[216] But even here under one of the most restrictive and stringent risk evaluation and mitigation strategies, adherence has been suboptimal.[216] Pre-prescription testing for CYP2C9 polymorphisms that convey an increased risk of DILI from bosentan[217,218] might prove to be a more effective method to prevent DILI than ALT monitoring,[219] but this presupposes that such pharmacogenetic screening is accurate.[220] Whether the availability of a finger stick test for ALT, akin to home glucose testing, would change attitudes or practice patterns is unknown but remains close to reality.[221,222] Ultimately, it is expected that all biochemical monitoring will be supplanted by a form of predictive testing.[219]

Recommendations to monitor INH in patients without liver disease call for the self-reporting of hepatitis-related symptoms without routine ALT testing, because the majority of individuals taking INH worldwide do so safely.[223] Nevertheless, the success of this form of monitoring may be in the eye of the beholder, because INH remains a major cause of severe DILI and DI-ALF worldwide.[16,76,80,201] An analysis of the DILIN registry not surprisingly found that adherence to the American Thoracic Society guidelines was poor in patients who developed acute DILI, with 55% continuing INH for more than 7 days despite meeting stopping criteria.[224] As these investigators suggested,[224] perhaps the use of a mobile phone text messaging system to remind patients to report symptoms would improve outcomes.[225]

Of particular note, statins were initially given labeling that required regular LAE monitoring, which was based on both animal toxicity findings as well as the clinical trial data.[188] However, compliance with monitoring was very poor.[226] As the hepatic safety of statins grew to be recognized, the stance at FDA changed, and the need for ALT monitoring in patients with normal values at baseline was eventually dropped.[188,227] For patients requiring statins who have CLD, most experts consider ALT monitoring for the first few months to be prudent, because the potential benefits of the drug appear to outweigh the risks.[188]

## Desensitization-Rechallenge

Deliberate re-exposure (rechallenge) to the same drug suspected as causing acute iDILI is generally discouraged[73,139,228] for fear of producing an even more severe reaction, including death from ALF.[229–231] For certain life-threatening illness, such as active tuberculosis, where no alternative therapies are available, desensitization-rechallenge strategies have been successfully implemented, whereby the same agents causing DILI can be restarted.[232–235]

The strategy of switching from one drug to another in the same or related class in an attempt to avoid recurrent hepatotoxicity in a patient experiencing iDILI is probably done frequently in clinical practice, but formal studies are lacking. Successful drug substitutions in this setting have been reported for statins,[236] thiazolidinediones,[237] and non-estolate salts of erythromycin.[209] In the case of penicillin, cephalosporins can generally be given safely, although the semisynthetic penicillins have actually been more likely to cause DILI.[238] Similarly, the ketolide, telithromycin, is at least as likely to cause liver injury as macrolides.[238]

### Restricting Access to Acetaminophen

Attempts to restrict access to acetaminophen (paracetamol) in certain European countries to as little as 12 g (because 10 g is generally considered the threshold for ALF to occur) initially demonstrated a significant reduction in deaths and liver transplants due to liver failure.[239] In the most recent analysis of the effects of this legislation, a 43% reduction in the number of suicide-related or undetermined deaths involving paracetamol (with or without alcohol) has translated into 765 fewer deaths during the past 11 years.[240] Inadvertent overdoses among adults as well as children remain problematic but should be preventable through better education and improved product labeling.[241,242] Duration of usage is also an important consideration, as demonstrated by Watkins et al,[187] where 4 g taken daily for more than 3 days can lead to significant elevations in ALT, even among healthy persons.

## Treating Drug-induced Liver Injury

Lagging behind all of the advances in the detection, diagnosis, and prevention of DILI is our ability to treat acute DILI.[6,73,205] The cardinal rule to limit injury is to stop the suspected offending agent as soon as possible.[7,73] In some cases this means discontinuing a drug that is efficacious, and in situations where there are no alternative agents, the patient may be deprived of a beneficial medication, especially if causality is in doubt.[111] Some patients have received ursodiol or steroids in cases of cholestatic DILI, although such treatment has been met with only anecdotal success.[70,73,205,243]

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

N-acetylcysteine has been available for decades and is extremely effective at managing and preventing acute injury to acetaminophen overdose.[242,244] Oral and intravenous formulations appear equally effective,[245] but identifying patients at risk for hypersensitivity reactions to N-acetylcysteine is essential.[246] Few, if any, specific antidotes are available to treat acute hepatotoxicity from other agents. The use of N-acetylcysteine for non-acetaminophen DI-ALF appears to have only limited utility in adults before the development of hepatic coma[71] and is not helpful in children.[72] Carnitine supplementation may ameliorate injury from valproic acid,[247] as might folic acid to reduce methotrexate toxicity.[248] An enterohepatic washout regimen of cholestyramine is recommended to hasten clearance of the drug in patients with suspected hepatic (or other organ) injury from leflunamide.[249]

The use of liver assist devices such as molecular adsorbent recirculating systems or plasma exchange has proven effective as a bridge to transplant but remains largely investigational.[68,69,250–252] The role of nanotechnology to deliver hepatoprotective agents to the liver promises for the future.[67] The benefits of hepatic cytoprotection by using silymarin (milk thistle) and other potential nutriceuticals in acute DILI is largely anecdotal[253] but deserves further study.

Liver transplantation remains an important rescue procedure in the case of irreversible ALF but is limited by its availability.[16,254] As the saying goes, the best treatment is prevention, and this is certainly true when it comes to DILI.

## Supplementary Material

Note: To access the supplementary material accompanying this article, visit the online version of *Clinical Gastroenterology and Hepatology* at www.cghjournal.org, and at http://dx.doi.org/10.1016/j.cgh.2015.06.017.

## References

1. Pyrosopoulos NT, ed. Drug hepatotoxicity. Clin Liver Dis 2013;17:507–786.
2. Chalasani N, Hayashi PH. Slow but steady progress in a field with many knowledge gaps. Semin Liver Dis 2014;34:113–114.
3. Kaplowitz N, DeLeve LD, eds. Drug-induced liver disease. 3rd ed. London: Elsevier/Academic Press, 2013.
4. Watkins PB, Merz M. The clinical liver safety assessment best practices workshop: rationale, goals, accomplishments and the future. Drug Saf 2014;37(Suppl 1):S1–S7.
5. Senior J, Watkins P, Avigan M, Pauls L. Drug-induced liver injury (DILI) conference XV: the importance of getting it right. Available at: www.fda.gov/Drugs/ScienceResearch/ResearchAreas/ucm071471.htm. Accessed March 18–19, 2015.
6. Chalhoub WM, Sliman KD, Arumuganathan M, et al. Drug-induced liver injury: what was new in 2013? Expert Opin Drug Metab Toxicol 2014;10:1–22.
7. Zimmerman HJ. Hepatotoxicity: the adverse effects of drugs and other chemicals on the liver. 2nd ed. Philadelphia: Lippincott, William & Wilkins, 1999.
8. Popper H, Rubin E, Cardiol D, et al. Drug-induced liver disease: a penalty for progress. Arch Intern Med 1965;115:128–136.
9. Stricker BHC, Spoelstra P. Drug-induced hepatic injury. Amsterdam: Elsevier, 1985.
10. Lewis JH, Kleiner DE. Hepatic injury due to drugs, herbal compounds, chemicals and toxins. In: Burt AD, Portmann BC, Ferrell LD, eds. MacSween's pathology of the liver. 6th ed. Edinburgh: Churchill Livingstone, 2012:645–760.
11. Navarro VJ, Senior JR. Drug-related hepatotoxicity. N Engl J Med 2006;354:731–739.
12. Luedde T, Kaplowitz N, Schwabe RF. Cell death and cell death responses in liver disease: mechanisms and clinical relevance. Gastroenterology 2014;147:765–783.
13. Tujios S, Fontana RJ. Mechanisms of drug-induced liver injury: from bedside to bench. Nat Rev Gastroenterol Hepatol 2011;8:202–211.
14. Stephens C, Andrade RJ, Lucena MI. Mechanisms of drug-induced liver injury. Curr Opin Allergy Clin Immunol 2014;14:286–292.
15. Lee WM. Drug-induced acute liver failure. Clin Liver Dis 2013;17:575–586.
16. Reuben A, Koch DG, Lee WM, et al. Drug-induced acute liver failure: results of a U.S. multicenter, prospective study. Hepatology 2010;52:2065–2076.
17. Lewis JH. Drug-induced liver injury throughout the drug development life cycle: where we have been, where we are now and where we are headed—perspectives of a clinical hepatologist. Pharmaceutical Medicine 2013;27:165–191.
18. Avigan MI. DILI and drug development: a regulatory perspective. Semin Liver Dis 2014;34:215–226.
19. Regev A. Drug-induced liver injury and drug development: industry perspective. Semin Liver Dis 2014;34:227–239.
20. Senior JR. Evolution of the Food and Drug Administration approach to liver safety for new drugs: current status and challenges. Drug Saf 2014;37(Suppl 1):S9–S17.
21. Wang B, Avorn J, Kesselheim AS. Clinical and regulatory features of drugs not initially approved by the FDA. Clin Pharmacol Ther 2013;94:670–677.
22. Stine JG, Lewis JH. Drug-induced liver injury: a summary of recent advances. Expert Opin Drug Metab Toxicol 2011;7:1–16.
23. Temple R. Hy's Law: predicting serious hepatotoxicity. Pharmacoepidemiol Drug Saf 2006;15:241–243.
24. Przybylak K, Cronin M. In silico models for drug-induced liver injury: current status. Expert Opin Drug Metab Toxicol 2012;201–217.
25. Stepan A, Walker D, Bauman J, et al. Structural alert/reactive metabolite concept as applied in medicinal chemistry to mitigate the risk of idiosyncratic drug toxicity: a perspective based on the critical examination of trends in the top 200 drugs marketed in the United States. Chem Res Toxicol 2011;24:1345–1410.
26. Zhang M, Chen M, Tong W. Is toxicogenomics a more reliable and sensitive biomarker than conventional indicators from rats to predict drug-induced injury in humans. Chem Res Toxicol 2012;25:122–129.
27. Liu Z, Shi Q, Ding D, et al. Translating clinical findings into knowledge in drug safety evaluation, Drug-Induced Liver Injury Prediction System (DILIps). PLoS Comput Biol 2011;12:e1002310.
28. Cheng F, Theodorescu D, Shulman I, et al. In vitro transcriptomic prediction of hepatotoxicity for early drug discovery. J Theoret Biol 2011;290:27–36.

