# EXHIBIT 13

Case 3:14-mc-00146-D *SEALED* Document 42-4 Filed 04/23/15 Page 63 of 71 PageID
Case 3:15-cr-00496-L Document 293-13 Filed 07/05/17 Page 2 of 4 PageID 11869
2198



**U.S. Department of Justice**

Criminal Division
Office of International Affairs

MDR:JMO:FC:lfc
182-50156

*Washington, D.C. 20530*

April 2, 2015

BY FEDERAL EXPRESS AND E-MAIL

ZHANG Xiaoming
Department of Judicial Assistance and Foreign Affairs
Ministry of Justice
6, Chaoyangmen Nandajie
Chaoyang District
Beijing 100020
People's Republic of China

Re: Request for Assistance in Investigation of USP Labs, Jacob Geissler, Jonathan Doyle, Matthew Hebert, SK Labs, and Sitesh Patel

Dear Mr. Zhang:

    Please find enclosed the original and two copies, plus translation, of a request for assistance in the above-referenced matter. Please acknowledge receipt of this request by e-mail.

    The U.S. Attorney for the Northern District of Texas and the Consumer Protection Branch of the U.S. Department of Justice are conducting an investigation and preparing for a potential prosecution of several U.S. citizens relating to criminal violations that involve the distribution of dietary supplements containing potentially harmful ingredients that injured U.S. consumers. The request seeks to obtain bank, business, and official records. The request also seeks an interview of Vincent Zhou.

    Because the details of this U.S. criminal investigation are considered sensitive, pursuant to Article 4 of the Agreement, please treat this document, its contents, and the fact that this request has been made as confidential and do not disclose it publicly or share it with the subjects of the investigation. Also please instruct all those who must be made aware of this request for assistance for purposes of its execution that the request, its contents, and the subject matter are to be kept confidential and should not be shared with the subjects of the investigation nor disclosed publicly.

Case 3:14-mc-00146-D *SEALED* Document 42-4 Filed 04/23/15 Page 64 of 71 PageID
Case 3:15-cr-00496-L Document 293-13 Filed 07/05/17 Page 3 of 4 PageID 11870
2199

Thank you for your assistance in this matter. Please do not hesitate to contact me at 202-305-2174, or Lee Cox at 202-514-0030, or at our respective e-mail addresses at Frances.Chang@usdoj.gov and Lee.Cox@usdoj.gov.

Sincerely,

Mary D. Rodriguez
Acting Director

By: *[signature]*

Frances Chang
Trial Attorney

Enclosures

**FedEx Express** — International Air Waybill

Tracking: /0010/0100/0011654843/8

**1 From** (Please print and press hard.)
- Date: 4-2-15
- Sender's FedEx Account Number: 1510-1972-2
- Sender's Name: Frances Chang, Esq. / Lee Cox
- Phone: 202-514-0030
- Company: USDOJ/CRM/OFC OF INTL AFFAIRS
- Address: 1301 NEW YORK AVE NW
- City: WASHINGTON
- State/Province: DC
- ZIP/Postal Code: 205300016
- Country: US

**2 To**
- Recipient's Name: ZHANG Xiaoming
- Phone: 8610 6520 5234
- Company: Judicial Assistance & Foreign Affairs Department, Ministry of Justice
- Address: No. 6 Chaoyangmen Nandajie
- City: Beijing 100020
- Country: People's Republic of China

**3 Shipment Information**
- Total Packages: 1

**4 Express Package Service**
- [X] FedEx Intl. Priority

**5 Packaging**
- [X] FedEx Pak

**7 Payment** — Bill transportation charges to:
- [X] Sender

Bill duties and taxes to:
- [X] Sender

**9 Required Signature** — signed 4/2/15

ELA