# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN THE MATTER OF A GRAND JURY INVESTIGATION OF USP LABS, LLC AND OTHERS | Case No.<br><br>**UNDER SEAL**<br><br>ORDER GRANTING *EX PARTE* APPLICATION FOR SUSPENSION OF RUNNING OF STATUTE OF LIMITATIONS |

Based on the application and evidence submitted by the United States of America, and the accompanying declarations of Agent Medaris and Trial Attorney Runkle, the Court makes the following findings:

1. A duly impaneled grand jury in this district is conducting an investigation of Jacob Geissler, Jonathan Doyle, Matt Hebert, Sitesh Patel, USP Labs, LLC, and SK Labs, LLC, for the following offenses: 18 U.S.C. §§ 1341, 1343, 1349; 21 U.S.C. 333(a).

2. The United States has filed an *ex parte* application for an order suspending the statute of limitations in accordance with the provisions of Title 18, United States Code, Section 3292.

3. The application is accompanied by the declaration of Agent Medaris and a number of other pieces of documentary evidence.

4. It reasonably appears, based on a preponderance of evidence presented to the Court, that evidence of the offense(s) under investigation is located in the People's Republic of China;

5. It further appears, based on a preponderance of evidence presented to the Court, that the Office of International Affairs of the United States Department of Justice made an official request, as defined in 18 U.S.C. § 3292(d), to an "authority of a foreign country" in the People's Republic of China on April 2, 2015;

1

Case 3:14-mc-00146-D *SEALED* Document 42-4 Filed 04/23/15 Page 71 of 71 PageID
Case 3:15-cr-00496-L Document 293-14 Filed 07/05/17 Page 3 of 3 PageID 11874
2206

BASED ON THE ABOVE, IT IS HEREBY ORDERED that the government's ex parte application for suspension of the running of the statute of limitations is hereby GRANTED; and

IT IS FURTHER ORDERED that the running of the statute of limitations for the offenses set forth in the government's ex parte application is hereby SUSPENDED for the period authorized by 18 U.S.C. § 3292(c).

Dated:         , 2015

_____

U.S. District Judge