# EXHIBIT 15

Case 3:14-mc-00146-D *SEALED* Document 42-4 Filed 04/23/15 Page 67 of 71 PageID
Case 3:15-cr-00496-L Document 293-15 Filed 07/05/17 Page 2 of 3 PageID 11876
2202

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN THE MATTER OF A GRAND JURY
INVESTIGATION OF USP LABS, LLC
AND OTHERS

**UNDER SEAL**

DELCARATION IN SUPPORT OF
APPLICATION FOR SUSPENSION OF
RUNNING OF STATUTE OF LIMITATIONS

I, Patrick R. Runkle, state the following:

1. I am a Trial Attorney of the Consumer Protection Branch of the Department of Justice

and I submit this Declaration in support of the accompanying application pursuant to 18 U.S.C. §

3292 to suspend the running of the statute of limitations for offenses arising out of this district's

grand jury investigation of, among others: Jacob Geissler, Jonathan Doyle, Matt Hebert, USP

Labs LLC, Sitesh Patel, and SK Labs.

2. The grand jury has been conducting an investigation of the above-mentioned

individual(s)/entities for the following offenses: 18 U.S.C. §§ 1341, 1343, 1349; 21 U.S.C.

333(a). The grand jury has not yet returned an indictment.

3. Evidence of the offenses presently being investigated appears to be located in a

foreign jurisdiction, specifically the People's Republic of China.

4. Based on the above, and at the request of my office, on April 2, 2015, the Office of

International Affairs of the United States Department of Justice made an official request pursuant

to the Agreement between the United States of America and the People's Republic of China on

Mutual Assistance in Criminal Matters to Xiaoming Zhang of the Department of Judicial

Assistance and Foreign Affairs of China's sMinistry of Justice for legal assistance in obtaining

1

Case 3:14-mc-00146-D *SEALED* Document 42-4 Filed 04/23/15 Page 68 of 71 PageID
Case 3:15-cr-00496-L Document 293-15 Filed 07/05/17 Page 3 of 3 PageID 11877
2205

evidence. A true and correct copy of the cover letter transmitting the request and the FedEx

receipt for the shipment of the request is attached as Exhibit 30.

    5. To date, the People's Republic of China has not provided a response to the

Department of Justice.

    I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 20, 2015

_____

Patrick Runkle