IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | No. 3:15-cr-00496-L |
| USPLABS, LLC | (1) | |
| JACOBO GEISSLER | (2) | |
| JONATHAN DOYLE | (3) | |
| MATTHEW HEBERT | (4) | |

## ORDER

Before the Court is the motion of the above-referenced defendants entitled *Defendants USPLabs, LLC, Jonathan Doyle, Jacobo Geissler and Matthew Hebert's Motion To Dismiss Counts Two through Four of the First Superseding Indictment as Untimely* (ECF #293) The Court is of the opinion that the defendants' motion is well-taken and GRANTS the motion for the reasons stated in the motion.  Counts Two through Four were not timely filed under 18 U.S.C. § 3282.  Moreover, the government failed to comply with the provisions of 18 U.S.C § 3292 in seeking a tolling order from the Court.

It is the ORDER of the Court that Counts Two through Four of the Superseding Indictment [Dkt. No. 95] are hereby dismissed.

SIGNED: _____

_____
SAM A. LINDSEY
UNITED STATES DISTRICT JUDGE