# Exhibit 3



**U.S. Department of Justice**
Consumer Protection Branch

---

**Direct Contact**
Phone: (202) 532-4723
Email: Patrick.R.Runkle@usdoj.gov
Fax: (202) 514-8742

**Overnight Delivery Address**
450 Fifth Street, NW
Sixth Floor South
Washington, D.C. 20001

**Mailing Address**
P.O. Box 386
Washington, D.C. 20044-0386

May 1, 2017

VIA Hand-Delivery
Reid Weingarten
Chris Niewoehner
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington DC 20036
(202) 429-6238

VIA FEDEX
Pat Hall
Law Office of Patrick Q. Hall
401 B St., Suite 2220
San Diego, CA 92101
(619) 268-4040

Re:    *United States et al. v. USPLabs, LLC et al.,*
       15-cr-496-L (N.D. Tx.)

Dear Reid, Chris, and Pat:

Please find enclosed the government's production of materials associated with the expert witness disclosure in the above-captioned case. Per your advises that the defendants maintain a joint defense agreement, this production is being hand-delivered today to USP Labs national counsel, Steptoe & Johnson, LLP.  As a courtesy, we also send a copy of the production via FEDEX to counsel for SK Labs at the Law Office of Patrick Q. Hall.

The enclosed DVDs contain materials supporting the expert disclosures.  The password to access the contents of the DVDs is: Justice2017! (password will be redacted in the paper version of this letter enclosed with the production):

The enclosed material and any future discovery provided to you that exceeds the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute or relevant case law is provided voluntarily and solely as a matter of discretion. By producing such material to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

With this letter the government also again requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure, and specifically your expert disclosures. The government also again requests pursuant to Rules 12.1, 12.2, and 12.3 notice of any intention of your clients to rely on an entrapment defense, a defense involving mental condition or duress, an alibi defense, or a public-authority defense.

Please do not hesitate to let me know if you encounter any issues with this production.

Best,

Patrick Runkle
Trial Attorney

cc (via email):   Mike Uhl           Robert Webster
                  Mike Gibson        Joe McMullen
                  Richard Roper      Joe Shearin
                  Cass Weiland       Errin Martin

2