# Exhibit 5

Case 3:15-cr-00496-L Document 361-5 Filed 10/30/17 Page 1 of 2 PageID 15255

## OxyElite Pro assessment of liver toxicity: Report

OxyElite Pro (OEP) was one of the most popular weight loss supplements, currently withdrawn from the market. According to the manufacturer, OEP increased the user's metabolic function, burn calories even while at rest. Additionally, manufacturer claimed that OxyElite Pro was designed to suppress appetite, increase energy, and improve mood. Reports of deaths in consumers of OEP have been reported. Of the 56 cases identified, 22 were hospitalized, of which two had to undergo liver transplant and one had died.

### Study #1:

We initiated this study to assess liver toxicity of OEP in healthy mice. Capsular contents of OEP were dissolved in 10% DMSO and 10% Tween 80 and water to give a homogenous suspension. After overnight fasting, different groups of mice were administered intragastric different doses of OEP ranging from (31.3 to 2000 mg/kg) daily for 7 days. Blood was collected at the end of the experimental period and liver (ALT, ALP, BUN) parameters were assessed.

### Results:

> Higher doses of OEP (1000 mg/kg and 2000 mg/kg) caused 100% mortality in mice within 6 hours post treatment. No mortality was observed in mice given OEP up to 500 mg/kg per day for 7 days. The surviving mice did not show any change in blood ALT, ALP or BUN. No change in body weights was observed in these animals.

### Study #2:

This study was designed to assess the toxicity of OEP in heath compromised mice. These mice were sensitized with a single dose of 6 mg/kg LPS intraperitonealy, followed by daily intragastric doses (31.3 to 500 mg/kg) of OEP. A group of mice was treated with vehicle and another group was given LPS IP followed by intragastric administration of vehicle.

### Results:

> No mortality was observed in health compromised mice given OEP up to 250 mg/kg. However, 500 mg/kg of OEP caused 100% mortality in these mice within 6 hours post treatment. The surviving groups of mice (doses ranging from 31.3 to 250 mg/kg) did not show any change in blood ALT, ALP or BUN.

### Conclusion:

**OxyElite Pro caused acute mortality at higher doses (above 500 mg/kg) within 6 hours after its administration in healthy and health compromised animals.**

**In the surviving animals (both healthy and health compromised) liver enzyme levels did not show any change suggesting no association of liver toxicity with OEP.**