# Exhibit 8

Project No. _____
Book No. _____   02/18/2016

TITLE _____

From Page No. _____

## Aegeline Study

Aegeline received from Dr. Amar / Dr. Saqlain.

---

02/19/2016

Received caffeine 500mg from Dr. Amar / Saqlain.

MTD Study :- Aegeline :-

Animals used :- Male ND4 mice.

Mice #1 : 21.30        9:03am  I.G. Aegeline 500mg/kg
Mice #2 :- 21.92 g     9:30 am I.G. Aegeline 1000mg/kg

Observation :-
→ 1 - 2 hours :- Mice activity was increased
→ - 3 hours :- Mice activity back to normal
→ 6 hours : Normal activity.

Project No._____
TITLE _____   Book No._____  02/22/16

From Page No._____

Test :- Caffiene and Aegeline.

→ One mouse given caffiene (50mg/kg b.wt) I.g
   at 10:13 am.

→ Then at 10:28 am given aegeline 500mg/kg I.g.

Observation :-
   After 15 minutes of aegeline dose, mouse
   activity was decreased, hair straight,
   breath fast lasted for 2 hrs.

   After 4 hours, Mouse recovered to normal.


Solution Preparation :-
Caffiene :- 6.25 mg caffiene dissolved in
            1250 ul (1.25 ml) of $H_2O$.
            equivalent to 5 mg/ml.

Aegeline :- 100mg + gum acacia (~10mg)
                      ↓
                 Pestle mortar
                      ↓
            made upto 1.0 ml by D.D $H_2O$.

Project No._____

Book No._____   02/23/2016

Project Page No.____  _Pharmacokinetic (Pk) study Of Aegeline_

Animal :- Male ND4 mice ✓   ❉   ◯

:- 14 Nos.

Aegeline dose :- 30 mg/kg

2 mice as Control ✓ given vehicle (H₂O + gum acica)

& 12 mice given 30 mg/kg of Aegeline I.e.

→

→ Two mice were sacrificed at 30 min, 1 hour, 2 hrs, 4 hr, 6 hr and 8 hrs ... time intervals after aegeline administration

→ Blood samples were collected at these time-points by cardiac puncture in EDTA-coated tubes (pink top).

→ Plasma was seperated by centrifuging blood samples at 4000 rpm for 5 min 20°C.

→ Tissues samples: liver, kidney and brain were also taken and stored at -80°C.

Plasma and tissue samples given to Dr. Shabana/ Dr. Vomshie for analysis.

TITLE _____

Project No._____

Book No._____

From Page No._____

| Mouse # | | Weight (g) | Drug given Time | Blood Collecte Time | Time Point |
|---|---|---|---|---|---|
| 1. | 1. | 18.29 | 9:00 ⟶ | 9:30 am | 30 mins |
| 1. | 2 | 22.77 | | | |
| | 3. | 20.53 | 9:10 ⟶ | 10:10 am | 1 hours |
| | 4. | 23.17 | | | |
| | 5. | 24.4 | 9:12 ⟶ | 11:12 am | 2 hours |
| | 6. | 24.62 | | | |
| | 7. | 21.44 | 10:00 am ⟶ | 2:00 pm | 4 hours |
| | 8. | 22.06 | | | |
| | 9. | 22.57 | 9:15 am ⟶ | 3:15 pm | 6 hours |
| | 10. | 22.13 | | | |
| | 11. | 20.75 | 8:06 am ⟶ | 4:06 pm | 8 hours. |
| | 12. | 19.58 | | | |
| | 13. | 24.65 | CONTROL | | 0 hours. |
| | 14. | 23.34 | | | |

