# Exhibit 9

DILIN Causality

# Drug Induced Liver Injury Network
DILIN Causality

HOME | CASES TO REVIEW | CASE PREPARATION | SEARCH CASES | MEETINGS | ADMINISTRATION | REPORTS
STUDY PROCEDURES AND DOCUMENTS

## Case Details - Prospective   -0242    Personal Information

Edit | Recalculate Computerized Rucam | Computerized RUCAMs

| | | | | | |
|---|---|---|---|---|---|
| **Assessment:** | 1 Definite | **Causality Process:** | Baseline+6 | **DILI Status:** | DILI |
| **Severity Of Liver Injury:** | 3 Moderate Hospitalized | **Symptomatic:** | Yes | **Chronic:** | No |
| **Initial Assessment:** | 1 Definite | **Initial Assessment Date:** | 02/27/2014 | | |
| **Reassessment:** | TBD | **Reassessment Date:** | | | |

**Notes:** Consensus Researched by e-mail prior to the call

## Case Documents

* Document Type:            * Document:

Document
Initial Clinical Narrative
Initial CRF Subset

## Implicated Drugs

Edit Formulations

| Drug | Assessment | | | |
|---|---|---|---|---|
| | | 1 Definite | 1 Definite | 2 Very Likely |
| **OXYELITE** | 1 Definite | 1 Definite | 1 Definite | 2 Very Likely |
| | 5 (Computerized Rucam) | 7 (Rucam) | | |

## Reviewer Notes

| Reviewer | Notes |
|---|---|
| Bob Fontana | Typical phenotype for this agent |
| Raj Vuppalanchi | Relatively clean phenotype. There were no imaging studies but the Alk P was normal. Acute hepatitis --toxin related. |
| Jose Serrano | the exposure, dechallenge and exclusion of other diagnosis strongly supports DILI by OXYLITE PRO. The fact that she took the product before without apparent ill effect, may reflect changes in the composition of OXylitepro. In fact CDC investigators told us the "formulation" changed in 2013. Overall 2, Oxylite pro 2 |

## Concomitant Drugs

| Drug Name | Start Date | Stop Date | Score | |
|---|---|---|---|---|
| MULTIVITAMIN | 05/01/2012 | 05/01/2013 | 3 | |
| NORETHISTERONE | 12/29/2012 | 06/15/2013 | 4 | |

## Meetings

* Meeting:                          Reassessment Reason:
* Review Reason:                    Specific Other Reassessment:

Add Case To Meeting Agenda

| Meeting Date | Review Deadline | |
|---|---|---|
| Thu 02/27/2014 04:00 PM EST | Mon 02/24/2014 11:00 AM EST | Initial Review |




# Initial Clinical Narrative
# Prospective Study

Personal Information

| | Month | Day | Year |
|---|---|---|---|
| Date Completed: | 12 | 14 | 2013 |

| Patient ID No: | | -0242 |
|---|---|---|
| Age: 30 | Gender: female | |
| Completed by: | RJF | |

| Implicated Drug(s) or Dietary Supplement(s): List in order of likely implication | Start Date mm/dd/yy | Stop Date mm/dd/yy | Exposure time in Days |
|---|---|---|---|
| 1. (Drug or CAM) Oxyelite Pro<br>Indication: weight loss | 04/Un/2013 | 6/14/13 | 60 |
| 2. (Drug or CAM)<br>Indication: | | | |
| 3. (Drug or CAM)<br>Indication: | | | |

Onset of qualifying labs    6 / 15 / 2013    Onset of symptoms  06 / 12 / 2013

| | No | Yes/ Specify or date? |
|---|---|---|
| Underlying chronic liver disease? | no | |
| Hospitalized? | Yes | 6/15 to 6/22/13 |
| Liver Transplant? | No | |
| Liver biopsy? | Yes | 6/19/13 |
| Death? | No | |
| Drug allergies? | No | |
| Alcohol use? | Yes | Occasional |

| Relevant PMH | |
|---|---|
| Relevant Conmeds | BCP. |

**Provide a brief summary of presentation and rational for ascribing the event as DILI (relevant information)**

A 30 y.o. Korean- American F previously took oxyelite which contains multiple herbs and caffeine in an effort to control her weight from July 2010 to April 2012. Patient then became pregnant and delivered by c-section in December 2012. Pt resumed taking the product in April 2013 to June 14th 2013. She had also been started on a combination BCP of levonorgestrel/ ethinyl estradiol in early May 2013. Patient developed new onset pruritis and darkening of her urine that led to hospitalization on 6/15/13; no fever or rash. Assessment for hepatitis A, B, C, and autoimmune markers were negative. In addition, testing for CMV and EBV was negative as well as liver imaging. Initial AST was 710, ALT 1972, alk phos of 58 and bilirubin of 3.8 mg/dl. A liver biopsy on 6/19/13 demonstrated prominent lobular hepatitis with multifocal hepatocyte injury and prominent sinusoidal inflammation. At baseline DILIN visit in hospital on 6/21/13 AST was 725, ALT 2039 and bilirubin was 7.7. Patient was treated with cholestyramine and anti-histamines and discharged home.
At 6 month DILIN visit on 11/12/13, patient felt much improved and had normal LFT's as of July 30th, 2013.