# Exhibit 10

From: Herbert Bonkovsky <hbonkovsky@me.com>
Sent: Friday, November 7, 2014 4:59 PM
To: Mahmoud A. ElSohly, Ph.D. <elsohly@elsohly.com>
Subject: Re: Have you performed analyses of OxyElite Pro?

Case 3:15-cv-00436-L Document 361-10 Filed 10/30/17 Page 2 of 3 PageID 15291

Thanks for getting back to me.
I will check further and get back to you
Herb

Herbert L Bonkovsky, MD
Professor of Medicine
Universities of CT and NC


On Nov 7, 2014, at 5:01 PM, Mahmoud A. ElSohly, Ph.D. <elsohly@elsohly.com> wrote:

> Dear Dr. Bonkovshy,
>
> We will be glad to analyze the sample for you. If it is just one sample it will be $500.00. Multiple samples will be at a lower rate.
>
> Thanks,
>
> *Mahmoud A. ElSohly*
>
> Mahmoud A. ElSohly, Ph.D., BCFE, BCFM
> President
> ElSohly Laboratories, Incorporated (ELI)
> 5 Industrial Park Drive
> Oxford, MS  38655
> Tel (662) 236-2609
> Fax (662) 234-0253
> www.elsohly.com
>
> -----Original Message-----
> From: Herbert Bonkovsky [mailto:hbonkovsky@me.com]
> Sent: Sunday, October 26, 2014 1:36 PM
> To: Ikhlas Khan
> Cc: Mahmoud A. ElSohly
> Subject: Re: Have you performed analyses of OxyElite Pro?
>
> Dear Mahmoud—
> I have been hoping to hear from you and to receive a quote for what your charge would be for analysis of a batch of OxyElite Pro.
> Please get back to me.
> My cell number is 978 660 0915.
> HLB
> > On Oct 21, 2014, at 9:48 AM, Ikhlas Khan <ikhan@olemiss.edu> wrote:
> >
> > Hi Herb
> > If you need analysis for trial purposes, I will suggest that you get
> > sample run by PSI a spin off venture of our center and Prof. Mahmoud
> > Elsohly known forensic expert and main author of our DMAA paper will

```
> be happy to assist.
> I am copying this email to him.
> IK
>
> On 10/21/14, 8:29 AM, "Herbert Bonkovsky" <hbonkovsky@me.com> wrote:
>
>> What I am working on right now is one case [one batch of OxyElite
>> Pro]—there might be more in future—subject of litigation vs USP Lab, Inc.
>> On Oct 21, 2014, at 9:24 AM, Ikhlas Khan <ikhan@olemiss.edu> wrote:
>>
>>> Hi Herb
>>> How many samples and how detailed study you wants to do. If its not
>>> time sensitive I can talk to you once I get back otherwise let me
>>> know the details and I will estimate the cost.
>>> Thanks
>>> IK
>>>
>>> On 10/21/14, 5:50 AM, "Herbert Bonkovsky" <hbonkovsky@me.com> wrote:
>>>
>>>> Thanks for prompt and positive response.
>>>> I think I can provide you with some $ for analysis. How much would
>>>> cover cost plus?
>>>> Herb
>>>>
>>>> Herbert L Bonkovsky, MD
>>>> Professor of Medicine
>>>> Universities of CT and NC
>>>>
>>>>
>>>>
>>>>> On Oct 20, 2014, at 11:48 PM, Ikhlas Khan <ikhan@olemiss.edu> wrote:
>>>>>
>>>>> Dear Herb
>>>>> Good to hear from you. Yes, we did analyze oxyelite pro and some
>>>>> related products. It was cocktail of compounds. I will check but
>>>>> we did not analyze the lot# involved in the real case. I can share
>>>>> information once I get back or will be happy to analyze your
>>>>> product/s.
>>>>> Ik
>>>>>
>>>>>> On 10/20/14, 2:47 PM, "Herbert Bonkovsky" <hbonkovsky@me.com> wrote:
>>>>>>
>>>>>> Dear Ikhlas‹
>>>>>> Hope this finds you well.
>>>>>> I wonder whether you and your team may have had occasion to
>>>>>> perform analyses of OxyElite Pro, implicated in many cases of
>>>>>> acute liver injury in 2013.
>>>>>> If so, are you able to share results of your findings?  If not,
>>>>>> might you be interested and able to perform such an analysis‹and
>>>>>> what would be the cost?
>>>>>>
>>>>>> Thanks in advance‹Herb
>>>>>
>>>
>>
>
```