# Exhibit 14

| | |
|---|---|
| **From:** | Fabricant, Daniel <Daniel.Fabricant@fda.hhs.gov> |
| **Sent:** | Tuesday, March 11, 2014 11:22 AM |
| **To:** | Klontz, Karl C <Karl.Klontz@fda.hhs.gov> |
| **Subject:** | RE: question re: OEP |

They destroyed stock in July of 2013. I think that considering that we really didn't see too many liver signals with the DMAA, Jan 1, 2013 should work. Thanks Karl

---

**From:** Klontz, Karl C
**Sent:** Wednesday, March 05, 2014 3:07 PM
**To:** Fabricant, Daniel
**Subject:** question re: OEP

Dan,

I'm working with Art Chang at CDC in an effort to move forward with testing of blood samples of subjects who experienced liver disease following OEP to see whether they have genetic factors that predisposed them to injury. We're working with DoD and researchers at the University of North Carolina and Duke as well. Once a protocol has been derived, I will submit it to the FDA IRB for approval.

In the meantime, I'm going through the MedWatch forms to identify potential controls as well: persons who took OEP and reported non-GI, non-liver related adverse events. In doing so, I wanted to ask you what date would be an appropriate date beyond which we can be fairly assured that they consumed OEP with aegeline as opposed to DMAA. I was thinking January 1, 2103 would be safe henceforth, but I wanted to get your take on this.

What do you advise?

Many thanks.

Karl