# Exhibit 16



**U.S. Department of Justice**
Consumer Protection Branch

---

**Direct Contact**
Phone: (202) 532-4723
Email: Patrick.R.Runkle@usdoj.gov
Fax: (202) 514-8742

**Overnight Delivery Address**
450 Fifth Street, NW
Sixth Floor South
Washington, D.C. 20001

**Mailing Address**
P.O. Box 386
Washington, D.C. 20044-0386

August 1, 2017

VIA EMAIL
S. Cass Weiland
2000 McKinney Ave, Suite 1700
Dallas, TX 75201
United States of America
(214) 758-1500

      Re:    *United States et al. v. USPLabs, LLC et al.,*
               15-cr-496-L (N.D. Tx.)

Dear Cass:

      Pursuant to the Court's order during the hearing on July 20, below please find a list of the documents already produced by the Government to the defense that were marked, out of an abundance of caution, as potentially containing *Brady-Giglio* material by the attorneys assigned to review the documents. As I explained at the hearing, we do not believe any of these documents are exculpatory.

| | | |
|---|---|---|
| GOV-01258123 | GOV-01276660 | GOV-01548043 |
| GOV-01276872 | GOV-01358118 | GOV-01548045 |
| GOV-01276869 | GOV-01358123 | GOV-01270086 |
| GOV-01545892 | GOV-01545886 | GOV-01277252 |
| GOV-01545894 | GOV-01545888 | GOV-01281502 |
| GOV-01545891 | GOV-01548051 | GOV-01267851 |
| GOV-01546011 | GOV-01278076 | GOV-01267013 |
| GOV-01546013 | GOV-01548046 | GOV-01272247 |
| GOV-01548060 | GOV-01548047 | GOV-01272248 |
| GOV-01548062 | GOV-01277587 | GOV-01560733 |
| GOV-01545890 | GOV-01281266 | GOVEXPT-00003159 |
| GOV-01545889 | GOV-01543883 | GOVEXPT-00003160 |
| GOV-01548058 | GOV-01548042 | GOVEXPT-00001767 |
| | | GOVEXPT-00001768 |

      We have located additional privileged documents (128 documents in about 25 email threads) that initially were marked as containing potential *Brady-Giglio* material, but were not produced because they are privileged and were determined not to contain potential *Brady-Giglio* material upon subsequent review.  We are preparing to file a motion asking the Court to review those documents *in camera* and to authorize the Government to withhold those documents.  Please let us know by Thursday, August 3 at noon Central time whether you would oppose that motion.

      Best,

      Patrick Runkle
      Trial Attorney

cc (via email):

| | |
|---|---|
| Chris Niewoehner | Patrick Linehan |
| Mike Gibson | Pat Hall |
| Richard Roper | Joe McMullen |
| Mike Uhl | Errin Martin |

2