# Exhibit 1

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

1. DISTRICT OFFICE ADDRESS & PHONE NO.
4040 N. Central Expressway, #300
Dallas, TX 75204
214-253-5200

TO

2. NAME AND TITLE OF INDIVIDUAL
Dr. Kenneth E. Miles, Chief Compliance Officer

3. DATE: 10/7/2013

4. FIRM NAME
USP Labs

5. HOUR: 10:15 a.m.

6. NUMBER AND STREET
10761 King William Drive

7. CITY AND STATE & ZIP CODE
Dallas, TX 75220

8. PHONE NO. & AREA CODE
469-484-1927

Notice of Inspection is hereby given pursuant to Section 704(a)(1) of the Federal Food, Drug, and Cosmetics Act [21 U.S.C. 374(a)]¹ and/or Part F or G, Title III of the Public Health Service Act [42 U.S.C. 262-264]²

As a small business that is subject to FDA regulation, you have the right to seek assistance from the U.S. Small Business Administration (SBA). This assistance includes a mechanism to address the enforcement actions of Federal agencies. SBA has a National Ombudsman's Office that receives comments from small businesses about Federal agency enforcement actions. If you wish to comment on the enforcement actions of FDA, CALL (888) 734-3247. The website address is www.sba.gov/ombudsman.

FDA has an Office of the Ombudsman that can directly assist small business with complaints or disputes about actions of the FDA. That office can be reached by calling (301) 796-8530 or by email at ombuds@oc.fda.gov.

For industry information, go to www.fda.gov/oc/industry.

9. SIGNATURE(S) *(Food and Drug Administration Employee(s))*
[signature]

10. TYPE OR PRINT NAME(S) AND TITLE(S) *(FDA Employee(s))*
Janice M. Burwood, CSO

---

¹ Applicable portions of Section 704 and other Sections of the Federal Food, Drug, and Cosmetic Act [21 U.S.C. 374] are quoted below:

Sec. 704(a)(1) For purposes of enforcement of this Act, officers or employees duly designated by the Secretary, upon presenting appropriate credentials and a written notice to the owner, operator, or agent in charge, are authorized (A) to enter, at reasonable times, any factory, warehouse, or establishment in which food, drugs, devices, tobacco products, or cosmetics are manufactured, processed, packed, or held, for introduction into interstate commerce or after such introduction, or to enter any vehicle being used to transport or hold such food, drugs, devices, tobacco products, or cosmetics in interstate commerce; and (B) to inspect, at reasonable times and within reasonable limits and in a reasonable manner, such factory, warehouse, establishment, or vehicle and all pertinent equipment, finished and unfinished materials, containers, and labeling therein. In the case of any person (excluding farms and restaurants) who manufactures, processes, packs, transports, distributes, holds, or imports foods, the inspection shall extend to all records and other information described in section 414, when the standard for records inspection under paragraph (1) or (2) of section 414(a) applies, subject to the limitations established in section 414(d). In the case of any factory, warehouse, establishment, or consulting laboratory in which prescription drugs, nonprescription drugs intended for human use, restricted devices, or tobacco products are manufactured, processed, packed, or held, inspection shall extend to all things therein (including records, files, papers, processes, controls, and facilities) bearing on whether prescription drugs, nonprescription drugs intended for human use, restricted devices, or tobacco products which are adulterated or misbranded within the meaning of this Act, or which may not be manufactured, introduced into interstate commerce, or sold, or offered for sale by reason of any provision of this Act, have been or are being manufactured, processed, packed, transported, or held in any such place, or otherwise bearing on violation of this Act. No inspection authorized by the preceding sentence or by paragraph (3) shall extend to financial data, sales data other than shipment data, pricing data, personnel data (other than data as to qualifications of technical and professional personnel performing functions subject to this *(Continued on Reverse)*

FORM FDA 482 (9/11)    PREVIOUS EDITION IS OBSOLETE    Page 1 of 3    **NOTICE OF INSPECTION**

EF

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

1. DISTRICT OFFICE ADDRESS & PHONE NO.
4040 N. Central Expressway, #300
Dallas, TX 75204
214-253-5200

TO

2. NAME AND TITLE OF INDIVIDUAL
Dr. Kenneth F. Miles, Chief Compliance Officer

3. DATE
10/9/2013

4. FIRM NAME
USPLabs, LLC

5. HOUR
11:30 a.m.

6. NUMBER AND STREET
10761 King William Drive

7. CITY AND STATE & ZIP CODE
Dallas, TX 75220

8. PHONE NO. & AREA CODE
469-484-1927

Notice of Inspection is hereby given pursuant to Section 704(a)(1) of the Federal Food, Drug, and Cosmetics Act [21 U.S.C. 374(a)]¹ and/or Part F or G, Title III of the Public Health Service Act [42 U.S.C. 262-264]²

As a small business that is subject to FDA regulation, you have the right to seek assistance from the U.S. Small Business Administration (SBA). This assistance includes a mechanism to address the enforcement actions of Federal agencies. SBA has a National Ombudsman's Office that receives comments from small businesses about Federal agency enforcement actions. If you wish to comment on the enforcement actions of FDA, CALL (888) 734-3247. The website address is www.sba.gov/ombudsman.

