# Exhibit 2

**Cc:** Denise Pressley[denise.pressley@usplabsdirect.com]; Lorena Macias[lorena.macias@usplabsdirect.com]; rbrewer@brewerlormand.com[rbrewer@brewerlormand.com]; Jacob[jacob@usplabsdirect.com]; Jon Doyle[jon@usplabsdirect.com]
**To:** reynaldo.rodriguez2@fda.hhs.gov[reynaldo.rodriguez2@fda.hhs.gov]
**From:** Kenneth Miles
**Sent:** Tue 10/8/2013 12:29:06 PM
**Subject:** Cease Distribution

Mr. Rodriguez:

As you are aware the company no longer distributes the DMAA version of OxyELITE Pro. Based on FDA's request today, (October 7, 2013) the company will cease distribution of OxyELITE Pro "Purple Top" and Powder version as we cooperate with FDA and CDC on this investigation. We continue to believe that the "Purple Top" and Powder are safe and are not the cause of the cluster of liver toxicity that has occurred in Hawaii.

Best regards,

Dr. Kenneth F. Miles, Ph.D., RAC, FRAPS
USPlabs, LLC.
Chief Compliance Officer
10761 King Williams Drive
Dallas, TX 75220
469 484-1927 x 206
Mobile: (214) 724-0186
Kenneth.miles@usplabsdirect.com