# Exhibit 5

**FOOD AND DRUG ADMINISTRATION (FDA)**

**October 09, 2013**

Wednesday, October 09, 2013
Third day of inspection

**Present at Initial meeting**
    <u>USPlabs, LLC</u>
    Dr. Kenneth F. Miles – Chief Compliance Officer – Conference Room
    Ms. Lorena Macias – Director QA – Conference Room
    Ms. Denise Pressley – Project Manager – Conference Room

    <u>FDA</u>
    Ms. Jamie Bumpas, FDA – Consumer Safety Officer (FDA Form 482 was given)
    Ms. Elisa M. Fleming, Ph.D. – Consumer Safety Officer (FDA Form 482 was given)

FDA Inspectors arrived at 11:26 a.m. shown to Dr. Miles office.

The focus of the inspection was OxyElite Pro products.

1. OxyElite Pro
2. OxyElite Pro N.F. (Purple Top)
3. OxyElite Pro Advanced
4. OxyElite ST Powder
5. VERSA-1

Documentations Request & Samples Taken:

1. Incoming "Bill of Lading" for Lot # 421731.
2. Incoming "Bill of Lading" for Lot # N02085 (VERSA-1).
3. Batch records for Lot's # 421731; 420210 & N02085.
4. Three samples were taken: (FDA Form 484 was given)
    a. 1 bottle of lot # 421731
    b. 1 bottle of lot # 420210
    c. 1 bottle of lot # N02085

The FDA inspectors left the facility at 11:52 a.m. for the day.

The FDA Inspector will phone on Monday (October 14, 2013) if additional information is requested by her Director or Supervisor.


Kenneth F. Miles. Ph.D., RAC, FRAPS