# Exhibit 7

**To:**       Chad Crosby[chad.crosby@usplabsdirect.com]
**From:**     Carl Warner
**Sent:**     Tue 10/29/2013 11:16:38 PM
**Subject:**  Aegeline sales
AEGELINE SALES_102913.xlsx

Greetings,

Please find the attached aegeline sales

Carl Warner  | Vice President of Sales
USPlabs LLC | (267) 644-8299
www.usplabsdirect.com



*This message and all the contents thereof are for the intended recipient(s) only. Any public or private reproduction of the contents of this message and/or its source of origin and/or the addresses of its other intended recipient(s) is against the explicit written consent of its owner, and will be punishable by law.*
*DISCLAIMER: Advice and recommendations given in this website or in personal communications by phone, email, in-person, online coaching, or otherwise, is at the reader's sole discretion and risk.  You should see a qualified, licensed doctor before starting any nutritional, diet, stretching, and/or exercise program. Information, advice and recommendations presented on this website or in personal communications are not to be interpreted as any kind of attempt to prescribe or practice medicine. These statements and information have not been evaluated by the Food and Drug Administration. No product offerings are intended to treat, diagnose, cure or prevent any disease.  You should always consult with a competent, fully informed medical professional or health practitioner when making decisions having to do with your health. You are advised to investigate and educate yourself about any health related actions and choices you make.*

| Distributor/ Rep | OxyELITE Pro® "Advanced Formula" | OxyELITE Pro® "Purple Top" | OxyELITE Pro® Super Thermo Powder™ | VERSA-1™ | Total | Date | Name | Deal description |
|---|---|---|---|---|---|---|---|---|
| Europa/ Ian Respeto | 4000 | | | | 4000 | 10/14/2013 | Carl | 3&1 |
| Europa/ Brian G | | 300 | | | 300 | 10/16/2013 | Carl | 3&1 |
| Europa/ Ian Respeto | 300 | | | 100 | 400 | 10/18/2013 | Carl | 3&1 |
| Lonestar | | | | 30 | 30 | 10/18/2013 | Jose | 4&1 |
| Europa | 8 | | | | 8 | 10/18/2013 | Michelle | 2&1 |
| Lonestar | | 36 | | | 36 | 10/19/2013 | Jose | 2&1 |
| DNA/ Jonathatn M | 48 | | 24 | | 72 | 10/19/2013 | Kris | 4&1 |
| Europa | 12 | | | | 12 | 10/19/2013 | Michelle | 2&1 |
| DNA/ Jonathatn M | 16 | | 24 | | 40 | 10/19/2013 | Aaron | 3&1 |
| Europa/ Ian Respeto | 300 | 300 | | 400 | 1000 | 10/19/2013 | Carl | 3&1 |
| Europa | 48 | | | 12 | 60 | 10/19/2013 | Hunter | 4&1 |
| Lonestar/ Seth | 48 | | | 12 | 60 | 10/19/2013 | Joe | 4&1 |
| Lonestar/ Seth | 24 | | | | 24 | 10/19/2013 | James | 4&1 |
| Europa/ Bryce | 24 | 24 | 24 | | 72 | 10/19/2013 | James | 2 &1 |
| Seth/ Lonestar | | | 24 | | 24 | 10/21/2013 | James | 2 &1 |
| Europa/ Mike | | | 12 | 12 | 24 | 10/21/2013 | James | 2 &1 |
| Europa/ Ian Respeto | 1000 | | | | 1000 | 10/21/2013 | Carl | 2&1 |
| Europa/ Ian Respeto | 825 | 825 | | | 1650 | 10/22/2013 | Carl | This is a 2+1 on 1650 units buy-in of Oxyelite Advanced and Oxyelite Pro for Top Nutrition |
| DNA/ Jonathatn M | | | 240 | | 240 | 10/23/2013 | Aaron | 1&1 on Oxy Powder |
| Lonestar/ Chuck | 144 | 144 | | | 288 | 10/23/2013 | Carl | 2&1 |
| DNA/ Jonathatn M | | | 120 | | 120 | 10/24/2013 | Aaron | 1&1 on Oxy Powder |
| Europa/ Jason M | | | 240 | | 240 | 10/24/2013 | Aaron | 1&1 on Oxy Powder |
| Europa/ Ian Respeto | 241 | | | | 241 | 10/25/2013 | Carl | This was a small deal with an exporter |
| Europa/ Jordan | | | | 36 | 36 | 10/25/2013 | Carl | Press about Versa-1 is giving it a hard core edge in the northeast, this may increase sales a bit |
| Europa/ Robby M | | | 12 | 12 | 24 | 10/25/2013 | Dean | 1&1 on Versa & Oxy Powder |
| Lonestar/ Brandon K | | | 12 | 12 | 24 | 10/25/2013 | Dean | 1&1 on Versa & Oxy Powder |
| Lonestar/ Toby B | | | | 24 | 24 | 10/25/2013 | Dean | 1&1 on Versa |
| Europa/ Ian Respeto | 1204 | | | | 1204 | 10/25/2013 | Carl | 3&1 |
| Europa/ Ian Respeto | 72 | 72 | | | 144 | 10/28/2013 | Carl | 2&1 |
| Lonestar | | | 12 | 6 | 18 | 10/28/2013 | Hunter | 2&1 |
| Europa/ Dax | 144 | | | | 144 | 10/29/2013 | Carl | 4&1 |

| Total | 8458 | 1701 | 744 | 656 | | | | |