IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | No. 3:15-cr-00496-L |
| USPLABS, LLC | (1) | |
| JACOBO GEISSLER | (2) | |
| JONATHAN DOYLE | (3) | |
| MATTHEW HEBERT | (4) | |
| S.K. LABORATORIES, INC. | (6) | |
| SITESH PATEL | (7) | |
| CYRIL WILLSON | (8) | |

## ORDER

Before the Court is the motion of the above-referenced Defendants entitled, *Defendants USPLabs, LLC, Jacobo Geissler, Jonathan Doyle, Matthew Hebert, S.K. Laboratories, Inc., Sitesh Patel and Miles's Joint Motion and Brief to Dismiss Count 6* (ECF #387) The Court is of the opinion that the Defendants' motion is well-taken and GRANTS the motion for the reasons stated in the motion.

It is the ORDER of the Court that Count 6 of the Superseding Indictment (ECF# 55 at 20-21) are hereby DISMISSED.

SIGNED: _____

_____
SAM A. LINDSEY
UNITED STATES DISTRICT JUDGE