# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 1:16CR00034 |
| v. | ) **VERDICT** |
| | ) |
| SITESH BANSI PATEL, | ) |
| | ) |
| Defendant. | ) |

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 10 2017

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

We, the jury, unanimously find as follows:

**Count One:** The defendant, Sitesh Bansi Patel, is

_____    ✓_____
 Not Guilty         Guilty

of the charge contained in Count One of the Indictment, conspiracy to commit an offense against the United States and to defraud the United States.

- 2 -

**Count Two:** The defendant, Sitesh Bansi Patel, is

_____ Not Guilty     ✓ _____ Guilty

of the charge contained in Count Two of the Indictment, conspiracy to use the mails to further or carry out a scheme to defraud or obtain money by means of false representations.

**Count Three:** The defendant, Sitesh Bansi Patel, is

_____ Not Guilty     ✓ _____ Guilty

of the charge contained in Count Three of the Indictment, use of the mails to further or carry out a scheme to defraud or obtain money by means of false representations on or about August 16, 2011.

**Count Four:** The defendant, Sitesh Bansi Patel, is

_____            ✓
Not Guilty            Guilty
                      _____

of the charge contained in Count Four of the Indictment, use of the mails to further or carry out a scheme to defraud or obtain money by means of false representations on or about August 23, 2011.

**Count Five:** The defendant, Sitesh Bansi Patel, is

_____            ✓
Not Guilty            Guilty
                      _____

of the charge contained in Count Five of the Indictment, use of the mails to further or carry out a scheme to defraud or obtain money by means of false representations on or about August 29, 2011.

_[signature]_
Foreperson

- 3 -