IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | | |
| v. | | No. 3:15-cr-00496-L |
| | | |
| USPLABS, LLC | (1) | |
| JACOBO GEISSLER | (2) | |
| JONATHAN DOYLE | (3) | |
| MATTHEW HEBERT | (4) | |
| S.K. LABORATORIES, INC. | (6) | |
| SITESH PATEL | (7) | |
| CYRIL WILLSON | (8) | |

## ORDER

Before the Court is the motion of the above-referenced Defendants entitled, *Defendants' Joint Motion to Sever.* (ECF #388) The Court is of the opinion that the Defendants' motion is well-taken and GRANTS the motion for the reasons stated in the motion.

It is the ORDER of the Court that the trial of Defendants USPLABS, LLC, JACOBO GEISSLER, JONATHAN DOYLE, KENNETH MILES, AND CYRIL WILLSON is hereby severed from Sitesh Patel and S.K Laboratories' trial.

SIGNED: _____

_____
SAM A. LINDSAY
UNITED STATES DISTRICT JUDGE