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

29. Amacher DE. The primary role of hepatic metabolism in idiosyncratic drug-induced liver injury. Expert Opin Drug Metab Toxicol 2012;8:335–347.

30. Xu J, Dunn M, Smith A, et al. Assessment of hepatotoxicity potential of drug candidate molecules including kinase inhibitors by hepatocyte imaging assay technology and bile flux imaging assay technology. Methods Mol Biol 2012; 795:83–107.

31. Woodhead JL, Yang K, Siler SQ, et al. Mechanistic modeling reveals the critical knowledge gaps in bile acid-mediated DILI. CPT Pharmacometrics Syst Pharmacol 2014;3:e123.

32. Guo T, Gelperin K, Senior JR. A tool to help you decide (detect potentially serious liver injury). Available at: http://www.fda.gov/downloads/Drugs/ScienceResearch/ResearchAreas/ucm076777.pdf. Accessed July 18, 2015.

33. Chen M, Borlak J, Tong W. High lipophilicity and high daily dose of oral medications are associated with significant risk for drug-induced liver injury. Hepatology 2013;58:388–396.

34. Chen M, Tung CW, Shi Q, et al. A testing strategy to predict risk for drug-induced liver injury in humans using high-content screen assays and the 'rule-of-two' model. Arch Toxicol 2014; 88:1439–1449.

35. Brinker AD, Lyndly J, Tonning J, et al. Profiling cumulative proportional reporting ratios of drug-induced liver injury in the FDA Adverse Event Reporting System (FAERS) database. Drug Saf 2013;36:1169–1178.

36. Behrman RE, Benner JS, Brown JS, et al. Developing the Sentinel System: a national resource for evidence development. N Engl J Med 2011;364:498–499.

37. Chen M, Zhang J, Wang Y, et al. The Liver Toxicity Knowledge Base: a systems approach to a complex end point. Clin Pharmacol Ther 2013;93:409–412.

38. Andrews S, Holden R. Characteristics and management of immune-related adverse effects associated with a new immunotherapy for metastatic melanoma. Cancer Manag Res 2012; 4:299–307.

39. Kleiner DE, Berman D. Pathologic changes in ipilimumab-related hepatitis in patients with metastatic melanoma. Dig Dis Sci 2012;57:2233–2240.

40. Felser A, Blum K, Lindinger PW, et al. Mechanisms of hepatocellular toxicity associated with dronedarone: a comparison to amiodarone. Toxicol Sci 2013;131:480–490.

41. Watkins PB, Lewis JH, Kaplowitz N, et al. Clinical pattern of tolvaptan-associated liver injury in subjects with autosomal dominant polycystic kidney disease: analysis of clinical trials database. Drug Saf 19 July 2015 (Epub ahead of print).

42. Brinker AD, Wassel RT, Lyndly J, et al. Telithromycin-associated hepatotoxicity: clinical spectrum and causality assessment of 42 cases. Hepatology 2009;49:250–257.

43. Vuppalanchi R, Hayashi PH, Chalasani N, et al. Duloxetine hepatotoxicity: a case-series from the drug-induced liver injury network. Aliment Pharmacol Ther 2010;32:1174–1183.

44. Orman ES, Conjeevaram HS, Vuppalanchi R, et al. Clinical and histopathologic features of fluoroquinolone-induced liver injury. Clin Gastroenterol Hepatol 2011;9:517–523.

45. Russo MW, Hoofnagle JH, Gu J, et al. Spectrum of statin hepatotoxicity: experience of the drug-induced liver injury network. Hepatology 2014;60:679–686.

46. Martinez MA, Vuppalanchi R, Fontana RJ, et al. Clinical and histologic features of azithromycin-induced liver injury. Clin Gastroenterol Hepatol 2015;13:369–376.

47. Iacovelli R, Palazzo A, Procopio G, et al. Incidence and relative risk of hepatic toxicity in patients treated with antiangiogenic tyrosine kinase inhibitors for malignancy. Br J Clin Pharmacol 2014;77:929–938.

48. Aleo MD, Luo Y, Swiss R, et al. Human drug-induced liver injury severity is highly associated with dual inhibition of liver mitochondrial function and bile salt export pump. Hepatology 2014; 60:1015–1022.

49. Boelsterli UA, Lee PK. Mechanisms of isoniazid-induced idiosyncratic liver injury: emerging role of mitochondrial stress. J Gastroenterol Hepatol 2014;29:678–687.

50. Ribeiro MP, Santos AE, Custodio JB. Mitochondria: the gateway for tamoxifen-induced liver injury. Toxicology 2014; 323:10–18.

51. Webb GJ, Adams DH. Modeling idiosyncrasy: a novel animal model of drug-induced liver injury. Hepatology 2015;61: 1124–1126.

52. Metushi IG, Cai P, Zhu X, et al. A fresh look at the mechanism of isoniazid-induced hepatotoxicity. Clin Pharmacol Ther 2011; 89:911–914.

53. Fontana RJ. Pathogenesis of idiosyncratic drug-induced liver injury and clinical perspectives. Gastroenterology 2014;146: 914–928.

54. Daly AK, Day CP. Genetic association studies in drug-induced liver injury. Drug Metab Rev 2012;44:116–126.

55. Urban TJ, Daly AK, Aithal GP. Genetic basis of drug-induced liver injury: present and future. Semin Liver Dis 2014;34: 123–133.

56. Chen R, Zhang Y, Tang S, et al. The association between HLA-DQB1 polymorphism and antituberculosis drug-induced liver injury: a case-control study. J Clin Pharm Ther 2015;40: 110–115.

57. Visschers RG, Luyer MD, Schaap FG, et al. The gut-liver axis. Curr Opin Clin Nutr Metab Care 2013;16:576–581.

58. Possamai LA, McPhail MJ, Khamri W, et al. The role of intestinal microbiota in murine models of acetaminophen-induced hepatotoxoicity. Liver Int 2015;35:764–773.

59. Hawkins MT, Lewis JH. Latest advances in predicting DILI in human subjects: focus on biomarkers. Expert Opin Drug Metab Toxicol 2012;8:1521–1530.

60. Bell LN, Vuppalanchi R, Watkins PB, et al. Serum proteomic profiling in patients with drug-induced liver injury. Aliment Pharmacol Ther 2012;35:600–612.

61. Steuerwald NM, Foureau DM, Norton HJ, et al. Profiles of serum cytokines in acute drug-induced liver injury and their prognostic significance. PLoS One 2013;8:e81974.

62. Welch MA, Kock K, Urban TJ, et al. Towards predicting drug-induced liver injury (DILI): parallel computational approaches to identify MRP4 and BSEP inhibitors. Drug Metab Dispos 2015; 43:725–734.

63. Rockey DC, Seeff LB, Rochon J, et al. Causality assessment in drug-induced liver injury using a structured expert opinion process: comparison to the Roussel-Uclaf causality assessment method. Hepatology 2010;51:2117–2126.

64. Lewis JH. Causality assessment: which is best—expert opinion or RUCAM? Clinical Liver Dis 2014;4:4–8.

65. Regev A, Seeff LB, Merz M, et al. Causality assessment for suspected DILI during clinical phases of drug development. Drug Saf 2014;37(Suppl 1):S47–S56.

66. Teo YL, Ho HK, Chan A. Formation of reactive metabolites and management of tyrosine kinase inhibitor-induced hepatotoxicity:

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

a literature review. Expert Opin Drug Metab Toxicol 2014; 15:1–12.

67. Momen-Heravi F, Bala S, Bukong T, et al. Exosome-mediated delivery of functionally active miRNA-155 inhibitor to macrophages. Nanomedicine 2014;10:1517–1527.