TITLE _____

Project No. _____
Book No. _____

02/23/2016

From Page No _____

## Organ weights (g) Aegeline 30mg/kg Pk. Study Mice

| | Mouse # | Liver | Brain | Kidney |
|---|---|---|---|---|
| 30 min | 1. | 0.72 | 0.34 | 0.28 |
| | 2. | 0.93 | 0.37 | 0.36 |
| 1 hours | 3. | 0.80 | 0.29 | 0.36 |
| | 4. | 0.97 | 0.38 | 0.30 |
| 2 hours | 5. | 1.17 | 0.39 | 0.36 |
| | 6. | 0.89 | 0.32 | 0.32 |
| 4 hours | 7. | 1.08 | 0.39 | 0.28 |
| | 8. | 0.84 | 0.39 | 0.32 |
| 6 hours | 9. | 1.08 | 0.36 | 0.42 |
| | 10. | 0.93 | 0.42 | 0.32 |
| 8 hours | 11. | 0.56 | 0.34 | 0.30 |
| | 12. | 0.94 | 0.34 | 0.35 |
| 0 hour CONTROL | 13. | 1.84 | 0.35 | 0.36 |
| | 14. | 1.31 | 0.32 | 0.38 |

TITLE _____

Project No._____
Book No._____   02/29/2016

| From Page No._____ | P.K. Study | Aegeline 300mg/kg | mice | I.G. | | |
|---|---|---|---|---|---|---|
| T. | Mouse # | Weight (gm) | Drug Given Time | Blood Collection Time | Time Point | |
| Black. | # 3<br>4 | 22.30<br>23.27 | 9:20 am → 9:50 am | | 30 MINS | |
| Black | 1<br>2 | 23.71<br>25.14 | 9:19 am → 10:19 am | | 1 HOUR | |
| Red | 3<br>4 | 22.58<br>25.18 | 9:12 am → 11:12 am | | 2 HOURS | |
| Red | 1<br>2 | 25.34<br>26.64 | 9:08 am → 1:08 pm | | 4 HOURS | |
| Green | 3<br>4 | 25.09<br>24.95 | 9:05 am → 3:05 pm | | 6 HOURS | |
| Green | 1<br>2 | 24.99<br>22.56 | 9:00 am → 5:00 pm | | 8 HOURS | |

\* 0 HOUR already done in previous study.
Blood and tissue samples were collected in the
same way as done before (written on 02/23/16)

Plasma seperated and
Tissue stored at -80°c -20°c.
Plasma and tissue samples given to Dr. Shabana/Dr venshi
for analysis

Project No. _____
Book No. _____    02/29/2016

Organ Weights (gm)   Aegeline  300 mg/kg
PK Study mice

| Mouse # | Liver | Brain | Kidney |
|---|---|---|---|
| Black 3 | 0.86 | 0.30 | 0.39 |
| 4 | 0.52 | 0.39 | 0.31 |
| Black 1 | 0.75 | 0.38 | 0.36 |
| 2 | 0.72 | 0.35 | 0.33 |
| Red 3 | 1.07 | 0.31 | 0.29 |
| 4 | 1.08 | 0.36 | 0.38 |
| Red 1 | 1.27 | 0.29 | 0.38 |
| 2 | 1.40 | 0.36 | 0.47 |
| Green 3 | 1.29 | 0.29 | 0.33 |
| 4 | 1.12 | 0.29 | 0.41 |
| Green 1 | 1.10 | 0.34 | 0.34 |
| 2 | 1.06 | 0.31 | 0.33 |

TITLE _____

Project No. _____
Book No. _____   03/10/2016

From Page No. _____ P.K study Aegeline (40mg/kg) in Rats.

Cathelerized rats used.
Drug aegeline given 40mg/kg I.G. (500 ul/rat)

| Time Point | Rat #1 | Rat #2 | Rat #3 | Rat #4 |
|---|---|---|---|---|
| 0 Hr. | 8:05 am | 8:07 am | 8:08 am | 8:10 am |
| Drug given | 8:34 | 8:41 | 8:42 | 8:44 |
| 30 MIN | 9:04 | 9:11 | 9:12 | 9:14 |
| 1 HR | 9:34 | 9:41 | 9:42 | 9:44 |
| 2 Hr | 10:34 | 10:41 | 10:42 | 10:44 |
| 4 Hr | 12:34 | 12:41 | 12:42 | 12:44 |
| 6 Hr | 2:34 pm X | 2:41 X | 2:42 X | 2:44 X |
| 8 Hr | 4:34 X | 4:41 X | 4:42 X | 4:44 X |
| ~~24hr~~ 7hr | 3:34 | 3:41 | 3:42 | 3:44 |
| 3/11/16 24hr. | 8:34 am | 8:41 | 8:42 | 8:44 |

\* X :- Blood samples could not be collected at
     6 hr and 8 hr.
     Instead 7 hr. blood sample were taken.