FDA has an Office of the Ombudsman that can directly assist small business with complaints or disputes about actions of the FDA. That office can be reached by calling (301) 796-8530 or by email at ombuds@oc.fda.gov.

For industry information, go to www.fda.gov/oc/industry.

9. SIGNATURE(S) *(Food and Drug Administration Employee(s))*
*[signatures]*

10. TYPE OR PRINT NAME(S) AND TITLE(S) *(FDA Employee(s))*
Jamie M. Bumpas, CSO
Elisa M. Fleming, CSO

¹ Applicable portions of Section 704 and other Sections of the Federal Food, Drug, and Cosmetic Act [21 U.S.C. 374] are quoted below:

Sec. 704(a)(1) For purposes of enforcement of this Act, officers or employees duly designated by the Secretary, upon presenting appropriate credentials and a written notice to the owner, operator, or agent in charge, are authorized (A) to enter, at reasonable times, any factory, warehouse, or establishment in which food, drugs, devices, tobacco products, or cosmetics are manufactured, processed, packed, or held, for introduction into interstate commerce or after such introduction, or to enter any vehicle being used to transport or hold such food, drugs, devices, tobacco products, or cosmetics in interstate commerce; and (B) to inspect, at reasonable times and within reasonable limits and in a reasonable manner, such factory, warehouse, establishment, or vehicle and all pertinent equipment, finished and unfinished materials, containers, and labeling therein. In the case of any person (excluding farms and restaurants) who manufactures, processes, packs, transports, distributes, holds, or imports foods, the inspection shall extend to all records and other information described in section 414, when the standard for records inspection under paragraph (1) or (2) of section 414(a) applies, subject to the limitations established in section 414(d). In the case of any factory, warehouse, establishment, or consulting laboratory in which prescription drugs, nonprescription drugs intended for human use, restricted devices, or tobacco products are manufactured, processed, packed, or held, inspection shall extend to all things therein (including records, files, papers, processes, controls, and facilities) bearing on whether prescription drugs, nonprescription drugs intended for human use, restricted devices, or tobacco products which are adulterated or misbranded within the meaning of this Act, or which may not be manufactured, introduced into interstate commerce, or sold, or offered for sale by reason of any provision of this Act, have been or are being manufactured, processed, packed, transported, or held in any such place, or otherwise bearing on violation of this Act. No inspection authorized by the preceding sentence or by paragraph (3) shall extend to financial data, sales data other than shipment data, pricing data, personnel data (other than data as to qualifications of technical and professional personnel performing functions subject to this

*(Continued on Reverse)*

FORM FDA 482 (9/11)   PREVIOUS EDITION IS OBSOLETE   Page 1 of 3   NOTICE OF INSPECTION

EF

| | | |
|---|---|---|
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES**<br>FOOD AND DRUG ADMINISTRATION | 1. DISTRICT OFFICE ADDRESS & PHONE NO.<br>4040 N. Central Expressway, #300<br>Dallas, TX 75204<br>214-253-5200 | |
| TO | 2. NAME AND TITLE OF INDIVIDUAL<br>Dr. Kenneth F. Miles, Chief Compliance Officer | 3. DATE 10/9/2013 |
| | 4. FIRM NAME<br>USPLabs, LLC | 5. HOUR 11:48 a.m. |
| | 6. NUMBER AND STREET<br>10761 King William Drive | |
| | 7. CITY AND STATE & ZIP CODE<br>Dallas, TX 75220 | 8. PHONE NO. & AREA CODE<br>469-484-1927 |

Notice of Inspection is hereby given pursuant to Section 704(a)(1) of the Federal Food, Drug, and Cosmetics Act [21 U.S.C. 374(a)][1] and/or Part F or G, Title III of the Public Health Service Act [42 U.S.C. 262-264][2]

As a small business that is subject to FDA regulation, you have the right to seek assistance from the U.S. Small Business Administration (SBA). This assistance includes a mechanism to address the enforcement actions of Federal agencies. SBA has a National Ombudsman's Office that receives comments from small businesses about Federal agency enforcement actions. If you wish to comment on the enforcement actions of FDA, CALL (888) 734-3247. The website address is www.sba.gov/ombudsman.

FDA has an Office of the Ombudsman that can directly assist small business with complaints or disputes about actions of the FDA. That office can be reached by calling (301) 796-8530 or by email at ombuds@oc.fda.gov.