68. Lexmond WS, Van Dael CM, Scheenstra R, et al. Experience with molecular adsorbent recirculating system treatment in 20 children listed for high-urgency liver transplantation. Liver Transpl 2015;21:369–380.

69. Liu CT, Chen TH, Cheng CY. Successful treatment of drug-induced acute liver failure with high-volume plasma exchange. J Clin Apheresis 2013;28:430–434.

70. Wree A, Dechene A, Herzer K, et al. Steroid and ursodeozycholic acid combination therapy in severe drug-induced liver injury. Digestion 2011;84:54–59.

71. Singh S, Hynan LS, Lee WM, et al. Improvements in hepatic serological biomarkers are associated with clinical benefits of intravenous N-acetylcysteine in early stage non-acetaminophen acute liver failure. Dig Dis Sci 2013;58:1397–1402.

72. Squires RH, Dhawan A, Alonso E, et al. Intravenous N-acetylcysteine in pediatric patients with nonacetaminophen acute liver failure: a placebo-controlled clinical trial. Hepatology 2013; 57:1542–1549.

73. Chalasani NP, Hayashi PH, Bonkovsky HL, et al. ACG clinical guideline: the diagnosis and management of idiosyncratic drug-induced liver injury. Am J Gastroenterol 2014;109:950–966.

74. Hoofnagle JH. Drug-induced liver injury network (DILIN). Hepatology 2004;40:773.

75. Fontana RJ, Watkins PB, Bonkovsky HL, et al. Drug-Induced Liver Injury Network (DILIN) prospective study: rationale, design and conduct. Drug Saf 2009;32:55–68.

76. Chalasani N, Bonkovsky HL, Fontana RJ, et al. Drug-induced liver in the USA: a report of 899 instances assessed prospectively. Gastroenterology 2015;148:1340–1352.

77. Navarro VJ, Barnhart H, Bonkovsky HL, et al. Liver injury from herbals and dietary supplements in the U.S. Drug-Induced Liver Injury Network. Hepatology 2014;60:1399–1408.

78. Andrade RJ, Lucena MI, Fernandez MC, et al. Drug-induced liver injury: an analysis of 461 incidences submitted to the Spanish registry over a 10-year period. Gastroenterology 2005;129: 512–521.

79. Bjornsson E, Olsson R. Outcome and prognostic markers in severe drug-induced liver disease. Hepatology 2005;42:481–489.

80. Devarbhavi H, Dierkhising R, Kremers WK, et al. Single-center experience with drug-induced liver injury from India: causes, outcome, prognosis, and predictors of mortality. Am J Gastroenterol 2010;105:2396–2404.

81. Sistanizad M, Peterson GM. Drug-induced liver injury in the Australian setting. J Clin Pharmacol Ther 2013;38:115–120.

82. Bjornsson ES, Bergmann OM, Bjornsson HK, et al. Incidence, presentation, and outcomes in patients with drug-induced liver injury in the general population of Iceland. Gastroenterology 2013;144:1419–1425.

83. Suk KT, Kim DJ, Kim CH, et al. A prospective nationwide study of drug-induced liver injury in Korea. Am J Gastroenterol 2012; 107:1380–1387.

84. Petronijevic M, Ilic K. Associations of gender and age with the reporting of drug-induced hepatic failure: data from VigiBase™. J Clin Pharmacol 2013;53:435–443.

85. Hoofnagle JH, Serrano J, Knoben JE, et al. LiverTox: a website on drug-induced liver injury. Hepatology 2013;57:873–874.

86. Adams DH, Ju C, Ramaiah SK, et al. Mechanisms of immune-mediated liver injury. Toxicol Sci 2010;115:307–321.

87. Uetrecht J, Naisbitt DJ. Idiosyncratic adverse drug reactions: current concepts. Pharmacol Rev 2013;65:779–808.

88. Zhang X, Liu F, Chen X, et al. Involvement of the immune system in idiosyncratic drug reactions. Drug Metab Pharmacokinet 2011;26:47–59.

89. Kenna JG. Current concepts in drug-induced bile salt export pump (BSEP) interference. Curr Protoc Toxicol 2014;61:23.7.1–23.7.15.

90. Welch MA, Kock K, Urban TJ, et al. Toward predicting drug-induced liver injury: parallel computational approaches to identify multidrug resistance protein 4 and bile salt export pump inhibitors. Drug Metab Dispos 2015;43:725–734.

91. Au JS, Navarro VJ, Rossi S. Review article: drug-induced liver injury—its pathophysiology and evolving diagnostic tools. Aliment Pharmacol Ther 2011;34:11–20.

92. Buness A, Roth A, Hermann A, et al. Identification of metabolites, clinical chemistry markers and transcripts associated with hepatotoxicity. PLoS One 2014;16;9:e97249.

93. Eun JW, Bae HJ, Shen Q, et al. Characteristic molecular and proteomic signatures of drug-induced liver injury in a rat model. J Appl Toxicol 2015;35:152–164.

94. Mattes W, Davis K, Fabian E, et al. Detection of hepatotoxicity potential with metabolite profiling (metabolomics) of rat plasma. Toxicol Lett 2014;230:467–478.

95. Chen M, Bisgin H, Tong L, et al. Toward predictive models for drug-induced liver injury in humans: are we there yet? Biomarkers Med 2014;8:201–213.

96. Knudsen TB, Keller DA, Sander M, et al. FutureTox II: in vitro data and in silico models for predictive toxicology. Toxicol Sci 2015;143:256–267.

97. Grove JI, Aithal GP. Human leukocyte antigen genetic risk factors of drug-induced liver toxicology. Expert Opin Drug Metab Toxicol 2014;10:1–15.

98. Matsumoto T, Ohno M, Azuma J. Future of pharmacogenetics-based therapy for tuberculosis. Pharmacogenomics 2014; 15:601–607.

99. Urban TJ, Shen Y, Stolz A, et al. Limited contribution of common genetic variants to risk for liver injury due to a variety of drugs. Pharmacogenet Genomics 2012;22:784–795.

100. Alfirevic A, Pirmohamed M. Predictive genetic testing for drug-induced liver injury: considerations of clinical utility. Clin Pharmacol Ther 2012;92:376–380.

101. Overby CL, Hripcsak G, Shen Y. Estimating heritability of drug-induced liver injury from common variants and implications for future study designs. Scientific Rep 2014;4:5762.

102. Tang SW, Lv XZ, Chen R, et al. Lack of association between genetic polymorphisms of CYP3A4, CYP2C9 and CYP2C19 and antituberculosis drug-induced liver injury in a community-based Chinese population. Clin Exp Pharmacol Physiol 2013;40: 326–332.

103. Chen M, Suzuki A, Borlak J, et al. Drug-induced liver injury: interactions between drug properties and host factors. J Hepatol. 2015;63:503–514.

104. Aithal GP. Pharmacgenetic testing in idiosyncratic drug-induced liver injury: current role in clinical practice. Liver Int 2015; 35:1801–1807.

105. Avigan MI, Bjornsson ES, Pasanen M, et al. Liver safety assessment: required data elements and best practices for data collection and standardization in clinical trials. Drug Saf 2014; 37(Suppl 1):S19–S31.

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

Case 3:15-cr-00496-L   Document 290-23   Filed 07/01/17   Page 14 of 25   PageID 11492

106. Kullak-Ublick GA, Merz M, Griffel L, et al. Liver safety assessment in special populations (hepatitis B, C and oncology trials). Drug Saf 2014;37(Suppl 1):S57–S62.

107. Goodsaid FM, Frueh FW, Mattes W. The Predictive Safety Testing Consortium: a synthesis of the goals, challenges and accomplishments of the Critical Path. Drug Disc Today Technol 2007;4:47–50.

108. The International Serious Adverse Event Consortium (iSAEC). Available at: www.saeconsortium.org. Accessed July 18, 2015.

109. The DILI-sim initiative and DILIsym® software. Available at: http://dilisim.com. Accessed July 18, 2015.

110. Weiler S, Merz M, Kullak-Ublick GA. Drug-induced liver injury: the dawn of biomarkers? F1000Prime Rep 2015;7:34.

111. Aithal GP, Rawlins MD, Day CP. Accuracy of hepatic adverse drug reaction reporting in one English health region. BMJ 1999; 319:1541.

112. Sgro C, Clinard F, Ouazir K, et al. Incidence of drug-induced injuries: a French population-based study. Hepatology 2002; 36:451–455.

113. Meier Y, Cavallaro M, Roos M, et al. Incidence of drug-induced liver injury in medical in-patients. Eur J Clin Pharmacol 2005; 61:135–143.

114. Bjornsson ES. Epidemiology and risk factors for idiosyncratic drug-induced liver injury. Semin Liver Dis 2014;34:115–122.

115. Vuppalanchi R, Liangpunsakul S, Chalasani N. Etiology of new-onset jaundice: how often is it caused by idiosyncratic drug-induced liver injury in the United States? Am J Gastroenterol 2007;102:558–562.