Plasma seperated and given to Dr. Vamshi
for analysis.

Project No._____

Book No._____   03/14/2016

TITLE _____

From Page No _____

1 gram of Aegeline was given by
Dr. Saqlain / Dr. Amar.

— o —        — o —      — o —        — o —

3/15/16

Sub-Acute Toxicity Study for 28 days :- Mic

Group #1 Caffeine   50mg/kg   n=7      Sacrifice date
03/15/2016                               04/12/2016
                         28 days  ———→   ⚷
                                         04/12/16
                                         ⚷

Group # 2   Aegeline  300mg/kg   n=7

03/16/2016  ——————→   04/13/2016

Group 3   Aegeline 300mg/kg + Caffeine 50mg/kg   n=7
                                                  ⚷
03/17/2016  ——————→   04/14/2016

Group 4   Control  vehicle   n=4.

03/18/2016  ——————→   04/15/2016

Pooled
→ Urine will be collected  after 2hours  of dosing.

TITLE _____

Project No._____

Book No._____

From Page No._____

Body weight (gms.) of Aegeline study.

Group I     O day        5 day      10 day    15 day    20 day    28 days

| | O day | 5 day | 10 Day | 15 Day | 20th Day | 28th day |
|---|---|---|---|---|---|---|
| **Group 1:- CAFFIENE (50mg/kg)** | | | | | | |
| 1. | 27.04 | 25.5 | 26.32 | 27.34 | 28.67 | 28.82 |
| 2. | 25.56 | 22.58 | *Died | — | — | 2 — |
| 3. | 26.38 | 26.02 | 25.65 | 28.11 | 27.99 | 28.19 |
| 4. | 24.46 | 21.83 | 24.30 | 25.18 | 25.47 | 25.46 |
| 5. | 29.27 | 27.23 | *Died | — | — | — |
| 6. | 25.21 | 22.14 | *Died | — | — | — |
| 7. | 27.48 | 25.48 | 24.02 | 24.17 | 24.31 | 24.68 |
| **Group 2:- AEGELINE (300mg/kg)** | | | | | | |
| 1. | 25.24 | 24.68 | 24.12 | 23.51 | 21.26 | 22.92 |
| 2. | 22.68 | 21.81 | 22.23 | 26.07 | 24.41 | 24.80 |
| 3. | 26.34 | 25.92 | 26.34 | 27.32 | 26.22 d | 26.46 |
| 4. | 24.38 | 24.09 | 24.14 | 25.79 | 25.24 | 25.14 |
| 5. | 28.09 | 27.72 | 27.08 | 27.57 | 29.57 | 29.42 |
| 6. | 25.90 | 24.13 | 26.45 | 27.12 | 27.02 | 27.64 |
| 7. | 25.84 | 25.71 | 26.67 | 27.57 | 27.99 | 28.54 |

* Mechanical error. - mishandling

Project No._____
TITLE _____   Book No._____

From Page No: _____

## Group 3   Caffiene (50mg/kg) + Aegeline (300mg/kg)
O day  5 day

| | O Day | 5 Day | 10th Day | 15th Day | Day 20th | 28th day |
|---|---|---|---|---|---|---|
| 1. | 22.66 | *Died | — | — | — | |
| 2. | 23.03 | 22.21 | 22.50 | 22.93 | 23.52 | 24.35 |
| 3. | 25.09 | 26.13 | 27.0 | 26.80 | 26.78 | 27.11 |
| 4. | 30.62 | 28.29 | 29.33 | 30.48 | 30.84 | 32.03 |
| 5. | 24.88 | 25.18 | 25.22 | 25.34 | 25.14 | 25.82 |
| 6. | 27.06 | 24.77 | 24.86 | 26.30 | 27.80 | 26.80 |
| 7. | 26.85 | 25.82 | 26.12 | 27.76 | 27.20 | 27.56 |

## Group 4   (CONTROL GROUP – VEHICLE) &.

| | | | | | | | 326 |
|---|---|---|---|---|---|---|---|
| 1. | 29.08 | 29.72 | 29.76 | 31.89 | 31.52 | 31.89 | |
| 2. | 23.48 | 24.81 | 24.46 | 26.32 | 26.01 | 26.32 | |
| 3. | 29.10 | 30.52 | 30.05 | 30.80 | 30.66 | 30.80 | |
| 4. | 26.09 | 26.48 | 27.33 | 28.41 | 28.72 | 28.41 | |

28th Day

1 - 32.64
2 - 26.46
3 - 31.62
4 - 28.86.