For industry information, go to www.fda.gov/oc/industry.

| 9. SIGNATURE(S) *(Food and Drug Administration Employee(s))* | 10. TYPE OR PRINT NAME(S) AND TITLE(S) *(FDA Employee(s))* |
|---|---|
| *[signature]* | Janie M. Bumpas, CSO |
| *[signature: Elisa Fleming]* | Elisa Fleming |
| | |

[1] Applicable portions of Section 704 and other Sections of the Federal Food, Drug, and Cosmetic Act [21 U.S.C. 374] are quoted below:

Sec. 704(a)(1) For purposes of enforcement of this Act, officers or employees duly designated by the Secretary, upon presenting appropriate credentials and a written notice to the owner, operator, or agent in charge, are authorized (A) to enter, at reasonable times, any factory, warehouse, or establishment in which food, drugs, devices, tobacco products, or cosmetics are manufactured, processed, packed, or held, for introduction into interstate commerce or after such introduction, or to enter any vehicle being used to transport or hold such food, drugs, devices, tobacco products, or cosmetics in interstate commerce; and (B) to inspect, at reasonable times and within reasonable limits and in a reasonable manner, such factory, warehouse, establishment, or vehicle and all pertinent equipment, finished and unfinished materials, containers, and labeling therein. In the case of any person (excluding farms and restaurants) who manufactures, processes, packs, transports, distributes, holds, or imports foods, the inspection shall extend to all records and other information described in section 414, when the standard for records inspection under paragraph (1) or (2) of section 414(a) applies, subject to the limitations established in section 414(d). In the case of any factory, warehouse, establishment, or consulting laboratory in which prescription drugs, nonprescription drugs intended for human use, restricted devices, or tobacco products are manufactured, processed, packed, or held, inspection shall extend to all things therein (including records, files, papers, processes, controls, and facilities) bearing on whether prescription drugs, nonprescription drugs intended for human use, restricted devices, or tobacco products which are adulterated or misbranded within the meaning of this Act, or which may not be manufactured, introduced into interstate commerce, or sold, or offered for sale by reason of any provision of this Act, have been or are being manufactured, processed, packed, transported, or held in any such place, or otherwise bearing on violation of this Act. No inspection authorized by the preceding sentence or by paragraph (3) shall extend to financial data, sales data other than shipment data, pricing data, personnel data (other than data as to qualifications of technical and professional personnel performing functions subject to this *(Continued on Reverse)*

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | 1. DISTRICT ADDRESS & PHONE NUMBER<br>4040 N. Central Expressway, #300<br>Dallas, TX 75204<br>214-253-5200 | | |
|---|---|---|---|
| 2. NAME AND TITLE OF INDIVIDUAL<br>Dr. Kenneth F. Miles, Chief Compliance Officer | | 3. DATE<br>10/9/2013 | 4. SAMPLE NUMBER |
| 5. FIRM NAME<br>USPlabs, LLC | 6. FIRM'S DEA NUMBER | | |
| 7. NUMBER AND STREET<br>10761 King William Dr. | 8. CITY AND STATE (Include Zip Code)<br>Dallas, TX 75220 | | |

9. SAMPLE COLLECTED (Describe fully. List lot, serial, model numbers and other positive identification)

The following samples were collected by the Food and Drug Administration and receipt is hereby acknowledged pursuant to Section 704(c) of the Federal Food, Drug, and Cosmetic Act [21 U.S.C. 374(c)] and / or Section 532 (b) of the Federal Food, Drug, and Cosmetic Act [21 USC 360ii(b)] and/or 21 Code of Federal Regulations (CFR) 1307.02. Excerpts of these are quoted on the reverse of this form.
(NOTE: If you bill FDA for the cost of the Sample(s) listed below, please attach a copy of this form to your bill.)

One retail unit of OxyElite Pro Super Thermo New Formula, lot number 420210, EXP 01/16, 90 ct.

One retail unit of OxyElite Pro Super Thermo New Formula, 90 ct, lot number 421731, EXP 05/16.

One retail unit of VERSA-1, 30 ct, lot number N02085, EXP 03/2015.

| 10. SAMPLES WERE<br>☑ PROVIDED AT NO CHARGE<br>☐ PURCHASED<br>☐ BORROWED (To be returned) | 11. AMOUNT RECEIVED FOR SAMPLE<br>N/A   ☐ CASH   ☐ BILLED<br>     ☐ VOUCHER   ☐ CREDIT CARD | 12. SIGNATURE (Persons receiving payment for sample or person providing sample to FDA at no charge.)<br>Kenneth F. Miles |
|---|---|---|
| 13. COLLECTOR'S NAME (Print or Type)<br>Elisa M. Fleming | 14. COLLECTOR'S TITLE (Print or Type)<br>CSO | 15. COLLECTOR'S SIGNATURE<br>Elisa Fleming |

FORM FDA 484 (5/98) PREVIOUS EDITION IS OBSOLETE   RECEIPT FOR SAMPLES   PAGE ___ OF ___ PAGES