116. Carey EJ, Vargas HE, Douglas DD, et al. Inpatient admissions for drug-induced liver injury: results from a single center. Dig Dis Sci 2008;53:1977–1982.

117. Galan MV, Potts JA, Silverman AL, et al. The burden of acute nonfulminant drug-induced hepatitis in a United States tertiary referral center. J Clin Gastroenterol 2005;39:64–67.

118. Wysowski DK, Swartz L. Adverse drug event surveillance and drug withdrawals in the United States, 1969-2002: the importance of reporting suspected reactions. Arch Intern Med 2005; 165:1363–1369.

119. Lucena MI, Andrade RJ, Rodrigo L, et al. Trovafloxacin-induced acute hepatitis. Clin Infect Dis 2000;30:400–401.

120. Fontana RJ, McCashland TM, Benner KG, et al. Acute liver failure associated with prolonged use of bromfenac leading to liver transplantation: the Acute Liver Failure Study Group. Liver Transpl Surg 1999;5:480–484.

121. Graham DJ, Green L, Senior JR, et al. Troglitazone-induced liver failure: a case study. Am J Med 2003;114:299–306.

122. Goldkind L, Laine L. A systematic review of NSAIDs withdrawn from the market due to hepatotoxicity: lessons learned from the bromfenac experience. Pharmacoepidemiol Drug Saf 2006; 15:213–220.

123. Lee WM, Larrey D, Olsson R, et al. Hepatic findings in long-term clinical trials of ximelagatran. Drug Saf 2005;28:351–370.

124. Lewis JH. 'Hy's law', 'the Rezulin Rule' and other predictors of severe drug-induced hepatotoxicity: putting risk-benefit into perspective. Pharmacoepidemiol Drug Saf 2006; 15:221–229.

125. Singer JB, Lewitzky S, Leroy E, et al. A genome-wide study identifies HLA alleles associated with lumiracoxib-related liver injury. Nat Genet 2010;42:711–1471.

126. Navarro VJ, Lucena MI. Hepatotoxicity induced by herbal and dietary supplements. Semin Liver Dis 2014;34:172–193.

127. Navarro VJ, Bonkovsky HL, Hwang SI, et al. Catechins in dietary supplements and hepatotoxicity. Dig Dis Sci 2013;58: 2682–2690.

128. Seeff LB, Bonkovsky HL, Navarro VJ, et al. Herbal products and the liver: review of adverse effects and mechanisms. Gastroenterology 2015;148:517–532.

129. Teschke R, Wolff A, Frenzel C, et al. Herbal hepatotoxicity: a tabular compilation of reported cases. Liver Int 2012;32: 1543–1556.

130. Teschke R, Wolff A, Frenzel C, et al. Review article: herbal hepatotoxicity—an update on traditional Chinese medicine preparations. Aliment Pharmacol Ther 2014;40:32–50.

131. Elinav E, Pinsker G, Safadi R, et al. Association between consumption of Herbalife nutritional supplements and acute hepatotoxicity. J Hepatol 2007;47:514–520.

132. Roytman MM, Porzgen P, Lee CL, et al. Outbreak of severe hepatitis linked to weight-loss supplement OxyELITE Pro. Am J Gastroenterol 2014;109:1296–1298.

133. Zhao CQ, Zhou Y, Ping J, et al. Traditional Chinese medicine for treatment of liver diseases: progress, challenges and opportunities. J Integr Med 2014;12:401–408.

134. Oh SJ, Cho JH, Son CG. Systematic review of the incidence of herbal drug-induced liver injury in Korea. J Ethnopharmacol 2015;159:253–256.

135. Danan G, Benichou C. Causality assessment of adverse reactions to drugs: I—a novel method based on the conclusions of international consensus meetings: application to drug-induced liver injuries. J Clin Epidemiol 1993;46:1323–1330.

136. Senior JR. Monitoring for hepatotoxicity: what is the predictive value of liver 'function' tests? Clin Pharmacol Ther 2009; 85:331–334.

137. Senior JR. How can "Hy's law" help the clinician? Pharmacoepidemiol Drug Saf 2006;15:235–239.

138. Galvin Z, McDonough A, Ryan J, et al. Blood alanine aminotransferase levels >1000 IU/L: causes and outcomes. Clin Med 2015;15:244–247.

139. Lewis JH. Drug-induced liver disease. Med Clin North Am 2000; 84:1275–1311.

140. Ishak KG, Zimmerman HJ. Morphologic spectrum of drug-induced hepatic disease. Gastroenterol Clin North Am 1995; 24:759–786.

141. Kleiner DE, Chalasani NP, Lee WM, et al. Hepatic histological findings in suspected drug-induced liver injury: systematic evaluation and clinical associations. Hepatology 2014; 59:661–670.

142. Watkins PB. Biomarkers for the diagnosis and management of drug-induced liver injury. Semin Liver Dis 2009;29:393–399.

143. Zimmerman HJ, Ishak KG. General aspects of drug-induced liver disease. Gastroenterol Clin North Am 1995;24:739–757.

144. Davern TJ, Chalasani N, Fontana RJ, et al. Acute hepatitis E infection accounts for some cases of suspected drug-induced liver injury. Gastroenterology 2011;141:1665–1672.

145. Kaplowitz N. Causality assessment versus guilt-by-association in drug hepatotoxicity. Hepatology 2001;33:308–310.

146. Aithal GP, Watkins PB, Andrade RJ, et al. Case definition and phenotype standardization in drug-induced liver injury. Clin Pharmacol Ther 2011;89:806–815.

147. Benichou C, Danan G, Flahault A. Causality assessment of adverse reactions to drugs: II—an original model for validation of drug causality assessment methods: case reports with positive rechallenge. J Clin Epidemiol 1993;46:1331–1336.

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

148. Shapiro MA, Lewis JH. Causality assessment of drug-induced hepatotoxicity: promises and pitfalls. Clin Liver Dis 2007; 11:477–505.

149. Garcia-Cortes M, Stephens C, Lucena MI, et al. Causality assessment methods in drug induced liver injury: strengths and weaknesses. J Hepatol 2011;55:683–691.

150. Rockey DC, Seeff LB, Rochon J, et al. Causality assessment in drug-induced liver injury using a structured expert opinion process: comparison to the Roussel-Uclaf Causality Assessment Method. Hepatology 2010;51:2117–2126.

151. Senior JR. New biomarkers for drug-induced liver injury: are they really better? what do they diagnose? Liver Int 2014;34: 325–327.

152. Agrawal VK, McHutchison JG, Hoofnagle JH, for the Drug-Induced Liver Injury Network. Important elements for the diagnosis of drug-induced liver injury. Clin Gastroenterol Hepatol 2010;8:463–470.

153. Ulcickas Yood M, Bortolini M, Casso D, et al. Incidence of liver injury among cancer patients receiving chemotherapy in an integrated health system. Pharmacoepidemiology Drug Saf 2015; 24:427–434.

154. Ambrosy AP, Vaduganathan M, Huffman MD, et al. Clinical course and predictive value of liver function tests in patients hospitalized for worsening heart failure with reduced ejection fraction: an analysis of the EVEREST trial. Eur J Heart Fail 2012; 14:302–311.

155. Teschke R, Frenzel C, Schulze J, et al. Herbal hepatotoxicity: challenges and pitfalls of causality assessment methods. World J Gastroenterol 2013;19:2864–2882.

156. Hayashi PH, Barnhart HX, Fontana RJ, et al. Reliability of causality assessment for drug, herbal and dietary supplement hepatotoxicity in the Drug-Induced Liver Injury Network (DILIN). Liver Int 2015;35:1623–1632.

157. Vuppalanchi R, Navarro V, Vega M, et al. Herbal dietary supplement associated hepatotoxicity: an upcoming workshop and need for research. Gastroenterology 2015;148:480–482.

158. Squires RH Jr, Shneider BL, Bucuvalas J, et al. Acute liver failure in children: the first 348 patients in the Pediatric Acute Liver Failure Study Group. J Pediatr 2006;148:652–658.

159. Molleston JP, Fontana RJ, Lopez MJ, et al. Characteristics of idiosyncratic drug-induced liver injury in children: results from the DILIN prospective study. J Pediatr Gastroenterol Nutr 2011; 53:182–189.

160. Hunt CM, Yuen NA, Stirnadel-Farrant HA, et al. Age-related differences in reporting of drug-associated liver injury: data-mining of WHO Safety Report Database. Regul Toxicol Pharmacol 2014;70:519–526.

161. Stine JG, Sateesh P, Lewis JH. Drug-induced liver injury in the elderly. Curr Gastroenterol Rep 2013;15:299.

162. Lucena MI, Andrade RJ, Kaplowitz N, et al. Phenotypic characterization of idiosyncratic drug-induced liver injury: the influence of age and sex. Hepatology 2009;49:2001–2009.

163. Woodhouse K, Wynne HA. Age-related changes in hepatic function: implications in drug therapy. Drug Aging 1992; 2:243–255.