TITLE _____

Project No. _____
Book No. _____   03/18/16

From Page No. _____

**\*   Urine   Collection :**

Before  urine  collection,  mice  were  given  500 ul
of  water  40 mins  after  dosing.

Un  pooled  urine  was  collected.
Mice  of  one  group  were  kept  in  clean
cage  (without  bedding)  and  after  dosing
and  we  kept  tilted.

TITLE _____

Project No. _____
Book No. _____

From Page No. _____

Date :- 04/12/2016   to   04/15/2016

Animals were sacrificed after 28 day accordingly.
Blood was collected and Liver profile were done
on vet scan.

Tissues / organs Liver, kidney, brain and spleen. Collected
and weight and stored at -20°c.

ORGAN WEIGHTS (gms)
Group 1  (Caffiene 50mg/kg)

| Mice # | Liver | Kidney | Brain | Spleen |
|--------|-------|--------|-------|--------|
| 1 - | 1.52 | 0.46 | 0.45 | 0.08 |
| 3 - | 1.46 | 0.44 | 0.45 | 0.09 |
| 4 - | 1.32 | 0.42 | 0.44 | 0.08 |
| 7 - | 1.37 | 0.43 | 0.39 | 0.08 |

Group 2  (Aegeline 300mg/Kg b. wt)

| Mice # | Liver | Kidney | Brain | Spleen |
|--------|-------|--------|-------|--------|
| 1 - | 1.29 | 0.33 | | 0.08 |
| 2 - | 1.21 | 0.38 | | 0.08 |
| 3 - | 1.31 | 0.32 | | 0.06 |
| 4 - | 1.25 | 0.36 | | 0.08 |
| 5 - | 1.62 | 0.48 | | 0.07 |
| 6 - | 1.52 | 0.43 | | 0.09 |
| 7 - | 1.44 | 0.40 | | 0.11 |

TITLE _____

Project No. _____
Book No. _____

From Page No. _____

## Group 3 (Caffiene 50 mg/kg) + Aegeline 300 mg/kg.

|  | Liver | Kidney | Spleen |
|---|---|---|---|
| 2 - | 1.34 | 0.42 | 0.07 |
| 3 - | 1.46 | 0.45 | 0.08 |
| 4 - | 1.57 | 0.51 | 0.08 |
| 5 - | 1.43 | 0.43 | 0.08 |
| 6 - | 1.44 | 0.44 | 0.08 |
| 7 - | 1.37 | 0.41 | 0.09 |

## Group 4 ( Vehicle Control )

|  | Liver | Kidney | Spleen |
|---|---|---|---|
| 1 - | 2.01 | 0.55 | 0.09 |
| 2 - | 1.55 | 0.46 | 0.09 |
| 3 - | 1.87 | 0.51 | 0.10 |
| 4 - | 1.67 | 0.45 | 0.10 |

Tissues stored in freezer.

Project No._____
Book No._____

TITLE

From Page No._____

Aegeline-caffeine liver toxicity test for 28days- animal survival (3/15/2016-4/14/2016)

| Group | routes | animal no. | death of mice | mortality (%) |
|---|---|---|---|---|
| G1 (Caffeine 50 mg/Kg once daily) | IG | 4 | 0 | 0.0 |
| G2 (Aegeline 350 mg/Kg once daily) *300 mg/kg* | IG | 7 | 0 | 0.0 |
| G3 (Caffeine 50 mg/Kg + Aegeline 350 kg/Kg once daily) | IG | 6 | 0 | 0.0 |
| G4 (Vehicle control once daily) | IG | 4 | 0 | 0.0 |



TITLE _____

Project No._____
Book No._____

From Page No._____



** $P < 0.01$

liver weight (% of body weight)

Vehicle control
Caffeine 50mg/Kg
Aegeline 300 mg/Kg
Aegeline300mg/kg+caffeine50/kg