164. Corsini A, Bortolini M. Drug-induced liver injury: the role of drug metabolism and transport. J Clin Pharmacol 2013;53:463–474.

165. Vuppalanchi R, Gotur R, Reddy KR, et al. Relationship between characteristics of medications and drug-induced liver disease phenotype and outcome. Clin Gastroenterol Hepatol 2014; 12:1550–1555.

166. Lewis JH. Drug-induced liver injury, dosage, and drug disposition: is idiosyncrasy really unpredictable? Clin Gastroenterol Hepatol 2014;12:1556–1561.

167. Lammert C, Einarsson S, Saha C, et al. Relationship between daily dose of oral medications and idiosyncratic drug-induced liver injury: search for signals. Hepatology 2008; 47:2003–2009.

168. Lammert C, Bjornsson E, Niklasson A, et al. Oral medications with significant hepatic metabolism at higher risk for hepatic adverse effects. Hepatology 2010;51:615–620.

169. Yu K, Geng X, Chen M, et al. High daily dose and being a substrate of cytochrome P450 enzymes are two important predictors of drug-induced liver injury. Drug Metab Dispo 2014; 42:744–750.

170. Starkey Lewis PJ, Dear J, Platt V, et al. Circulating microRNAs as potential markers of human drug-induced liver injury. Hepatology 2011;54:1767–1776.

171. Antoine DJ, Dear JW, Lewis PS, et al. Mechanistic biomarkers provide early and sensitive detection of acetaminophen-induced acute liver injury at first presentation to hospital. Hepatology 2013;58:777–787.

172. Roderburg C, Benz F, Vargas Cardenas D, et al. Elevated miR-122 serum levels are an independent marker of liver injury in inflammatory diseases. Liver Int 2015;35:1172–1184.

173. Yang M, Antoine DJ, Weemhoff JL, et al. Biomarkers distinguish apoptotic and necrotic cell death during hepatic ischemia/reperfusion injury in mice. Liver Transpl 2014;20:1372–1382.

174. Yang X, Salminen WF, Shi Q, et al. Potential of extracellular microRNAs as biomarkers of acetaminophen toxicity in children. Toxicol Appl Pharmacol 2015;284:180–187.

175. Dear JW, Antoine DJ. Stratification of paracetamol overdose patients using new toxicity biomarkers: current candidates and future challenges. Expert Rev Clin Pharmacol 2014;7:181–189.

176. Phillips E, Mallal S. Successful translation of pharmacogenetics into the clinic: the abacavir example. Mol Diagn Ther 2009; 13:1–9.

177. Ng CS, Hasnat A, Al Maruf A, et al. N-acetyltransferase 2 (NAT2) genotype as a risk factor for development of drug-induced liver injury relating to antituberculosis drug treatment in a mixed-ethnicity patient group. Eur J Clin Pharmacol 2014; 70:1079–1086.

178. Gupta NK, Lewis JH. Review article: the use of potentially hepatotoxic drugs in patients with liver disease. Aliment Pharmacol Ther 2008;28:1021–1041.

179. Alcorn N, Saunders S, Madhok R. Benefit-risk assessment of leflunomide: an appraisal of leflunomide in rheumatoid arthritis 10 years after licensing. Drug Saf 2009;32:1123–1134.

180. Lee S-W, Park H-J, Kim BK, et al. Leflunomide increases the risk of silent liver fibrosis in patients with rheumatoid arthritis receiving methotrexate. Arthritis Res Ther 2012;14:R232.

181. Bjornsson ES, Jacobsen EI, Einarsdottir R, et al. Discrepancies in liver disease labeling in the package inserts of commonly prescribed medications. Gastroenterology 2015;148:269–273.

182. Delco F, Tchambaz L, Schlienger R, et al. Dose adjustment in patients with liver disease. Drug Saf 2005;28:529–545.

183. Lewis JH, Stine JG. Review article: prescribing medications in patients with cirrhosis—a practical guide. Aliment Pharmacol Ther 2013;37:1132–1156.

184. Lucena MI, Andrade RJ, Tognoni G, et al. Drug use for non-hepatic conditions in patients with liver cirrhosis. Eur J Clin Pharmacol 2003;59:71–76.

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

185. Rossi S, Assis DN, Awsare M, et al. Use of over-the-counter analgesics in patients with chronic liver disease: physicians' recommendations. Drug Saf 2008;31:261–270.

186. Nguyen D, Banerjee N, Abdelaziz D, et al. Trainees' attitudes and preferences toward the use of over the counter analgesics in patients with chronic liver disease. Adv Pharmacoepidemiol Drug Saf 2014;3:1000167.

187. Watkins PB, Kaplowitz N, Slattery JT, et al. Aminotransferase elevations in healthy subjects receiving 4 grams of acetaminophen daily: a randomized controlled trial. JAMA 2006; 296:87–93.

188. Lewis JH. Clinical perspective: statins and the liver—harmful or helpful? Dig Dis Sci 2012;57:1754–1763.

189. Vuppalanchi R, Teal E, Chalasani N. Patients with elevated baseline liver enzymes do not have a higher frequency of hepatotoxicity from lovastatin than those with normal baseline liver enzymes. Am J Med Sci 2005;329:62–65.

190. Lewis JH, Mortensen ME, Zweig S, et al. Efficacy and safety of high-dose pravastatin in hypercholesteroloemic patients with well-compensated chronic liver disease: results of a prospective, randomized, double-blind, placebo-controlled, multicenter trial. Hepatology 2007;46:1453–1463.

191. Kumar S, Grace ND, Qamar AA. Statin use in cirrhosis: a retrospective cohort study. Dig Dis Sci 2014;59:1958–1965.

192. Lewis JH. Prescribing a statin to a cirrhotic patient to reduce hepatic decompensation and improve survival: impossible you say? Dig Dis Sci 2014;59:1684–1687.

193. Singh S, Singh PP, Singh AG, et al. Statins are associated with a reduced risk of hepatocellular cancer: a systematic review and meta-analysis. Gastroenterology 2013;144:323–332.

194. Vallianou NG, Kostantinou A, Kougias M, et al. Statins and cancer. Anticancer Agents Med Chem 2014;14:706–712.

195. Reuben A. Hy's law. Hepatology 2004;39:574–578.

196. Kaplowitz N. Rules and laws of drug hepatotoxicity. Pharmacoepidemiol Drug Saf 2006;15:231–233.

197. Senior JR. Drug hepatotoxicity from a regulatory perspective. Clin Liver Dis 2007;11:507–524.

198. Regev A, Bjornsson ES. Drug-induced liver injury: morbidity, mortality and Hy's Law. Gastroenterology 2014;147:20–24.

199. Guidance for industry. Drug-induced liver injury: premarketing clinical evaluation. Silver Spring, MD: Food and Drug Administration, July 2009. Available at: http://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm 174090.pdf. Accessed July 18, 2015.

200. Fontana RJ, Hayashi PH, Gu J, et al. Idiosyncratic drug-induced liver injury is associated with substantial morbidity and mortality within 6 months from onset. Gastroenterology 2014; 147:96–108.

201. Devarbhavi H, Singh R, Patil M, et al. Outcome and determinants of mortality in 269 patients with combination anti-tuberculosis drug-induced liver injury. J Gastroenterol Hepatol 2013;28:161–167.

202. Parks D, Lin X, Painter JL, et al. A proposed modification to Hy's law and Edish criteria in oncology clinical trials using appregated historical data. Pharmacoepidemiol Drug Saf 2013;22:571–578.

203. Robles-Diaz M, Lucena MI, Kaplowitz N, et al. Use of Hy's Law and a new composite algorithm to predict acute liver failure in patients with drug-induced liver injury. Gastroenterology 2014; 147:109–118.

204. Lewis JH, Zimmerman JH. Drug- and chemical-induced cholestasis. Clin Liver Dis 1999;3:433–464.

205. Marino G, Zimmerman HJ, Lewis JH. Management of drug-induced liver disease. Curr Gastroenterol Rep 2001;3:38–48.

206. Aithal PG, Day CP. The natural history of histologically proved drug induced liver disease. Gut 1999;44:731–735.

207. Desmet V. Vanishing bile duct syndrome in drug-induced liver disease. J Hepatol 1988;7:193–199.

208. Degott C, Feldman G, Larrey D, et al. Drug-induced prolonged cholestasis in adults: a histological semiquantitative study demonstrating progressive ductopenia. Hepatology 1992; 15:244–251.

209. Mohi-ud-din R, Lewis JH. Drug- and chemical-induced cholestasis. Clin Liver Dis 2004;8:95–132.

210. Bjornsson E, Talwalker J, Treeprasertsuk S, et al. Drug-induced autoimmune hepatitis: clinical characteristics and prognosis. Hepatology 2010;51:2040–2048.

211. Licata A, Maida M, Cabibi D, et al. Clinical features and outcomes of patients with drug-induced autoimmune hepatitis: a retrospective cohort study. Dig Liver Dis 2014;46:1116–1120.

212. Suzuki A, Brunt EM, Kleiner DE, et al. The use of liver biopsy evaluation in discrimination of idiopathic autoimmune hepatitis versus drug-induced liver injury. Hepatology 2011; 54:931–939.

213. Fontana RJ, Hayashi PH, Watkins PB, et al. Cholestatic drug reactions are more likely to cause persistent liver injury and impaired quality of life during prolonged follow-up: results from the DILIN Prospective study. Boston: AASLD, 2014:abstract #1067.

214. Björnsson E, Davidsdottir L. The long-term follow-up after idiosyncratic drug-induced liver injury with jaundice. J Hepatol 2009;50:511–517.

215. Graham D, Drinkard C, Shatin D, et al. Liver enzyme monitoring in patients treated with troglitazone. JAMA 2001;286:831–833.

216. Blanchette CM, Nunes AP, Lin ND, et al. Adherence to risk evaluation and mitigation strategies (REMS) requirements for monthly testing of liver function. Drugs Context 2015;10:4.

217. Markova SM, DeMarco T, Bendjilali N, et al. Association of CYP2C9*2 with bosentan-induced liver injury. Clin Pharmacol Ther 2013;94:678–686.

218. Seyfarth HJ, Favreau N, Tennert C, et al. Genetic susceptibility to hepatotoxicity due to bosentan treatment in pulmonary hypertension. Ann Hepatol 2014;13:803–809.

219. Watkins PB. Managing the risk of drug-induced liver injury. Clin Pharmacol Ther 2013;94:629–631.

220. Roustit M, Fonrose X, Montani D, et al. CYP2C9, SLCO1B1, SLCO1B3, and ABCB11 polymorphisms in patients with bosentan-induced liver toxicity. Clin Pharmacol Ther 2014; 95:583–585.

221. Pollock NR, Colby D, Rolland JP. A point-of-care paper-based fingerstick transaminase test: toward low-cost "lab-on-a-chip" technology for the developing world. Clin Gastroenterol Hepatol 2013;11:478–482.

222. Pollock NR, McGray S, Colby DJ, et al. Field evaluation of a prototype paper-based point-of-care fingerstick transaminase test. PLoS One 2013;8:e75616.

223. Saukkonen JJ, Cohn DL, Jasmer RM, et al. An official ATS statement: hepatotoxicity of antituberculosis therapy. Am J Respir Crit Care Med 2006;174:935–952.

224. Hayashi PH, Fontana RJ, Chalasani NP, et al. Under-reporting and poor adherence to monitoring guidelines for severe cases of isoniazid hepatotoxicity. Clin Gastroenterol Hepatol 2015.

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

225. Nglazi MD, Bekker LG, Wood R, et al. Mobile phone text messaging for promoting adherence to anti-tuberculosis treatment: a systematic review. BMC Infect Dis 2013;13:566.

226. Leaver H, Keng Lim T, Thompson P, et al. Compliance to recommended liver function monitoring in patients on statin therapy. Cardiovasc Ther 2009;27:96–100.

227. FDA Drug Safety Communication. Important safety label changes to cholesterol-lowering statin drugs. February 28, 2012. Available at: http://www.fda.gov/Drugs/DrugSafety/ucm293101.htm. Accessed July 18, 2015.

228. Andrade RJ, Robles M, Lucena MI. Rechallenge in drug-induced liver injury: the attractive hazard. Expert Opin Drug Saf 2009; 8:709–714.

229. Papay JI, Clines D, Rafi R, et al. Drug-induced liver injury following positive drug rechallenge. Regul Toxicol Pharmacol 2009;54:84–90.

230. Hunt CM, Papay JI, Rich DS, et al. The evaluation of drug rechallenge: the casopitant Phase III program. Regul Toxicol Pharmacol 2010;58:539–543.

231. Hunt CM. Mitochondrial and immunoallergic injury increase risk of positive drug rechallenge after drug-induced liver injury: a systematic review. Hepatology 2010;52:2216–2222.

232. Sharma SK, Singla R, Sarda P, et al. Safety of 3 different reintroduction regimens of antituberculosis drugs after development of antituberculosis treatment-induced hepatotoxicity. Clin Infect Dis 2010;50:833–839.

233. Saukkonen J. Challenges in reintroducing tuberculosis medications after hepatotoxicity. Clin Infect Dis 2010;50:840–842.

234. Thongraung W, Lertphongpiroon W, Pungrassami P, et al. Physicians' practices regarding management of antituberculosis drug-induced hepatotoxicity. Southeast Asian J Trop Med Public Health 2012;43:724–734.

235. Thong BY, Chia FL, Tan SC, et al. A retrospective study on sequential desensitization-rechallenge for antituberculosis drug allergy. Asia Pac Allergy 2014;4:156–163.

236. Charles EC, Olson KL, Sandhoff BG, et al. Evaluation of cases of severe statin-related transaminitis within a large health maintainance organization. Am J Med 2005;118:618–624.

237. Lebovitz HE. Differentiating members of the thiazolidinedione class: a focus on safety. Diabetes Metab Res Rev 2002; 18(Suppl 2):S23–S29.

238. Stine JG, Lewis JH. Hepatotoxicity of antibiotics: a review and update for the clinician. Clin Liver Dis 2013;17:609–642.

239. Hawton K, Bergen H, Simkin S, et al. Impact of different pack sizes of paracetamol in the United Kingdom and Ireland on intentional overdoses: a comparative study. BMC Public Health 2011;11:460.

240. Hawton K, Bergen H, Simkin S, et al. Long term effect of reduced pack sizes of paracetamol on poisoning deaths and liver transplant activity in England and Wales: interrupted time series analyses. BMJ 2013;346:f403.

241. King JP, Davis TC, Bailey SC, et al. Developing consumer-centered, nonprescription drug labeling a study in acetaminophen. Am J Prev Med 2011;40:593–598.

242. Bari K, Fontana RJ. Acetaminophen overdose: what practitioners need to know. Clinical Liver Dis 2014;4:17–21.

243. Wree A, Dechene A, Herzer K, et al. Steroid and ursodesoxycholic acid combination therapy in severe drug-induced liver injury. Digestion 2011;84:54–59.

244. Rumack BH, Bateman DN. Acetaminophen and acetylcysteine dose and duration: past, present and future. Clin Toxicol (Phila) 2012;50:91–98.

245. Green JL, Heard KJ, Reynolds KM, et al. Oral and intravenous acetylcysteine for treatment of acetaminophen toxicity: a systematic review and meta-analysis. West J Emerg Med 2013; 14:218–226.

246. Schmidt LE. Identification of patients at risk of anaphylactoid reactions to N-acetylcysteine in the treatment of paracetamol overdose. Clin Toxicol (Phila) 2013;51:467–472.

247. Russell S. Carnitine as an antidote for acute valproate toxicity in children. Curr Opin Pediatr 2007;19:206–210.

248. Shea B, Swinden MV, Ghogomu MT, et al. Folic acid and folinic acid for reducing side effects in patients receiving methotrexate for rheumatoid arthritis. J Rheumatol 2014;41:1049–1060.

249. Leflunamide. FDA prescribing information. Available at: www.fda.gov/downloads/safety/MedWatch/Safetyinformation/safetyalertsforhumanmedicalproducts/ucm168409.pdf. Accessed July 18, 2015.

250. Banares R, Catalina MV, Vaquero J. Molecular adsorbent recirculating system and bioartificial devices for liver failure. Clin Liver Dis 2014;18:945–956.

251. Saliba F, Camus C, Durand F, et al. Albumin dialysis with a noncell artificial liver support device in patients with acute liver failure: a randomized, controlled trial. Ann Intern Med 2013; 159:522–531.

252. Saliba F, Samuel D. Artificial liver support: a real step forward. Minerva Med 2015;106:35–43.

253. Abenavoli L, Capasso R, Milic N, et al. Milk thistle in liver diseases: past, present, future. Phytother Res 2010;24:1423–1432.

254. Mindikoglu AL, Magder LS, Regev A. Outcome of liver transplantation for drug-induced acute liver failure in the United States: analysis of the United Network for Organ Sharing database. Liver Transpl 2009;15:719–729.

Reprint requests
Address requests for reprints to: James H. Lewis, MD, Division of Gastroenterology, Hepatology Section, 3800 Reservoir Road NW, Washington, District of Columbia 20007. e-mail: lewisjh@gunet.georgetown.edu; fax: (202) 444-4211.

Conflicts of interest
The author discloses no conflicts.

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

Case 3:15-cr-00496-L   Document 290-23   Filed 07/01/17   Page 18 of 25   PageID 11496



**Supplementary Figure 1.** Evaluation of Drug-Induced Serious Hepatotoxicity plot. Graphic representation of ALT and total bilirubin (TLB) values from clinical trial comparing 2 drugs in this theoretical example. Subjects with ALT <3× ULN and TLB <2× ULN are shown in *left lower* (normal) quadrant of the plot. Subjects with ALT >3× ULN and TLB >2× ULN are displayed in the Hy's Law (*right upper*) quadrant, implying the possibility that DI-ALF might develop. Subjects with ALT >3× ULN and TLB <2× ULN are displayed in the Temple's corollary (*right lower*) quadrant, implying that serious DILI is still possible. Subjects with possible cholestatic injury, Gilbert's syndrome, or hemolysis are seen in *left upper* (hyperbilirubinemia) quadrant. Evaluation of Drug-Induced Serious Hepatotoxicity plots can be devised that directly link each individual point to a narrative or other patient information to assist in the adjudication process to determine causality.[32]

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

Case 3:15-cr-00496-L    Document 290-23    Filed 07/01/17    Page 19 of 25    PageID 11497

**Supplementary Table 1.** Most Common Individual Causes of iDILI in Various Global Registries

| U.S. DILIN,[76] n = 899 | Spain,[78] n = 446 | Sweden,[79] n = 784 | Iceland,[82] n = 96 | India,[80] n = 313 |
|---|---|---|---|---|
| Amoxicillin-clavulanate 10% | Amoxicillin-clavulanate 13.2% | Flucloxacillin 16.5% | Amoxicillin-clavulanate 22.9% | INH + anti-TB 57.8% |
| INH 5.3% | INH + anti-TB 6.9% | Erythromycin 5.4% | Diclofenac 6.3% | Phenytoin 6.7% |
| Nitrofurantoin 4.7% | Ebrotidine 4.9% | Disulfiram 3.4% | Nitrofurantoin 4.2% | Dapsone 5.4% |
| SMX-TMP 3.4% | Ibuprofen 4% | TMP-SMX 2.7% | Infliximab 4.2% | Olanzapine 5.4% |
| Minocycline 3.1% | Flutamide 3.8% | Diclofenac 2.6% | Azathioprine 4.2% | Carbamazine 2.9% |
| Cefazolin 2.2% | Ticlopidine 2.9% | Carbamazepine 2.2% | Isotretinoin 3.1% | Cotrimoxazole 2.2% |
| Azithromycin 2% | Diclofenac 2.7% | Halothane 1.9% | Atorvastatin 2.1% | Atorvastatin 1.6% |
| Ciprofloxacin 1.8% | Nimesulide 2% | Naproxen 1.4% | Doxycycline 2.1% | Leflunamide 1.3% |
| Levofloxacin 1.4% | Carbamazepine 1.8% | Ranitidine 1.3% | | Ayurvedic 1.3% |
| Diclofenac 1.3% | Bentazepam 1.6% | Enalapril 1% | | Methotrexate 1% |

SMX, sulfamethoxazole; TB, tuberculosis; TMP, trimethoprim.

**Supplementary Table 2.** Calculating R Values

| Calculation of R value | |
|---|---|
| | ALT/AST value divided by its ULN = fold elevation ÷ fold elevation above ULN for alkaline phosphatase |
| Definitions | |
| | Hepatocellular injury = R > 5 |
| | Cholestatic injury = R < 2 |
| | Mixed injury = R >2 <5 |

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

**Supplementary Table 3.** Mean and Peak LAE Values From Various Causes of Acute DILI

| | U.S. DILIN[76] | Sweden[79] | Spain[78] | India[80] | USALFSG[15] | | USALFSG iDILI[16] |
| | | | | | APAP | iDILI | |
|---|---|---|---|---|---|---|---|
| Mean AST (*IU*) | — | 7.2 × ULN | — | 405 | — | | 561.15 |
| Mean ALT (*IU*) | 825 | 12.5 × ULN | — | 394 | 3773 | 639.5 | 609.1 |
| Mean AP (*IU*) | 288 | 2.1 × ULN | — | 311 | | | 165.3 |
| Mean bilirubin (*mg/dL*) | 6.7 | 6.2 × ULN | — | 8.5 | 4.3 | 19.8 | 19.45 |
| Peak ALT in H-cell DILI (mean) | 1510 | 34.3 × ULN | (31×)[a] | — | — | — | — |
| Peak AP in cholestatic (mean) | 339 | 6 × ULN | (5.2) 32.7× | — | — | — | — |
| Peak ALT in ALF | — | 56 × ULN[b] | (30.4×) | 537.1[c] | — | — | 2013.5 |
| Peak AST in ALF | — | 59 × ULN[b] | | 661.7[c] | — | — | 1418.5 |
| Peak bilirubin in ALF | — | 25.3 × ULN[b] | (16.9×) | 19.2[c] | — | — | 29.8 |

ALFSG, Acute Liver Failure Study Group; AP, alkaline phosphate; APAP, acetaminophen; LT, liver transplant.
[a]x = fold above normal.
[b]In fatal or LT cases.
[c]In non-survivors (LT not available).

**Supplementary Table 4.** Histologic Findings Suggesting Possible DILI

| Finding | Drug examples |
|---|---|
| I. Steatosis | |
| • Microvesicular steatosis | Valproate, tetracycline, salicylates, didanosine |
| • Macrovesicular steatosis | Tamoxifen, methotrexate, ethanol, lopitamide |
| • Phospholipidosis | Amiodarone |
| II. Necroinflammation | |
| • Autoimmune hepatitis–like | Minocycline, nitrofurantoin, methyldopa |
| • Acute viral hepatitis–like | INH, sulfonamides, diclofenac |
| • Mononucleosis-like | Phenytoin, para-aminosalicylate, dapsone |
| III. Cholestasis | |
| • Intrahepatic (bland) cholestasis | C-17 alkylated anabolic, contraceptive steroids, TPN |
| • PBC-like ductopenia | Chlorpromazine, thiabendazole, haloperidol, imipramine |
| • PSC-like biliary sclerosis | Floxuridine via hepatic artery infusion |
| IV. Vascular | |
| • Peliosis | Anabolic steroids, vinyl chloride |
| • Sinusoidal dilatation | Contraceptive steroids |
| • Sinusoidal obstruction syndrome | Cyclophosphamide, pyrrolizidine alkaloids |
| • Nodular regenerative hyperplasia | Azathioprine, 6-thioguanine |
| • Hepatoportal sclerosis | Anti-neoplastic agents, arsenicals |
| V. Granulomas | |
| • Fibrin-ring type | Allopurinol |
| • Multinucleated giant cell type | Phenylbutazone |
| • With associated cholangitis | Chlorpromazine, methyldopa, allopurinol |
| • With associated vasculitis | Sulfonamide, phenytoin, glibenclamide |
| VI. Neoplastic | |
| • Hepatic adenoma | Contraceptive steroids |
| • Angiosarcoma | Androgenic steroids, vinyl chloride, thorium dioxide |
| • Hepatocellular carcinoma | Androgens, estrogens, arsenicals, methyltestosterone |
| VII. Miscellaneous | |
| • Mallory-Denk bodies | Amiodarone |
| • Portal neutrophils and intracellular cholestasis | Favors DI-AIH meeting criteria for AIH |

AIH, autoimmune hepatitis; PBC, primary biliary cirrhosis; PSC, primary sclerosing cholangitis; TPN, total parenteral nutrition.

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

Case 3:15-cr-00496-L   Document 290-23   Filed 07/01/17   Page 21 of 25   PageID 11499

**Supplementary Table 5.** Classic Clinical Syndromes Associated With Acute DILI

- Acute viral hepatitis–like: eg, isoniazid: absence of hypersensitivity symptoms; present with malaise, fatigue, anorexia, nausea, vomiting, right upper quadrant pain
- Hypersensitivity syndrome: fever, rash, and/or eosinophilia seen in 25%–30% of DILI cases, usually with short latency and prompt rechallenge response (eg, amoxicillin-clavulanate, phenytoin, carbamazepine, sulfamethoxazole-trimethoprim, halothane)
- Sulfone syndrome: eg, dapsone: fever, exfoliative dermatitis, lymphadenopathy, atypical lymphocytosis, eosinophilia, hemolytic anemia, methemoglobinemia
- Pseudomononucleosis syndrome: eg, phenytoin, dapsone, sulfonamides: hypersensitivity syndrome with atypical lymphocytosis, lymphadenopathy, and splenomegaly
- DILI associated with severe skin injury: Stevens-Johnson syndrome, toxic epidermal necrolysis, eg, beta-lactam antibiotics, allopurinol, carbamazepine
- Autoimmune hepatitis associated with positive autoantibodies: eg, nitrofurantoin, minocycline, methyldopa
- Immune-mediated colitis with autoimmune hepatitis: eg, ipilimumab
- Acute cholecystitis–like: eg, erythromycin estolate
- Reye syndrome–like: eg, valproic acid: hepatocellular injury, acidosis, hyperammonemia, encephalopathy, abdominal pain, nausea, vomiting, paradoxical worsening of seizure activity, microvesicular steatosis on biopsy

**Supplementary Table 6.** RUCAM Assessment Criteria for Awarding (or Subtracting) Points

1. Time to onset (latency)
   a. Suggestive
   b. Compatible from start of the drug or from cessation of the drug
2. Course (response to discontinuation; de-challenge)
   a. Highly suggestive
   b. Suggestive
   c. Compatible
   d. Inconclusive
   e. Against the drug
   f. Considered inconclusive in all situations if the drug is continued
3. Risk factors
   a. Presence or absence of ethanol (for hepatocellular injury)
   b. Ethanol or pregnancy (for cholestatic injury)
   c. Age (≤55 or ≥55 y)
4. Concomitant medications
   a. With evidence of known hepatotoxic potential
   b. Without known hepatotoxic potential
5. Search for non-drug causes
   a. Six group I causes (viral hepatitis A, B, C; biliary obstruction; alcoholism; acute recent hypotension)
   b. Two group II causes (complications of underlying disease, other viral illnesses, eg, cytomegalovirus, Epstein-Barr virus, herpes simplex virus)
6. Previous information on hepatotoxicity of the drug
   a. Labeled reaction
   b. Published reaction
   c. Unknown
7. Response to readministration (re-challenge)
   a. Positive
   b. Compatible
   c. Negative
   d. Not done or not interpretable

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

**Supplementary Table 7.** Pitfalls and Ambiguities in RUCAM Scoring

| RUCAM criteria | The science | The art |
|---|---|---|
| Age >55 y (awarded extra point) | Age in most registries <55 y | Older patients have more cholestatic DILI |
| Alcohol use (awarded extra point) | Relatively few drugs affected (eg, INH, methotrexate) | Amount of alcohol undefined |
| Pregnancy (awarded extra point in cholestatic DILI) | Most cases of acute hepatitis pregnancy due to viral hepatitis | Unclear whether pregnancy is a true risk factor for DILI |
| Latency >5 days <90 days awarded the most points | Majority of iDILI cases occur within 2 weeks to 6 months | Many drugs with ultrashort latency periods or those occurring after 90 days receive fewer points |
| Only reactions occurring ≤15 days (for H-cell injury) or ≤30 days (for cholestatic injury) after drug is stopped receive points | Several drugs cause delayed DILI up to several weeks after discontinuation, eg, amoxicillin-clavulanate, telithromycin | Delayed DILI after 15–30 days should receive points if applicable |
| Dechallenge criteria | Hepatocellular DILI improves more quickly than cholestatic reactions | Times to decrease from peak values are arbitrary |
| Eight non-drug exclusion categories | Hepatitis C virus, hepatitis E virus have been found in post-causation analyses and should routinely be tested in cases of acute hepatocellular DILI | Impossible to prove a negative: newer DILI mimics (eg, hepatitis E virus) were not initially taken into account |
| Hepatotoxicity in the product label scores higher than published reports | LiverTox offers the most complete information on >650 causes of DILI | Product labeling of hepatotoxicity often not fully adjudicated |
| Rechallenge formed the basis of causality | Rarely performed today because of the risk of causing a more severe reaction | Doubling of ALT is an arbitrary criterion |
| Liver histology not included | Most useful in diagnosing autoimmune hepatitis, drugs causing microvesicular steatosis and excluding non-drug causes | Biopsy information can be factored into the overall assessment |
| Dechallenge criteria only based on drugs that are discontinued | Injury from many drugs that are continued in the setting of early hepatotoxicity does not progress | RUCAM does not allow for a diagnosis of drug "adaptation" that may be considered related to the agent in question |

**Supplementary Table 8.** Controversies in Assigning Causality for DILI That Require Expert Interpretation

1. Diagnosing acute DILI in the setting of CLD or in patients with liver metastases
2. Diagnosing DILI that occurs after a drug has been discontinued
3. Determining when to initiate a work-up for alternative causes and how extensive the evaluation should be on the basis of the injury pattern and height and ratio of the LAEs
4. Interpreting histologic findings (if available)
5. Differentiating alcoholic liver disease from DILI
6. Determining the influence of concomitant medications, drug-drug interactions, and polypharmacy
7. Differentiating DILI from acute exacerbation of viral hepatitis (eg, B or C)
8. Determining the influence of passage of a gallstone, biliary strictures, muscle injury, etc on LAEs
9. Interpreting fluctuations in aminotransferase levels and ALT:AST ratios
10. Taking the absolute height of ALT and AST into consideration and how to best interpret increases above elevated baseline values
11. Interpreting atypical or negative rechallenge responses
12. Interpreting atypical dechallenge responses that may not conform to RUCAM criteria
13. Assessing herbal and dietary supplement–suspected DILI
14. Attributing tolerance/adaptation to the drug in question when it is continued in the face of early injury

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

**Supplementary Table 9.** Possible Modifications of RUCAM to Improve Its Accuracy

1. Compatible hepatic histology
2. Interpreting the risk of underlying liver disease
3. Increased DILI risk associated with higher daily drug doses
4. Increased DILI risk of higher lipophilicity and drug dose ("Rule of Two") or greater degrees of hepatic metabolism
5. Presence of DILI biomarkers from proteomic or cytokine analytes
6. Presence (or absence) of hypersensitivity hallmarks (fever, rash, eosinophilia)
7. Human immunodeficiency virus status
8. Presence or absence of pharmacogenetic susceptibility factors (eg, HLA, CYP polymorphisms)
9. Presence of blood levels of the suspected drug
10. Positive (or negative) lymphocyte transformation tests (where available)[a]
11. Is the suspect drug listed in LiverTox?
12. Fractionation of total bilirubin (into direct and indirect) to exclude Gilbert's syndrome, hemolysis, etc
13. Fractionation of serum alkaline phosphatase to confirm hepatic origin
14. Use of standardized minimal elevations of LAEs to define severe DILI in patients with CLD
15. Availability of long-term follow-up information to assess outcomes
16. Development of a computerized point scoring system to avoid ambiguities

[a]Not available in the United States or approved by FDA.

**Supplementary Table 10.** DILIN Scoring Criteria

| Causal relationship | Percentage of likelihood | Definition |
|---|---|---|
| Unlikely | <25 | Clear evidence that an etiology other than the drug is responsible |
| Possible | 25–49 | Evidence for the drug is present but equivocal |
| Probable | 50–75 | Preponderance of the evidence links the drug to the injury |
| Highly likely | 75–95 | Evidence for the drug causing injury is clear and convincing but not definite |
| Definite | >95 | Evidence of the drug being causal is beyond any reasonable doubt |

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

**Supplementary Table 11.** Non-Drug Risk Factors for DILI

| Factor | Examples of drugs at risk |
|---|---|
| Older age | Anti-tuberculous agents, erythromycin, halothane, nitrofurantoin, flucloxacillin, amoxicillin/clavulanate (cholestatic form) |
| Children | Salicylates (Reye syndrome), valproate |
| Obesity | Methotrexate, halothane |
| Fasting/malnutrition | Acetaminophen |
| Female gender | Diclofenac, sulindac, halothane, flucloxacillin, INH, nitrofurantoin, chlorpromazine, erythromycin |
| Chronic alcoholism | Acetaminophen, methotrexate, INH, halothane |
| Human immunodeficiency virus infection | Trimethoprim-sulfamethoxazole |
| Coinfection with hepatitis B virus or hepatitis C virus | Highly active antiretroviral therapy, antituberculous drugs |

**Supplementary Table 12.** Age and Gender of DILI Cases in Global Registries

| Country | Type of DILI | Mean age (y) | Age range (y) | % Female |
|---|---|---|---|---|
| Spain | Acute DILI | 52 | 13–88 | 48 |
| Sweden | Acute DILI | 58 | 42–74 | 58 |
| United States | Acute DILI | 49 (16.6%)[a] | | 59 |
| India | Acute DILI | 39.3 | 12–84 | 42 |
| Japan | Acute DILI | 60 (46.5%)[a] | 11–91 | 56 |
| Korea | Acute DILI | 49 | 16–79 | 63.3 |
| United States | Acetaminophen ALF | 36 | 19–76 | 79 |
| United States | Non-acetaminophen ALF | 43.8 | 17–73 | 7.7 |

[a]Percentage age >65 y.

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.

Case 3:15-cr-00496-L   Document 290-23   Filed 07/01/17   Page 25 of 25   PageID 11503

**Supplementary Table 13.** Genetic Risk Factors for DILI[55]

| Drug | Risk allele | Odds ratio |
|------|-------------|------------|
| Antituberculous agents (INH, rifampicin, pyrazinamide) | HLA-DQB1*02:01 | 1.9 |
| | HLA-DQA1*01:02 | 0.2[a] |
| Amoxicillin-clavulanate | DRB1*15:01 DQB1*06:02 | 2.3–10 |
| | DRB1*07 | 0.18[a] |
| Flucloxacillin | DRB1*07:01-DQB1*03:03 | 7 |
| | DRB1*15 | [a] |
| Lapatinib | DRB!*07:01-DQA1*02:01 | 2.6–9 |
| Lumiracoxib | DRB1*15:01-DQB1*06:02-DRB5*01:01-DQA1*01:02 | 5 |
| Nevirapine | DRB1*01:02 | 4.72 |
| Ximelagatran | DRB1*07-DQA1*02 | 4.4 |

[a]Risk decreased.

Downloaded for Anonymous User (n/a) at University of Arkansas for Medical Services from ClinicalKey.com by Elsevier on June 29, 2017.
For personal use only. No other uses without permission. Copyright ©2017. Elsevier Inc. All rights reserved.